**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    __11__

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Liddle & Robinson, L.L.P.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-3226440** | |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1177 Avenue of the Americas, 5th Floor New York, NY 10036** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    **www.liddlerobinson.com**

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Liddle & Robinson, L.L.P.** | | Case number (*if known*) |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Jeffrey Lew Liddle** | | Relationship | | **Managing Partner** |
| District | **Southern District of New York** | When | **3/11/19** | Case number, if known | **19-10747** |

| Debtor | **Liddle & Robinson, L.L.P.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Liddle & Robinson, L.L.P.** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 22, 2019**
              MM / DD / YYYY

X **/s/ Jeffrey Lew Liddle**                          **Jeffrey Lew Liddle**
Signature of authorized representative of debtor      Printed name

Title    **Managing Partner**

---

**18. Signature of attorney**

X **/s/ William F. Gray, Jr.**                        Date    **July 22, 2019**
Signature of attorney for debtor                              MM / DD / YYYY

**William F. Gray, Jr.**
Printed name

**Foley Hoag LLP**
Firm name

**1301 Avenue of the Americas, 25th Floor**
**New York, NY 10019-6022**
Number, Street, City, State & ZIP Code

Contact phone    **646-927-5549**    Email address    **wgray@foleyhoag.com**

**1716182 NY**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Liddle & Robinson, L.L.P. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 800 Third Avenue Associates c/o Platte, Klarsfled & Levine 10 East 40th Street, 46th Fl New York, NY 10016 | Jeffrey Klarsfeld, Esq. jklarsfeld@ plattelaw.com (212) 726-4423 | Judgment | Disputed | | | $646,223.09 |
| Andrea M. Paparella 150 West 28th St. Suite 1603 New York, NY 10001 | Andrea M. Paparella ap@andreapaparell a.com (212) 675-2523 | Equal Pay Discrimination Lawsuit | Contingent Unliquidated Disputed Subject to Setoff | | | $32,000,000.00 |
| Blank Rome LLP One Logan Square 130 North 18th Street Philadelphia, PA 19103-6998 | Lisa McLeod lmcleod@ blankrome.com (215) 988-3084 | Legal Fees | Contingent Unliquidated Disputed Subject to Setoff | | | $83,269.58 |
| Bloomberg BNA P.O. Box 17009 Baltimore, MD 21297-1009 | Sonia Green sgreen@bna.com (301) 280-2173 | Software/Subscrip tion Fees | | | | $33,234.09 |
| Canon Financial Services, Inc. c/o Platzer, Swergold, Levine, Goldberg, Katz & Jaslow, LLP 475 Park Ave South New York, NY 10016 | Stephanie R. Levine stephanielevine@p latzerlaw.com (212) 593-3000 | Maintenance Fees | Disputed | | | $43,977.38 |
| Counsel Financial Holdings, LLC 6400 Main Street, Suite 120 Williamsville, NY 14221 | Felice Callahan info@counselfinan cial.com (800) 820-4430 | Loan | Contingent Unliquidated Disputed Subject to Setoff | | | $1,906,621.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Liddle & Robinson, L.L.P.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Counsel Financial II, LLC**<br>**605 Third Avenue**<br>**Davidoff Hutcher & Citron LLP**<br>**New York, NY 10158** | **David H. Wander, Esq.**<br><br>**dhw@ dhclegal.com**<br>**(212) 557-7200** | **Loan** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$6,546,448.83** |
| **DeLage Landen Fin'l Services**<br>**880 Fifth Avenue**<br>**Suite 1401**<br>**New York, NY 10011** | **Bryan E. Wolkind, Esq.**<br><br>**bwolkind@ foster-wolkind.com**<br>**(212) 691-2313** | **Guarantee-Lease Charge** | **Contingent Disputed Subject to Setoff** | | | **$197,310.50** |
| **Effat S. Emamian**<br>**233 Broadway, Suite 2702**<br>**New York, NY 10279** | **Andrew Lavoott Bluestone**<br><br>**ALB@bluestonela wfirm.com**<br>**(212) 791-5600** | **Legal Malpractice Suit** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$15,000,000.00** |
| **Eisner, P.C.**<br>**152 West 57th Street**<br>**48th Floor**<br>**New York, NY 10019** | **Michael Eisner**<br><br>**meisner@ eisnerlaw.com**<br>**(646) 876-2600** | **Legal Fees** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$138,948.42** |
| **Globe Storage & Moving Co.**<br>**c/o Law Firm of Elias Schwartz**<br>**343 Great Neck Road**<br>**Great Neck, NY 11021** | **Alan Fleisher**<br><br>**afleischer@ globemoving.com**<br><br>**(212) 925-6773** | **Storage Fees** | | | | **$55,556.64** |
| **Iron Mountain Records Mgmt**<br>**P.O. Box 27128**<br>**New York, NY 10087-7128** | **Curt Winters**<br><br>**curtis.winters@ iqor.com**<br>**(800) 999-9407** | **Storage Fees** | | | | **$36,741.56** |
| **Joseph P. Day Realty**<br>**9 East 40th Street**<br>**8th Fl**<br>**New York, NY 10016** | **Nick Steixner**<br><br>**nick8003rd@ aol.com**<br>**(212) 888-0935** | **Rent** | **Disputed** | | | **$889,453.29** |
| **Kasowitz Benson Torres LLP**<br>**1633 Broadway**<br>**New York, NY 10019** | **Joshua Siegel, Esq.**<br><br>**jsiegel@ kasowitz.com**<br>**(212) 506-1700** | **Legal Fees** | **Disputed** | | | **$208,730.59** |
| **LIG Capital, LLC**<br>**6400 Main Street**<br>**Suite 120**<br>**Williamsville, NY 14221** | **Megan Payne**<br><br>**info@counselfinan cial.com**<br>**(800) 820-4430** | **Guarantor Obligation** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$634,910.04** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Liddle & Robinson, L.L.P.**                                                                    Case number *(if known)* _____
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Michael Barr c/o Garvey Schubert Barer 100 Wall St 20th Fl New York, NY 10005** | **Alan A. Heller, Esq.**<br><br>**aheller@ gsblaw.com (212) 965-4526** | **Legal Malpractice Suit** | **Contingent Unliquidated Disputed** | | | **$6,500,000.00** |
| **Rose M. Reverendo 811 Floral Avenue Elizabeth, NJ 07208** | **Rose M. Reverendo**<br><br>**rreverendo@ liddlerobinson.com (646) 452-7211** | **Payroll and reimbursements** | | | | **$28,344.55** |
| **Solarus Technologies 14 Penn Plaza Suite 1402 New York, NY 10122** | **Matthew Nikravesh**<br><br>**matthew@ solarustech.com (212) 606-2210** | **IT Server Fees** | | | | **$54,500.00** |
| **Veritext New York Reporting Co PO Box 71303 Chicago, IL 60694-1303** | **Deborah Neiderfer**<br><br>**dneiderfer@ veritext.com (212) 490-3430** | **Court reporting fees** | | | | **$164,136.48** |
| **Wilson Elser Moskowitz Edelman & Dicker LLP 1133 Westchester Avenue White Plains, NY 10604** | **Nyasha Goodyear**<br><br>**nyasha.goodyear@ wilsonelser.com (914) 872-7663** | **Legal Fees** | | | | **$27,099.10** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Liddle & Robinson, L.L.P.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **800 Third Avenue Associates**<br>Creditor's Name<br>**c/o Platte, Klarsfled & Levine**<br>**10 East 40th Street, 46th Fl**<br>**New York, NY 10016**<br>Creditor's mailing address<br><br>**jklarsfeld@plattelaw.com**<br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | **Describe debtor's property that is subject to a lien**<br>Bank Accounts<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $646,223.09 | $100.00 |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>Joseph P. Day Realty | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| **2.2** **Counsel Financial Holdings, LLC**<br>Creditor's Name<br>**6400 Main Street, Suite 120**<br>**Williamsville, NY 14221**<br>Creditor's mailing address<br><br>**info@counselfinancial.com**<br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | **Describe debtor's property that is subject to a lien**<br>Accounts receivable arising from judgments and settlement amounts<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | $1,906,621.00 | $2,000,000.00 |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

| Debtor | Liddle & Robinson, L.L.P. | Case number (if know) | |
|---|---|---|---|
| | Name | | |

- [✓] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.
  Counsel Financial II, LLC; LIG Capital, LLC

- [✓] Contingent
- [✓] Unliquidated
- [✓] Disputed

---

| 2.3 | **Counsel Financial II, LLC** | Describe debtor's property that is subject to a lien | $6,546,448.83 | $2,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**605 Third Avenue**
**Davidoff Hutcher & Citron LLP**
**New York, NY 10158**

Creditor's mailing address

Accounts receivable arising from judgments and settlement amounts

**Describe the lien**

**dhw@dhclegal.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [✓] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [✓] No
- [✓] Yes. Specify each creditor, including this creditor and its relative priority.
  Counsel Financial Holdings, LLC; LIG Capital, LLC

**As of the petition filing date, the claim is:**
Check all that apply
- [✓] Contingent
- [✓] Unliquidated
- [✓] Disputed

---

| 2.4 | **Joseph P. Day Realty** | Describe debtor's property that is subject to a lien | $889,453.29 | $100.00 |
|---|---|---|---|---|

Creditor's Name

**9 East 40th Street**
**8th Fl**
**New York, NY 10016**

Creditor's mailing address

Bank Accounts

**Describe the lien**

**nick8003rd@aol.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

**Is anyone else liable on this claim?**
- [✓] No
- [ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- [✓] No
- [ ] Yes. Specify each creditor, including this creditor and its relative priority.
  800 Third Avenue Associates

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

---

| 2.5 | **LIG Capital, LLC** | Describe debtor's property that is subject to a lien | $634,910.04 | $2,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**6400 Main Street**
**Suite 120**
**Williamsville, NY 14221**

Creditor's mailing address

Accounts receivable arising from judgments and settlement amounts.

**Describe the lien**

**info@counselfinancial.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
- [✓] No
- [ ] Yes

**Is anyone else liable on this claim?**

---

Debtor    **Liddle & Robinson, L.L.P.**
_____    Case number (*if know*) _____
         Name

**Date debt was incurred**                          ☑ No
                                                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**          As of the petition filing date, the claim is:
**interest in the same property?**         Check all that apply
☑ No                                       ☑ Contingent
☑ Yes. Specify each creditor,              ☑ Unliquidated
including this creditor and its relative   ☑ Disputed
priority.
Counsel Financial Holdings, LLC; LIG
Capital, LLC

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$10,623,656. 25**

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

800 THIRD AVENUE ASSOCIATES
C/O PLATTE, KLARSFLED & LEVINE
10 EAST 40TH STREET, 46TH FL
NEW YORK, NY 10016


ABA
POST OFFICE BOX 4745
CAROL STREAM, IL 60197-4745


ADP, LLC
PO BOX 842875
BOSTON, MA 02284-2875


AFCO
PO BOX 360572
PITTSBURGH, PA 15250-6572


ALEX RISSMILLER
254 WEST 71ST STREET APT. 3A
NEW YORK, NY 10023


AMERICAN COLLEGE OF
TRIAL LAWYERS
1300 DOVE STREET SUITE 150
NEWPORT BEACH, CA 92660


AMERICAN EXPRESS CORP. CARDS
C/O RELIN, GOLDSTEIN & CRANE
28 EAST MAIN STREET, STE 1800
ROCHESTER, NY 14614-1991


ANDREA M. PAPARELLA
150 WEST 28TH ST.
SUITE 1603
NEW YORK, NY 10001


APPEALTECH, LLC
Z J LLC DBA APPEALTECH
7 WEST 36TH STREET, 10TH FL
NEW YORK, NY 10018


ARANTXA KING
346 EAST 63RD STREET APT. 3A
NEW YORK, NY 10065

ARCHER CONSULTANTS, INC.
1101 STEWART AVENUE
SUITE 300
GARDEN CITY, NY 11530


AVANT BUSINESS SERVICES
P.O. BOX 5952
GRAND CENTRAL STATION
NEW YORK, NY 10163-5952


BIA(FORMERLY US LEGAL SUPPORT)
BIA ACCOUNT ADMINISTRATION
950 TRADE CENTRE WAY, STE 240
PORTAGE, MI 49002


BLAINE H. BORTNICK
266 WEST 12TH STREET
NEW YORK, NY 10014


BLANK ROME LLP
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103-6998


BLOOMBERG BNA
BOOK DIVISION
P.O. BOX 308
PARLIN, NJ 08859-0308


BLOOMBERG BNA
P.O. BOX 17009
BALTIMORE, MD 21297-1009


BRAFF, HARRIS SUKONECK&MALOOF
P.O. BOX 657
570 WEST MOUNT PLEASANT AVE
LIVINGSTON, NJ 07039


CANON FINANCIAL SERVICES, INC.
C/O PLATZER, SWERGOLD, LEVINE
475 PARK AVE SOUTH
NEW YORK, NY 10016

CANON SOLUTIONS AMERICA, INC.
C/O CAINE & WEINER
12005 FORD RD, STE 300
DALLAS, TX 75234


CHRISTINE PALMIERI
421 STELLAR AVENUE
PELHAM, NY 10803


CLIENT SECURITY FUND CONN.
P.O. BOX 1379
HARTFORD, CT 06143-1379


COFFEE DISTRIBUTING CORP.
200 BROADWAY
PO BOX
NEW HYDE PARK, NY 11040


CORNELL CLUB-NEW YORK
6 EAST 44TH STREET
NEW YORK, NY 10017


COUNSEL FINANCIAL HOLDINGS,
LLC
6400 MAIN STREET, SUITE 120
WILLIAMSVILLE, NY 14221


COUNSEL FINANCIAL II, LLC
605 THIRD AVENUE
DAVIDOFF HUTCHER & CITRON LLP
NEW YORK, NY 10158


COUNSEL PRESS
P.O. BOX 65019
BALTIMORE, MD 21264-5019


CRAIG TARASOFF
245 EAST 63RD STREET
APT. 1409
NEW YORK, NY 10065


D'AMICO CERTIFIED SHORTHAND
P.O. BOX 380
BERKELEY HEIGHTS, NJ 07922

DAVID I. GREENBERGER
BAILEY DUQUETTE P.C.
100 BROADWAY, 10TH FLOOR
NEW YORK, NY 10005


DAVID M. MAREK
228 HAMILTON AVENUE
PALO ALTO, CA 94301


DEITZ NATIONWIDE COURT
REPORTING
100 MERRICK ROAD SUITE 320W
ROCKVILLE CENTRE, NY 11570


DELAGE LANDEN FIN'L SERVICES
880 FIFTH AVENUE
SUITE 1401
NEW YORK, NY 10011


DUANE MORRIS LLP
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103-4196


EFFAT S. EMAMIAN
233 BROADWAY, SUITE 2702
NEW YORK, NY 10279


EISNER, P.C.
152 WEST 57TH STREET
48TH FLOOR
NEW YORK, NY 10019


ELLEN GRAUER COURT REPORTING
126 EAST 56TH STREET
NEW YORK, NY 10022


EPHRON-MANDEL & HOWARD LLP
299 BORADWAY, SUITE 1615
NEW YORK, NY 10007


EPIQ COURT REPORTING
P.O. BOX 936158
ATLANTA, GA 31193-6158

ETHAN A. BRECHER
270 PARK AVENUE S
APT. 9-G
NEW YORK, NY 10010-6105


FEDERAL BAR COUNCIL
150 BROADWAY
SUITE 505
NEW YORK, NY 10038


GLOBAL CAPACITY
DEPT 33408
PO BOX 39000
SAN FRANCISCO, CA 94139-0001


GLOBE STORAGE & MOVING CO.
C/O LAW FIRM OF ELIAS SCHWARTZ
343 GREAT NECK ROAD
GREAT NECK, NY 11021


HARTFORD
THE HARTFORD
PO BOX 660916
DALLAS, TX 75266-0916


IRON MOUNTAIN RECORDS MGMT
P.O. BOX 27128
NEW YORK, NY 10087-7128


ITC COMMUNICATIONS
831 LITTLE BRITAIN ROAD
SUITE 300
NEW WINDSOR, NY 12553


JAMES A. BATSON
26 OLD OAK ROAD
GREENWICH, CT 06830


JAMES R. HUBBARD
2308 ENVIRON WAY
CHAPEL HILL, NC 27517


JAMES W. HALTER
310 EAST 65TH STREET
APT. PHB
NEW YORK, NY 10065

JEFFREY LIDDLE
420 EAST 54TH STREET APT. 713
NEW YORK, NY 10022


JOSEPH ORTIZ
555 KAPPOCK STREET
BRONX, NY 10463


JOSEPH P. DAY REALTY
9 EAST 40TH STREET
8TH FL
NEW YORK, NY 10016


KASOWITZ BENSON TORRES LLP
1633 BROADWAY
NEW YORK, NY 10019


KEATING & WALKER
116 NASSAU STREET, STE 816
NEW YORK, NY 10038


LAWPRESS CORPORATION
PO BOX 29
ALAMEDA, CA 94501-0329


LDI COLOR TOOLBOX
C/O SMITH CARROAD LEVY WAN
5036 JERICHO TURNPIKE, STE 201
COMMACK, NY 11725


LEXIS-NEXIS-CONCORDANCE
MATTHEW BENDER & CO INC
PO BOX 7247-0178
PHILADELPHIA, PA 19170-0178


LEXISNEXIS MATTHEW BENDER
MATTHEW BENDER & CO INC
PO BOX 7247-0178
PHILADELPHIA, PA 19170-0178


LIG CAPITAL, LLC
6400 MAIN STREET
SUITE 120
WILLIAMSVILLE, NY 14221

LOCKE LORD, LLP
200 VESEY STREET, 20TH FLOOR
NEW YORK, NY 10281


MAGNA LEGAL SERVICES LLC
SEVEN PENN CENTER
1625 MARKET STREET, 8TH FL
PHILADELPHIA, PA 19103


MARC A. SUSSWEIN
84 EDGEWOOD AVENUE
LARCHMONT, NY 10538


MARCOS NADAL
35 DAVENPORT AVE. APT. 1J
NEW ROCHELLE, NY 10805


MARY T. BARBIARZ
COURT REPORTING SERVICE, INC.
11 MARKET STREET, SUITE 215
POUGHKEEPSIE, NY 12601


MATTHEW MCCANN
549 STEWART AVENUE
NEW HYDE PARK, NY 11040


MCMANIMON, SCOTLAND & BAUMANN
75 LIVINGSTON AVENUE
ROSELAND, NJ 07068


MICHAEL BARR
C/O GARVEY SCHUBERT BARER
NEW YORK, NY 10005


MICHAEL E. GRENERT
200 RIVERSIDE BLVD. #14E
NEW YORK, NY 10069


MONTGOMERY MCCRACKEN WALKER
  & RHOADS LLP
1735 MARKET STREET
PHILADELPHIA, PA 19103-7505

NEW YORK CITY BAR
42 WEST 44TH STREET
NEW YORK, NY 10036


NEW YORK STATE INS FUND
NYSIF WORKER'S COMPENSATION
PO BOX 5328
NEW YORK, NY 10008-5238


NJ LAWYERS' FUND
P.O. BOX 961
TRENTON, NJ 08625-0961


NUANCE DOCUMENT IMAGING
EQUITRAC 7841
PO BOX 7247
PHILADELPHIA, PA 19170-7841


NYS WORKERS' COMPENSATION BD
ATTN: FINANCE OFFICE
328 STATE ST, RM 331
SCHENECTADY, NY 12305-2302


PITNEY BOWES
C/O ALLEN MAXWELL & SILVER
PO BOX 540
FAIR LAWN, NJ 07410


PLANET DEPOS, LLC
405 EAST GUDE DRIVE
SUITE 209
ROCKVILLE, MD 20850


PRACTISING LAW INSTITUTE
810 SEVENTH AVENUE
NEW YORK, NY 10019-5818


PRINTINGHOUSE PRESS
10 EAST 39TH STREET
7TH FL
NEW YORK, NY 10016


READ MCCAFFREY
68 COMMONWEALTH AVE.
BOSTON, MA 02116

```
RELIABLE PHILADELPHIA
RELIABLE PHILADELPHIA
1650 ARCH STREET, SUITE 2210
PHILADELPHIA, PA 19103


ROBERT ADLER
6650 SOUTH ORIOLE BOULEVARD
APT. E102
DELRAY BEACH, FL 33446


ROSE M. REVERENDO
811 FLORAL AVENUE
ELIZABETH, NJ 07208


SECURITIES ARBITRATION
   COMMENTATOR, INC.
PO BOX 112
MAPLEWOOD, NJ 07040


SECURITIES LITIGATION
   COMMENTATOR, INC.
PO BOX 112
MAPLEWOOD, NJ 07040


SHELTERPOINT
(FORMERLY FIRST REHAB)
1225 FRANKLIN AVE, STE 475
GARDEN CITY, NY 11530


SHERRY SHORE
200 EAST 23RD APT. 3J
NEW YORK, NY 10016


SMITHSONIAN
MEMBERSHIP-DATA CENTER
PO BOX 62170
TAMPA, FL 33663-1703


SOFTWARE TECHNOLOGY
(BILLING PROGRAM)
1621 CUSHMAN DRIVE
LINCOLN, NE 68512-1237
```

SOLARUS TECHNOLOGIES
14 PENN PLAZA
SUITE 1402
NEW YORK, NY 10122


SOUTHERN DISTRICT REPORTERS
ROOM 330, US COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007


SPECTRUM (TIME WARNER)
TIME WARNER CABLE
PO BOX 11820
NEWARK, NJ 07101-8120


STAPLES BUSINESS ADVANTAGE
DEPT NY, PO BOX 415256
BOSTON, MA 02241-5256


TRANSPERFECT TRANSLATIONS
INTERNATIONAL INC/ACCT. REC.
THREE PARK AVE, 39TH FL
NEW YORK, NY 10016


TRENK DIPASQUALE
347 MT. PLEASANT AVE STE 300
WEST ORANGE, NJ 07052-2730


TSG REPORTING, INC.
747 THIRD AVENUE, SUITE 10A
NEW YORK, NY 10017


U.S. LEGAL SUPPORT - TX
P.O. BOX 4772-99
HOUSTON, TX 77210-4772


UNINSURED EMPLOYERS FUND
WORKERS COMP BOARD/FINANCE OFF
328 STATE STREET
SCHENECTADY, NY 12305-2318


UNITED LAWYERS SERVICE
299 BROADWAY, STE 300
NEW YORK, NY 10007

VERITEXT NEW YORK REPORTING CO
PO BOX 71303
CHICAGO, IL 60694-1303


VERIZON
PO BOX 15124
ALBANY, NY 12212-5124


VERIZON CONFERENCING
PO BOX 15043
ALBANY, NY 12212-5043


WEST GROUP
THOMSON REUTERS - WEST
PO BOX 6292
CAROL STREAM, IL 60197-6292


WESTLAW
THOMSON REUTERS - WEST
PO BOX 6292
CAROL STREAM, IL 60197-6292


WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP
1133 WESTCHESTER AVENUE
WHITE PLAINS, NY 10604


WINDHAM PROFESSIONALS
5680 MAIN STREET
LOWER LEVEL
WILLIAMSVILLE, NY 14221


WOLTERS KLUWER
PO BOX 71881
CHICAGO, IL 60694-1882