William F. Gray, Jr.
Alison D. Bauer
FOLEY HOAG LLP
1301 Avenue of the Americas
25th Floor
New York, New York 10019
Tel: (646) 927-5500
Fax: (646) 927-5599

*Proposed Attorneys for Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                        :
In re                                                   :    Chapter 11
                                                        :
LIDDLE & ROBINSON, L.L.P.,[1]                           :    Case No.  19-12346 (SHL)
                                                        :
           Debtor                                       :    (Joint Administration Requested)
------------------------------------------------------- x

## NOTICE OF HEARING ON "FIRST DAY" MOTIONS AND APPLICATIONS

**PLEASE TAKE NOTICE** that on July 22, 2019 (the "Petition Date"), the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT** on the Petition Date, the Debtor filed or plans to file, among other things, the motions and applications that are listed on Exhibit A hereto (collectively, the "First Day Pleadings") and the Affidavit of Jeffrey L. Liddle Under Local Bankruptcy Rule 1007-2 (the "First Day Declaration").

---

[1] The last four digits of the Debtor's taxpayer identification number are 6440.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing will be held on July 29, 2019 at 1:30 p.m. (prevailing Eastern Time), or as soon thereafter as counsel can be heard, before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern District of New York, One Bowling Green, New York, New York 10004, to consider the relief requested in the First Day Pleadings.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Pleadings and First Day Declaration can be obtained through the Bankruptcy Court's electronic case filing system at www.nysb.uscourts.gov using a PACER password (to obtain a PACER password, go to the PACER website, www.pacer.gov).

Dated: New York, New York
July 22, 2019

        FOLEY HOAG LLP

        By: */s/ William F. Gray, Jr.*

        William F. Gray, Jr.
        Alison D. Bauer
        1301 Avenue of the Americas
        25th Floor
        New York, New York 10019
        Tel: (646) 927-5500
        Fax: (646) 927-5599

        *Proposed Attorneys for the Debtor and Debtor in Possession*

## EXHIBIT A

### First Day Motions and Applications

1. Motion of Debtor Pursuant to Fed. R. Bankr. P. 1015(b) for Entry of an Order Directing Joint Administration of Chapter 11 Cases

2. Motion of Debtor for Entry of an Order Granting an Extension of Time to File (I) Statement of Financial Affairs and Schedules of Assets and Liabilities, (II) Schedules of Current Income and Expenditures, and (III) Statements of Executory Contracts and Unexpired Leases to Extend Time to File Schedules

3. Motion of Debtor for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals

4. Motion of Debtor for Entry of an Order Authorizing the Retention and Compensation of Professionals Utilized by the Debtor in the Ordinary Course of Business

5. Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507, Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Use of Cash Collateral, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing 2002, 4001

6. Debtor's Motion for Interim and Final Orders Pursuant to Bankruptcy Code Sections 105(a), 345, 363, 364 and 503(b)(1) Authorizing: (I) Continued Maintenance of Existing Bank Accounts and (II) Continued Use of Existing Business Forms

7. Motion of Debtor for Interim and Final Orders Authorizing, But Not Directing, the Debtor to Pay Prepetition Wages, Compensation and Employee Benefits

8. Motion of the Debtor for an Order Pursuant to Bankruptcy Code Sections 105, 363, 503, 1107(a) and 1108 Authorizing the Debtor to Maintain Existing Insurance Policies and Pay All Policy Premiums in Connection Therewith