Alison D. Bauer
William F. Gray, Jr.
FOLEY HOAG LLP
1301 Avenue of the Americas
25th Floor
New York, New York 10019
Tel: (646) 927-5500
Fax: (646) 927-5599

*Proposed Attorneys for Debtor and Debtor
in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| LIDDLE & ROBINSON, L.L.P.,[1] | Case No. 19-12346 (SHL) |
| Debtor | (Joint Administration Requested) |
| | **Related to ECF No. 5** |

# NOTICE OF REVISED BUDGET

**PLEASE TAKE NOTICE** that on July 22, 2019, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 And 507, Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Use of Cash Collateral, (2) Granting Adeuate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing* [ECF No. 5] (the "Motion").

---

[1] [1] The last four digits of the Debtor's taxpayer identification number are 6440.

B5022101.1

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby files a revised Budget (the "Revised Budget") for the use of Cash Collateral (as defined in the Motion), to be attached as Exhibit A to the proposed interim order approving the Motion. A copy of the Revised Budget is attached hereto as **Exhibit A**.

Dated: New York, New York
July 26, 2019

                                            FOLEY HOAG LLP

                                            By:  /s/ *Alison D. Bauer*

                                            Alison D. Bauer
                                            William F. Gray, Jr.
                                            1301 Avenue of the Americas
                                            25th Floor
                                            New York, New York 10019
                                            Tel: (646) 927-5500
                                            Fax: (646) 927-5599

                                            *Proposed Attorneys for the Debtor and Debtor in Possession*

**Exhibit A**

**Revised Budget**

# Liddle & Robinson

## Debtor-In-Possession Budget

Date of Printout:

*July 24, 2019*

*United States Bankruptcy Court Southern District of New York*

# Liddle & Robinson, LLP Weekly Cash Flows

**BUDGET**

| Week:<br>Actual / Forecast:<br>Week Ending: | 1<br>Forecast<br>7/27/19 | 2<br>Forecast<br>8/3/19 | 3<br>Forecast<br>8/10/19 | 4<br>Forecast<br>8/17/19 | 5<br>Forecast<br>8/24/19 | 6<br>Forecast<br>8/31/19 | Total |
|---|---|---|---|---|---|---|---|
| **Cash Receipts** | | | | | | | |
| L&R Income | $160,000 | - | - | - | - | $100,000 | $260,000 |
| Other | - | - | - | - | - | - | - |
| **Total Cash Receipts** | **$160,000** | **$0** | **$0** | **$0** | **$0** | **$100,000** | **$260,000** |
| | | | | | | | |
| **Operating Expenses** | | | | | | | |
| Rent | - | ($9,400) | - | - | - | - | ($9,400) |
| Attorney Payroll | - | - | (15,000) | - | (15,000) | - | (30,000) |
| Headhunter | - | - | - | - | - | - | - |
| JLL Draw | - | (15,000) | - | - | - | - | (15,000) |
| Staff Payroll | - | - | (7,100) | - | (7,100) | - | (14,200) |
| New Hire (Paralegal/Assistant) | - | - | (5,000) | - | (5,000) | - | (10,000) |
| Health / Life Insurance | - | (8,500) | - | - | - | - | (8,500) |
| Malpractice Insurance | - | (6,000) | - | - | - | - | (6,000) |
| Utilities | - | - | - | - | - | - | - |
| Office Services (Solarus technologies) | - | (2,000) | - | - | - | - | (2,000) |
| Repairs/Maintenance | - | - | - | - | - | - | - |
| Other Operating Expenses | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (1,000) | (6,000) |
| Client Expenses to be Advanced [1] | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (2,000) | (12,000) |
| Accounting Services | - | (7,206) | - | (7,206) | - | (7,206) | (21,618) |
| Taxes | - | - | - | - | - | - | - |
| Storage Costs | - | (10,610) | - | - | - | - | (10,610) |
| **Total Operating Expenses** | **($3,000)** | **($61,716)** | **($30,100)** | **($10,206)** | **($30,100)** | **($10,206)** | **($145,328)** |
| | | | | | | | |
| **Operating Cash Flow** | **$157,000** | **($61,716)** | **($30,100)** | **($10,206)** | **($30,100)** | **$89,794** | **$114,672** |
| | | | | | | | |
| **Restructuring Costs** | | | | | | | |
| UST Fees | - | - | - | - | - | - | - |
| Bankruptcy Counsel | (50,000) | - | - | (25,000) | - | (25,000) | (100,000) |
| Accountants | (30,000) | - | - | (15,000) | - | (15,000) | (60,000) |
| Unsecured Creditors Professionals | - | - | - | - | - | - | - |
| **Total Restructuring Costs** | **(80,000)** | **-** | **-** | **(40,000)** | **-** | **(40,000)** | **(160,000)** |
| | | | | | | | |
| **Net Cash** | **$77,000** | **($61,716)** | **($30,100)** | **($50,206)** | **($30,100)** | **$49,794** | **($45,328)** |
| | | | | | | | |
| **Beginning Bank Cash [2]** | $114,112 | $191,112 | $129,396 | $99,296 | $49,090 | $18,990 | 114,112 |
| Operating Cash Flow | 77,000 | (61,716) | (30,100) | (50,206) | (30,100) | 49,794 | (45,328) |
| **Ending Cash Balance** | **$191,112** | **$129,396** | **$99,296** | **$49,090** | **$18,990** | **$68,784** | **$68,784** |

Notes: Approved Budget under the Jeffrey Lew Liddle Case (Case No: 19-10747).

[1] Amounts to be reimbursed by clients.

[2] Beginning cash balance of $114K based on Liddle & Robinson income transferred from the Jeffrey Lew Liddle Debtor-In-Possession account.