**Fill in this information to identify the case:**

Debtor name   **Liddle & Robinson, L.L.P.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **19-12346**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*......................................................................................   $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................   $ **3,497,406.04**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................   $ **3,497,406.04**

---

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $ **9,752,933.55**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $ **24,405.18**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................   +$ **54,640,487.32**

4.   Total liabilities ....................................................................................................................
   Lines 2 + 3a + 3b

   $ **64,417,826.05**

**Fill in this information to identify the case:**

Debtor name       **Liddle & Robinson, L.L.P.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **19-12346**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | **1619** | **$114,111.77** |
| 3.2. | **Citibank** | **IOLA** | **2441** | Balance: $127,012.57<br>Client funds: ($25,902.78)<br>**L&R Funds: $101,109.79** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $215,221.56 |
|---|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

| 8.1. | **Service Retainer for Office Space Rent** | **$17,600.00** |
|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Liddle & Robinson, L.L.P.** | Case number *(If known)* | **19-12346** |
|---|---|---|---|
| | Name | | |

**9.**   **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

|  |
|---|
| **$17,600.00** |

Part 3:
**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

**11.**   **Accounts receivable**

11a. 90 days old or less:

| 52,604.21 | - | 0.00 | = .... | **$52,604.21** |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

11b. Over 90 days old:

| 3,191,980.27 | - | 0.00 | = .... | **$3,191,980.27** |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

**12.**   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|---|
| **$3,244,584.48** |

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture**  **Desk chairs, chairs, tables** | **$0.00** | | **$15,000.00** |

**40.**   **Office fixtures**

**41.**   **Office equipment, including all computer equipment and communication systems equipment and software**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Liddle & Robinson, L.L.P.** | Case number *(If known)* | **19-12346** |
|---|---|---|---|
| | Name | | |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. | **Artwork** | **$0.00** | **$5,000.00** |

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$20,000.00** |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

<table>
<tr><td colspan="4" style="background:black;color:white"><b>Part 8:</b>   <b>Machinery, equipment, and vehicles</b></td></tr>
</table>

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **2017 Audi A6** | **$0.00** | | **$0.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$0.00** |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

<table>
<tr><td colspan="4" style="background:black;color:white"><b>Part 9:</b>   <b>Real property</b></td></tr>
</table>

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

<table>
<tr><td colspan="4" style="background:black;color:white"><b>Part 10:</b>   <b>Intangibles and intellectual property</b></td></tr>
</table>

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Liddle & Robinson, L.L.P.**                                    Case number *(if known)*  **19-12346**
Name

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| **Client List** | **Unknown** | | **$0.00** |

| | | | |
|---|---|---|---|
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                                      **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** | |
| Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **Liddle & Robinson, L.L.P. v. Willman, Barry** | **$0.00** |
| Nature of claim          **Lawsuit for unpaid fees** | |
| Amount requested              **$113,331.63** | |

Debtor    **Liddle & Robinson, L.L.P.**                    Case number *(If known)*  **19-12346**
Name

**v. Counsel Financial II, L.L.C. ("CF II"), for violation of N.Y.G.O.L. re: usury; Lender Liability (interference with obtaining other financing); Lender Liability (attempting forced sale of firm to CF II – backed firm); tortious interference with employment agreements and partnership offers; breach of contract to keep honest books and records; fraud in the inducement of a loan; fraudulent accounting practices; and defamation (slander) against CF II Executive Felice Callahan.**                    $0.00

| Nature of claim | Lawsuit to be filed |
| --- | --- |
| Amount requested | $5,000,000.00+ |

**v. LIG Capital, L.L.C. for violation of N.Y.G.O.L. (civil usury for charging interest in excess of 16); violation of N.Y. Penal Code + N.Y.G.O.L. (§§190.00 and 190.40) for violation of Penal usury statutes for charging interest in excess of 25%; loan sharking under RICO.**                    $0.00

| Nature of claim | Lawsuit to be filed |
| --- | --- |
| Amount requested | $2,000,000.00+ |

**v. Counsel Financial Holdings, L.L.C. for violation of N.Y.G.O.L. (civil usury for charging interest in excess of 16); violation of N.Y. Penal Code + N.Y.G.O.L. (§§190.00 and 190.40) for violation of Penal usury statutes for charging interest in excess of 25%; loan sharking under RICO.**                    $0.00

| Nature of claim | Lawsuit to be filed |
| --- | --- |
| Amount requested | $2,700,000.00+ |

**v. Leslie D. Corwin; Eisner, P.C.; and Blank Rome for malpractice by Corwin, for breach of fiduciary duty; and negligence.**                    $0.00

| Nature of claim | Lawsuit to be filed |
| --- | --- |
| Amount requested | $500,000.00+ |

**v. Felice Callahan, Paul Cody, Megan Payne, and John Does 1-5 who are affiliated with Counsel Financial II, LLC, LIG capital, LLC or Counsel Financial Holdings, LLC, for perpetrating a fraud on the court aimed at harming Debtor and for, upon information and belief, violating the L&R Non-Disclosure Agreement by sharing its contents without written authorization and for "selling" an interest in the loans Debtor guaranteed in a securitization without disclosure that certain of the loans' principal has been significantly repaid through such sales.**                    $0.00

| Nature of claim | Lawsuit to be filed |
| --- | --- |
| Amount requested | $2,250,000.00+ |

**v. Larry Hutcher, Davidoff Hutcher & Citron, LLP, for abuse of process, malicious prosecution, threatening and harassing professionals in the case.**                    $0.00

| Nature of claim | Lawsuit to be filed |
| --- | --- |
| Amount requested | $500,000.00+ |

Debtor    __Liddle & Robinson, L.L.P._____    Case number *(if known)*  __19-12346__
                Name

**v. Blaine H. Bortnick for contribution, an accounting,
tortious interference with contract and prospective
advantage, defamation, breach of partnership
obligations and guarantees.**                                                                      **$0.00**

| Nature of claim | Lawsuit to be filed |
|---|---|
| Amount requested | **$3,968,000.00+** |

**v. James R. Hubbard for contribution, an accounting,
breach of partnership obligations, for reimbursement or
personal expenses.**                                                                               **$0.00**

| Nature of claim | Lawsuit to be filed |
|---|---|
| Amount requested | **$4,000,000.00+** |

**v. James W. Halter for tortious interference.**                                                  **$0.00**

| Nature of claim | Lawsuit to be filed |
|---|---|
| Amount requested | **$500,000.00+** |

**v. Christine Palmieri – contribution.**                                                          **$0.00**

| Nature of claim | Lawsuit to be filed |
|---|---|
| Amount requested | **$125,000.00+** |

**v. Marc Susswein – contribution.**                                                               **$0.00**

| Nature of claim | Lawsuit to be filed |
|---|---|
| Amount requested | **$125,000.00+** |

**v. Ethan Brecher – contribution, repayment of negative
capital account.**                                                                                 **$0.00**

| Nature of claim | Lawsuit to be filed |
|---|---|
| Amount requested | **$200,000.00+** |

**v. James A. Batson – contribution.**                                                             **Unknown**

| Nature of claim | Lawsuit to be filed |
|---|---|
| Amount requested | **Unknown** |

**v. David M. Marek – contribution.**                                                              **Unknown**

| Nature of claim | Lawsuit to be filed |
|---|---|
| Amount requested | **Unknown** |

**v. Michael Grenert – contribution and repayment of
capital account.**                                                                                 **$0.00**

| Nature of claim | Lawsuit to be filed |
|---|---|
| Amount requested | **$380,000.00+** |

75.    **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy

Debtor    **Liddle & Robinson, L.L.P.**                                    Case number *(If known)*  **19-12346**
_____
Name

**Fee Application in Emamian v. Rockefeller University**                                          **$0.00**
**(1:07-cv-03919, S.D.N.Y.)**
Nature of claim          **Fee Application**
Amount requested                **$565,000.00**

**Fee Award in FINRA Arbitration**                                                              **$0.00**
Nature of claim          **Fee Award**
Amount requested                **$2,175,000.00**

**Fees Payable in Jean Marie Innucci v. Santander**                                            **$0.00**
**Securities LLC, FINRA Arbitration Case No.: 17-00227**
Nature of claim          **Fees Payable**
Amount requested                **$163,000.00**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**                                                                    **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor     **Liddle & Robinson, L.L.P.**                                    Case number *(If known)* **19-12346**
           Name

---

Part 12:     **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $215,221.56 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,244,584.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,497,406.04 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,497,406.04 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|

Debtor name    **Liddle & Robinson, L.L.P.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **19-12346**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2.** **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **800 Third Avenue Associates**<br>Creditor's Name<br>**c/o Platte, Klarsfeld & Levine**<br>**10 East 40th Street, 46th Fl**<br>**New York, NY 10016**<br>Creditor's mailing address<br><br>**jklarsfeld@plattelaw.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**6/2018**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Bank Accounts**<br><br>Describe the lien<br>**Common Law Lien**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | **$456,223.09** | **$0.00** |
| **2.2** **Counsel Financial Holdings**<br>Creditor's Name<br>**c/o Davidoff Hutcher & Citron**<br>**605 Third Avenue**<br>**New York, NY 10158**<br>Creditor's mailing address<br><br>**dhw@dhclegal.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**8/5/2016**<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Contingency Fees**<br><br>Describe the lien<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$1,906,621.00** | **Unknown** |

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 3

Debtor    **Liddle & Robinson, L.L.P.**
Name

Case number (if know)    **19-12346**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |

---

| 2.3 | **Counsel Financial II, LLC** | Describe debtor's property that is subject to a lien | **$6,546,448.83** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**c/o Davidoff Hutcher & Citron**
**605 Third Avenue**
**New York, NY 10158**
Creditor's mailing address

**Contingency Fees**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**dhw@dhclegal.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/5/2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.4 | **Kasowitz Benson Torres LLP** | Describe debtor's property that is subject to a lien | **$208,730.59** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**1633 Broadway**
**New York, NY 10019**
Creditor's mailing address

Describe the lien
**Judgment Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**jsiegel@kasowitz.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/29/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **LIG Capital, LLC** | Describe debtor's property that is subject to a lien | **$634,910.04** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**c/o Davidoff Hutcher & Citron**
**605 Third Avenue**
**New York, NY 10158**
Creditor's mailing address

**Contingency Fees**

Describe the lien

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 3

Debtor    **Liddle & Robinson, L.L.P.**                                    Case number (if know)    **19-12346**
_____
Name

**dhw@dhclegal.com**
_____
Creditor's email address, if known

**Date debt was incurred**

**8/5/2016**
**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

| | |
|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $9,752,933.55 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Liddle & Robinson, L.L.P.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **19-12346**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**2 Metrotech Center**<br>**Brooklyn, NY 11201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**NYS Dep't of Tax and Finance**<br>**Bankruptcy Section**<br>**PO Box 5300**<br>**Albany, NY 12205-0300** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$3,250.18** | **$786.30** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Liddle & Robinson, L.L.P.** | Case number (if known) | **19-12346** |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address

**NYS Workers' Compensation Bd**
**Attn: Finance Office**
**328 State St, Rm 331**
**Schenectady, NY 12305-2302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$21,155.00    $21,155.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1100**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**ADP, LLC**
**PO Box 842875**
**Boston, MA 02284-2875**

As of the petition filing date, the claim is: *Check that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$3,233.97

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1524**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address

**Alex Rissmiller**
**254 West 71st Street Apt. 3A**
**New York, NY 10023**

As of the petition filing date, the claim is: *Check that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$20,911.24

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address

**American Express Corp. Cards**
**c/o Relin, Goldstein & Crane**
**28 East Main Street, Ste 1800**
**Rochester, NY 14614-1991**

As of the petition filing date, the claim is: *Check that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$19,652.25

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address

**Andrea M. Paparella**
**150 West 28th St.**
**Suite 1603**
**New York, NY 10001**

As of the petition filing date, the claim is: *Check that apply.*
■ Contingent
■ Unliquidated
■ Disputed

$32,000,000.00

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

---

**3.5** | Nonpriority creditor's name and mailing address

**AppealTech, LLC**
**Z J LLC dba AppealTech**
**7 West 36th Street, 10th Fl**
**New York, NY 10018**

As of the petition filing date, the claim is: *Check that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$808.40

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Liddle & Robinson, L.L.P.** | Case number (if known) | **19-12346** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,759.35 |
| --- | --- | --- | --- |

**Arantxa King**
**346 East 63rd Street Apt. 3A**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,003.35 |
| --- | --- | --- | --- |

**Archer Consultants, Inc.**
**1101 Stewart Avenue**
**Suite 300**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $114.11 |
| --- | --- | --- | --- |

**Avant Business Services**
**P.O. Box 5952**
**Grand Central Station**
**New York, NY 10163-5952**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **0286**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,006.42 |
| --- | --- | --- | --- |

**BIA(formerly US Legal Support)**
**BIA Account Administration**
**950 Trade Centre Way, Ste 240**
**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,269.58 |
| --- | --- | --- | --- |

**Blank Rome LLP**
**One Logan Square**
**130 North 18th Street**
**Philadelphia, PA 19103-6998**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,833.83 |
| --- | --- | --- | --- |

**Bloomberg BNA**
**Book Division**
**P.O. Box 308**
**Parlin, NJ 08859-0308**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **8416**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,234.09 |
| --- | --- | --- | --- |

**Bloomberg BNA**
**P.O. Box 17009**
**Baltimore, MD 21297-1009**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **8767**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Liddle & Robinson, L.L.P. | Case number (if known) | 19-12346 |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,226.56 |
|---|---|---|---|

**Braff, Harris Sukoneck&Maloof**
P.O. Box 657
570 West Mount Pleasant Ave
Livingston, NJ 07039

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.58 |
|---|---|---|---|

**Canon Solutions America, Inc.**
c/o Caine & Weiner
12005 Ford Rd, Ste 300
Dallas, TX 75234

Date(s) debt was incurred _

Last 4 digits of account number  9184

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,883.62 |
|---|---|---|---|

**Coffee Distributing Corp.**
200 Broadway
PO Box
New Hyde Park, NY 11040

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $881.40 |
|---|---|---|---|

**Counsel Press**
P.O. Box 65019
Baltimore, MD 21264-5019

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,215.88 |
|---|---|---|---|

**Craig Tarasoff**
245 East 63rd Street
Apt. 1409
New York, NY 10065

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,580.00 |
|---|---|---|---|

**D'Amico Certified Shorthand**
P.O. Box 380
Berkeley Heights, NJ 07922

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,575.10 |
|---|---|---|---|

**Deitz Nationwide Court Reporting**
100 Merrick Road Suite 320W
Rockville Centre, NY 11570

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Liddle & Robinson, L.L.P.** | Case number (if known) | **19-12346** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$197,310.50** |
|---|---|---|---|

**DeLage Landen Fin'l Services**
**880 Fifth Avenue**
**Suite 1401**
**New York, NY 10011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000,000.00** |
|---|---|---|---|

**Effat S. Emamian**
**233 Broadway, Suite 2702**
**New York, NY 10279**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$138,948.42** |
|---|---|---|---|

**Eisner, P.C.**
**152 West 57th Street**
**48th Floor**
**New York, NY 10019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,454.10** |
|---|---|---|---|

**Ellen Grauer Court Reporting**
**126 East 56th Street**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,556.25** |
|---|---|---|---|

**Ephron-Mandel & Howard LLP**
**299 Boradway, Suite 1615**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$829.50** |
|---|---|---|---|

**Epiq Court Reporting**
**P.O. Box 936158**
**Atlanta, GA 31193-6158**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$734.44** |
|---|---|---|---|

**Global Capacity**
**Dept 33408**
**PO Box 39000**
**San Francisco, CA 94139-0001**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Liddle & Robinson, L.L.P.** | Case number (if known) | **19-12346** |
|---|---|---|---|
| | Name | | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,556.64** |
|---|---|---|
| **Globe Storage & Moving Co.**<br>**c/o Law Firm of Elias Schwartz**<br>**343 Great Neck Road**<br>**Great Neck, NY 11021** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,741.56** |
|---|---|---|
| **Iron Mountain Records Mgmt**<br>**P.O. Box 27128**<br>**New York, NY 10087-7128** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number **K080** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,716.43** |
|---|---|---|
| **ITC Communications**<br>**831 Little Britain Road**<br>**Suite 300**<br>**New Windsor, NY 12553** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|
| **James R. Hubbard**<br>**2308 Environ Way**<br>**Chapel Hill, NC 27517** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ■ Yes | |

---

**3.31**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,476.74** |
|---|---|---|
| **James W. Halter**<br>**310 East 65th Street**<br>**Apt. PHB**<br>**New York, NY 10065** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.32**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,529.24** |
|---|---|---|
| **Joseph Ortiz**<br>**555 Kappock Street**<br>**Bronx, NY 10463** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.33**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Joseph P. Day Realty**<br>**9 East 40th Street**<br>**8th Fl**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred **6/2018** | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Liddle & Robinson, L.L.P.** | Case number (if known) | **19-12346** |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,864.01 |
|---|---|---|---|

**Keating & Walker**
**116 Nassau Street, Ste 816**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $667.80 |
|---|---|---|---|

**Lawpress Corporation**
**PO Box 29**
**Alameda, CA 94501-0329**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,690.40 |
|---|---|---|---|

**LDI Color Toolbox**
**c/o Smith Carroad Levy Wan**
**5036 Jericho Turnpike, Ste 201**
**Commack, NY 11725**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **2884**

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,424.48 |
|---|---|---|---|

**Lexis-Nexis-Concordance**
**Matthew Bender & Co Inc**
**PO Box 7247-0178**
**Philadelphia, PA 19170-0178**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,899.01 |
|---|---|---|---|

**LexisNexis Matthew Bender**
**Matthew Bender & Co Inc**
**PO Box 7247-0178**
**Philadelphia, PA 19170-0178**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **7000**

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,534.56 |
|---|---|---|---|

**Magna Legal Services LLC**
**Seven Penn Center**
**1625 Market Street, 8th Fl**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,300.01 |
|---|---|---|---|

**Marcos Nadal**
**35 Davenport Ave. Apt. 1J**
**New Rochelle, NY 10805**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Liddle & Robinson, L.L.P. | Case number (if known) | 19-12346 |
|---|---|---|---|
| | Name | | |

---

**3.41**

**Nonpriority creditor's name and mailing address**

**Mary T. Barbiarz**
**Court Reporting Service, Inc.**
**11 Market Street, Suite 215**
**Poughkeepsie, NY 12601**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$312.58

---

**3.42**

**Nonpriority creditor's name and mailing address**

**Matthew McCann**
**549 Stewart Avenue**
**New Hyde Park, NY 11040**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$655.63

---

**3.43**

**Nonpriority creditor's name and mailing address**

**McManimon, Scotland & Baumann**
**75 Livingston Avenue**
**Roseland, NJ 07068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.44**

**Nonpriority creditor's name and mailing address**

**Melvin L. Schweitzer**
**1050 Park Avenue Apt. 13A**
**New York, NY 10028**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$27,683.38

---

**3.45**

**Nonpriority creditor's name and mailing address**

**Michael Barr**
**c/o Garvey Schubert Barer**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$6,500,000.00

---

**3.46**

**Nonpriority creditor's name and mailing address**

**Montgomery McCracken Walker**
** & Rhoads LLP**
**1735 Market Street**
**Philadelphia, PA 19103-7505**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$4,625.15

---

**3.47**

**Nonpriority creditor's name and mailing address**

**New York City Bar**
**42 West 44th Street**
**New York, NY 10036**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$490.00

---

| Debtor | **Liddle & Robinson, L.L.P.** | Case number (if known) | **19-12346** |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,291.21 |
|---|---|---|---|

**New York State Ins Fund**
**NYSIF Worker's Compensation**
**PO Box 5328**
**New York, NY 10008-5238**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.00 |
|---|---|---|---|

**NJ Lawyers' Fund**
**P.O. Box 961**
**Trenton, NJ 08625-0961**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,082.72 |
|---|---|---|---|

**Nuance Document Imaging**
**EQUITRAC 7841**
**PO Box 7247**
**Philadelphia, PA 19170-7841**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **1098**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,054.80 |
|---|---|---|---|

**Pitney Bowes**
**c/o Allen Maxwell & Silver**
**PO Box 540**
**Fair Lawn, NJ 07410**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,275.48 |
|---|---|---|---|

**Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.36 |
|---|---|---|---|

**PrintingHouse Press**
**10 East 39th Street**
**7th Fl**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.60 |
|---|---|---|---|

**Reliable Philadelphia**
**Reliable Philadelphia**
**1650 Arch Street, Suite 2210**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Liddle & Robinson, L.L.P.** | Case number (if known) | **19-12346** |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,344.55 |
|---|---|---|---|

**Rose M. Reverendo**
**811 Floral Avenue**
**Elizabeth, NJ 07208**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.00 |
|---|---|---|---|

**Securities Arbitration**
**  Commentator, Inc.**
**PO Box 112**
**Maplewood, NJ 07040**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $895.00 |
|---|---|---|---|

**Securities Litigation**
**  Commentator, Inc.**
**PO Box 112**
**Maplewood, NJ 07040**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $831.42 |
|---|---|---|---|

**ShelterPoint**
**(Formerly First Rehab)**
**1225 Franklin Ave, Ste 475**
**Garden City, NY 11530**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.00 |
|---|---|---|---|

**Sherry Shore**
**200 East 23rd Apt. 3J**
**New York, NY 10016**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.00 |
|---|---|---|---|

**Smithsonian**
**Membership-Data Center**
**PO Box 62170**
**Tampa, FL 33663-1703**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,704.00 |
|---|---|---|---|

**Software Technology**
**(Billing program)**
**1621 Cushman Drive**
**Lincoln, NE 68512-1237**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Liddle & Robinson, L.L.P.** | Case number (if known) | **19-12346** |
|---|---|---|---|
| | Name | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,073.12 |
|---|---|---|---|

**Solarus Technologies**
**14 Penn Plaza**
**Suite 1402**
**New York, NY 10122**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,329.93 |
|---|---|---|---|

**Southern District Reporters**
**Room 330, US Courthouse**
**500 Pearl Street**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,956.62 |
|---|---|---|---|

**Spectrum (Time Warner)**
**Time Warner Cable**
**PO Box 11820**
**Newark, NJ 07101-8120**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,263.27 |
|---|---|---|---|

**Staples Business Advantage**
**Dept NY, PO Box 415256**
**Boston, MA 02241-5256**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,554.90 |
|---|---|---|---|

**Trenk DiPasquale**
**347 Mt. Pleasant Ave Ste 300**
**West Orange, NJ 07052-2730**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,870.84 |
|---|---|---|---|

**U.S. Legal Support - TX**
**P.O. Box 4772-99**
**Houston, TX 77210-4772**

☑ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**United Lawyers Service**
**299 Broadway, Ste 300**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Liddle & Robinson, L.L.P.** | Case number *(if known)* | **19-12346** |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164,136.48**

**Veritext New York Reporting Co**
PO Box 71303
Chicago, IL 60694-1303

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$565.74**

**Verizon**
PO Box 15124
Albany, NY 12212-5124

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$723.24**

**Verizon Conferencing**
PO Box 15043
Albany, NY 12212-5043

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,617.44**

**West Group**
**Thomson Reuters - West**
PO Box 6292
Carol Stream, IL 60197-6292

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,058.94**

**Westlaw**
**Thomson Reuters - West**
PO Box 6292
Carol Stream, IL 60197-6292

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **3775**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,099.10**

**Wilson Elser Moskowitz Edelman**
**& Dicker LLP**
1133 Westchester Avenue
White Plains, NY 10604

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **1466**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Windham Professionals**
5680 Main Street
Lower Level
Williamsville, NY 14221

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number **9342**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

---

| Debtor | **Liddle & Robinson, L.L.P.** | Case number (if known) | **19-12346** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 24,405.18 |
| **5b. Total claims from Part 2** | 5b. + | $ | 54,640,487.32 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 54,664,892.50 |

**Fill in this information to identify the case:**

Debtor name    **Liddle & Robinson, L.L.P.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **19-12346**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Finance Agreement for Professional Liability Insurance** | |
|---|---|---|---|
| | State the term remaining | **Through July 2020** | **AFCO**<br>**5600 N. River Rd.**<br>**Suite 400**<br>**Rosemont, IL 60018-5187** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Cellular Services for Jeffrey Liddle** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **AT&T Mobility**<br>**PO Box 537104**<br>**Atlanta, GA 30353-7104** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Legal/Case Search Subscription** | |
|---|---|---|---|
| | State the term remaining | **Through August 2020** | **Casetext**<br>**330 Townsend St.**<br>**Suite 100**<br>**San Francisco, CA 94110** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Storage of Client Files and Office Furniture** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Globe Storage & Moving Co**<br>**665 Broadway**<br>**Suite 301**<br>**New York, NY 10012** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Liddle & Robinson, L.L.P.** | | | Case number *(if known)* | **19-12346** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription News Service** | |
|---|---|---|---|
| | State the term remaining | **Through 6/2020** | **Investment News Subscription Service Dept PO Box 433280 Palm Coast, FL 32143-3280** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Storage of Client Files** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Iron Mountain Records Mgmt 1000 Campus Drive Collegeville, PA 19426** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Electronic Access to Court Records** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **PACER Service Center P.O. Box 71364 Philadelphia, PA 19176-1364** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Accounting & Processing of Employee Payrolls** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Paychex 1550 Pond Rd. Suite 302 Allentown, PA 18104** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Postage Meter Lease** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Pitney Bowes c/o Allen Maxwell & Silver PO Box 540 Fair Lawn, NJ 07410** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Life Insurance for Jeffrey Liddle** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Principal Life Insurance Co PO Box 10360 Des Moines, IA 50306-0360** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Liddle & Robinson, L.L.P.** | | | Case number *(if known)* | **19-12346** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Office Space (Current Office)** | |
|---|---|---|---|
| | State the term remaining | **Through December 2019** | **Regus Management Group LLC**<br>**PO Box 842456**<br>**Dallas, TX 75284-2456** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Legal News Subscription** | |
|---|---|---|---|
| | State the term remaining | **Through 6/2020** | **Securities Arbitration Commentator, Inc.**<br>**PO Box 112**<br>**Maplewood, NJ 07040** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **IT Computer Server Services** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **Solarus Technologies**<br>**14 Penn Plaza**<br>**Suite 1402**<br>**New York, NY 10122** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Health/Medical Coverage for Employees** | |
|---|---|---|---|
| | State the term remaining | **Ongoing** | **United Healthcare Oxford**<br>**4 Research Drive**<br>**Shelton, CT 06484** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Automobile Lease** | |
|---|---|---|---|
| | State the term remaining | **Through 7/2020** | **VW Credit c/o Nat'l Bankr Serv**<br>**14841 Dallas Pkwy**<br>**Suite 300**<br>**Dallas, TX 75254** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name      **Liddle & Robinson, L.L.P.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **19-12346**

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1  **Blaine H. Bortnick** | **266 West 12th Street New York, NY 10014** | **800 Third Avenue Associates** | ☑ D  **2.1** ☐ E/F _____ ☐ G _____ |
| 2.2  **Blaine H. Bortnick** | **266 West 12th Street New York, NY 10014** | **Andrea M. Paparella** | ☐ D _____ ☑ E/F  **3.4** ☐ G _____ |
| 2.3  **Blaine H. Bortnick** | **266 West 12th Street New York, NY 10014** | **Counsel Financial Holdings** | ☑ D  **2.2** ☐ E/F _____ ☐ G _____ |
| 2.4  **Blaine H. Bortnick** | **266 West 12th Street New York, NY 10014** | **Counsel Financial II, LLC** | ☑ D  **2.3** ☐ E/F _____ ☐ G _____ |
| 2.5  **Blaine H. Bortnick** | **266 West 12th Street New York, NY 10014** | **LIG Capital, LLC** | ☑ D  **2.5** ☐ E/F _____ ☐ G _____ |

| Debtor | **Liddle & Robinson, L.L.P.** | Case number *(if known)* | **19-12346** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Blaine H. Bortnick | 266 West 12th Street New York, NY 10014 | Joseph P. Day Realty | ☐ D _____  ■ E/F __3.33__  ☐ G _____ |
| 2.7 | Blaine H. Bortnick | 266 West 12th Street New York, NY 10014 | Kasowitz Benson Torres LLP | ■ D __2.4__  ☐ E/F _____  ☐ G _____ |
| 2.8 | Christine Palmieri | 421 Stellar Avenue Pelham, NY 10803 | 800 Third Avenue Associates | ■ D __2.1__  ☐ E/F _____  ☐ G _____ |
| 2.9 | Christine Palmieri | 421 Stellar Avenue Pelham, NY 10803 | Effat S. Emamian | ☐ D _____  ■ E/F __3.21__  ☐ G _____ |
| 2.10 | Christine Palmieri | 421 Stellar Avenue Pelham, NY 10803 | Joseph P. Day Realty | ☐ D _____  ■ E/F __3.33__  ☐ G _____ |
| 2.11 | Christine Palmieri | 421 Stellar Avenue Pelham, NY 10803 | Kasowitz Benson Torres LLP | ■ D __2.4__  ☐ E/F _____  ☐ G _____ |
| 2.12 | David I. Greenberger | Bailey Duquette P.C. 100 Broadway, 10th Floor New York, NY 10005 | 800 Third Avenue Associates | ■ D __2.1__  ☐ E/F _____  ☐ G _____ |
| 2.13 | David I. Greenberger | Bailey Duquette P.C. 100 Broadway, 10th Floor New York, NY 10005 | Andrea M. Paparella | ☐ D _____  ■ E/F __3.4__  ☐ G _____ |

| Debtor | **Liddle & Robinson, L.L.P.** | Case number *(if known)* | **19-12346** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 | David I. Greenberger | Bailey Duquette P.C.<br>100 Broadway, 10th Floor<br>New York, NY 10005 | Joseph P. Day Realty | ☐ D ____<br>■ E/F __3.33__<br>☐ G ____ |
| 2.15 | David M. Marek | 228 Hamilton Avenue<br>Palo Alto, CA 94301 | Joseph P. Day Realty | ☐ D ____<br>■ E/F __3.33__<br>☐ G ____ |
| 2.16 | David M. Marek | 228 Hamilton Avenue<br>Palo Alto, CA 94301 | 800 Third Avenue Associates | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | David M. Marek | 228 Hamilton Avenue<br>Palo Alto, CA 94301 | Kasowitz Benson Torres LLP | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | Ethan A. Brecher | 270 Park Avenue S<br>Apt. 9-G<br>New York, NY 10010-6105 | Joseph P. Day Realty | ☐ D ____<br>■ E/F __3.33__<br>☐ G ____ |
| 2.19 | Ethan A. Brecher | 270 Park Avenue S<br>Apt. 9-G<br>New York, NY 10010-6105 | 800 Third Avenue Associates | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.20 | Halter, James | | Kasowitz Benson Torres LLP | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.21 | James A. Batson | 26 Old Oak Road<br>Greenwich, CT 06830 | 800 Third Avenue Associates | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Liddle & Robinson, L.L.P.** | | Case number *(if known)* | **19-12346** |
|---|---|---|---|---|

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **James A. Batson** | 26 Old Oak Road<br>Greenwich, CT 06830 | **Effat S. Emamian** | ☐ D ____<br>■ E/F __3.21__<br>☐ G ____ |
| 2.23 | **James A. Batson** | 26 Old Oak Road<br>Greenwich, CT 06830 | **Joseph P. Day Realty** | ☐ D ____<br>■ E/F __3.33__<br>☐ G ____ |
| 2.24 | **James R. Hubbard** | 2308 Environ Way<br>Chapel Hill, NC 27517 | **Andrea M. Paparella** | ☐ D ____<br>■ E/F __3.4__<br>☐ G ____ |
| 2.25 | **James R. Hubbard** | 2308 Environ Way<br>Chapel Hill, NC 27517 | **Counsel Financial Holdings** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | **James R. Hubbard** | 2308 Environ Way<br>Chapel Hill, NC 27517 | **Counsel Financial II, LLC** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.27 | **James R. Hubbard** | 2308 Environ Way<br>Chapel Hill, NC 27517 | **LIG Capital, LLC** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.28 | **James R. Hubbard** | 2308 Environ Way<br>Chapel Hill, NC 27517 | **Kasowitz Benson Torres LLP** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.29 | **James W. Halter** | 310 East 65th Street<br>Apt. PHB<br>New York, NY 10065 | **Andrea M. Paparella** | ☐ D ____<br>■ E/F __3.4__<br>☐ G ____ |

| Debtor | **Liddle & Robinson, L.L.P.** | Case number *(if known)* | **19-12346** |

| | |
|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Marc A. Susswein** | 84 Edgewood Avenue<br>Larchmont, NY 10538 | **Joseph P. Day Realty** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.31 | **Marc A. Susswein** | 84 Edgewood Avenue<br>Larchmont, NY 10538 | **800 Third Avenue Associates** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | **Marc A. Susswein** | 84 Edgewood Avenue<br>Larchmont, NY 10538 | **Kasowitz Benson Torres LLP** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | **Michael E. Grenert** | 200 Riverside Blvd. #14E<br>New York, NY 10069 | **Joseph P. Day Realty** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.34 | **Michael E. Grenert** | 200 Riverside Blvd. #14E<br>New York, NY 10069 | **800 Third Avenue Associates** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy