DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200
David H. Wander, Esq.
dhw@dhclegal.com
*Attorneys for Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                    Chapter 11

LIDDLE & ROBINSON, L.L.P.,                              Case No. 19-12346 -shl

                                   Debtor.
-------------------------------------------------------X

**OBJECTION BY COUNSEL FINANCIAL II LLC, LIG CAPITAL LLC, AND COUNSEL FINANCIAL HOLDINGS LLC TO NOTICE OF MONTHLY STATEMENT OF EISNERAMPER LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS ACCOUNTANTS TO THE DEBTOR AND DEBTOR IN POSSESSION FOR THE PERIOD FROM JULY 22, 2019 THROUGH AUGUST 31, 2019 [DOC 85]**

TO THE HONORABLE SEAN H. LANE,
UNITED STATES BANKRUPTCY JUDGE:

Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC (collectively "Counsel Financial"), by its attorneys, Davidoff Hutcher & Citron LLP, submits the following objection to the Notice of Monthly Statement of EisnerAmper LLP For Compensation For Services Rendered and Reimbursement of Expenses Incurred As Accountant to the Debtor and Debtor In Possession For the Period From July 22, 2019 Through August 31, 2019 (Doc 85] and represents and states:

1.    Counsel Financial objects to the use of its cash collateral to pay EisnerAmper LLP's fees and expenses.

669243v.1

Dated: New York, New York
      October 22, 2019

                         DAVIDOFF HUTCHER & CITRON LLP

                         By: /s/ David H. Wander
                              David H. Wander
                         605 Third Avenue
                         New York, New York 10158
                         (212) 557-7200
                         dhw@dhclegal.com
                         *Attorneys for Counsel Financial II LLC, LIG Capital LLC,*
                         *and Counsel Financial Holdings LLC*

669243v.1