| | |
|---|---|
| Alison D. Bauer | Meredith S. Parkinson |
| William F. Gray, Jr. | Michael Licker |
| FOLEY HOAG LLP | FOLEY HOAG LLP |
| 1301 Avenue of the Americas | Seaport West |
| 25th Floor | 155 Seaport Boulevard |
| New York, New York 10019 | Boston, Massachusetts 02210 |
| Tel: (646) 927-5500 | Tel: 617.832.1197 |
| Fax: (646) 927-5599 | Fax: 617.832.7000 |

*Attorneys for Jeffrey Lew Liddle and*
*Proposed Attorneys for Liddle & Robinson, L.L.P.,*
*each a Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                         :   Chapter 11
In re                                                    :
                                                         :   Case No. 19-12346 (SHL)
LIDDLE & ROBINSON, L.L.P.,[1]                            :
                                                         :   (Jointly Administered with Case No. 19-
         Debtor                                          :   10747)
---------------------------------------------------------- x

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                         :   Chapter 11
In re                                                    :
                                                         :   Case No. 19-10747(SHL)
JEFFREW LEW LIDDLE,                                      :
                                                         :   (Jointly Administered with Case No. 19-
         Debtor                                          :   12346)
---------------------------------------------------------- x

## NOTICE OF AGENDA FOR OMNIBUS HEARING

Time and Date of Hearing:    October 24, 2019 at 10:00 a.m. (EDT)

---

[1] The last four digits of Liddle & Robinson, L.L.P.'s taxpayer identification number are 6440.

B5054857.4

| | |
|---|---|
| Location of Hearing: | United States Bankruptcy Court for the Southern District of New York, before the Honorable Sean H. Lane, United States Bankruptcy Judge, **Room 701**, One Bowling Green, New York, New York 10004 |

**PLEASE TAKE NOTICE** that an agenda with respect to all matters set for hearing on **October 24, 2019 at 10:00 a.m. (EDT)** is set forth below. Copies of each pleading identified below can be viewed and/or obtained by: (i) accessing the Court's website at www.nysb.uscourts.gov, or (ii) contacting the Office of the Clerk of Court at One Bowling Green, New York, New York 10004. Note that a PACER password is required to access documents on the Court's website.

## AGENDA

**I.    DEBTOR LIDDLE & ROBINSON, L.L.P.'S CONTESTED MATTERS**

   A.   Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507, Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Use of Cash Collateral, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 5]**

   1.   **Related Documents**:

   (i)   Debtor's Notice of Revised Budget for use of cash collateral with respect to Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 And 507, Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Use of Cash Collateral, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 23]**

   (ii)  Objection to Motion by Debtor to (i) Extend Deadline to File Schedules, (ii) Use Cash Collateral, (iii) Retain Professionals, and (iv) Implement Procedures for Interim Compensation (related document(s) 3, 4, 5, 6, 7, 8, 9, 10) **[19-12346 ECF No. 25]**

   (iii) Interim Order (1) Authorizing Use of Cash Collateral, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 30]**

   (iv)  Second Interim Order (1) Authorizing Use of Cash Collateral by Liddle & Robinson, LLP, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 46]**

   (v) Third Interim Order (1) Authorizing Use of Cash Collateral by Liddle & Robinson, LLP, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 81]**

   (vi) Proposed Fourth Interim Order (1) Authorizing Use of Cash Collateral by Liddle & Robinson, LLP, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 94]**

  2. **Status**: Going forward on an interim basis with respect to Liddle & Robinson, LLP.

B. Application of Debtor Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(A) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Retain and Employ Richard J. Lynne as Tax Accountant to Liddle & Robinson LLP *Nunc Pro Tunc* to the Petition Date **[19-12346 ECF No. 53]**

  1. **Related Documents**:

   (i) Objection by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC to Debtor's Application to Retain Richard J. Lynne **[19-12346 ECF No. 70]**

   (ii) Objection by US Trustee for Region 2 (made in open court)

   (iii) Supplemental Declaration of Richard Lynne in Support of the Application of Liddle & Robinson, LLP for Entry of an Order Authorizing the Employment and Retention of Richard Lynne, C.P.A., P.C. as Tax Accountant to Liddle & Robinson, LLP Effective *Nunc Pro Tunc* to the Petition Date **[19-12346 ECF No. 98]**

  2. **Status**: Going forward with respect to Liddle & Robinson, LLP.

C. Application of Debtor Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(A) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Retain and Employ The Benefit Practice as Benefits Consultant to Liddle & Robinson LLP *Nunc Pro Tunc* to the Petition Date **[19-12346 ECF No. 58]**

  1. **Related Documents**:

   (i) Objection by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC to Debtor's Application to Retain The Benefit Practice **[19-12346 ECF No. 69]**

3

    (ii) Supplemental Declaration of Daniel Crevani in Support of the Application of Liddle & Robinson, LLP for Entry of an Order Authorizing the Employment and Retention of The Benefit Practice as Benefits Consultant to Liddle & Robinson, LLP Effective *Nunc Pro Tunc* to the Petition Date **[19-12346 ECF No. 99]**

    (iii) Debtor's Revised Proposed Order Authorizing the Employment and Retention of the Benefit Practice as Benefits Consultant to Debtor Effective *Nunc Pro Tunc* to the Petition Date **[19-12346 ECF No. 101]**

  2. **Status**: Going forward with respect to Liddle & Robinson, LLP

D. Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of Blaine H. Bortnick, and (II) Production of Documents by Blaine H. Bortnick, Along with Related Relief **[19-12346 ECF No. 51]**

  1. **Related Documents**:

    (i) Notice of Presentment of Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of Blaine H. Bortnick, and (II) Production of Documents by Blaine H. Bortnick, Along with Related Relief **[19-12346 ECF No. 50]**

    (ii) Notice of Adjournment of Presentment of Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of Blaine H. Bortnick, and (II) Production of Documents by Blaine H. Bortnick, Along with Related Relief **[19-12346 ECF No 72]**

    (iii) Objection by Blaine H. Bortnick to Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Dire Directing (I) Examination of Blaine H. Bortnick, and (II) Production of Documents by Blaine H. Bortnick, Along with Related Relief **[19-12346 ECF No 82]**

    (iv) Notice of Hearing to consider Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of Blaine H. Bortnick, and (II) Production of Documents by Blaine H. Bortnick, Along with Related Relief **[19-12346 ECF No 84]**

  2. **Status**: Going forward with respect to Liddle & Robinson, LLP.

E.  Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of Counsel Financial Holdings LLC, and (II) Production of Documents by Counsel Financial Holdings LLC, Along with Related Relief **[19-12346 ECF No. 77]**

    1. Related Documents:

        (i) Notice of Presentment of Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of Counsel Financial Holdings LLC, and (II) Production of Documents by Counsel Financial Holdings LLC, Along with Related Relief **[19-12346 ECF No. 76]**

        (ii) Notice of Hearing to Consider Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of Counsel Financial Holdings LLC, and (II) Production of Documents by Counsel Financial Holdings LLC, Along with Related Relief **[19-12346 ECF No. 90]**

        (iii) Objection by Counsel Financial Holdings LLC to Debtor's Motion, Pursuant to Bankruptcy Rule 2004, for an Order Directing the Examination of Counsel Financial and Requiring the Production of Documents by Counsel Financial **[19-12346 ECF No. 96]**

    2. **Status**: Going forward with respect to Liddle & Robinson, LLP.

F.  Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of LIG Capital LLC, and (II) Production of Documents by LIG Capital LLC, Along with Related Relief **[19-12346 ECF No. 79]**

    1. **Related Documents**:

        (i) Notice of Presentment of Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of LIG Capital LLC, and (II) Production of Documents by LIG Capital LLC, Along with Related Relief **[19-12346 ECF No. 78]**

        (ii) Notice of Hearing to Consider Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of LIG Capital LLC, and (II) Production of Documents by LIG Capital LLC, Along with Related Relief **[19-12346 ECF No. 91]**

        (iii)    Objection by LIG Capital LLC to Debtor's Motion, Pursuant to Bankruptcy Rule 2004, for an Order Directing the Examination of Counsel Financial and Requiring the Production of Documents by Counsel Financial **[19-12346 ECF No. 97]**

    2.    **Status**: Going forward with respect to Liddle & Robinson, LLP

## II. DEBTOR JEFFREY LEW LIDDLE'S CONTESTED MATTERS

A. Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of Counsel Financial Holdings LLC, and (II) Production of Documents by Counsel Financial Holdings LLC, Along with Related Relief **[19-10747 ECF No. 180]**

    1.    **Related Documents**:

        (i)    Notice of Presentment of Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of Counsel Financial Holdings LLC, and (II) Production of Documents by Counsel Financial Holdings LLC, Along with Related Relief **[19-10747 ECF No. 179]**

        (ii)    Notice of Hearing to Consider Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of Counsel Financial Holdings LLC, and (II) Production of Documents by Counsel Financial Holdings LLC, Along with Related Relief **[19-10747 ECF No. 197]**

        (iii)    Objection by Counsel Financial Holdings LLC to Debtor's Motion, Pursuant to Bankruptcy Rule 2004, for an Order Directing the Examination of Counsel Financial and Requiring the Production of Documents by Counsel Financial **[19-10747 ECF No. 208]**

    2.    **Status**: Going forward with respect to Jeffrey Lew Liddle.

B. Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of LIG Capital LLC, and (II) Production of Documents by LIG Capital LLC, Along with Related Relief **[19-10747 ECF No. 182]**

    1.    **Related Documents**:

        (i)    Notice of Presentment of Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of LIG Capital LLC, and (II) Production

of Documents by LIG Capital LLC, Along with Related Relief **[19-10747 ECF No. 181]**

(ii) Notice of Hearing to Consider Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of LIG Capital LLC, and (II) Production of Documents by LIG Capital LLC, Along with Related Relief **[19-10747 ECF No. 201]**

(iii) Objection by LIG Capital LLC to Debtor's Motion, Pursuant to Bankruptcy Rule 2004, for an Order Directing the Examination of Counsel Financial and Requiring the Production of Documents by Counsel Financial **[19-10747 ECF No. 209]**

2. **Status**: Going forward with respect to Jeffrey Lew Liddle.

### III. DEBTOR LIDDLE & ROBINSON, L.L.P'S UNCONTESTED MATTERS

A. Application of Debtor Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(A) and 2016, and Local Rules 2014-1 and 2016-1 for Authority to Retain and Employ Foley Hoag LLP as Attorneys for the Debtor *Nunc Pro Tunc* to the Petition Date **[19-12346 ECF No. 13]**

1. **Related Documents**:

(i) Supplemental Declaration of William F. Gray, Jr. on Behalf of Foley Hoag LLP Pursuant to 11 U.S.C. § 327, 329, and 504 and Fed. R. Bankr. P. 2014(A) and 2016 **[19-12346 ECF No. 89]**

(ii) Debtor's Revised Proposed Order Pursuant to 11 U.S.C. § 327(a), Fed R. Bankr. P. 2014(a) and 2016, and Local Rules 2014-1 and 2016 Authorizing the Retention and Employment of Foley Hoag LLP as Attorneys for the Debtor **[19-12346 ECF No. 100]**

2. **Status**: Going forward with respect to Liddle & Robinson, LLP.

### IV. DEBTOR JEFFREY LEW LIDDLE'S UNCONTESTED MATTERS

A. Debtor's Motion for Entry of an Order Extending the Debtor's Exclusive Period to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code **[19-10747 ECF No. 188]**

1. **Status**: Going forward with respect to Jeffrey Lew Liddle.

### V. DEBTOR LIDDLE & ROBINSON, L.L.P'S ADJOURNED ITEMS

    A.    Motion by Creditor Michael Barr to Lift Automatic Stay **[19-12346 ECF No. 54]**

        1.    **Related Documents**:

            (i)    Affirmation in Support of Motion of Michael Barr for Entry of and Order Lifting the Automatic Stay **[19-12346 ECF No. 55]**

            (ii)    Notice of Adjournment of Hearing to Consider the Motion to Lift Automatic Stay by Creditor Michael Barr **[19-12346 ECF No. 86]**

        2.    **Status**: Motion has been adjourned by consent of all parties until the November 26, 2019 omnibus hearing.

    B.    Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of YieldStreet Inc., and (II) Production of Documents by YieldStreet Inc., Along with Related Relief **[19-12346 ECF No. 63]**

        1.    **Related Documents**:

            (i)    Notice of Presentment of Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of YieldStreet Inc., and (II) Production of Documents by YieldStreet Inc., Along with Related Relief **[19-12346 ECF No. 62]**

            (ii)    Notice of Adjournment of Motion by Debtor Pursuant to Bankruptcy Rule 2004 and §105(a) of the Bankruptcy Code, for an Order Directing (I) Examination of YieldStreet Inc., and (II) Production of Documents by YieldStreet Inc., Along with Related Relief **[19-12346 ECF No. 83]**

        **Status**: Motion has been adjourned by consent of all parties until the November 26, 2019 omnibus hearing

## VI. DEBTOR JEFFREY LEW LIDDLE'S ADJOURNED ITEMS

    A.    VW Credit, Inc.'s Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. Section 362(d)(1) & (2) **[19-10747 ECF No. 77]**

        1.    **Status**: Motion has been adjourned by consent of all parties until the November 26, 2019 omnibus hearing.

    B.    Motion by M&T Bank for Relief from Stay re: 560 Main Street, Southampton Town, NY 11978 **[19-10747 ECF No. 107]**

  1. **Related Documents**:

    (i) Memorandum of Law in Support of Motion for Relief from Stay re: 560 Main Street, Southampton Town, NY 11978 **[19-10747 ECF No. 108]**

  2. **Status**: Motion has been adjourned by consent of all parties until the November 26, 2019 omnibus hearing.

C. Objection by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC to Debtor's Claims of Exempt Property Pursuant to Bankruptcy Rule 4003 **[19-10747 ECF No. 118]**

  1. **Related Documents**:

    (i) Notice of Hearing to Consider Objection to Debtor's Claim of Exempt Property **[19-10747 ECF No. 119]**

    (ii) Response of Debtor to Objection by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC to Debtor's Claims of Exempt Property, Pursuant to Bankruptcy Rule 4003, and for Related Relief **[19-10747 ECF No. 186]**

    (iii) Reply by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC to Debtor's Response to the Objection to Debtor's Claims of Exempt Property **[19-10747 ECF No. 206]**

  2. **Status**: Motion has been adjourned by consent of all parties until the November 26, 2019 omnibus hearing.

D. Motion by Creditor Michael Barr to Lift Automatic Stay **[19-10747 ECF No. 168]**

  1. **Related Documents**:

    (i) Affirmation in Support of Motion of Michael Barr for Entry of and Order Lifting the Automatic Stay **[19-10747 ECF No. 169]**

    (ii) Notice of Adjournment of Hearing to Consider the Motion to Lift Automatic Stay by Creditor Michael Barr **[19-10747 ECF No. 193]**

  2. **Status**: Motion has been adjourned by consent of all parties until the November 26, 2019 omnibus hearing.

| | |
|---|---|
| Dated: October 22, 2019<br>New York, New York | Respectfully submitted,<br><br>*/s/ Alison D. Bauer*<br>FOLEY HOAG LLP<br>Alison D. Bauer<br>William F. Gray, Jr.<br>1301 Avenue of the Americas<br>25th Floor<br>New York, New York 10019<br>Tel:   646.927.5500<br>Fax:  646.927.5599<br>abauer@foleyhoag.com<br>wgray@foleyhoag.com<br><br>Meredith S. Parkinson<br>Michael Licker<br>FOLEY HOAG LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>Tel: 617.832.1197<br>Fax: 617.832.7000<br>mparkinson@foleyhoag.com<br>mlicker@foleyhoag.com<br><br>*Attorneys for Jeffrey Lew Liddle and Proposed Attorneys Liddle & Robinson LLP, each a Debtor and Debtor in Possession* |

B5054857.4