Alison D. Bauer                 Michael Licker
William F. Gray, Jr.            Meredith Parkinson
FOLEY HOAG LLP                  FOLEY HOAG LLP
1301 Avenue of the Americas     Seaport West
25th Floor                      155 Seaport Boulevard
New York, New York 10019        Boston, Massachusetts 02210
Tel: (646) 927-5500             Tel: (617) 832-1000
Fax: (646) 927-5599             Fax: (617) 832-7000

*Attorneys for Liddle & Robinson, L.L.P. Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
                                                         :   Chapter 11
                                                         :
In re                                                    :
                                                         :   Case No.  19-10747 (SHL)
                                                         :
LIDDLE & ROBINSON, L.L.P.[1],                            :
                                                         :   Jointly Administered with 19-12346 (SHL)
                                                         :
                 Debtor                                  :
-------------------------------------------------------- x

**NOTICE OF MONTHLY STATEMENT OF FOLEY HOAG LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS COUNSEL TO THE DEBTOR AND DEBTOR IN
POSSESSION FOR THE PERIOD FROM
SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| | |
|---|---|
| Name of Applicant: | Foley Hoag LLP |
| Authorized to Provide Services to: | Debtor and Debtor in Possession |
| Date of Retention: | October 30, 2019, *nunc pro tunc* to July 22, 2019 [Docket No. 109] |
| Period for Which Compensation and Expense Reimbursement is Sought: | September 1, 2019 through September 30, 2019 |
| Amount of Compensation Requested: | $ 102,164.40 |
| Less 20% Holdback: | $ 20,432.88 |
| Net of Holdback: | $ 81,731.52 |
| Amount of Expense Reimbursement Requested: | $ 746.15 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $ 82,477.67 |

---

[1] The last four digits of Liddle & Robinson, L.L.P.'s taxpayer identification number are 6440.

B5067912.1

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated September 4, 2019 [Docket No. 48] (the "Interim Compensation Order"), Foley Hoag LLP ("Foley Hoag") hereby submits this monthly statement (the "Monthly Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtor, for the period from September 1, 2019 through September 30, 2019 (the "Monthly Period"). By this Monthly Statement, Foley Hoag seeks payment in the amount of $82,477.67, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## **SERVICES RENDERED AND EXPENSES INCURRED**

1.      Attached hereto as **Exhibit A** is a summary of Foley Hoag professionals by individual, setting forth the (a) name and title of each individual who provided services during the Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Foley Hoag's current billing rates, (d) amount of fees earned by each Foley Hoag professional, and (e) year of bar admission for each attorney. The blended hourly billing rate of Foley Hoag timekeepers during the Monthly Period is approximately $536.86.

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Monthly Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Monthly Period

4.      Attached hereto as **Exhibit D** are itemized time records of Foley Hoag professionals for the Monthly Period and summary materials related thereto.

5.      Attached hereto as **Exhibit E** is an itemized record of all expenses for the Monthly Period.

6.      Attached hereto as **Exhibit F** is a record showing the history of previous fee statements (with amounts paid).

## NOTICE AND OBJECTION PROCEDURES

7.      Notice of this Monthly Statement shall be given by hand or overnight delivery upon (a) the Debtor, Liddle & Robinson, L.L.P., 1177 Avenue of the Americas, 5th Floor, New York, New York 10036, (b) William K. Harrington, United States Trustee for Region 2, United States Department of Justice, Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn.: Andrea B. Schwartz, Esq. (andrea.b.schwartz@usdoj.gov) (collectively, the "Notice Parties"), and (c) creditors who have made an appearance in the Debtor's chapter 11 case.

8.      Objections to this Monthly Statement, if any, must be served upon the Notice Parties, and by email, hand, or overnight delivery upon counsel to the Debtor and Debtor in Possession, Foley Hoag, LLP, 1301 Avenue of the Americas, 25th Floor, New York, New York 10019, Attn.: William F. Gray, Jr. (wgray@foleyhoag.com) and Alison Bauer (abauer@foleyhoag.com) no later than December 2, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

9.      If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor shall promptly pay Foley Hoag 80% of the fees and 100% of the expenses identified in this Monthly Statement.

10.     To the extent that an objection to this Monthly Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
        November 22, 2019

FOLEY HOAG LLP

By: */s/ Alison D. Bauer*
Alison D. Bauer
William F. Gray, Jr.
1301 Avenue of the Americas, 25th Floor
New York, New York 10019
abauer@foleyhoag.com
wgray@foleyhoag.com
Tel: (646) 927-5500
Fax: (646) 927-5599

Michael Licker
Meredith Parkinson
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
mlicker@foleyhoag.com
mparkinson@foleyhoag.com
Tel: (617) 832-1000
Fax: (617) 832-7000

*Attorneys for Liddle & Robinson, L.L.P.*
*Debtor and Debtor-in-Possession*

**Exhibit A**

**FOLEY HOAG LLP**
**Fee Summary for the Period**
**September 1, 2019 through September 30, 2019**

| Employee | Year of Admission | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Bauer, Alison D. | 1996 | 2019 | $900.00 | 15.7 | $14,130.00 |
| Gray Jr., William F. | 1981 | 2019 | $925.00 | 32.2 | $29,785.00 |
| Licker, Michael | 2010 | 2019 | $715.00 | 13.8 | $9,867.00 |
| *Partner Totals:* | | | | 61.7 | $53,782.00 |
| **Associates** | | | | | |
| Fullmer, James S. | 2016 | 2019 | $505.00 | 52.0 | $26,260.00 |
| Parkinson, Meredith S. | 2011 | 2019 | $595.00 | 20.6 | $12,257.00 |
| Teoh, Jin-Wen | 2018 | 2019 | $470.00 | 18.2 | $8,554.00 |
| *Associate Totals:* | | | | 90.8 | $47,071.00 |
| **Paralegals** | | | | | |
| Kelly, Rachel | | 2019 | $335.00 | 37.2 | $12,462.00 |
| Nigro, Carla A. | | 2019 | $335.00 | 0.6 | $201.00 |
| *Paralegal Totals:* | | | | 37.8 | $12,663.00 |
| **Total** | | | | 190.3 | $113,516.00 |
| **Less Discount Applied** | | | | | ($11,351.60) |
| **Total Fees** | | | | | $102,164.40 |

**Foley Hoag LLP**
**Hours Worked by Task Code and Timekeeper on 36355.00002**
**Invoice 4009955**

| Employee | | Hours Billed | Amount |
|---|---|---|---|
| **B100.B110 Case Administration** | | | |
| 3152 | Bauer, Alison D. | 9.1 | $7,371.00 |
| 2653 | Fullmer, James S. | 39.4 | $17,907.30 |
| 3153 | Gray Jr., William F. | 6.9 | $5,744.25 |
| 3218 | Kelly, Rachel | 18.7 | $5,638.05 |
| 1065 | Nigro, Carla A. | 0.6 | $180.90 |
| 3116 | Parkinson, Meredith S. | 10.0 | $5,355.00 |
| 3232 | Teoh, Jiun-Wen Bob | 9.2 | $3,891.60 |
| **B100.B110 Case Administration Total:** | | **93.9** | **$46,088.10** |
| **B100.B120 Asset Analysis and Recovery** | | | |
| 3153 | Gray Jr., William F. | 1.3 | $1,082.25 |
| **B100.B120 Asset Analysis and Recovery Total:** | | **1.3** | **$1,082.25** |
| **B100.B140 Relief from Stay/Adequate Protection Proceedings** | | | |
| 2187 | Licker, Michael | 0.3 | $193.05 |
| 3116 | Parkinson, Meredith S. | 0.4 | $214.20 |
| **B100.B140 Relief from Stay/Adequate Protection Proceedings Total:** | | **0.7** | **$407.25** |
| **B100.B150 Meetings of and Communications with Creditors** | | | |
| 3152 | Bauer, Alison D. | 0.5 | $405.00 |
| **B100.B150 Meetings of and Communications with Creditors Total:** | | **0.5** | **$405.00** |
| **B100.B160 Fee/Employment Applications** | | | |
| 3152 | Bauer, Alison D. | 0.2 | $162.00 |
| 2653 | Fullmer, James S. | 1.3 | $590.85 |
| 3153 | Gray Jr., William F. | 6.9 | $5,744.25 |
| 3218 | Kelly, Rachel | 4.3 | $1,296.45 |
| 3116 | Parkinson, Meredith S. | 6.2 | $3,320.10 |
| 3232 | Teoh, Jiun-Wen Bob | 1.8 | $761.40 |
| **B100.B160 Fee/Employment Applications Total:** | | **20.7** | **$11,875.05** |
| **B100.B190 Other Contested Matters (excluding assumption/rejection motions)** | | | |
| 3152 | Bauer, Alison D. | 1.0 | $810.00 |
| 2653 | Fullmer, James S. | 6.4 | $2,908.80 |
| 3153 | Gray Jr., William F. | 10.7 | $8,907.75 |
| 3218 | Kelly, Rachel | 13.1 | $3,949.65 |
| 2187 | Licker, Michael | 13.5 | $8,687.25 |
| 3116 | Parkinson, Meredith S. | 3.5 | $1,874.25 |
| 3232 | Teoh, Jiun-Wen Bob | 4.5 | $1,903.50 |
| **B100.B190 Other Contested Matters (excluding assumption/rejection motions) Total:** | | **52.7** | **$29,041.20** |
| **B200.B230 Finance/Cash Collateral** | | | |
| 3152 | Bauer, Alison D. | 4.9 | $3,969.00 |
| 2653 | Fullmer, James S. | 4.9 | $2,227.05 |

11/21/2019 3:15:30 PM

**Foley Hoag LLP**

**Hours Worked by Task Code and Timekeeper on 36355.00002**

**Invoice 4009955**

| Employee | | Hours Billed | Amount |
|---|---|---|---|
| **B200.B230 Finance/Cash Collateral** | | | |
| 3153 | Gray Jr., William F. | 5.3 | $4,412.25 |
| 3218 | Kelly, Rachel | 1.1 | $331.65 |
| 3116 | Parkinson, Meredith S. | 0.5 | $267.75 |
| 3232 | Teoh, Jiun-Wen Bob | 2.7 | $1,142.10 |
| **B200.B230 Finance/Cash Collateral Total:** | | **19.4** | **$12,349.80** |
| **B200.B240 Tax Issues** | | | |
| 3153 | Gray Jr., William F. | 0.4 | $333.00 |
| **B200.B240 Tax Issues Total:** | | **0.4** | **$333.00** |
| **B300.B310 Claims Administration and Objections** | | | |
| 3153 | Gray Jr., William F. | 0.7 | $582.75 |
| **B300.B310 Claims Administration and Objections Total:** | | **0.7** | **$582.75** |
| **Grand Total:** | | **190.3** | **$102,164.40** |

11/21/2019 3:15:30 PM

**Exhibit B**

**FOLEY HOAG LLP**

**Fee Summary for the Period**
**September 1, 2019 through September 30, 2019**

*By Project Category*

| Project Category | Hours Engaged | Total Value |
|---|---|---|
| Asset Analysis and Recovery | 1.3 | $1,082.25 |
| Case Administration | 93.9 | $46,088.10 |
| Claims Administration and Objections | 0.7 | $582.75 |
| Fee/Employment Applications | 20.7 | $11,875.05 |
| Finance/Cash Collateral | 19.4 | $12,349.80 |
| Meetings of and Communications with Creditors | 0.5 | $405.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 52.7 | $29,041.20 |
| Relief from Stay/Adequate Protection Proceedings | 0.7 | $407.25 |
| Tax Issues | 0.4 | $333.00 |
| **Totals** | **190.3** | **$102,164.40** |

**Exhibit C**

**FOLEY HOAG LLP**

**Expense Summary for the Period**
**September 1, 2019 through September 30, 2019**

| Expense Category | Costs Billed |
|---|---:|
| Air Fare | $31.00 |
| Conference Call | $74.00 |
| Courier Services | $17.00 |
| Express Delivery (FEDEX) | $49.00 |
| Filing & Recording Fees | $200.00 |
| In-House B&W Printing - Outsourced | $22.44 |
| In-House Photocopying | $45.12 |
| Tabs | $10.00 |
| Train Fare | $272.00 |
| Uber Service | $25.59 |
| **Total** | **$746.15** |

## Exhibit D

**FOLEY HOAG LLP**

## Detailed Time Records September 1, 2019 through September 30, 2019

36355.00002              Liddle & Robinson LLP                    Invoice #  4009955
                         Chapter 11 Case                          October 21, 2019
                                                                          Page 2

This Invoice is for the Period Ending: September 30, 2019

**Professional Services Rendered:**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 09/02/19 | J. Fullmer | Attention to schedules and statements. | 1.9 | 959.50 |
| 09/03/19 | J. Fullmer | Attention to schedules and statements. | 2.6 | 1,313.00 |
| 09/03/19 | J. Fullmer | Attention to opening of debtor in possession account. | 0.7 | 353.50 |
| 09/03/19 | J. Fullmer | Call with R. Kelly and W. Gray re pending appeal in 4th Department. | 0.4 | 202.00 |
| 09/03/19 | A. Bauer | Attention to work in progress; motions to be filed. | 0.2 | 180.00 |
| 09/03/19 | W. Gray Jr. | Work on stipulation and order and letter request to extend time to perfect appeal for the Appellate Division, 4th Department. | 0.8 | 740.00 |
| 09/03/19 | W. Gray Jr. | Review Rule 2004 examinations for Blaine Bortnick and others. | 0.5 | 462.50 |
| 09/03/19 | R. Kelly | Confer with W. Gray and J. Fullmer re perfecting appeal, research same and prepare memo of findings, calls with 4th Dep't re extending time to perfect appeal (3.0); Review CourtCall procedures (.5). | 3.5 | 1,172.50 |
| 09/04/19 | J. Fullmer | Attention to case administration matters. | 0.8 | 404.00 |
| 09/04/19 | J. Fullmer | Attention to schedules and statements. | 3.6 | 1,818.00 |
| 09/04/19 | J. Fullmer | Finalize, file and serve motion for examination. | 1.7 | 858.50 |
| 09/04/19 | J. Fullmer | Call with M. Licker regarding motion for examination. | 0.3 | 151.50 |
| 09/04/19 | J. Fullmer | Attention to opening of debtor in possession account. | 0.6 | 303.00 |
| 09/04/19 | J. Teoh | Conference with W Gray, J Fullman and R Kelly to discuss filing stipulation to extend time to perfect appeal in the Fourth Department. | 0.5 | 235.00 |
| 09/04/19 | J. Teoh | Reviewed and revised draft stipulation to extend time to perfect appeal. | 0.1 | 47.00 |
| 09/04/19 | A. Bauer | Review of orders and internal emails re same. | 0.2 | 180.00 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4009955
                     Chapter 11 Case                          October 21, 2019
                                                              Page 3

This Invoice is for the Period Ending: September 30, 2019

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/04/19 | W. Gray Jr. | Review issue regarding production of client list; review scheduling of deposition dates, etc. | 0.5 | 462.50 |
| 09/04/19 | W. Gray Jr. | Confer with Bob Teoh and R. Kelly re filing of motion for perfection of appeal procedures | 0.5 | 462.50 |
| 09/04/19 | M. Licker | Telephone conference with J. Liddle regarding 2004 motion (0.8); review and revise 2004 motion (0.9). | 1.7 | 1,215.50 |
| 09/04/19 | R. Kelly | Review and file 2004 motion (Bortnick), calls with J. Fullmer re same (1.9); call to Chambers re CourtCall permission for upcoming hearing on motion, emails with P. Rosehill re same (.6) | 2.5 | 837.50 |
| 09/04/19 | R. Kelly | Prepare and file Copies of Notices of Appeal to create dockets in the Appellate Division, 4th Dep't; confer with W. Gray, J. Fullmer, and B. Teoh re same. | 1.5 | 502.50 |
| 09/05/19 | J. Fullmer | Call with A. Bauer regarding case administration issues. | 0.2 | 101.00 |
| 09/05/19 | J. Fullmer | Attention to schedules and statements. | 1.3 | 656.50 |
| 09/05/19 | J. Fullmer | Attention to case administration and service issues. | 1.9 | 959.50 |
| 09/05/19 | J. Fullmer | Draft papers regarding cash collateral issue. | 0.4 | 202.00 |
| 09/05/19 | M. Parkinson | Discuss workstreams and case status with W. Gray and A. Bauer (.4); emails with R. Kelly and J. Fullmer re upcoming hearings (.2). | 0.6 | 357.00 |
| 09/05/19 | M. Parkinson | Finalize retention application for Richard Lynne and coordinate filing of same. | 0.4 | 238.00 |
| 09/05/19 | M. Parkinson | Call and email to counsel for M&T Bank re stay relief motion. | 0.2 | 119.00 |
| 09/05/19 | J. Teoh | Prepared stipulation to extend time to perfect appeal for signature by both parties and coordinated with R Kelly and effect service and filing. | 0.2 | 94.00 |
| 09/05/19 | A. Bauer | Court call on discovery . | 0.8 | 720.00 |
| 09/05/19 | A. Bauer | Call with J. Fullmer (.2); attention to orders entered (.1); attention to motions filed (.1); communications with Foley team (.1). | 0.5 | 450.00 |
| 09/05/19 | A. Bauer | Attention to budget questions (.1). | 0.1 | 90.00 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4009955
                     Chapter 11 Case                          October 21, 2019
                                                              Page 4

This Invoice is for the Period Ending: September 30, 2019

| | | | | |
|---|---|---|---|---|
| 09/05/19 | W. Gray Jr. | Confer with M. Parkinson and A. Bauer re retention of ordinary course professionals and other matters related to upcoming court hearings. | 0.4 | 370.00 |
| 09/05/19 | W. Gray Jr. | Review objection to the excessive time to file schedules by Counsel Financial. | 0.3 | 277.50 |
| 09/05/19 | W. Gray Jr. | Status conference before Judge Lane regarding motion to compel compliance with subpoena; conference with client re same an on issues re production of varying client lists reviewed at the Pierce Bainbridge meeting. | 1.8 | 1,665.00 |
| 09/05/19 | M. Licker | Review and revise 2004 motion (0.6); telephone conference with J. Liddle regarding same (0.7). | 1.3 | 929.50 |
| 09/05/19 | R. Kelly | Revise and re-file notices of appeal per 4th Dep't instructions (1.2), revise stipulation and circulate (1.0), further calls to 4th Dep't re untimely filing (.4), calls and emails to and from All NY Process Servers re hard copy filing (.5); confer with B Teoh and arrange for hard copy filings (.4). | 3.5 | 1,172.50 |
| 09/05/19 | R. Kelly | Emails with M. Parkinson and J. Fullmer re next hearing. | 0.3 | 100.50 |
| 09/05/19 | R. Kelly | Retrieve motion to lift automatic stay, circulate, and calendar objection and hearing dates; review recently filed orders and calendar dates. | 1.1 | 368.50 |
| 09/05/19 | R. Kelly | Confer with M. Parkinson re application to retain J. Lynne (.4), file application and serve on all parties (1.1). | 1.5 | 502.50 |
| 09/06/19 | J. Fullmer | Calls with W. Gray regarding case administration issue. | 0.4 | 202.00 |
| 09/06/19 | J. Fullmer | Attention to schedules and statements. | 3.7 | 1,868.50 |
| 09/06/19 | J. Fullmer | Call with M. Parkinson regarding case administration. | 0.2 | 101.00 |
| 09/06/19 | M. Parkinson | Call with J. Fullmer to discuss coverage on outstanding matters. | 0.2 | 119.00 |
| 09/06/19 | M. Parkinson | Finalize Crevani retention application and coordinate filing with R. Kelly (.2); discuss same with client (.3). | 0.5 | 297.50 |
| 09/06/19 | M. Parkinson | Read Court decision on security interest of CFII in sale proceeds. | 0.5 | 297.50 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4009955
                     Chapter 11 Case                            October 21, 2019
                                                                        Page 5

This Invoice is for the Period Ending: September 30, 2019

| | | | | |
|---|---|---|---|---|
| 09/06/19 | M. Licker | Telephone conference with W. Gray regarding 2004 motions (0.3); telephone conference with J. Liddle regarding 2004 motions (0.3); emails with R. Kelly, J. Fullmer re same (.1). | 0.7 | 500.50 |
| 09/06/19 | R. Kelly | Various emails with M. Licker, P. Rosehill, and J. Fullmer re service of 2004 motion (.6); emails with J. Fullmer and M. Parkinson re application to retain Benefits Practice (.5); finalize applications per M. Parkinson, file and serve on all parties (1.7). | 2.8 | 938.00 |
| 09/06/19 | R. Kelly | Calls with All NY Process re procedure for filing in 4th Dep't; emails and confer with B. Teoh re same. | 1.0 | 335.00 |
| 09/06/19 | C. Nigro | Draft Notice of Hearing per M. Parkinson. | 0.6 | 201.00 |
| 09/08/19 | J. Fullmer | Attention to schedules and statements. | 2.2 | 1,111.00 |
| 09/09/19 | J. Fullmer | Call with W. Gray regarding schedules and statements. | 0.1 | 50.50 |
| 09/09/19 | J. Fullmer | Attention to schedules and statements. | 2.8 | 1,414.00 |
| 09/09/19 | J. Fullmer | Attention to case administration issues. | 1.5 | 757.50 |
| 09/09/19 | J. Fullmer | Attention to cash collateral matters. | 0.2 | 101.00 |
| 09/09/19 | A. Bauer | Attention to budgets and pleadings filed (.2); communications re law firm eligibility issue (.2); review team meeting agenda (.1). | 0.5 | 450.00 |
| 09/09/19 | W. Gray Jr. | Discussions with Wells Fargo re DIP accounts and review establishing alternative accounts. | 0.5 | 462.50 |
| 09/09/19 | W. Gray Jr. | Work on monthly operating reports issues; work on cash collateral motions and related financing issues. | 0.8 | 740.00 |
| 09/09/19 | M. Licker | Prepare 2004 examination motion (1.2); telephone conference with J. Liddle regarding same (0.8). | 2.0 | 1,430.00 |
| 09/09/19 | R. Kelly | Update calendar with objection and hearing dates re 2004 motion and retention applications (.4); emails with J. Fullmer and M. Licker re rule 2004 motion (YieldStreet Inc.) (.5); draft and circulate Certificate of Service detailing service of recent filings, emails with J. Fullmer and P. Rosehill re same (1.5) | 2.4 | 804.00 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4009955
                     Chapter 11 Case                          October 21, 2019
                                                                      Page 6

This Invoice is for the Period Ending: September 30, 2019

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/10/19 | J. Fullmer | Finalize, file and serve schedules and statements. | 6.3 | 3,181.50 |
| 09/10/19 | J. Fullmer | Attention to case administration matters. | 0.3 | 151.50 |
| 09/10/19 | J. Fullmer | Attend team meeting regarding case status. | 1.4 | 707.00 |
| 09/10/19 | J. Teoh | Team meeting with W Gray, A Bauer, M Licker, J Fullmer and R Kelly to discuss upcoming projects and deadlines. | 1.5 | 705.00 |
| 09/10/19 | A. Bauer | JLL and L&R case status team meeting. | 1.4 | 1,260.00 |
| 09/10/19 | A. Bauer | Team meeting on all matters. | 0.6 | 540.00 |
| 09/10/19 | W. Gray Jr. | Conference call with B. Bortnick re discovery issues and discussion of Innucci matter. | 0.5 | 462.50 |
| 09/10/19 | M. Licker | Attend team strategy meeting (1.4); review and revise YieldStreet 2004 motion (0.3). | 1.7 | 1,215.50 |
| 09/10/19 | R. Kelly | Prepare and file Certificates of Service (.4); emails with M. Licker and J. Fullmer re same (.1) | 0.5 | 167.50 |
| 09/10/19 | R. Kelly | Case status team meeting. | 1.5 | 502.50 |
| 09/11/19 | J. Fullmer | Attention to case administration matters. | 1.9 | 959.50 |
| 09/11/19 | A. Bauer | Call with A. Akinrinade and W. Gray on budget issues. | 0.5 | 450.00 |
| 09/11/19 | W. Gray Jr. | Review lift stay motions by M&T Bank and Barr. | 0.8 | 740.00 |
| 09/11/19 | W. Gray Jr. | Claims analysis by EisnerAmper. | 0.7 | 647.50 |
| 09/11/19 | R. Kelly | Research and review NYSB and SDNY local rules re: extending briefing schedule on 2004 motion, emails with J. Fullmer and M. Licker re same, call with Chambers re same (1.0). | 1.0 | 335.00 |
| 09/11/19 | R. Kelly | Emails with J. Fullmer re Certificates of Service, prepare and file COS (1.0); Call with Southampton Town Attorney's Office re service emails (.2); Prepare and send service email with recently filed documents (.4); retrieve and circulate objection filed by CF II (.2). | 1.8 | 603.00 |
| 09/12/19 | J. Fullmer | Attention to case administration matters. | 0.9 | 454.50 |
| 09/12/19 | J. Fullmer | Attention to cash collateral matters. | 0.6 | 303.00 |
| 09/12/19 | J. Fullmer | Call with W. Gray and R. Kelly regarding opening of debtor in possession account. | 0.2 | 101.00 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4009955
                     Chapter 11 Case                          October 21, 2019
                                                                       Page 7

This Invoice is for the Period Ending: September 30, 2019

| | | | | |
|---|---|---|---|---|
| 09/12/19 | J. Fullmer | Attention to opening of debtor in possession account. | 0.3 | 151.50 |
| 09/12/19 | J. Teoh | Researched the Second Circuit's treatment of Cadle Co. v. Schlichtmann. | 2.9 | 1,363.00 |
| 09/12/19 | A. Bauer | Work on Notice and Order - Third Interim Cash Collateral. | 0.3 | 270.00 |
| 09/12/19 | A. Bauer | Review cash collateral order and comment upon same (.2); call A. Akinrinade and J Fullmer (.2); attention to budget issues (.2). | 0.6 | 540.00 |
| 09/12/19 | W. Gray Jr. | Work on issues related to retention of tax accountant professionals Richard Lynne and Dan Crevani; confer re objections by D. Wander and US Trustee. | 1.3 | 1,202.50 |
| 09/12/19 | W. Gray Jr. | Collection of assets. Conference calls with B. Bortnick and development of strategy re collection of Innucci claim. | 0.8 | 740.00 |
| 09/12/19 | W. Gray Jr. | Work on cash collateral issues, monthly operating reports, and monthly budget; telephone conferences with Adeola and James Fullmer and Rachel Kelly re same. | 0.8 | 740.00 |
| 09/12/19 | M. Licker | Telephone conference with J. Liddle regarding 2004 motions, email to R. Kelly re same. | 0.4 | 286.00 |
| 09/12/19 | R. Kelly | Draft and circulate notice of adjournment of presentment of 2004 motion; emails with M. Licker re same. | 1.2 | 402.00 |
| 09/12/19 | R. Kelly | Confer with W. Gray and J. Fullmer re DIP account, calls to local banks re same, research certain requirements. | 1.1 | 368.50 |
| 09/12/19 | R. Kelly | Update internal calendar in advance of 9/19 hearing; circulate email re agenda items; review docket for recently entered orders. | 0.6 | 201.00 |
| 09/13/19 | J. Fullmer | Attention to cash collateral issues (.5); calls with A. Bauer regarding same (.2). | 0.7 | 353.50 |
| 09/13/19 | J. Teoh | Researched whether R White can be retained as special counsel despite his prepetition claims against J Liddle. | 0.6 | 282.00 |
| 09/13/19 | A. Bauer | Call with A. Akinrinade (.1); emails to and from J. Fullmer re budget and proposed interim order (.1); call with Fullmer (.1); email to client (.1). | 0.4 | 360.00 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4009955
                     Chapter 11 Case                           October 21, 2019
                                                                      Page 8

This Invoice is for the Period Ending: September 30, 2019

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 09/13/19 | A. Bauer | Attention to issues regarding Lynne retention and CF objection (.1); call with M. Licker re same (.1). | 0.2 | 180.00 |
| 09/13/19 | W. Gray Jr. | Review collection of fees in the Fontaine matter, confer with J. Liddle re same. | 0.5 | 462.50 |
| 09/13/19 | M. Licker | Telephone conference with counsel for Michael Barr regarding stay relief motion (0.1); review presentment notice for B. Bortnick 2004 motion (0.2). | 0.3 | 214.50 |
| 09/13/19 | R. Kelly | Emails with M. Licker re 2004 motion and lift stay motions; revise notice of adjournment; prepare stipulation to extend time to answer lift stay motion | 1.1 | 368.50 |
| 09/16/19 | J. Fullmer | Attention to cash collateral matters. | 0.8 | 404.00 |
| 09/16/19 | J. Fullmer | Attention to case administration matters. | 0.4 | 202.00 |
| 09/16/19 | J. Fullmer | Call with W. Gray regarding cash collateral matters. | 0.1 | 50.50 |
| 09/16/19 | J. Fullmer | Call with A. Bauer regarding case administration matters. | 0.2 | 101.00 |
| 09/16/19 | A. Bauer | Review and confer with R. Kelly on pleadings for agenda (.2) follow up with M. Parkinson (.1). | 0.3 | 270.00 |
| 09/16/19 | W. Gray Jr. | Review cash collateral motion; work on budgets; work on issues relating t the retention of ordinary course professionals; confer with J. Fullmer regarding the same. | 1.2 | 1,110.00 |
| 09/16/19 | W. Gray Jr. | Work on Rule 2004 applications and notices. | 0.5 | 462.50 |
| 09/16/19 | W. Gray Jr. | Prepare argument regarding presentation of order for disqualification of Counsel Financial lien. | 1.2 | 1,110.00 |
| 09/16/19 | M. Licker | Telephone conference with W. Gray regarding continuance of Michael Barr stay relief motion (0.1); review stipulation continuing same (0.2). | 0.3 | 214.50 |
| 09/16/19 | R. Kelly | Confer with W. Gray and J. Fullmer re extensions on lift stay motions. | 0.2 | 67.00 |
| 09/16/19 | R. Kelly | Draft agenda in preparation of omnibus hearing, emails with team re same, update internal calendar and meet with A. Bauer re same (1.4); emails with BankUnited re DIP account (.2). | 1.6 | 536.00 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4009955
                     Chapter 11 Case                          October 21, 2019
                                                                      Page 9

This Invoice is for the Period Ending: September 30, 2019

| | | | | |
|---|---|---|---|---|
| 09/17/19 | J. Fullmer | Attention to cash collateral matters. | 0.2 | 101.00 |
| 09/17/19 | J. Fullmer | Call with W. Gray regarding case administration matters. | 0.2 | 101.00 |
| 09/17/19 | J. Fullmer | Attention to case administration matters. | 0.2 | 101.00 |
| 09/17/19 | M. Parkinson | Emails to Lynne and Crevani regarding feedback from U.S. Trustee to retention applications and segregation of prepayments. | 0.3 | 178.50 |
| 09/17/19 | J. Teoh | Research appealability of cash collateral order from the bankruptcy court. | 1.8 | 846.00 |
| 09/17/19 | A. Bauer | Review and analysis of D. Wander comments to budget (.2); confer with W. Gray on cash collateral and budget issues (.2); confer with A. Akinrinade (.3); confer with M. Parkinson (.1); analysis of caselaw related to cash collateral issues (.3); prepare hearing notes (.3); prepare hearing notes (.5). | 1.9 | 1,710.00 |
| 09/17/19 | A. Bauer | Review of agenda (.1); confer with W. Gray re agenda and client revenue (.1). | 0.2 | 180.00 |
| 09/17/19 | A. Bauer | Email to and from J. Nadkarni and W. Gray re MOR. | 0.1 | 90.00 |
| 09/17/19 | W. Gray Jr. | Confer with Andrea Schwartz re retention of The Benefit Group and Richard Lynne as tax accountants and tax valuation experts; revise applications, confer with J. Fullmer re same. | 1.0 | 925.00 |
| 09/17/19 | W. Gray Jr. | Discuss EisnerAmper fee application issues with A. Bauer. | 0.3 | 277.50 |
| 09/17/19 | W. Gray Jr. | Meet with A. Bauer regarding cash collateral and agenda. | 0.2 | 185.00 |
| 09/17/19 | R. Kelly | Finalize and efile agenda and prepare binder for omnibus hearing | 1.6 | 536.00 |
| 09/18/19 | J. Fullmer | Attention to case administration matters. | 0.3 | 151.50 |
| 09/18/19 | M. Parkinson | Emails to Lynne and Crevani re supplemental declaration requests from U.S. Trustee and discuss same with W. Gray. | 0.4 | 238.00 |
| 09/18/19 | J. Teoh | Research appealability of cash collateral order. | 0.9 | 423.00 |

36355.00002          Liddle & Robinson LLP                     Invoice #  4009955
                     Chapter 11 Case                           October 21, 2019
                                                               Page 10

This Invoice is for the Period Ending: September 30, 2019

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/18/19 | A. Bauer | Prepare for (.3) and participate in call with D. Wander and W. Gray (.3) follow up with W. Gray (.4); communications with M. Parkinson and W. Gray (.1). follow up call to D. Wander; confer with W. Gray (.3). | 1.4 | 1,260.00 |
| 09/18/19 | W. Gray Jr. | Conference call with A. Bauer re cash collateral budget. | 0.4 | 370.00 |
| 09/18/19 | R. Kelly | Review of CourtCall requirements re attendance at omnibus hearing. | 0.2 | 67.00 |
| 09/19/19 | J. Fullmer | Prepare for and attend omnibus hearing. | 1.7 | 858.50 |
| 09/19/19 | A. Bauer | Prepare for, participate in and travel to and from hearing (2.3); follow up call with client, Gray and Fullmer (.2); attention to orders (.6). | 3.1 | 2,790.00 |
| 09/19/19 | A. Bauer | Call with Robert Adler (.2); follow up on information (.1). | 0.3 | 270.00 |
| 09/19/19 | W. Gray Jr. | Prepare for and attend court hearing re cash collateral issues and retention issues. | 1.5 | 1,387.50 |
| 09/19/19 | M. Licker | Telephone conference with W. Gray regarding 2004 exam motion strategy. | 0.2 | 143.00 |
| 09/19/19 | R. Kelly | Calls and emails re obtaining transcript of omnibus hearing | 0.3 | 100.50 |
| 09/20/19 | J. Fullmer | Call with W. Gray regarding retention applications. | 0.1 | 50.50 |
| 09/20/19 | J. Fullmer | Attention to case administration matters. | 0.2 | 101.00 |
| 09/20/19 | M. Parkinson | Discuss monthly fee statements with EisnerAmper and R. Kelly; review forms of statement and correspondence re same. | 0.5 | 297.50 |
| 09/20/19 | W. Gray Jr. | Confer with Bortnick re resolution of disputes re collection of Innucci fee. | 0.5 | 462.50 |
| 09/20/19 | W. Gray Jr. | Work on supplemental declarations for tax accountants, confer with M. Parkinson re same. | 0.5 | 462.50 |
| 09/20/19 | W. Gray Jr. | Work with J. Fullmer re revising order for retention of Foley Hoag in the Liddle & Robinson case in response to Andrea Schwartz's objections. | 0.5 | 462.50 |
| 09/20/19 | M. Licker | Telephone conference with J. Liddle regarding 2004 motions. | 0.3 | 214.50 |
| 09/20/19 | R. Kelly | Emails with J. Fullmer re new hearing dates and file Notice of Schedule to docket (.5); schedule team meeting (.1) | 0.6 | 201.00 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4009955
                     Chapter 11 Case                          October 21, 2019
                                                              Page 11

This Invoice is for the Period Ending: September 30, 2019

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 09/23/19 | J. Fullmer | Finalize, file and serve rule 2004 motions. | 3.3 | 1,666.50 |
| 09/23/19 | J. Fullmer | Attention to case administration matters. | 0.1 | 50.50 |
| 09/23/19 | J. Fullmer | Revise proposed order on retention of law firm. | 0.9 | 454.50 |
| 09/23/19 | J. Fullmer | Call with M. Licker regarding 2004 motions. | 0.1 | 50.50 |
| 09/23/19 | J. Fullmer | Call with W. Gray and M. Parkinson regarding case administration matters. | 0.2 | 101.00 |
| 09/23/19 | J. Fullmer | Call with W. Gray regarding case administration matters. | 0.1 | 50.50 |
| 09/23/19 | M. Parkinson | Review and comment on J. Fullmer's revised retention order (.5); further updates to Lynne and Crevani retention papers (.4); review draft May, June, July and August fee statements for Foley and provide comments on same to R. Kelly (1.1). | 2.0 | 1,190.00 |
| 09/23/19 | M. Parkinson | Correspondence with counsel to M&T re scheduling of omnibus hearing. | 0.2 | 119.00 |
| 09/23/19 | J. Teoh | Conference with W Gray and R Kelly to discuss agenda and issues for 9/25 meeting with team. | 0.5 | 235.00 |
| 09/23/19 | W. Gray Jr. | Work on case organization memo; review of all ongoing matters; confer with Rachel Kelly and Bob Teoh regarding the same. | 1.2 | 1,110.00 |
| 09/23/19 | W. Gray Jr. | Meeting with J. Fullmer re prep of case agenda. | 0.3 | 277.50 |
| 09/23/19 | M. Licker | Prepare LIG and and CF Holdings 2004 motions (2.0); telephone conference with J. Liddle regarding same (0.4). | 2.4 | 1,716.00 |
| 09/23/19 | R. Kelly | Meet with W. Gray and B. Teoh re case status (.5); revise agenda in advance of upcoming team meeting. | 1.5 | 502.50 |
| 09/24/19 | J. Fullmer | Attention to case administration matters. | 0.3 | 151.50 |
| 09/24/19 | W. Gray Jr. | Work on Foley Hoag retention application and supplemental declarations for Daniel Cervani and Richard Lynne; confer with Andrea Schwartz re same; confer with M. Parkinson (.3). | 1.6 | 1,480.00 |
| 09/24/19 | W. Gray Jr. | Work on protective order for client list documents, telephone call with Michael Licker regarding same. | 0.8 | 740.00 |
| 09/24/19 | M. Licker | Telephone conference with W. Gray regarding protective order. | 0.1 | 71.50 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4009955
                     Chapter 11 Case                          October 21, 2019
                                                              Page 12

This Invoice is for the Period Ending: September 30, 2019

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/24/19 | R. Kelly | Continue revising agenda in preparation of meeting (1.0); update internal calendar with upcoming hearing dates (.1) | 1.1 | 368.50 |
| 09/25/19 | J. Fullmer | Prepare for team meeting regarding case status. | 0.3 | 151.50 |
| 09/25/19 | J. Fullmer | Attend team meeting regarding case status. | 1.0 | 505.00 |
| 09/25/19 | M. Parkinson | Team meeting re status and next steps. | 1.0 | 595.00 |
| 09/25/19 | M. Parkinson | Follow-up review of statutory requirements for extending exclusivity and review precedent extension motions (1.0). | 1.0 | 595.00 |
| 09/25/19 | J. Teoh | Conference with W Gray, A Bauer, J Fullmer, M Parkinson, M Licker and R Kelly to discuss agenda and ongoing issues. | 1.0 | 470.00 |
| 09/25/19 | A. Bauer | Team status meeting. | 1.0 | 900.00 |
| 09/25/19 | W. Gray Jr. | Team Status Meeting with Bauer, Fullmer, Parkinson, Teoh and Kelly. | 1.0 | 925.00 |
| 09/25/19 | W. Gray Jr. | Work on protective orders, confer with D. Wander re same. | 0.6 | 555.00 |
| 09/25/19 | M. Licker | Telephone conference with W. Gray regarding protective order (0.2); attend team strategy meeting (0.7); prepare for call with D. Wander regarding protective order (0.2); telephone conference with D. Wander regarding protective order (0.4); review and revise draft protective order (0.8). | 2.3 | 1,644.50 |
| 09/25/19 | R. Kelly | Team meeting re case status. | 1.0 | 335.00 |
| 09/26/19 | J. Fullmer | Attention to automatic stay matters. | 0.6 | 303.00 |
| 09/26/19 | J. Fullmer | Attention to retention-related matters. | 0.1 | 50.50 |
| 09/26/19 | J. Fullmer | Attention to opening of debtor in possession account. | 0.1 | 50.50 |
| 09/26/19 | M. Parkinson | Draft revised orders for Foley Hoag and Lynne and Crevani (.5); comment on B. Teoh's revised supporting declarations (.4). | 0.9 | 535.50 |
| 09/26/19 | M. Parkinson | Review claims filing deadlines and precedent bar date motions and orders. | 1.0 | 595.00 |
| 09/26/19 | J. Teoh | Conference with W Gray and M Parkinson to discuss UST comments on supplemental affidavits to retain Crevani and Lynne. | 1.2 | 564.00 |

36355.00002           Liddle & Robinson LLP                    Invoice #  4009955
                      Chapter 11 Case                          October 21, 2019
                                                               Page 13

This Invoice is for the Period Ending: September 30, 2019

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 09/26/19 | A. Bauer | Emails with team regarding various issues including workers comp. | 0.2 | 180.00 |
| 09/26/19 | A. Bauer | Emails to and from J. Bailey and follow up on notifications to courts of stay. | 0.2 | 180.00 |
| 09/26/19 | W. Gray Jr. | Confer with IRS re further extension of time to file tax returns. | 0.4 | 370.00 |
| 09/26/19 | W. Gray Jr. | Work on protective order and discuss with Michael Licker. | 0.6 | 555.00 |
| 09/26/19 | W. Gray Jr. | Review US Trustee comments on the retention of Cervani and Lynne; confer with M. Parkinson and B. Teoh re Cervani and Lynne re updating supplemental declarations. | 1.3 | 1,202.50 |
| 09/26/19 | M. Licker | Telephone conference with W. Gray regarding protective order. | 0.1 | 71.50 |
| 09/26/19 | R. Kelly | Update internal calendar to inlcude objections to Yieldstreet 2004 Motion (.2); emails with J. Fullmer and BankUnited re DIP account (.3) | 0.2 | 67.00 |
| 09/27/19 | J. Fullmer | Attention to automatic stay matters. | 0.3 | 151.50 |
| 09/27/19 | J. Fullmer | Attention to opening of debtor in possession account. | 0.1 | 50.50 |
| 09/27/19 | M. Parkinson | Revisions to Lynne and Crevani declarations and calls, emails with professionals re same (.7); review and comment on draft fee statements of EisnerAmper (.5) | 1.2 | 714.00 |
| 09/27/19 | M. Parkinson | Call to Paychex re workers comp insurance (.2); locate and circulate spreadsheet of case law to A. Bauer (.1). | 0.3 | 178.50 |
| 09/27/19 | M. Parkinson | Research re New York partnership law and impacts of dissolution. | 2.5 | 1,487.50 |
| 09/27/19 | A. Bauer | Confer with W. Gray (.2); eligibility research (.5). | 0.7 | 630.00 |
| 09/27/19 | W. Gray Jr. | Telephone call with A. Bauer. | 0.2 | 185.00 |
| 09/27/19 | W. Gray Jr. | Finalize homestead response, confer with client re same. | 0.4 | 370.00 |
| 09/27/19 | W. Gray Jr. | Work on protective order issues; confer with client re production of client list. | 0.8 | 740.00 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4009955
                     Chapter 11 Case                          October 21, 2019
                                                              Page 14

This Invoice is for the Period Ending: September 30, 2019

| 09/27/19 | W. Gray Jr. | Prepare and finalize revised Foley Hoag, benefit practice and Lynne supplemental declarations and retention papers and forward to the US Trustee for review and further comment. | 1.4 | 1,295.00 |
|---|---|---|---|---|
| 09/30/19 | M. Parkinson | Call with W. Gray and B. Teoh to discuss eligibility (.5); research re 1112(b) and best interests of creditors (2.5); review cases on liquidating partnership eligibility (2.2); follow-up discussion with B. Teoh re conversion cases (.2); further research re: conversion of chapter 11 for partnerships in dissolution (1.5). | 6.9 | 4,105.50 |
| 09/30/19 | J. Teoh | Drafted Motion to Further Extend Exclusivity Period. | 1.6 | 752.00 |
| 09/30/19 | J. Teoh | Call with M Parkinson to discuss eligibility issues. | 0.2 | 94.00 |
| 09/30/19 | J. Teoh | Reviewed dockets, briefing and opinions in cases involving law firms in chapter 11 proceedings to craft arguments addressing the eligibility issue. | 2.1 | 987.00 |
| 09/30/19 | J. Teoh | Reviewed dockets, briefing and opinions in cases regarding eligibility issue. | 2.1 | 987.00 |
| 09/30/19 | J. Teoh | Conference with W Gray and M Parkinson to discuss eligibility issue. | 0.5 | 235.00 |
| 09/30/19 | J. Teoh | Conference with W Gray and M Parkinson to discuss eligibility issue. | 0.5 | 235.00 |
| 09/30/19 | W. Gray Jr. | Review and research the issue of eligibility of Liddle & Robinson to continue as a Chapter 11 debtor as a liquidating partnership under NY State law; confer with M. Parkinson and J. Teoh re same (.5). | 2.3 | 2,127.50 |

Less Discount Applied                                              (11,351.60)

**TOTALS**                                            **190.3**  **$102,164.40**

**<u>Exhibit E</u>**

**FOLEY HOAG LLP**

**<u>Detailed Expense Records</u>**

**Foley Hoag LLP**
**Costs Incurred by Cost Code and Timekeeper on 36355.00002**
**Invoice 4009955**

| Employee | | Costs Billed |
|---|---|---|
| **005** | **Conference Call** | |
| 3152 | Bauer, Alison D. | $44.00 |
| 3153 | Gray Jr., William F. | $30.00 |
| **005** | **Conference Call Total:** | **$74.00** |
| **027** | **Courier Services** | |
| 3153 | Gray Jr., William F. | $17.00 |
| **027** | **Courier Services Total:** | **$17.00** |
| **029** | **Express Delivery (FEDEX)** | |
| 2653 | Fullmer, James S. | $26.26 |
| 3218 | Kelly, Rachel | $22.74 |
| **029** | **Express Delivery (FEDEX) Total:** | **$49.00** |
| **050** | **In-House Photocopying** | |
| 3152 | Bauer, Alison D. | $45.12 |
| **050** | **In-House Photocopying Total:** | **$45.12** |
| **055** | **In-House B&W Printing - Outsourced** | |
| 3218 | Kelly, Rachel | $22.44 |
| **055** | **In-House B&W Printing - Outsourced Total:** | **$22.44** |
| **101B** | **Tabs** | |
| 3218 | Kelly, Rachel | $10.00 |
| **101B** | **Tabs Total:** | **$10.00** |
| **111** | **Filing & Recording Fees** | |
| 2653 | Fullmer, James S. | $200.00 |
| **111** | **Filing & Recording Fees Total:** | **$200.00** |
| **200** | **Air Fare** | |
| 3116 | Parkinson, Meredith S. | $31.00 |
| **200** | **Air Fare Total:** | **$31.00** |
| **205** | **Train Fare** | |
| 3116 | Parkinson, Meredith S. | $272.00 |
| **205** | **Train Fare Total:** | **$272.00** |
| **211** | **Uber Service** | |
| 3116 | Parkinson, Meredith S. | $25.59 |
| **211** | **Uber Service Total:** | **$25.59** |
| **Grand Total:** | | **$746.15** |

11/21/2019 1:22:33 PM

**Exhibit F**

**FOLEY HOAG LLP**

**History of Previous Fee Statements**

| Fee Statement Period | Amount Requested | Amount Paid | Docket No. |
|---|---|---|---|
| 7/1/2019 – 7/31/2019 | $43,136.12 | | 118 |
| 8/1/2019 – 8/31/2019 | $84,615.91 | | 119 |
| | | | |
| | | | |
| | | | |