Alison D. Bauer                     Michael Licker
William F. Gray, Jr.                Meredith Parkinson
FOLEY HOAG LLP                      FOLEY HOAG LLP
1301 Avenue of the Americas         Seaport West
25th Floor                          155 Seaport Boulevard
New York, New York 10019            Boston, Massachusetts 02210
Tel: (646) 927-5500                 Tel: (617) 832-1000
Fax: (646) 927-5599                 Fax: (617) 832-7000

*Attorneys for Liddle & Robinson, L.L.P. Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x
                                    :   Chapter 11
                                    :
In re                               :
                                    :   Case No.  19-10747 (SHL)
                                    :
LIDDLE & ROBINSON, L.L.P.[1],       :
                                    :   Jointly Administered with 19-12346 (SHL)
                                    :
                   Debtor           :
-------------------------------------------------------- x

**NOTICE OF MONTHLY STATEMENT OF FOLEY HOAG LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS COUNSEL TO THE DEBTOR AND DEBTOR IN
POSSESSION FOR THE PERIOD FROM
OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| | |
|---|---|
| Name of Applicant: | Foley Hoag LLP |
| Authorized to Provide Services to: | Debtor and Debtor in Possession |
| Date of Retention: | October 30, 2019, *nunc pro tunc* to July 22, 2019 [Docket No. 109] |
| Period for Which Compensation and Expense Reimbursement is Sought: | October 1, 2019 through October 31, 2019 |
| Amount of Compensation Requested: | $            174,622.95 |
| Less 20% Holdback: | $              34,924.59 |
| Net of Holdback: | $            139,698.36 |
| Amount of Expense Reimbursement Requested: | $                1,775.35 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $            141,473.71 |

---

[1] The last four digits of Liddle & Robinson, L.L.P.'s taxpayer identification number are 6440.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated September 4, 2019 [Docket No. 48] (the "Interim Compensation Order"), Foley Hoag LLP ("Foley Hoag") hereby submits this monthly statement (the "Monthly Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtor, for the period from October 1, 2019 through October 31, 2019 (the "Monthly Period"). By this Monthly Statement, Foley Hoag seeks payment in the amount of $141,473.71, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Foley Hoag professionals by individual, setting forth the (a) name and title of each individual who provided services during the Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Foley Hoag's current billing rates, (d) amount of fees earned by each Foley Hoag professional, and (e) year of bar admission for each attorney. The blended hourly billing rate of Foley Hoag timekeepers during the Monthly Period is approximately $576.69.

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Monthly Period.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the Monthly Period

4.      Attached hereto as **Exhibit D** are itemized time records of Foley Hoag professionals for the Monthly Period and summary materials related thereto.

5.      Attached hereto as **Exhibit E** is an itemized record of all expenses for the Monthly Period.

6.      Attached hereto as **Exhibit F** is a record showing the history of previous fee statements (with amounts paid).

## **NOTICE AND OBJECTION PROCEDURES**

7.      Notice of this Monthly Statement shall be given by hand or overnight delivery upon (a) the Debtor, Liddle & Robinson, L.L.P., 1177 Avenue of the Americas, 5th Floor, New York, New York 10036, (b) William K. Harrington, United States Trustee for Region 2, United States Department of Justice, Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn.: Andrea B. Schwartz, Esq. (andrea.b.schwartz@usdoj.gov) (collectively, the "Notice Parties"), and (c) creditors who have made an appearance in the Debtor's chapter 11 case.

8.      Objections to this Monthly Statement, if any, must be served upon the Notice Parties, and by email, hand, or overnight delivery upon counsel to the Debtor and Debtor in Possession, Foley Hoag, LLP, 1301 Avenue of the Americas, 25th Floor, New York, New York 10019, Attn.: William F. Gray, Jr. (wgray@foleyhoag.com) and Alison Bauer (abauer@foleyhoag.com) no later than December 2, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

9.      If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor shall promptly pay Foley Hoag 80% of the fees and 100% of the expenses identified in this Monthly Statement.

10.    To the extent that an objection to this Monthly Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Monthly Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
       November 22, 2019

FOLEY HOAG LLP

By: */s/ Alison D. Bauer*
Alison D. Bauer
William F. Gray, Jr.
1301 Avenue of the Americas, 25th Floor
New York, New York 10019
abauer@foleyhoag.com
wgray@foleyhoag.com
Tel: (646) 927-5500
Fax: (646) 927-5599

Michael Licker
Meredith Parkinson
Seaport West
155 Seaport Boulevard
Boston, Massachusetts 02210
mlicker@foleyhoag.com
mparkinson@foleyhoag.com
Tel: (617) 832-1000
Fax: (617) 832-7000

*Attorneys for Liddle & Robinson, L.L.P.*
*Debtor and Debtor-in-Possession*

**Exhibit A**

**FOLEY HOAG LLP**
**Fee Summary for the Period**
**October 1, 2019 through October 31, 2019**

| Employee | Year of Admission | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Bauer, Alison D. | 1996 | 2019 | $900.00 | 35.6 | $32,040.00 |
| Gray Jr., William F. | 1981 | 2019 | $925.00 | 53.6 | $49,580.00 |
| Licker, Michael | 2010 | 2019 | $715.00 | 22.7 | $16,230.50 |
| *Partner Totals:* | | | | 111.9 | $97,850.50 |
| **Associates** | | | | | |
| Fullmer, James S. | 2016 | 2019 | $505.00 | 16.1 | $8,130.50 |
| Parkinson, Meredith S. | 2011 | 2019 | $595.00 | 95.8 | $57,001.00 |
| Teoh, Jin-Wen | 2018 | 2019 | $470.00 | 34.3 | $16,121.00 |
| *Associate Totals:* | | | | 146.2 | $81,252.50 |
| **Paralegals** | | | | | |
| Kelly, Rachel | | 2019 | $335.00 | 43.4 | $14,539.00 |
| *Paralegal Totals:* | | | | 43.4 | $14,539.00 |
| **Litigation Support** | | | | | |
| Leung, Eric | | 2019 | $295.00 | 1.3 | $383.50 |
| *Lit Supoprt Totals:* | | | | 1.3 | $383.50 |
| | | | **Total** | 302.8 | $194,025.50 |
| | | | **Less Discount Applied** | | ($19,402.55) |
| | | | **Total Fees** | | $174,622.95 |

**Foley Hoag LLP**
**Hours Worked by Task Code and Timekeeper on 36355.00002**
**Invoice 4013463**

| Employee | | Hours Billed | Amount |
|---|---|---|---|
| **B100.B110 Case Administration** | | | |
| 3152 | Bauer, Alison D. | 9.8 | $7,938.00 |
| 2653 | Fullmer, James S. | 11.1 | $5,044.95 |
| 3153 | Gray Jr., William F. | 10.8 | $8,991.00 |
| 3218 | Kelly, Rachel | 21.5 | $6,482.25 |
| 2187 | Licker, Michael | 2.7 | $1,737.45 |
| 3116 | Parkinson, Meredith S. | 24.6 | $13,173.30 |
| 3232 | Teoh, Jiun-Wen Bob | 6.8 | $2,876.40 |
| **B100.B110 Case Administration Total:** | | **87.3** | **$46,243.35** |
| **B100.B120 Asset Analysis and Recovery** | | | |
| 3152 | Bauer, Alison D. | 6.5 | $5,265.00 |
| 3153 | Gray Jr., William F. | 10.2 | $8,491.50 |
| 3116 | Parkinson, Meredith S. | 48.0 | $25,704.00 |
| 3232 | Teoh, Jiun-Wen Bob | 5.5 | $2,326.50 |
| **B100.B120 Asset Analysis and Recovery Total:** | | **70.2** | **$41,787.00** |
| **B100.B150 Meetings of and Communications with Creditors** | | | |
| 3152 | Bauer, Alison D. | 0.3 | $243.00 |
| 3218 | Kelly, Rachel | 2.9 | $874.35 |
| **B100.B150 Meetings of and Communications with Creditors Total:** | | **3.2** | **$1,117.35** |
| **B100.B160 Fee/Employment Applications** | | | |
| 3152 | Bauer, Alison D. | 3.3 | $2,673.00 |
| 2653 | Fullmer, James S. | 0.2 | $90.90 |
| 3153 | Gray Jr., William F. | 5.3 | $4,412.25 |
| 3218 | Kelly, Rachel | 8.6 | $2,592.90 |
| 3116 | Parkinson, Meredith S. | 5.3 | $2,838.15 |
| **B100.B160 Fee/Employment Applications Total:** | | **22.7** | **$12,607.20** |
| **B100.B185 Assumption/Rejection of Leases and Contracts** | | | |
| 3152 | Bauer, Alison D. | 0.4 | $324.00 |
| **B100.B185 Assumption/Rejection of Leases and Contracts Total:** | | **0.4** | **$324.00** |
| **B100.B190 Other Contested Matters (excluding assumption/rejection motions)** | | | |
| 3152 | Bauer, Alison D. | 11.4 | $9,234.00 |
| 2653 | Fullmer, James S. | 3.9 | $1,772.55 |
| 3153 | Gray Jr., William F. | 24.3 | $20,229.75 |
| 3218 | Kelly, Rachel | 8.5 | $2,562.75 |
| 2187 | Licker, Michael | 20.0 | $12,870.00 |
| 3116 | Parkinson, Meredith S. | 1.6 | $856.80 |
| 3232 | Teoh, Jiun-Wen Bob | 10.8 | $4,568.40 |
| **B100.B190 Other Contested Matters (excluding assumption/rejection motions) Total:** | | **80.5** | **$52,094.25** |

11/22/2019 9:17:23 AM

Foley Hoag LLP

**Hours Worked by Task Code and Timekeeper on 36355.00002**

**Invoice 4013463**

| Employee | | Hours Billed | Amount |
|---|---|---|---|
| **B200.B210 Business Operations** | | | |
| 2653 | Fullmer, James S. | 0.2 | $90.90 |
| **B200.B210 Business Operations Total:** | | **0.2** | **$90.90** |
| **B200.B230 Finance/Cash Collateral** | | | |
| 3152 | Bauer, Alison D. | 3.9 | $3,159.00 |
| 2653 | Fullmer, James S. | 0.7 | $318.15 |
| 3153 | Gray Jr., William F. | 1.6 | $1,332.00 |
| 3218 | Kelly, Rachel | 1.9 | $572.85 |
| 3116 | Parkinson, Meredith S. | 9.2 | $4,926.60 |
| **B200.B230 Finance/Cash Collateral Total:** | | **17.3** | **$10,308.60** |
| **B200.B240 Tax Issues** | | | |
| 3153 | Gray Jr., William F. | 0.6 | $499.50 |
| 3232 | Teoh, Jiun-Wen Bob | 0.9 | $380.70 |
| **B200.B240 Tax Issues Total:** | | **1.5** | **$880.20** |
| **B300.B310 Claims Administration and Objections** | | | |
| 3153 | Gray Jr., William F. | 0.8 | $666.00 |
| 3116 | Parkinson, Meredith S. | 7.1 | $3,802.05 |
| 3232 | Teoh, Jiun-Wen Bob | 3.2 | $1,353.60 |
| **B300.B310 Claims Administration and Objections Total:** | | **11.1** | **$5,821.65** |
| **B400.B420 Restructurings** | | | |
| 3232 | Teoh, Jiun-Wen Bob | 7.1 | $3,003.30 |
| **B400.B420 Restructurings Total:** | | **7.1** | **$3,003.30** |
| **L300.L320 Document Production** | | | |
| 2011 | Leung, Eric | 1.3 | $345.15 |
| **L300.L320 Document Production Total:** | | **1.3** | **$345.15** |
| **Grand Total:** | | **302.8** | **$174,622.95** |

11/22/2019 9:17:23 AM

**Exhibit B**

**FOLEY HOAG LLP**

**Fee Summary for the Period**
**October 1, 2019 through October 31, 2019**

***By Project Category***

| Project Category | Hours Engaged | Total Value |
|---|---|---|
| Asset Analysis and Recovery | 70.2 | $41,787.00 |
| Assumption/Rejection of Leases and Contracts | 0.4 | $324.00 |
| Business Operations | 0.2 | $90.90 |
| Case Administration | 87.3 | $46,243.35 |
| Claims Administration and Objections | 11.1 | $5,821.65 |
| Document Production | 1.3 | $345.15 |
| Fee/Employment Applications | 22.7 | $12,607.20 |
| Finance/Cash Collateral | 17.3 | $10,308.60 |
| Meetings of and Communications with Creditors | 3.2 | $1,117.35 |
| Other Contested Matters (excluding assumption/rejection motions) | 80.5 | $52,094.25 |
| Restructurings | 7.1 | $3,003.30 |
| Tax Issues | 1.5 | $880.20 |
| **Total** | 302.8 | $174,622.95 |

**Exhibit C**

**FOLEY HOAG LLP**

**Expense Summary for the Period**
**October 1, 2019 through October 31, 2019**

| Expense Category | Costs Billed |
|---|---|
| Courier Services | $46.00 |
| Document Preparation | $3.75 |
| Document Production 1-999 | $62.64 |
| Hotels & Related Expenses | $970.45 |
| In-House B&W Printing - Outsourced | $73.32 |
| In-House Photocopying | $0.24 |
| Meals | $0.00 |
| Secretarial Overtime | $90.00 |
| Tabs | $21.60 |
| Taxi Fare | $71.07 |
| Train Fare | $407.00 |
| Uber Service | $29.28 |
| **Total** | **$1,775. 35** |

**Exhibit D**

**FOLEY HOAG LLP**

**Detailed Time Records October 1, 2019 through October 31, 2019**

36355.00002          Liddle & Robinson LLP                    Invoice #  4013463
                     Chapter 11 Case                          November 21, 2019
                                                                       Page 2

This Invoice is for the Period Ending: October 31, 2019

**Professional Services Rendered:**

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 10/01/19 | J. Fullmer | Attention to schedules and statements. | 0.3 | 151.50 |
| 10/01/19 | M. Parkinson | Further research re eligibility and best interests of creditors of a professional services firm (3.5); review cases notes by B. Teo and cases regarding conversion motions and chapter 7 trustee appointments (1.0); Prepare for call and attend call with W. Gray, B. Teo to discuss eligibility (.5) | 5.0 | 2,975.00 |
| 10/01/19 | J. Teoh | Conference with W Gray and M Parkinson to discuss eligibility in chapter 11. | 0.5 | 235.00 |
| 10/01/19 | A. Bauer | Internal emails re 341 meeting. | 0.2 | 180.00 |
| 10/01/19 | W. Gray Jr. | Research re eligibility, confer with J. Teoh and M. Parkinson re same; review chart of cases re appointment of a Trustee, etc. | 1.6 | 1,480.00 |
| 10/01/19 | R. Kelly | Prepared binders in preparation of 341 meeting (1.5); retrieve original documents from client (.5); emails with J. Fullmer and A. Bauer re same (.2). | 2.2 | 737.00 |
| 10/01/19 | R. Kelly | Calls and emails to banks re DIP account (.6); update calendar and schedule team meeting (.1) | 0.7 | 234.50 |
| 10/02/19 | J. Fullmer | Attention to case administration matters. | 0.9 | 454.50 |
| 10/02/19 | J. Fullmer | Call with A. Bauer regarding case administration matters. | 0.1 | 50.50 |
| 10/02/19 | J. Teoh | Reviewed chapter 11 cases involving wind-up and dissolution of a law firm to draft chart chronicling timeline and outcomes of such cases. | 1.8 | 846.00 |
| 10/02/19 | W. Gray Jr. | Prepare for and attend Section 341a meeting of creditors at the office of the US Trustee. | 2.8 | 2,590.00 |
| 10/02/19 | W. Gray Jr. | Work on Rule 2004 examinations including Yieldstreet extension and Blaine Bortnick objection and telephone call with Michael Licker. | 0.8 | 740.00 |

36355.00002             Liddle & Robinson LLP                          Invoice #  4013463
                        Chapter 11 Case                                November 21, 2019
                                                                              Page 3

This Invoice is for the Period Ending: October 31, 2019

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/02/19 | M. Licker | Telephone conference with W. Gray regarding protective order (0.4); review and revise protective order (0.3); email to D. Wander regarding protective order (0.1). | 0.8 | 572.00 |
| 10/02/19 | R. Kelly | Prepare additional documents for 341 meeting | 0.7 | 234.50 |
| 10/02/19 | R. Kelly | Research re Rotger litigation in SDNY; research re attorney change of address; email results to W. Gray | 1.0 | 335.00 |
| 10/02/19 | R. Kelly | Draft adjournment of YieldStreet 2004 motion; circulate to M. Licker and W. Gray for review. | 1.1 | 368.50 |
| 10/03/19 | J. Fullmer | Attend team meeting on case status. | 1.2 | 606.00 |
| 10/03/19 | J. Fullmer | Attention to case administration matters. | 0.3 | 151.50 |
| 10/03/19 | J. Fullmer | Attention to opening of debtor in possession account. | 0.2 | 101.00 |
| 10/03/19 | M. Parkinson | Attend team planning meeting (1.2); review loan analysis from EisnerAmper and litigation memo prepared by client (1.5). | 2.7 | 1,606.50 |
| 10/03/19 | J. Teoh | Conference with W Gray, A Bauer, M Licker, M Parkinson, J Fullmer and R Kelly to discuss ongoing issues regarding case administration. | 1.2 | 564.00 |
| 10/03/19 | A. Bauer | Foley Hoag team meeting regarding various issues. | 1.2 | 1,080.00 |
| 10/03/19 | W. Gray Jr. | Prepare for and attend teleconference before Judge Woods re assertion of attorney's lien in the Rotger action. | 0.8 | 740.00 |
| 10/03/19 | W. Gray Jr. | Team meeting re ongoing litigation and case administration matters. | 1.2 | 1,110.00 |
| 10/03/19 | M. Licker | Attend team strategy meeting. | 1.2 | 858.00 |
| 10/03/19 | R. Kelly | Update meeting agenda and circulate (.3); team meeting re case status (1.2) | 1.5 | 502.50 |
| 10/03/19 | R. Kelly | Revise and circulate adjournment of YieldStreet 2004 motion. | 0.5 | 167.50 |
| 10/03/19 | R. Kelly | Emails and calls with M&T Bank and J. Fullmer re DIP account | 0.6 | 201.00 |
| 10/03/19 | R. Kelly | Emails with B. Frerichs re detailed billing entries | 0.3 | 100.50 |
| 10/04/19 | J. Fullmer | Call with M. Parkinson regarding litigation matter. | 0.2 | 101.00 |

36355.00002      Liddle & Robinson LLP      Invoice #  4013463
               Chapter 11 Case      November 21, 2019
                                          Page 4

This Invoice is for the Period Ending: October 31, 2019

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/04/19 | J. Fullmer | Legal research regarding litigation matters. | 3.1 | 1,565.50 |
| 10/04/19 | M. Parkinson | Review client's summary of claims (.7); draft claims objection outline plan and research questions, preliminary research re same (3.0); discuss same with M. Licker and revise per comments of M. Licker (.4). | 4.1 | 2,439.50 |
| 10/04/19 | M. Parkinson | Call with W. Gray to discuss litigation workstream plan. | 0.1 | 59.50 |
| 10/04/19 | W. Gray Jr. | Work on settlement offer on Bortnick re Innucci claim. | 0.4 | 370.00 |
| 10/04/19 | W. Gray Jr. | Conferences re case administration and DIP issues. | 0.4 | 370.00 |
| 10/04/19 | W. Gray Jr. | Work on protective order issues. | 0.5 | 462.50 |
| 10/04/19 | W. Gray Jr. | Research re eligibility question. | 1.3 | 1,202.50 |
| 10/04/19 | M. Licker | Review Bortnick objection to 2004 motion (0.2); review assessment of defenses against CF II claims (0.5); telephone conference with M. Parkinson regarding defenses to CF II claims (0.4). | 1.1 | 786.50 |
| 10/07/19 | J. Fullmer | Attention to case administration matters. | 0.2 | 101.00 |
| 10/07/19 | M. Parkinson | Coordinate filing of EisnerAmper fee statement. | 0.1 | 59.50 |
| 10/07/19 | M. Parkinson | Research N.Y. usury law and review summary of initial research by J. Fullmer. | 3.1 | 1,844.50 |
| 10/07/19 | W. Gray Jr. | Conference call before Magistrate Judge Lehrburger re charging lien in the Rotger matter and discussion of a stipulation of confidentiality for review of settlement agreement. | 0.5 | 462.50 |
| 10/07/19 | W. Gray Jr. | Review exclusivity period extension papers for filing. | 0.4 | 370.00 |
| 10/07/19 | W. Gray Jr. | Confer with Jean Innucci and JLL re collection of Innucci fee and resolution of claims by Blaine Bortnick. | 0.7 | 647.50 |
| 10/07/19 | R. Kelly | Revise and file motion to extend exclusivity | 0.8 | 268.00 |
| 10/07/19 | R. Kelly | Further emails re status of DIP account | 0.2 | 67.00 |
| 10/07/19 | R. Kelly | Emails re EisnerAmper Fee Application; review and file Eisner Amper Fee Application | 0.7 | 234.50 |
| 10/08/19 | J. Fullmer | Attention to case administration matters. | 1.1 | 555.50 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4013463
                     Chapter 11 Case                          November 21, 2019
                                                                     Page 5

This Invoice is for the Period Ending: October 31, 2019

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/08/19 | J. Fullmer | Attention to opening of debtor in possession account. | 0.2 | 101.00 |
| 10/08/19 | J. Fullmer | Call with A. Bauer and R. Kelly regarding retention applications. | 0.2 | 101.00 |
| 10/08/19 | M. Parkinson | Research Truth in Lending Act and state analogous statutes (2.1); research any TILA claims in bankruptcy cases (.5); review EisnerAmper interest rate analysis summaries (.5). | 3.1 | 1,844.50 |
| 10/08/19 | M. Parkinson | Call with A. Bauer re final cash collateral order (.3); pull precedent cash collateral orders from analogous cases (.5) and attention to drafting proposed order (1.0). | 1.8 | 1,071.00 |
| 10/08/19 | A. Bauer | Analyze and discuss disclosure of potential conflicts re representations with W. Gray and J. Teoh. | 0.4 | 360.00 |
| 10/08/19 | A. Bauer | Research for drafting of final cash collateral order (.4) ; call with M. Parkinson re same (.3). | 0.7 | 630.00 |
| 10/08/19 | A. Bauer | Conferences with R. Kelly on pleadings to be filed (.2); follow up on retention applications and call with Fullmer and Kelly re same (.2). | 0.4 | 360.00 |
| 10/08/19 | A. Bauer | Conferences with R. Kelly on agenda items for October hearing. | 0.2 | 180.00 |
| 10/08/19 | W. Gray Jr. | Work on and prepare supplemental declaration regarding conflict issues pertaining to the firm's representation of SL Green Realty Corp. | 0.8 | 740.00 |
| 10/08/19 | W. Gray Jr. | Research and review cases re eligibility of Chapter 11 single-partner debtor to continue in bankruptcy under Chapter 11, confer with client re same. | 1.7 | 1,572.50 |
| 10/08/19 | R. Kelly | File Form 202 Declaration of Debtor to the docket per J. Fullmer and W. Gray (.3); review of docket re Homestead Objection and email findings to W. Gray and A. Bauer (.5); review of docket re pending/outstanding motions and email to W. Gray re same (.5); prepare motion tracking spreadsheet (.4). | 1.7 | 569.50 |
| 10/08/19 | R. Kelly | Retrieve and circulate sample final order authorizing cash collateral (.1); emails with P. Rosehill re hardcopy service of recently filed documents (.1). | 0.2 | 67.00 |

36355.00002          Liddle & Robinson LLP                          Invoice #  4013463
                     Chapter 11 Case                                November 21, 2019
                                                                           Page 6

This Invoice is for the Period Ending: October 31, 2019

| 10/08/19 | R. Kelly | Draft adjournment of Michael Barr Motion to Lift Stay and circulate to M. Licker, W. Gray, and A. Bauer; finalize and file to docket; call to chambers and emails to opposing counsel re same; prepare and send service email. | 0.9 | 301.50 |
|---|---|---|---|---|
| 10/08/19 | R. Kelly | Further emails with M&T Bank, J. Fullmer, and W. Gray re approval of DIP account. | 0.3 | 100.50 |
| 10/09/19 | J. Fullmer | Attention to opening of debtor in possession account. | 0.4 | 202.00 |
| 10/09/19 | M. Parkinson | Further attention to proposed final cash collateral order and send same to A. Bauer for review. | 3.5 | 2,082.50 |
| 10/09/19 | M. Parkinson | Research New York State and City consumer protection laws for lending based claims (1.9); preliminary research on breach of fiduciary duty under New York law (.6); review client memo on breach of fiduciary duty (.5). | 3.0 | 1,785.00 |
| 10/09/19 | J. Teoh | Researched causes of action for tortious interference, fraudulent inducement and aiding and abetting breach of fiduciary duty. | 1.2 | 564.00 |
| 10/09/19 | W. Gray Jr. | Work on Torys fee application, confer with Chris Caparelli re same (.8); work on Foley Hoag monthly applications for fee reimbursement (1.2). | 2.0 | 1,850.00 |
| 10/09/19 | W. Gray Jr. | Confer with client re Audi, VW lease issues. | 0.3 | 277.50 |
| 10/09/19 | W. Gray Jr. | Work on recovery of Fontaine and Damopolous settlement fees and confer with client re same; review terms of settlement. | 1.3 | 1,202.50 |
| 10/09/19 | W. Gray Jr. | Review IRS proof of claim; confer re extension of time for preparation of tax returns. | 0.6 | 555.00 |
| 10/09/19 | W. Gray Jr. | Prepare, finalize and file verification affidavit re schedules of assets and liabilities. | 0.4 | 370.00 |

36355.00002              Liddle & Robinson LLP                    Invoice #  4013463
                         Chapter 11 Case                          November 21, 2019
                                                                            Page 7

This Invoice is for the Period Ending: October 31, 2019

| 10/10/19 | M. Parkinson | Review cases on usury law and correspondence with team re New York usury statute applicability (2.7); review proofs of claim filed by Counsel Financial (.4); review and analyze promissory notes and security agreements between LR and Counsel Financial (1.6). | 4.7 | 2,796.50 |
|---|---|---|---|---|
| 10/10/19 | M. Parkinson | Research re usurious loans and equitable subordination and recharacterization of claims based on such loans. | 2.4 | 1,428.00 |
| 10/10/19 | J. Teoh | Researched usury law in bankruptcy matters and whether they may be asserted as a basis for equitable subordination or characterization and drafted summary of research for review by M Parkinson. | 3.2 | 1,504.00 |
| 10/10/19 | A. Bauer | Confer with Gray (.2); research and email to Fullmer and team (.7). | 0.9 | 810.00 |
| 10/10/19 | W. Gray Jr. | Review asset collection issues re Fontaine and Damopolous fee (.3); confer with A. Bauer (.2). | 0.5 | 462.50 |
| 10/10/19 | W. Gray Jr. | Confer with A. Bauer re other litigation matters. | 0.2 | 185.00 |
| 10/10/19 | W. Gray Jr. | Follow up with US Trustees' office re pending retention papers for Foley Hoag, the Benefit Practice and Richard Lynne. | 0.6 | 555.00 |
| 10/10/19 | W. Gray Jr. | Confer with M. Licker and work on protective order update. | 0.2 | 185.00 |
| 10/10/19 | M. Licker | Telephone conference with W. Gray regarding protective order. | 0.2 | 143.00 |
| 10/11/19 | J. Fullmer | Attention to case administration matters. | 1.0 | 505.00 |
| 10/11/19 | J. Fullmer | Call with W. Gray regarding opening of debtor in possession account. | 0.1 | 50.50 |
| 10/11/19 | A. Bauer | Attention to creditor communications and emails with Fulmer. | 0.1 | 90.00 |
| 10/11/19 | W. Gray Jr. | Confer with US Trustee re pending retention  applications. | 0.3 | 277.50 |
| 10/14/19 | W. Gray Jr. | Review claims against impossible settlement of charging lien claim in the Rotger matter. | 0.4 | 370.00 |
| 10/14/19 | W. Gray Jr. | Review draft Torys fee application. | 0.4 | 370.00 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4013463
                     Chapter 11 Case                          November 21, 2019
                                                              Page 8

This Invoice is for the Period Ending: October 31, 2019

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/14/19 | W. Gray Jr. | Review cases regarding eligibility of Chapter 11 reorganization of single lawyer partnership. | 1.2 | 1,110.00 |
| 10/14/19 | W. Gray Jr. | Work on Rule 2004 request; confer re Blaine Bortnick deposition schedule; review Counsel Financial requests. | 1.3 | 1,202.50 |
| 10/15/19 | M. Parkinson | Call with A. Bauer to discuss final cash collateral order. | 0.4 | 238.00 |
| 10/15/19 | M. Parkinson | Review research from B. Teoh re tortious interference with prospective economic advantage and further research re same (2.5); research loan malfeasance in context of equitable subordination and discuss research with B. Teoh (2.0); update litigation strategy memo with research summaries (2.1). | 6.6 | 3,927.00 |
| 10/15/19 | J. Teoh | Reviewed cases re claim disallowance. | 0.4 | 188.00 |
| 10/15/19 | A. Bauer | Call with M. Parkinson on final cash collateral order (.4). | 0.4 | 360.00 |
| 10/15/19 | A. Bauer | Confer with W. Gray. | 0.5 | 450.00 |
| 10/15/19 | A. Bauer | Attention to Rule 2004 potential objection and scheduling of hearing and review notice of hearing and objection and discuss with R. Kelly. | 0.3 | 270.00 |
| 10/15/19 | W. Gray Jr. | Review Counsel Financial proofs of claim; review claims and defenses for Counsel Financial. | 1.3 | 1,202.50 |
| 10/15/19 | R. Kelly | Prepare notice of hearing re Counsel Financial 2004 motion; circulate drafts to W. Gray, M. Licker, A. Bauer, and J. Fullmer; finalize and file to docket. | 1.5 | 502.50 |
| 10/16/19 | J. Fullmer | Attend team meeting regarding case status. | 1.2 | 606.00 |
| 10/16/19 | M. Parkinson | Attend team meeting to discuss strategy and planning. | 1.5 | 892.50 |
| 10/16/19 | M. Parkinson | Revise proposed final cash collateral order per comments of A. Bauer and circulate to A. Bauer and W. Gray. | 1.9 | 1,130.50 |
| 10/16/19 | M. Parkinson | Research disallowance of claims against non-bank lenders in bankruptcy cases (1.4); research equitable subordination based on predatory lending causes of action (.5). | 1.9 | 1,130.50 |

36355.00002          Liddle & Robinson LLP                              Invoice #  4013463
                     Chapter 11 Case                                    November 21, 2019
                                                                              Page 9

This Invoice is for the Period Ending: October 31, 2019

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/16/19 | J. Teoh | Team conference with W Gray, A Bauer, M Licker, M Parkinson, J Fulmer and R Kelly. | 1.5 | 705.00 |
| 10/16/19 | J. Teoh | Performed additional research on tortious interference in a bankruptcy and law firm context, as well as case law on what types of damages are sought. | 2.3 | 1,081.00 |
| 10/16/19 | A. Bauer | Team meeting. | 1.5 | 1,350.00 |
| 10/16/19 | W. Gray Jr. | Work on case memo; review status of all pending actions; review assignments on all matters. | 0.5 | 462.50 |
| 10/16/19 | W. Gray Jr. | Liddle team meeting regarding status of case and review issues related to preparation of exit plan including potential Chapter 11 reorganization plans. | 1.5 | 1,387.50 |
| 10/16/19 | M. Licker | Attend team strategy meeting. | 1.5 | 1,072.50 |
| 10/16/19 | M. Licker | Prepare for 2004 motion oral argument. | 0.4 | 286.00 |
| 10/16/19 | R. Kelly | Draft and circulate certificate of service of recent filings (1.5); review Judge Lane rules re replies to motions (.2); emails to P. Rosehill re upcoming meetings (.1) | 1.8 | 603.00 |
| 10/16/19 | R. Kelly | Prepare agenda for meeting and circulate to team (.5); attend team meeting re status of case (1.5) | 2.0 | 670.00 |
| 10/16/19 | R. Kelly | Prepare notice of hearing re Counsel Financial 2004 motion; circulate drafts to W. Gray, M. Licker, A. Bauer, and J. Fullmer; finalize notice of hearing and file to docket. | 0.6 | 201.00 |
| 10/16/19 | R. Kelly | Prepare notice of hearing re LIG Capital 2004 motion and circulate drafts to team | 0.3 | 100.50 |
| 10/17/19 | J. Fullmer | Attention to case administration matters. | 1.8 | 909.00 |
| 10/17/19 | M. Parkinson | Review CF proof of claim (.5); Review all debt documents in preparation for meeting and to determine what was permitted under the documents (2.5); Meeting with Foley team and EisnerAmper to discuss CF loans (1.5) | 4.5 | 2,677.50 |
| 10/17/19 | M. Parkinson | Draft fourth interim cash collateral order | 0.6 | 357.00 |
| 10/17/19 | J. Teoh | Conference with EisnerAmper, W Gray, A Bauer and M Parkinson to discuss CFII loans and interest rate analysis. | 1.5 | 705.00 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4013463
                     Chapter 11 Case                          November 21, 2019
                                                              Page 10

This Invoice is for the Period Ending: October 31, 2019

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/17/19 | A. Bauer | Meeting with A. Akinrinade , M. Parkinson, W. Gray, B. Teoh. | 1.5 | 1,350.00 |
| 10/17/19 | A. Bauer | Attention to filings and service. | 0.1 | 90.00 |
| 10/17/19 | A. Bauer | Attention to cash collateral order and issues and confer with W. Gray and A. Akinrinade. | 0.4 | 360.00 |
| 10/17/19 | W. Gray Jr. | Conference with Blaine Bortnick re settlement of attorney fee dispute in the Innucci case. | 0.4 | 370.00 |
| 10/17/19 | W. Gray Jr. | Work on cash collateral variances and other issues related to the cash collateral order with Adeola Akinrinade and A. Bauer. | 0.4 | 370.00 |
| 10/17/19 | W. Gray Jr. | Confer with Andrea Schwartz and revise applications and supplemental declarations for Richard Lynne, the Benefit Practice and Foley Hoag. | 1.1 | 1,017.50 |
| 10/17/19 | W. Gray Jr. | Confer with Adeola Akinrinade, A. Bauer, J. Teoh and M. Parkinson re review of Counsel Financial's lien and claims in structuring of lending to Liddle & Robinson. | 1.5 | 1,387.50 |
| 10/17/19 | W. Gray Jr. | Research and review of Counsel Financial loans and the structure of litigation funding lending and related issues. | 1.8 | 1,665.00 |
| 10/17/19 | W. Gray Jr. | Conference re DIP accounts and review of monthly operating reports. | 0.3 | 277.50 |
| 10/17/19 | R. Kelly | Finalize, circulate, and file notice of hearing re LIG Capital 2004 motion | 0.5 | 167.50 |
| 10/17/19 | R. Kelly | Emails with J. Fullmer re case management; draft and circulate certificate of service of recent filings. | 1.0 | 335.00 |
| 10/18/19 | M. Parkinson | Call with W. Gray to discuss issues with outstanding retention applications (.5); revise supplemental declarations and proposed order (1.0); correspondence with tax and benefits professionals re status of billing and payments (.3). | 1.8 | 1,071.00 |
| 10/18/19 | M. Parkinson | Review research on post-petition scope of lien (2.1); further research on impact of 552 on contingency fee payments in bankruptcy (.7); research re CF investment strategy (1.1); research re departing partners' contributions to contingency fee cases (.6). | 4.5 | 2,677.50 |
| 10/18/19 | M. Parkinson | Research impact of chapter 7 conversion. | 1.1 | 654.50 |

36355.00002             Liddle & Robinson LLP                    Invoice #  4013463
                        Chapter 11 Case                          November 21, 2019
                                                                 Page 11

                 This Invoice is for the Period Ending: October 31, 2019

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/18/19 | A. Bauer | Attention to certificate of service. | 0.3 | 270.00 |
| 10/18/19 | A. Bauer | Attention to budget and cash collateral order. | 0.3 | 270.00 |
| 10/18/19 | W. Gray Jr. | Review protective order with M. Licker. | 0.2 | 185.00 |
| 10/18/19 | W. Gray Jr. | Review analysis of Counsel Financial loans and liens related to defenses and counterclaims; draft claims analysis memo | 1.5 | 1,387.50 |
| 10/18/19 | W. Gray Jr. | Confer w/ Meredith Parkinson re revisions in retention applications for Lynne, the Benefits Practice, and Foley Hoag. | 0.5 | 462.50 |
| 10/18/19 | M. Licker | Telephone conference with J. Liddle regarding protective order (0.4); strategy telephone conference with W. Gray regarding discovery (0.2). | 0.6 | 429.00 |
| 10/18/19 | R. Kelly | Draft and circulate notice of appearance re M. Licker | 0.5 | 167.50 |
| 10/18/19 | R. Kelly | Draft agenda for 10/24 omnibus hearing; emails with team re same. | 0.2 | 67.00 |
| 10/20/19 | A. Bauer | Research on law firm bankruptcy issues. | 1.1 | 990.00 |
| 10/20/19 | A. Bauer | Attention to budget and proposed fourth interim cash collateral order. | 0.3 | 270.00 |
| 10/21/19 | M. Parkinson | Correspondence with EisnerAmper re budget (.2); send fourth interim cash collateral order and revised budget to CF for review (.1). | 0.3 | 178.50 |
| 10/21/19 | M. Parkinson | Correspondence with tax and benefits consultants re status of prepayments. | 0.2 | 119.00 |
| 10/21/19 | M. Parkinson | Calls and emails re extent of lien on real estate properties (.4); begin drafting memo to file re same (1.9). | 2.3 | 1,368.50 |
| 10/21/19 | M. Parkinson | Call with EisnerAmper re loan analysis (1.0); draft timeline of loan disbursements and payments made (.8); begin drafting memo to file re potential loan claims (1.0) | 2.8 | 1,666.00 |
| 10/21/19 | A. Bauer | Emails to and from client and to and from Fullmer and Gray re VW lease. | 0.3 | 270.00 |
| 10/21/19 | A. Bauer | Research on law firm bankruptcy issues. | 1.7 | 1,530.00 |
| 10/21/19 | R. Kelly | Review time entries in preparation of fee application (2.5); emails with P. Rosehill and Billing Dep't re same (.5). | 3.0 | 1,005.00 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4013463
                     Chapter 11 Case                          November 21, 2019
                                                              Page 12

This Invoice is for the Period Ending: October 31, 2019

| 10/21/19 | R. Kelly | Draft and circulate agenda for 10/24 omnibus hearing | 1.3 | 435.50 |
| 10/22/19 | J. Fullmer | Attention to case administration matters. | 0.6 | 303.00 |
| 10/22/19 | J. Fullmer | Call with A. Bauer regarding case administration matters. | 0.2 | 101.00 |
| 10/22/19 | M. Parkinson | Review state court pleadings to determine basis for state court finding security interest in Hamptons property and finalize memo to file re same (.9); call with A. Bauer re same (.3). | 1.2 | 714.00 |
| 10/22/19 | M. Parkinson | Correspondence with EisnerAmper and CF re cases comprising cash receipts on updated budget. | 0.4 | 238.00 |
| 10/22/19 | M. Parkinson | Review and comment on EisnerAmper fee statement. | 0.3 | 178.50 |
| 10/22/19 | M. Parkinson | Review and comment on agenda for omnibus hearing (.5); review and comment on notices of revised proposed retention orders (.4). | 0.9 | 535.50 |
| 10/22/19 | M. Parkinson | Send revised supplemental declarations for UST for review (.1); Coordinate execution and filing of professional retention order and supplemental declarations for tax and benefits professionals (.6) | 0.7 | 416.50 |
| 10/22/19 | M. Parkinson | Review New York partnership statute and related research re claims of and against departing attorneys and dissolving partnerships (2.0); further research re recharacterization of claims (.9). | 2.9 | 1,725.50 |
| 10/22/19 | J. Teoh | Met with A. Bauer re real estate lien. | 0.1 | 47.00 |
| 10/22/19 | A. Bauer | Analysis of Hamptons property lien issues (.7) including call with M. Parkinson (.3); confer with J. Teoh (.1). | 1.1 | 990.00 |
| 10/22/19 | A. Bauer | Emails to and from Wander re hearing dates and filings (.1); review and revise agenda (.3); preparations for hearing and confer with FH team re same (.4); call with Fullmer (.2). | 1.0 | 900.00 |
| 10/22/19 | A. Bauer | Review of motion to convert case. | 0.3 | 270.00 |
| 10/22/19 | A. Bauer | Attention to outstanding amounts and email to client re VW lease. | 0.1 | 90.00 |
| 10/22/19 | W. Gray Jr. | Confer w/ client regarding protective order changes. | 0.3 | 277.50 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4013463
                     Chapter 11 Case                          November 21, 2019
                                                              Page 13

This Invoice is for the Period Ending: October 31, 2019

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/22/19 | W. Gray Jr. | Review objection to use of cash collateral | 0.6 | 555.00 |
| 10/22/19 | M. Licker | Emails with J. Liddle regarding protective order (0.1); review and revise omnibus hearing agenda (0.2); telephone conference with A. Bauer regarding hearing preparation (0.1); prepare for argument on 2004 exam motions (0.5). | 0.9 | 643.50 |
| 10/22/19 | R. Kelly | Finalize and file notice of appearance of M. Licker | 0.3 | 100.50 |
| 10/22/19 | R. Kelly | Prepare notices and finalize and file Supplemental Crevani Declaration, Supplemental Lynne Declaration, revised proposed Foley Hoag retention order, and revised proposed Crevani retention order | 2.5 | 837.50 |
| 10/22/19 | R. Kelly | Finalize and file 4th Interim Cash Collateral; emails with M. Parkinson re same | 0.6 | 201.00 |
| 10/22/19 | R. Kelly | Revise agenda per emails with A. Bauer and M. Parkinson; Finalize and file to docket | 3.5 | 1,172.50 |
| 10/23/19 | M. Parkinson | Preparation for 10/24 omnibus hearing (2.1); calls with A. Bauer re same (.4). | 2.5 | 1,487.50 |
| 10/23/19 | J. Teoh | Researched whether the power of the trustee can extend to DIP if no trustee has been appointed. | 2.5 | 1,175.00 |
| 10/23/19 | J. Teoh | Contacted IRS to request tax return filing extension. | 0.1 | 47.00 |
| 10/23/19 | A. Bauer | Analysis of objections filed by CF entities (.2); emails to and from W. Gray and M. Licker (.1); call with M. Parkinson in preparation for hearing (.2); internal communications preparing for hearing (.2); emails to and from D. Wander re filing of motion to convert by CF on wrong docket and review of Joint Administration Order re same (.2). | 0.9 | 810.00 |
| 10/23/19 | A. Bauer | Emails to and from Wander and FH team and A. Akinrinade; regarding firm collections. | 0.3 | 270.00 |
| 10/23/19 | A. Bauer | Attention to revisions to fourth interim cash collateral order and budget. | 0.3 | 270.00 |
| 10/23/19 | A. Bauer | Internal communications preparing for hearing (.2); analysis of motion to convert (.8); prepare for hearing (.4). | 1.6 | 1,440.00 |

36355.00002          Liddle & Robinson LLP                          Invoice #  4013463
                     Chapter 11 Case                               November 21, 2019
                                                                        Page 14

This Invoice is for the Period Ending: October 31, 2019

| | | | | |
|---|---|---|---|---|
| 10/23/19 | W. Gray Jr. | Review Motion to Convert; prepare response outline. | 0.8 | 740.00 |
| 10/23/19 | W. Gray Jr. | Review issues re retention applications for Foley Hoag and Tax Accountants | 0.4 | 370.00 |
| 10/23/19 | M. Licker | Prepare reply brief in support of Counsel Financial Holdings and LIG Capital 2004 motions (1.7); telephone conferences with J. Liddle regarding protective order and 2004 exam motion hearing (1.0); telephone conferences with D. Wander regarding protective order (0.3); review and revise protective order (0.6); prepare for 2004 exam motion hearing (2.8); emails with A. Bauer and W. Gray regarding hearing prep (.1). | 6.5 | 4,647.50 |
| 10/23/19 | R. Kelly | Emails with M. Licker and A. Bauer re 2004 Motion reply brief; finalize and file to docket; revise agenda and filed Amended Agenda to docket; prepare hardcopies to bring to court; draft certificates of service for recent filings. | 1.1 | 368.50 |
| 10/23/19 | R. Kelly | Prepare index and prep documents for omnibus hearing binder | 1.5 | 502.50 |
| 10/24/19 | M. Parkinson | Attend omnibus hearing. | 3.0 | 1,785.00 |
| 10/24/19 | M. Parkinson | Correspondence with EisnerAmper re budget and accounts receivable in preparation for hearing. | 0.3 | 178.50 |
| 10/24/19 | M. Parkinson | Revise orders per comments made by UST and judge at hearing and call with UST re same. | 1.0 | 595.00 |
| 10/24/19 | M. Parkinson | Further hearing preparation and correspondence with Foley team re same. | 0.8 | 476.00 |
| 10/24/19 | J. Teoh | Drafted letter requesting IRS extension to file taxes. | 0.5 | 235.00 |
| 10/24/19 | J. Teoh | Reviewed CF II's motion to convert and researched case law on law firm dissolution and bankruptcy in preparation for response. | 1.3 | 611.00 |
| 10/24/19 | J. Teoh | Researched how courts deal with former partner's contingency fees after they have left a dissolved firm. | 1.6 | 752.00 |
| 10/24/19 | J. Teoh | Meet with A. Bauer and R. Kelly re case status after hearing. | 0.4 | 188.00 |

36355.00002          Liddle & Robinson LLP                    Invoice #  4013463
                     Chapter 11 Case                          November 21, 2019
                                                              Page 15

This Invoice is for the Period Ending: October 31, 2019

| 10/24/19 | A. Bauer | Participate in omnibus hearing (3.1); attention to protective order and emails re same (.2); meet with J. Teoh and R. Kelly re hearing (.4). | 3.7 | 3,330.00 |
|---|---|---|---|---|
| 10/24/19 | A. Bauer | Meeting with A. Schwartz prior to hearing (.2); review and revise retention application orders (.8); call with A. Schwartz and M. Parkinson (.2). | 1.2 | 1,080.00 |
| 10/24/19 | M. Licker | Prepare for 2004 exam motion hearing (1.1); attend ombnibus hearing and argue 2004 exam motions (4.4); telephone conference with A. Heller regarding Barr automatic stay motion (0.1); revise protective order in response to U.S. Trustee comments (0.2); telephone conference with J. Liddle regarding hearing (0.7). | 6.5 | 4,647.50 |
| 10/24/19 | R. Kelly | Order hearing transcript per M. Parkinson (.2); Meet with A. Bauer and B. Teoh re case status (.4); email to team re December omnibus hearing (.1 | 0.7 | 234.50 |
| 10/24/19 | R. Kelly | Draft monthly fee statements for July and August; review billing entries. | 1.5 | 502.50 |
| 10/25/19 | M. Parkinson | Further revisions to orders and assemble suite of same for chambers (.5); coordinate finalization of orders with R. Kelly (.2); correspondence with R. Kelly re real estate title searches (.1). | 0.8 | 476.00 |
| 10/25/19 | M. Parkinson | Coordinate filing of EisnerAmper fee statements. | 0.2 | 119.00 |
| 10/25/19 | M. Parkinson | Review and update research on 552 and extent of prepetition lien on postpetition receivables. | 2.5 | 1,487.50 |
| 10/25/19 | M. Parkinson | Further analysis of CF loan documents regarding right to collect from account debtors and reporting obligations under documents. | 1.5 | 892.50 |
| 10/25/19 | J. Teoh | Researched the binding weight of a decision of another judge in the bankruptcy court for the SDNY. | 0.8 | 376.00 |
| 10/25/19 | J. Teoh | Reviewed transcripts for discussion of L&R bankruptcy filing and calls with A. Bauer re same. | 1.7 | 799.00 |

36355.00002      Liddle & Robinson LLP      Invoice #  4013463
Chapter 11 Case      November 21, 2019
Page 16

This Invoice is for the Period Ending: October 31, 2019

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/25/19 | A. Bauer | Comment upon cash collateral order and review other orders to be submitted and discuss with R. Kelly. | 0.2 | 180.00 |
| 10/25/19 | A. Bauer | Draft summary of court proceeding and orders to client. | 0.2 | 180.00 |
| 10/25/19 | A. Bauer | Call with A. Akinrinade on budget, DIP account and cash related issues. | 0.4 | 360.00 |
| 10/25/19 | A. Bauer | Research and drafting of outline of eligibility argument and numerous communications with J. Teoh re same. | 4.0 | 3,600.00 |
| 10/25/19 | W. Gray Jr. | Confer w/client re court hearing and action steps from hearing | 0.5 | 462.50 |
| 10/25/19 | R. Kelly | Emails with A. Bauer, M. Parkinson and Judge Lane Chambers re revised proposed orders | 0.4 | 134.00 |
| 10/25/19 | R. Kelly | File and serve EisnerAmper monthly fee statement to docket | 0.3 | 100.50 |
| 10/25/19 | R. Kelly | Emails and calls re payment for hearing transcript (.2); Update internal calendar per new deadlines (.2) | 0.4 | 134.00 |
| 10/27/19 | M. Licker | Review case lists for production. | 0.2 | 143.00 |
| 10/28/19 | J. Fullmer | Attention to case administration matters. | 0.5 | 252.50 |
| 10/28/19 | M. Parkinson | Review interim compensation procedures and correspondence with EisnerAmper re same (.5); draft email response to CF's objection to EisnerAmper fee statement (.3). | 0.8 | 476.00 |
| 10/28/19 | M. Parkinson | Review eligiblity research (.6) in preparation for team meeting. | 0.6 | 357.00 |
| 10/28/19 | M. Parkinson | Further research re firm interest in contingency fees upon dissolution or departure of a partner (2.1); discuss same with B. Teoh (.2); draft and send summary to team of 552/departing partner analysis (.5). | 2.8 | 1,666.00 |
| 10/28/19 | J. Teoh | Revised letter to IRS requesting extension and coordinated service. | 0.3 | 141.00 |
| 10/28/19 | J. Teoh | Researched how Mr. Liddle's contingency fees are treated in a post law firm dissolution and related issues; call with M. Parkinson re same. | 4.4 | 2,068.00 |

36355.00002      Liddle & Robinson LLP      Invoice #  4013463
     Chapter 11 Case      November 21, 2019
     Page 17

This Invoice is for the Period Ending: October 31, 2019

| 10/28/19 | A. Bauer | Review and analysis of research on claim on firm assets and guarantee thereof. | 0.6 | 540.00 |
|---|---|---|---|---|
| 10/28/19 | A. Bauer | Follow up on cash collateral order (.2) attention to transcript (.1). | 0.3 | 270.00 |
| 10/28/19 | A. Bauer | Call with M. Parkinson on CF objection to monthly fee statement (.1); revise reply to objection (.1). | 0.2 | 180.00 |
| 10/28/19 | A. Bauer | Follow up on entry of 4th interim cash collateral order and review of same. | 0.3 | 270.00 |
| 10/28/19 | A. Bauer | Review and revise cash collateral order. | 0.2 | 180.00 |
| 10/28/19 | A. Bauer | Revision to outline of objection motion to convert, research and analysis. | 1.3 | 1,170.00 |
| 10/28/19 | W. Gray Jr. | Review letter requesting extension of time to file taxes (.1); confer w/Bob Teoh re same (.1). | 0.2 | 185.00 |
| 10/28/19 | W. Gray Jr. | Review Motion to Convert; revise outline of objection. | 2.4 | 2,220.00 |
| 10/28/19 | R. Kelly | Emails with A. Bauer and M. Parkinson and call to Judge Lane Chambers re cash collateral order | 0.2 | 67.00 |
| 10/28/19 | R. Kelly | Emails with team re December omnibus hearing | 0.1 | 33.50 |
| 10/28/19 | R. Kelly | Review hearing transcripts re issues over automatic stay in connection with motion to convert | 0.8 | 268.00 |
| 10/29/19 | J. Fullmer | Attend team meeting regarding case status. | 1.4 | 707.00 |
| 10/29/19 | J. Fullmer | Attention to case administration matters. | 0.9 | 454.50 |
| 10/29/19 | M. Parkinson | Review agenda and prepare for team meeting (.4); Team meeting re strategy, next steps (1.4). | 1.8 | 1,071.00 |
| 10/29/19 | J. Teoh | Team meeting with W Gray, A Bauer, M Parkinson, J Fullmer and R Kelly. | 1.4 | 658.00 |
| 10/29/19 | A. Bauer | Team meeting on all issues and outstanding pleadings. | 1.4 | 1,260.00 |
| 10/29/19 | W. Gray Jr. | Team meeting regarding case status, pending matters, and objection to motion to convert. | 1.4 | 1,295.00 |
| 10/29/19 | W. Gray Jr. | Research and review issues related to objection to motion to convert. | 3.4 | 3,145.00 |

36355.00002          Liddle & Robinson LLP                          Invoice #  4013463
                     Chapter 11 Case                                November 21, 2019
                                                                    Page 18

This Invoice is for the Period Ending: October 31, 2019

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/29/19 | M. Licker | Telephone conference with J. Liddle regarding 2004 motions (0.2); telephone conference with W. Gray regarding discovery issues (0.2 | 0.4 | 286.00 |
| 10/29/19 | R. Kelly | Team meeting re case status | 1.4 | 469.00 |
| 10/29/19 | R. Kelly | Prepare agenda in advance of team meeting | 0.8 | 268.00 |
| 10/30/19 | M. Parkinson | Call with A. Bauer and W. Gray to discuss response to motion to convert to chapter 7 (1.2); follow-up call with A. Bauer, R. Kelly, and B. Teoh re research workstreams (.3). | 1.5 | 892.50 |
| 10/30/19 | M. Parkinson | Call with EisnerAmper re retention of professionals and fee statements (.1); distribute retention orders to professionals (.1). | 0.2 | 119.00 |
| 10/30/19 | M. Parkinson | Draft brief summary of loan transaction for M. Licker for inclusion in discovery papers (.2); review loan documents in connection with same (.3). | 0.5 | 297.50 |
| 10/30/19 | M. Parkinson | Further research re section 552 continuation of security interest on dissolution or bankruptcy filing. | 0.7 | 416.50 |
| 10/30/19 | J. Teoh | Researched additional case law on judicial discretion to convert or dismiss a chapter 11 case. | 0.8 | 376.00 |
| 10/30/19 | J. Teoh | Researched wind up and related dissolution issues under New York Partnership Law (1.8); discuss research with A. Bauer and M. Parkinson (.3). | 2.1 | 987.00 |
| 10/30/19 | A. Bauer | Meeting with W. Gray and M. Parkinson re objection to motion to convert (1.2); discuss same with R. Kelly, J. Teoh and Parkinson (.3).; attention to transcripts(.2); analysis (.4). | 2.1 | 1,890.00 |
| 10/30/19 | W. Gray Jr. | Meeting w/ A. Bauer and M. Parkinson regarding response to Motion to Convert. | 1.2 | 1,110.00 |
| 10/30/19 | W. Gray Jr. | Attend to response to Motion to Convert. | 2.7 | 2,497.50 |
| 10/30/19 | M. Licker | Attention to production of case lists pursuant to court order (0.2); review and revise 2004 motion orders according to court order (1.4); telephone conference with W. Gray regarding YieldStreet 2004 motion (0.2). | 1.8 | 1,287.00 |

36355.00002                 Liddle & Robinson LLP                          Invoice #  4013463
                            Chapter 11 Case                                November 21, 2019
                                                                          Page 19

This Invoice is for the Period Ending: October 31, 2019

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/30/19 | R. Kelly | Meet with A. Bauer, B. Teoh, and M. Parkinson re motion to convert; review transcripts in search of automatic stay discussions. | 0.5 | 167.50 |
| 10/30/19 | R. Kelly | Retrieve and circulate orders entered on docket | 0.2 | 67.00 |
| 10/30/19 | E. Leung | Process and load documents into Relativity. | 0.4 | 118.00 |
| 10/31/19 | M. Parkinson | Coordinate real estate search (.2); review and comment on notice of omnibus hearing date (.2). | 0.4 | 238.00 |
| 10/31/19 | M. Parkinson | Review factors for "cause" under 1112(b) and further research re dismissal/converstion, including precedent where motions to convert were denied; begin drafting response section re same. | 3.5 | 2,082.50 |
| 10/31/19 | J. Teoh | Reviewed pleadings in JLL and L&R bankruptcy to identify potentially useful language regarding wind up and dissolution. | 2.7 | 1,269.00 |
| 10/31/19 | A. Bauer | Review of monthly statements and confer with R. Kelly (1.0); attention to need for supplemental affidavit for rate adjustments (.1). | 1.1 | 990.00 |
| 10/31/19 | W. Gray Jr. | Confer w/ JLL and Fullmer re Audi Lift stay motion. | 0.2 | 185.00 |
| 10/31/19 | W. Gray Jr. | Confer w/ JLL re Rotger fee and issue re fee sharing; correspond w/ Halter re same. | 0.4 | 370.00 |
| 10/31/19 | W. Gray Jr. | Confer w/ JLL re collection of Innucci fee and Bortnick claim for fees. | 0.3 | 277.50 |
| 10/31/19 | W. Gray Jr. | Confer w/ JLL re retention of counsel to defend Barr action, and other similar claims. | 0.4 | 370.00 |
| 10/31/19 | W. Gray Jr. | Review Tara Liddle motion to dismiss; confer with A. Reiter re same. | 0.2 | 185.00 |
| 10/31/19 | W. Gray Jr. | Work on response to motion to convert; confer w/client re same. | 3.6 | 3,330.00 |
| 10/31/19 | M. Licker | Attention to production of case lists pursuant to court order (0.2); prepare revised 2004 motion orders pursuant to court order (0.4). | 0.6 | 429.00 |

36355.00002                  Liddle & Robinson LLP                        Invoice #   4013463
                             Chapter 11 Case                              November 21, 2019
                                                                                   Page 20

This Invoice is for the Period Ending: October 31, 2019

| 10/31/19 | R. Kelly | Call to chambers re December omnibus hearing; enter hearing date on calendar and circulate to team; prepare and file notice of hearing; emails with A. Bauer and M. Parkinson re same. | 0.5 | 167.50 |
|----------|----------|---|---|---|
| 10/31/19 | E. Leung | Load documents into Relativity;  process 3 documents in connection with production. | 0.9 | 265.50 |

Less Discount Applied                                                    (19,402.55)

**TOTALS**                                                      **302.8**   **$174,622.95**

## Exhibit E

**FOLEY HOAG LLP**

## Detailed Expense Records

**Foley Hoag LLP**

**Costs Incurred by Cost Code and Timekeeper on 36355.00002**

**Invoice 4013463**

| Employee | Costs Billed |
|---|---|
| **027   Courier Services** | |
| 3177      Rosehill, Phillip | $46.00 |
| **027   Courier Services Total:** | **$46.00** |
| **050   In-House Photocopying** | |
| 3218      Kelly, Rachel | $0.24 |
| **050   In-House Photocopying Total:** | **$0.24** |
| **055   In-House B&W Printing - Outsourced** | |
| 3218      Kelly, Rachel | $73.32 |
| **055   In-House B&W Printing - Outsourced Total:** | **$73.32** |
| **101   Document Preparation** | |
| 3116      Parkinson, Meredith S. | $3.75 |
| **101   Document Preparation Total:** | **$3.75** |
| **101B   Tabs** | |
| 3218      Kelly, Rachel | $16.40 |
| 3116      Parkinson, Meredith S. | $5.20 |
| **101B   Tabs Total:** | **$21.60** |
| **101G   Document Production 1-999** | |
| 3218      Kelly, Rachel | $39.36 |
| 3116      Parkinson, Meredith S. | $23.28 |
| **101G   Document Production 1-999 Total:** | **$62.64** |
| **122   Secretarial Overtime** | |
| 3153      Gray Jr., William F. | $90.00 |
| **122   Secretarial Overtime Total:** | **$90.00** |
| **201   Taxi Fare** | |
| 2187      Licker, Michael | $22.00 |
| 3116      Parkinson, Meredith S. | $49.07 |
| **201   Taxi Fare Total:** | **$71.07** |
| **204   Hotels & Related Expenses** | |
| 2187      Licker, Michael | $544.67 |
| 3116      Parkinson, Meredith S. | $425.78 |
| **204   Hotels & Related Expenses Total:** | **$970.45** |
| **205   Train Fare** | |
| 2187      Licker, Michael | $407.00 |
| **205   Train Fare Total:** | **$407.00** |
| **206   Meals** | |
| 3218      Kelly, Rachel | $0.00 |
| 2187      Licker, Michael | $0.00 |
| **206   Meals Total:** | **$0.00** |

11/22/2019 9:17:23 AM

Foley Hoag LLP
Costs Incurred by Cost Code and Timekeeper on 36355.00002
Invoice 4013463

| Employee | Costs Billed |
|---|---|
| **211    Uber Service** | |
| 3116        Parkinson, Meredith S. | $29.28 |
| **211    Uber Service Total:** | **$29.28** |
| | |
| **Grand Total:** | **$1,775.35** |

11/22/2019 9:17:23 AM

**Exhibit F**

**FOLEY HOAG LLP**

**History of Previous Fee Statements**

| Fee Statement Period | Amount Requested | Amount Paid | Docket No. |
|---|---|---|---|
| 7/1/2019 – 7/31/2019 | $43,136.12 | | 118 |
| 8/1/2019 – 8/31/2019 | $84,615.91 | | 119 |
| 9/1/2019 – 9/30/2019 | $82,477.67 | | 134 |
| | | | |
| | | | |