DAVIDOFF HUTCHER & CITRON LLP
605 Third Avenue
New York, New York 10158
(212) 557-7200
David H. Wander, Esq. (dhw@dhclegal.com)
Alexander R. Tiktin, Esq. (art@dhclegal.com)
*Attorneys for Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC*

**Hearing Date and Time:**
November 26, 2019 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                                           Chapter 11

LIDDLE & ROBINSON, L.L.P.,                                      Case No. 19-12346-SHL

                                        Debtor.
---------------------------------------------------------X

### NOTICE OF MOTION BY COUNSEL FINANCIAL II LLC, LIG CAPITAL LLC, AND COUNSEL FINANCIAL HOLDINGS LLC, PURSUANT TO 11 U.S.C. § 107 TO FILE CONFIDENTIAL INFORMATION UNDER SEAL

**PLEASE TAKE NOTICE** that a hearing will be held on **November 26, 2019, at 10:00 a.m.**, before the Hon. Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, ("Court"), Courtroom 701, One Bowling Green, New York, NY 10004-1408, to consider the motion by Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC for an order authorizing Counsel Financial to file Confidential Information under seal pursuant to 11 U.S.C. § 107 and the Confidentiality Agreement and Stipulated Protective Order Regarding Counsel Financial's Subpoena Duces Tecum.

**PLEASE TAKE FURTHER NOTICE** that objections to the relief requested may be raised at the hearing.

Dated:  New York, New York
        November 25, 2019

                                    DAVIDOFF HUTCHER & CITRON LLP

                                    By: /s/ David H. Wander
                                        David H. Wander
                                        Alexander R. Tiktin
                                605 Third Avenue
                                New York, NY 10158
                                (212) 557-7200

                                *Attorneys for Counsel Financial II LLC,*
                                *LIG Capital LLC, and Counsel Financial*
                                *Holdings LLC*