| | |
|---|---|
| WILLIAM K. HARRINGTON<br>UNITED STATES TRUSTEE, REGION 2<br>U.S. Department of Justice<br>Office of the United States Trustee<br>201 Varick Street, Room 1006<br>New York, NY 10014<br>Tel. (212) 510-0500<br>By:   Andrea B. Schwartz, Esq.<br>        Trial Attorney | <u>Hearing Date and Time:</u><br>December 19, 2019, at 11:00 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re                                                                      :        Chapter 11
                                                                                 :
LIDDLE AND ROBINSON, L.L.P., *et al.,*        :        Case No. 19-12346 (SHL)
                                                                                 :        (Jointly Administered)
                                        Debtors.        :
------------------------------------------------------------ X

**NOTICE OF UNITED STATES TRUSTEE'S MOTION:
(I) PURSUANT TO 11 U.S.C. § 1112, FOR CONVERSION OF
THE CORPORATE CASE TO A CASE UNDER CHAPTER 7,
OR IN THE ALTERNATIVE, (II) PURSUANT TO 11 U.S.C. § 1104, FOR
<u>APPOINTMENT OF A CHAPTER 11 TRUSTEE</u>**

PLEASE TAKE NOTICE that upon this Motion, William K. Harrington, the United States Trustee for Region 2, by counsel, will move this Court before the Honorable Sean H. Lane, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, NY 10004, on December 19, 2019, at 11:00 a.m., or as soon thereafter as counsel can be heard, for an order, pursuant to 11 U.S.C. § 1112, converting the Chapter 11 case of Liddle & Robinson, L.L.P. ("L&R") to a case under Chapter 7 of the Bankruptcy Code, or in the alternative, or pursuant to 11 U.S.C. § 1104, appointing a Chapter 11 trustee in the L&R case.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief sought in the Motion must be in writing, must conform to the Federal Rules of Bankruptcy Procedure, any of the Local Bankruptcy Rules for the Southern District of New York, and must be (i) filed with the

Bankruptcy Court in accordance with General Order M-399: (a) electronically, by registered users of the Bankruptcy Court's case filing system or (b) on a 3.5 inch disk (preferably in Portable Document Format ("PDF"), WordPerfect or any Windows-based word processing format), by all other parties in interest, (ii) submitted in hard copy form to Judge Lane's chambers and (iii) submitted in hard copy form to the U.S. Trustee, at U.S. Department of Justice, Office of the U.S. Trustee, 201 Varick Street, Room 1006, New York, NY 10014-9998 (Attention: Andrea B. Schwartz, Esq.), in each case so as to be received not later 12:00 p.m. on December 13, 2019.

Dated:    New York, New York
          December 6, 2019

                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRUSTEE

                                        By    /s/ Andrea B. Schwartz
                                              Andrea B. Schwartz
                                              Trial Attorney