UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:  Chapter 11
In re    :
:  Case No. 19-12346 (SHL)
LIDDLE & ROBINSON, L.L.P.,[1]    :
:  Jointly Administered with 19-10747 (SHL)
              Debtor    :
---------------------------------------------------------- x

**ORDER EXTENDING THE DEBTOR'S EXCLUSIVE PERIODS
TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF
PURSUANT TO SECTION 1121 OF THE BANKRUPTCY CODE**

Upon the motion (the "Motion")[2] of Liddle & Robinson, L.L.P., as debtor and debtor-in-possession (the "Debtor"), in the above-captioned case (the "Chapter 11 Case"), for entry of an order extending the Debtor's Filing Exclusivity Period through and including December 20, 2019, and the Debtor's Solicitation Exclusivity Period through and including February 21, 2020, without prejudice to the Debtor's right to seek further extensions to the Exclusivity Periods, all as more fully described in the Motion; it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that notice of this Motion and the opportunity for a hearing on this Motion was appropriate under the particular circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

    1.      The Motion is granted as set forth herein.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6440.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

B5070091.1

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtor's Filing Exclusivity Period is hereby extended through and including December 20, 2019.

3. Pursuant to section 1121(d) of the Bankruptcy Code, the Debtor's Solicitation Exclusivity Period is hereby extended through and including February 21, 2020.

4. Nothing herein shall prejudice (a) the Debtor's right to seek further extensions of the Exclusivity Periods consistent with section 1121(d) of the Bankruptcy Code or (b) the rights of any party in interest to object to any further extension requests.

5. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The Court retains jurisdiction with respect to all matters arising from or relating to the implementation of this Order.

Dated: December 6, 2019
      New York, New York

*/s/ Sean H. Lane*
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE