| | |
|---|---|
| Alison D. Bauer | James Fullmer |
| William F. Gray, Jr. | Meredith S. Parkinson |
| Jiun-Wen Bob Teoh | Michael Licker |
| FOLEY HOAG LLP | FOLEY HOAG LLP |
| 1301 Avenue of the Americas | Seaport West |
| 25th Floor | 155 Seaport Boulevard |
| New York, New York 10019 | Boston, Massachusetts 02210 |
| Tel: (646) 927-5500 | Tel: 617.832.1197 |
| Fax: (646) 927-5599 | Fax: 617.832.7000 |

*Attorneys for Jeffrey Lew Liddle and Liddle & Robinson, L.L.P., each a Debtor and Debtor-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:   Chapter 11
In re   :
:   Case No. 19-12346 (SHL)
LIDDLE & ROBINSON, L.L.P.,[1]   :
:   Jointly Administered with 19-10747 (SHL)
    Debtor   :
---------------------------------------------------------- x

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
:   Chapter 11
In re   :
:   Case No. 19-10747(SHL)
JEFFREW LEW LIDDLE,   :
:   Jointly Administered with 19-12346 (SHL)
    Debtor   :
---------------------------------------------------------- x

## NOTICE OF SCHEDULING OMNIBUS HEARING DATES

**PLEASE TAKE NOTICE** that, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following additional omnibus hearing date (the "Omnibus Hearing") in the above-captioned matters:

---

[1] The last four digits of Liddle & Robinson, L.L.P.'s taxpayer identification number are 6440.

B5076432.1

**JANUARY 28, 2020 AT 2:00 P.M. (EASTERN TIME)**

**FEBRUARY 20, 2020 AT 2:00 P.M. (EASTERN TIME)**

**PLEASE TAKE FURTHER NOTICE** that all Omnibus Hearings will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in Room 701 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

| | |
|---|---|
| Dated: December 13, 2019<br>New York, New York | FOLEY HOAG LLP<br><br>*/s/ Alison D. Bauer*<br>FOLEY HOAG LLP<br>Alison D. Bauer<br>William F. Gray, Jr.<br>Jiun-Wen Bob Teoh<br>1301 Avenue of the Americas<br>25th Floor<br>New York, New York 10019<br>abauer@foleyhoag.com<br>wgray@foleyhoag.com<br>jteoh@foleyhoag.com<br>Tel:   646.927.5500<br>Fax:  646.927.5599<br><br>Michael Licker<br>Meredith S. Parkinson<br>James Fullmer<br>FOLEY HOAG LLP<br>Seaport West<br>155 Seaport Boulevard<br>Boston, Massachusetts 02210<br>mlicker@foleyhoag.com<br>mparkinson@foleyhoag.com<br>jfullmer@foleyhoag.com<br>Tel: 617.832.1197<br>Fax: 617.832.7000<br><br>*Attorneys for Jeffrey Lew Liddle*<br>*and Liddle & Robinson LLP,*<br>*each a Debtor and Debtor-in-Possession* |

B5076432.1