**DAVIDOFF HUTCHER & CITRON LLP**
605 Third Avenue
New York, New York 10158
212.557.7200 (tel)
David H. Wander, Esq. (dhw@dhclegal.com)
Alexander R. Tiktin, Esq. (art@dhclegal.com)

*Attorneys for Counsel Financial Financial II LLC,
LIG Capital LLC, and Counsel Financial Holdings LLC*

Hearing Date and Time
December 19, 2019 at 11:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                  : Chapter 11
                                        :
JEFFREY LEW LIDDLE,                     : Case No. 19-10747 (SHL)
                                        : (Jointly Administered with Case No. 19-12346)
                Debtor.                 : Related Doc. 249, 250 and 257
----------------------------------------------------------X

----------------------------------------------------------X
In re:                                  : Chapter 11
                                        :
LIDDLE & ROBINSON, L.L.P.,              : Case No.19-12346(SHL)
                                        : (Jointly Administered with Case No. 19-12346)
                                        : Related Doc. 103, 130 and 155
                Debtor.                 :
----------------------------------------------------------X

## DECLARATION OF RICHARD SILVERSTEIN IN CONNECTION WITH MOTIONS BY THE COUNSEL FINANCIAL ENTITIES TO CONVERT DEBTORS' CHAPTER 11 REORGANIZATIONS TO CHAPTER 7 LIQUIDATIONS

RICHARD SILVERSTEIN, declares under 28 U.S.C. 1746:

1.  I am a consultant to numerous contingency fee law firms nationally, primarily assisting in securing financing. I believe that I am the "broker" referred to by Mr. Liddle in paragraph 39 of his affidavit dated December 11, 2019.

2.  Throughout 2019, I was engaged by Pierce Bainbridge Beck Price & Hecht LLP ("Pierce Bainbridge"), as their consultant for the purpose of arranging financing for the firm

674464

3. In early 2019, I became aware that Jeffrey Liddle, Esq. was in discussions with Pierce Bainbridge about a business transaction involving his firm or his practice, and I recall having phone conversations with Mr. Liddle.

4. During this time I performed an online search of Mr. Liddle and saw certain negative information about him on various websites. I did not make any judgment about the veracity of the information. I informed John Pierce, Esq., the founder of the firm of my findings and sent him links to the websites.

5. Counsel Financial has not made a loan to Pierce Bainbridge.

6. I have no reason to believe that Counsel Financial interfered in any way in the discussions between Pierce Bainbridge and Liddle & Robinson.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of December, 2019

_____
RICHARD SILVERSTEIN