UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re                                                   :          Chapter 11
                                                        :
LIDDLE & ROBINSON, L.L.P., *et al.,*                    :          Case Nos.
                                                        :          19-10747 (SHL)
                                                        :          19-12346 (SHL)
                                                        :          (Jointly Administered)
                                          Debtors.      :
-------------------------------------------------------------X

# ORDER APPROVING UNITED STATES TRUSTEE'S APPOINTMENT
# OF JONATHAN L. FLAXER AS CHAPTER 11 TRUSTEE

Upon the United States Trustee's Application, Pursuant to Fed. R. Bankr. P. 2007.1(c), for an Order Approving the Appointment of the Chapter 11 Trustee, dated December 23, 2019; and it appearing that the U.S. Trustee has appointed Jonathan L. Flaxer, Esq., a disinterested person within the meaning of 11 U.S.C. § 101(14), as Chapter 11 trustee in the Chapter 11 case of Liddle & Robinson, L.L.P. (Case No. 19-12346 (SHL)) (the "Corporate Case"); and after due deliberation and sufficient cause appearing thereof; it is hereby:

ORDERED, that the appointment of Mr. Flaxer, as Chapter 11 Trustee, in the Corporate Case, is approved pursuant to 11 U.S.C. § 1104(d).

Dated:  New York, New York
        January 6, 2020

                                        */s/ Sean H. Lane*
                                        HONORABLE SEAN H. LANE
                                        UNITED STATES BANKRUPTCY JUDGE