UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           :
In re                                                      : Chapter 11
                                                           :
LIDDLE & ROBINSON, L.L.P.,[1]                              : Case No. 19-12346 (SHL)
                                                           :
              Debtor.                                      : (Jointly Administered with Case No. 19-
---------------------------------------------------------- x  10747)

## ORDER AUTHORIZING CERTAIN PAYMENTS PURSUANT TO MONTHLY FEE STATEMENTS

Upon consideration of the monthly fee statements for July, August, September, October, and November (collectively, the "Monthly Statements") [Docket Nos. 85, 107, 118, 119, 131, 134, 135, and 140] of Foley Hoag LLP ("Foley Hoag"), EisnerAmper LLP ("EisnerAmper"), and the Benefit Practice ("TBP") (collectively, the "Professionals") seeking compensation for services rendered and reimbursement of expenses in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated September 4, 2019 [Docket No. 48]; and Counsel Financial II LLC, LIG Capital LLC and Counsel Financial Holdings LLC having filed a series of objections to the Monthly Statements [Docket Nos. 95, 128, 150, and 151] (collectively, the "Objections"); and the Court having held a hearing (the "Hearing") on December 19, 2019, to consider the Monthly Statements and the Objections; and the Court having heard arguments of counsel at the Hearing; and the Court having overruled the Objections and authorized certain payments of fees and reimbursements of expenses pursuant to the Monthly Statements; and the Court also having directed the appointment of a Chapter 11 trustee in the Liddle & Robinson, L.L.P. case (the "Corporate Case") at the Hearing; and the United States

---

[1] The last four digits of Liddle & Robinson, L.L.P.'s taxpayer identification number are 6440.

B5081434.3

Trustee having appointed Jonathan L. Flaxer, as trustee (the "Trustee"); and the Court having approved the Trustee's appointment; and the Trustee having authorized Jeffrey Liddle, principal of Liddle & Robinson, L.L.P., to make certain payments to the Professionals pursuant to the Monthly Statements in accordance with the Court's ruling at the Hearing by check or wire on December 30, 2019, subject to entry of a court order authorizing the payments within ten (10) days therefrom; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. Mr. Liddle's payment of 60% of the fees and 100% of the expenses to Foley Hoag and EisnerAmper in the amounts of $261,232.76 and $12,376.86, respectively, is approved.

2. The Benefit Practice's application of $7,512.50 of the retainer it previously received in the amount of $7,308.60, against the fees and expenses incurred in its Monthly Statements is approved.

3. The Trustee's consent and authority granted to Mr. Liddle to make any payments from the Debtor's bank account is hereby terminated.

4. The Court's authorization of certain fees and expenses under this Order is without prejudice to the Professionals' rights to seek approval of the fees and expenses held back and not approved in the Monthly Statements on proper notice at a subsequent time.

Dated: January 15, 2020
      New York, New York

*/s/ Sean H. Lane*

HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE

B5081434.3