UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re **Liddle & Robinson LLP**

Debtor

Case No. **19-12346**

Reporting Period: **December 1, 2019 - December 31, 2019**

Federal Tax I.D. # **6440 (last four digits)**

### CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and
submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of
the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | N/A | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | X |
| Balance Sheet | MOR-3 | X | X |
| Status of Post-petition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
| Listing of Aged Accounts Payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | X |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____ Date 1/22/20

Signature of Authorized Individual* _Jonathan L. Flaxer, as trustee_ Date 1/22/20

Printed Name of Authorized Individual: Jonathan L. Flaxer, Trustee Date 1/22/20

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

| In re: Liddle & Robinson | Case No. 19-12346 |
|---|---|
| Debtor | Reporting Period: December 1, 2019 - December 31, 2019 |

## Explanation Regarding Accounts Receivable

The Debtor recently filed amended and restated monthly operating reports for the previously filed July - October 2019 monthly operating reports pending the reconciliation of the pre-petition Accounts Receivable balance.  As part of the accounting review process for 2018/2019, it was discovered that the pre-petition Accounts Receivable balance was not properly reconciled. The Debtor's Accounts Receivable consist primarily of client fee payments related to judgments and settlements of cases. The Income Statement reflects the Fee Income from clients on a cash basis versus an accrual basis. The Debtor has removed all references to Accounts Receivable from the monthly operating report until the amounts have been corrected, and the trustee is considering whether performing a full reconciliation is either necessary or advisable.

BY:

/s/ Jeffrey L. Liddle
**Liddle & Robinson**

| In re: Liddle & Robinson LLP | Case No. 19-12346 |
| Debtor | Reporting Period: December 1, 2019 - December 31, 2019 |

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.   The beginning cash should be the ending cash from the prior month
or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH -
ACTUAL" column must equal the sum of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal.
The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be
attached for each account.  [See MOR-1 (CON'T)]

| | | Current Month Actual | | Cumulative Filing to Date Actual |
|---|---|---|---|---|
| **Cash - Beginning of Month** | | | $1,685,661 | $215,222 |
| **Cash Receipts** | | | | |
| L&R Income | | $ | 1,330,050 | $ 3,582,665 |
| Other [1] | | | 3,226 | 3,226 |
| **Total Cash Receipts** | | $ | 1,333,276 | $ 3,585,890 |
| **Cash Disbursements** | | | | |
| Rent | | $ | (17,304) | $ (82,053) |
| Attorney Payroll | | | (26,058) | (130,371) |
| Headhunter | | | - | (32,500) |
| JLL Draw | | | (30,000) | (105,000) |
| Staff Payroll | | | (13,862) | (69,352) |
| New Hire (Paralegal/Assistant) | | | - | - |
| Insurance (Health / Life / Other) | | | (26,190) | (59,719) |
| Malpractice Insurance | | | (5,844) | (34,574) |
| Utilities | | | - | - |
| Office Services (Solarus technologies) | | | (4,000) | (12,000) |
| Repairs/Maintenance | | | - | - |
| Other Operating Expenses [2] | | | (17,239) | (376,779) |
| Accounting Services | | | - | (20,000) |
| **Total Ordinary Disbursements** | | $ | (140,497) | $ (922,347) |
| Reorganization Items | | | | |
| UST Fees | | $ | - | $ (325) |
| Bankruptcy Counsel | | | - | - |
| Accountants | | | (7,309) | (7,309) |
| Unsecured Creditors Professionals | | | - | - |
| Total Reorganization Items | | $ | (7,309) | $ (7,634) |
| **Total Disbursements (Ordinary + Reorg)** | | $ | (147,806) | $ (929,981) |
| **Net Cash Flow  (Total Receipts - Total Disbursements)** | | $ | 1,185,470 | $ 2,655,909 |
| **Beginning Bank Cash** | | $ | 1,685,661 | $ 215,222 |
| Net Cash Flow | | | 1,185,470 | 2,655,909 |
| **Ending Cash Balance** | | $ | 2,871,131 | $ 2,871,131 |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN)

| | | Current Month Actual | | Cumulative Filing to Date Actual |
|---|---|---|---|---|
| **Total Disbursements** | | $ | 147,806 | $ 929,981 |
| Less: Transfers to Other Debtor In Possession Accounts [3] | | | - | (305,781) |
| Plus: Estate Disbursements made by outside sources (i.e. from escrow accounts) | | | - | - |
| **Total Disbursements for Calculating U.S. Trustee Quarterly Fees** | | $ | 147,806 | $ 624,200 |

**Notes:**
[1] Refund from Jeffrey Lew Liddle Debtor-in-Possession ("JLL DIP") account. See additional details in MOR 1 - Cash Receipts.
[2] Cumulative column includes reimbursements to the JLL DIP account.  Please refer to the November 2019 monthly operating report for additional details (Attachment I).
[3] Represents amounts transferred to the JLL DIP account for reimbursement of L&R expenses.

In re **Liddle & Robinson LLP**    Case No. **19-12346**
    Debtor    Reporting Period: **December 1, 2019 - December 31, 2019**

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | | Payroll | | Tax | | Other | |
|---|---|---|---|---|---|---|---|---|
| | # | | # | | # | | # | |
| **BALANCE PER BOOKS** [1] | | | | | | | $ | 2,499,753 |
| **BANK BALANCE** | | | | | | | $ | 2,871,131 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | | | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | | | | | | |
| OTHER *(ATTACH EXPLANATION)* | | | | | | | $ | (371,378) |
| **ADJUSTED BANK BALANCE** * | | | | | | | $ | 2,499,753 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| CHECKS OUTSTANDING | Ck. # | Amount | Ck. # | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**OTHER**

Prior to the opening of the Liddle & Robinson Debtor-in-Possession account at M&T Bank on October 11, 2019, certain bank transactions were part of the Jeffrey Lew Liddle Debtor-in-Possession ("JLL DIP") account at Wells Fargo. This included client fee payments and firm expenses. A reconciliation of income and expenses related to Liddle & Robinson included in the JLL DIP account was completed on October 22, 2019. Please refer to Attachment I - Cash Reconciliation Summary at the end of the November 2019 monthly operating report for details.

**Notes:**

[1] Book balance includes cash primarily in the M&T and Citi IOLA bank accounts.

| In re: Liddle & Robinson | Case No. 19-12346 |
|---|---|
| Debtor | Reporting Period: December 1, 2019 - December 31, 2019 |

### Statement Regarding Bank Account Statements

The Debtor has attached the available M&T statement to the monthly operating report. The Debtor-In-Possession account was opened at M&T Bank on October 11, 2019.

Prior to the opening of the Liddle & Robinson Debtor-in-Possession (L&R DIP) account, certain bank transactions were part of the Jeffrey Lew Liddle Debtor-in-Possession ("JLL DIP") account at Wells Fargo. This included client fee payments and firm expenses. A reconciliation of income and expenses related to Liddle & Robinson included in the JLL DIP account was completed on October 22, 2019. Please refer to the November 2019 monthly operating report for the cash reconciliation analysis (Attachment I).

In addition, pending the activation of the L&R DIP account online banking option, certain transaction activity, such as payroll wires, is still being processed through the JLL DIP account with funds being reimbursed from the L&R DIP account via check.

Copies of the Citi IOLA bank statements will be made available for inspection upon request by the United States Trustee's Office.

BY: ~~/s/ Jeffrey L. Liddle~~ *Jonathan L. Flaxer,*
**Liddle & Robinson** *LLP          as Trustee*

# M&T Bank

FOR INQUIRIES CALL:    BRYANT PARK OFFICE
(212) 921-5606

00   0 00539M NM  017

000000                               P

**LIDDLE & ROBINSON LLP**
**DEBTOR IN POSSESSION**
**CASE # 19-12346 (SHL)**
**JEFFREY LIDDLE, TRUSTEE**
**1177 AVENUE OF THE AMERICAS 5TH FL**
**NEW YORK NY 10036**

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▓▓▓▓▓▓▓ | 12/01/19 - 12/31/19 |

| | |
|---|---|
| BEGINNING BALANCE | $1,539,374.31 |
| DEPOSITS & CREDITS | 1,333,275.56 |
| LESS CHECKS & DEBITS | 147,722.20 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $2,724,927.67 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|---|
| 12/01/2019 | BEGINNING BALANCE | | | | $1,539,374.31 |
| 12/02/2019 | CHECK NUMBER | 1020 | | $245.00 | |
| 12/02/2019 | CHECK NUMBER | 1024 | | 5,844.20 | |
| 12/02/2019 | CHECK NUMBER | 1029 | | 2,000.00 | |
| 12/02/2019 | CHECK NUMBER | 1030 | | 962.78 | 1,530,322.33 |
| 12/03/2019 | CHECK NUMBER | 1023 | | 16,399.69 | |
| 12/03/2019 | CHECK NUMBER | 1025 | | 3,709.62 | |
| 12/03/2019 | CHECK NUMBER | 1028 | | 7,902.53 | 1,502,310.49 |
| 12/04/2019 | CHECK NUMBER | 1021 | | 542.69 | 1,501,767.80 |
| 12/05/2019 | CHECK NUMBER | 1027 | | 274.85 | 1,501,492.95 |
| 12/06/2019 | CHECK NUMBER | 1038 | | 545.75 | |
| 12/06/2019 | CHECK NUMBER | 1039 | | 1,067.72 | |
| 12/06/2019 | CHECK NUMBER | 1040 | | 547.51 | |
| 12/06/2019 | CHECK NUMBER | 1041 | | 419.03 | |
| 12/06/2019 | CHECK NUMBER | 1042 | | 76.42 | 1,498,836.52 |
| 12/09/2019 | CHECK NUMBER | 1043 | | 20.00 | 1,498,816.52 |
| 12/10/2019 | CHECK NUMBER | 1033 | | 19,960.11 | |
| 12/10/2019 | CHECK NUMBER | 1034 | | 113.17 | |
| 12/10/2019 | CHECK NUMBER | 1035 | | 394.00 | |
| 12/10/2019 | CHECK NUMBER | 1036 | | 95.00 | |
| 12/10/2019 | CHECK NUMBER | 1037 | | 26.87 | 1,478,227.37 |
| 12/12/2019 | DEPOSIT | | $5,000.00 | | |
| 12/12/2019 | CHECK NUMBER | 1044 | | 15,000.00 | |
| 12/12/2019 | CHECK NUMBER | 1045 | | 67.46 | |
| 12/12/2019 | CHECK NUMBER | 1050 | | 7,308.60 | 1,460,851.31 |
| 12/13/2019 | PAYX-PIA-WC WC-PREMIUM    0000034602458 | | | 75.00 | |
| 12/13/2019 | CHECK NUMBER | 1046 | | 61.92 | 1,460,714.39 |
| 12/16/2019 | DEPOSIT | | 1,125,000.00 | | |
| 12/16/2019 | CHECK NUMBER | 1048 | | 300.00 | 2,585,414.39 |
| 12/18/2019 | DEPOSIT | | 3,225.56 | | |
| 12/18/2019 | CHECK NUMBER | 1047 | | 50.90 | |
| 12/18/2019 | CHECK NUMBER | 1053 | | 99.96 | |
| 12/18/2019 | CHECK NUMBER | 1054 | | 1,050.00 | 2,587,439.09 |
| 12/19/2019 | CHECK NUMBER | 1052 | | 77.87 | |
| 12/19/2019 | CHECK NUMBER | 1055 | | 59.96 | 2,587,301.26 |

PAGE 1 OF 3

# M&T Bank

| | | ACCOUNT TYPE | |
|---|---|---|---|
| FOR INQUIRIES CALL: | BRYANT PARK OFFICE (212) 921-5606 | **M&T SIMPLE CHECKING FOR BUSINESS** | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| ▆▆▆▆▆▆ | 12/01/19 - 12/31/19 |

**LIDDLE & ROBINSON LLP**
**DEBTOR IN POSSESSION**

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/20/2019 | DEPOSIT | 200,050.00 | | |
| 12/20/2019 | PAYX-PIA-WC WC-PREMIUM      0000034656049 | | 87.88 | |
| 12/20/2019 | CHECK NUMBER      1061 | | 17,303.58 | 2,769,959.80 |
| 12/23/2019 | CHECK NUMBER      1056 | | 15,000.00 | |
| 12/23/2019 | CHECK NUMBER      1057 | | 19,960.11 | |
| 12/23/2019 | CHECK NUMBER      1062 | | 106.55 | |
| 12/23/2019 | CHECK NUMBER      1063 | | 2,000.00 | 2,732,893.14 |
| 12/27/2019 | CHECK NUMBER      1031 | | 110.00 | 2,732,783.14 |
| 12/30/2019 | CHECK NUMBER      1051 | | 1,937.81 | 2,730,845.33 |
| 12/31/2019 | CHECK NUMBER      1060 | | 5,917.66 | 2,724,927.67 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 4 | 38 | |

\* ACCOUNT CHANGES EFFECTIVE JANUARY 1, 2020 \*

A $2.00 PER MONTH PAPER STATEMENT FEE MAY APPLY TO YOUR ACCOUNT BEGINNING JANUARY 1, 2020. AVOID THIS FEE AND STREAMLINE YOUR BUSINESS BY SIGNING UP FOR E-STATEMENTS.

LEARN HOW TO ENROLL FOR THIS FREE SERVICE AT MTB.COM/ESTATEMENTS OR CONTACT OUR CUSTOMER SERVICE TEAM AT 1-800-724-6070.

**In re: Liddle & Robinson LLP**
<br>Debtor

**Case No. 19-12346**
<br>**Reporting Period: December 1, 2019 - December 31, 2019**

## CASH RECEIPTS

| Description | Date | Amount | Category |
|---|---|---|---|
| Client Fee Payment | 12/12/2019 | $ 5,000 | Cash collections - Client Fee Payment |
| Client Fee Payment | 12/16/2019 | 1,125,000 | Cash collections - Client Fee Payment |
| Refund | 12/18/2019 | 1,926 | Refund from JLL DIP account for 3 car lease payments |
| Refund | 12/18/2019 | 1,300 | Refund from JLL DIP account for petty cash |
| Client Fee Payment | 12/20/2019 | 200,050 | Cash collections - Client Fee Payment |
| **Total Cash Receipts** | | **$ 1,333,276** | |

| In re: Liddle & Robinson LLP | | Case No. 19-12346 | | |
|---|---|---|---|---|
| Debtor | | Reporting Period: December 1, 2019 - December 31, 2019 | | |

### DISBURSEMENTS

| Payee | Account | Date | Amount | Purpose |
|---|---|---|---|---|
| Check # 1020 - NYC Bar Association | M&T | 12/2/2019 $ | 245 | Dues (J. Liddle) |
| Check #1029 - Solarus | M&T | 12/2/2019 | 2,000 | IT provider |
| Check # 1024 - AFCO | M&T | 12/2/2019 | 5,844 | Malpractice insurance |
| Check #1030 - VW Credit | M&T | 12/2/2019 | 963 | Car lease payment [1] |
| Check # 1023 - Principal Life Insurance | M&T | 12/3/2019 | 16,400 | Life insurance (J. Liddle) |
| Check # 1025 - Oxford Health | M&T | 12/3/2019 | 3,710 | Health insurance |
| Check # 1028 - Globe Storage | M&T | 12/3/2019 | 7,903 | Monthly storage |
| Check # 1021 - Paychex | M&T | 12/4/2019 | 543 | Account maintenance fees |
| Check # 1027 - AT&T | M&T | 12/5/2019 | 275 | Cell phone (J. Liddle) |
| Bank fees | WF DIP | 12/5/2019 | 30 | Wire fee |
| Check # 1038 - Employee Reimbursement | M&T | 12/6/2019 | 546 | Court filing fees (client matter) |
| Check # 1039 - Employee Reimbursement | M&T | 12/6/2019 | 1,068 | Office supplies |
| Check # 1040 - Employee Reimbursement | M&T | 12/6/2019 | 548 | Copies / trial exhibit books |
| Check # 1041 - Employee Reimbursement | M&T | 12/6/2019 | 419 | Car service (client matter) |
| Check # 1042 - Employee Reimbursement | M&T | 12/6/2019 | 76 | Fedex |
| Check # 1043 - Employee Reimbursement | M&T | 12/9/2019 | 20 | Corp. certificate fee (client matter) |
| Check # 1033 - J. Liddle | M&T | 12/10/2019 | 19,960 | Payroll reimbursement [2] |
| Check # 1034 - J. Liddle | M&T | 12/10/2019 | 113 | Reimbursement for firm travel |
| Check # 1035 - Employee Reimbursement | M&T | 12/10/2019 | 394 | Admin fees (attorney registration certification) |
| Check # 1036 - Employee Reimbursement | M&T | 12/10/2019 | 95 | Court filing fee (client matter) |
| Check # 1037 - Employee Reimbursement | M&T | 12/10/2019 | 27 | Car service (client matter) |
| Check # 1044 - J. Liddle | M&T | 12/12/2019 | 15,000 | November 2019 Draw (J. Liddle) |
| Check # 1045 - Employee Reimbursement | M&T | 12/12/2019 | 67 | Car service (client matter) |
| Paychex | M&T | 12/13/2019 | 75 | Worker's compensation insurance |
| Check # 1046 - Employee Reimbursement | M&T | 12/13/2019 | 62 | Car service (client matter) |
| Check # 1048 - FINRA | M&T | 12/16/2019 | 300 | FINRA fees (client matter) |
| Check # 1047 - Pacer | M&T | 12/18/2019 | 51 | Account access fee |
| Check # 1053 - Employee Reimbursement | M&T | 12/18/2019 | 100 | L&R domain renewal |
| Check # 1054 - Employee Reimbursement | M&T | 12/18/2019 | 1,050 | FINRA fees (client matter) |
| Check # 1052 - Employee Reimbursement | M&T | 12/18/2019 | 78 | Car service (client matter) |
| Check # 1055 - Employee Reimbursement | M&T | 12/19/2019 | 60 | Car service (client matter) |
| Paychex | M&T | 12/20/2019 | 88 | Worker's compensation insurance |
| Check # 1061 - Regus Management | M&T | 12/20/2019 | 17,304 | Rent payment |
| Bank fees | WF DIP | 12/20/2019 | 30 | Wire fee |
| Check # 1056 - J. Liddle | M&T | 12/23/2019 | 15,000 | December 2019 Draw (J. Liddle) |
| Check # 1057 - J. Liddle | M&T | 12/23/2019 | 19,960 | Payroll reimbursement [2] |
| Check # 1062 - Employee Reimbursement | M&T | 12/23/2019 | 107 | Office supplies |
| Check # 1063 - Solarus Technologies | M&T | 12/23/2019 | 2,000 | IT provider |
| FreeConference | WF DIP | 12/23/2019 | 24 | FreeConference charges |
| Check # 1031 - Court Fees | M&T | 12/27/2019 | 110 | Court fees (client matter) |
| Check # 1051 - Veritext | M&T | 12/30/2019 | 1,938 | Transcript services (client matter) |
| Check # 1060 - Oxford Health | M&T | 12/31/2019 | 5,918 | Health insurance |
| **Total Disbursements for the Month** | | $ | 140,497 | |

Notes:

[1] Please see refund amounts received from JLL DIP account in MOR 1 - Cash Receipts schedule.

[2] Pending the activation of the law firm's DIP account online banking option, payroll wires are being processed through the JLL DIP account with funds being reimbursed from the L&R DIP account via check.

In re: **Liddle & Robinson LLP**
_____
Debtor

**Case No. 19-12346**
**Reporting Period: December 1, 2019 - December 31, 2019**

### STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | | Current Month | | Cumulative Filing to Date |
|---|---|---|---|---|
| **Revenue** | | | | |
| Fee Income [1] | $ | 1,330,050 | $ | 3,577,568 |
| Less: Client Refunds | | - | | (2,500) |
| **Total Revenue** | $ | **1,330,050** | $ | **3,575,068** |
| | | | | |
| **Operating Expenses** | | | | |
| Rent | $ | (17,304) | $ | (82,053) |
| Total Payroll | | (39,920) | | (199,723) |
| Health Insurance | | (5,918) | | (26,756) |
| Life Insurance | | - | | (32,799) |
| Malpractice Insurance | | - | | (34,574) |
| Client Charges | | (3,223) | | (11,970) |
| Office Charges | | (2,810) | | (20,623) |
| Accounting Services (Tax / Benefit / Other) | | - | | (20,000) |
| Recruiter Fees | | - | | (32,500) |
| Other Operating Expenses | | (10,791) | | (45,111) |
| **Total Operating Expenses** | $ | **(79,966)** | $ | **(506,110)** |
| | | | | |
| **Net Operating Income** | $ | **1,250,084** | $ | **3,068,957** |
| | | | | |
| **Reorg Items** | | | | |
| UST Fees | | - | | (325) |
| Professional Fees | | (297,160) | | (943,237) |
| **Total Reorg Items** | $ | **(297,160)** | $ | **(943,562)** |
| | | | | |
| **Net Income (Loss)** | $ | **952,924** | $ | **2,125,395** |

Note:

1) Pending the reconciliation of the pre-petition Accounts Receivable balance, Fee Income is reported on a cash basis.

| In re: Liddle & Robinson LLP | Case No. 19-12346 |
|---|---|
| Debtor | Reporting Period: December 1, 2019 - December 31, 2019 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| | Book Value End of Current Month | Book Value on Petition Date |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash | $ 2,499,753 | $ 95,207 |
| Accounts Receivable, net [1] | pending | pending |
| Total Current Assets | $ 2,499,753 | $ 95,207 |
| | | |
| Fixed Assets | 525 | 525 |
| Prepaid expenses (Security Deposit) | 17,600 | 17,600 |
| Other Assets | - | - |
| **Total Assets** | $ 2,517,878 | $ 113,332 |
| | | |
| **LIABILITIES AND PARTNER'S CAPITAL** | | |
| **Liabilities Not Subject to Compromise** | | |
| Accounts Payable [2] | $ - | $ - |
| Taxes Payable (refer to FORM MOR-4) | - | - |
| Wages Payable [3] | - | - |
| Notes Payable | - | - |
| Rent / Leases - Building/Equipment | - | - |
| Secured Debt / Adequate Protection Payments | - | - |
| Professional Fees | 668,096 | - |
| Amounts Due to Insiders* | - | - |
| Other Post-petition Liabilities (attach schedule) | - | - |
| Total Liabilities Not Subject to Compromise | $ 668,096 | $ - |
| | | |
| **Liabilities Subject to Compromise** | | |
| Secured Debt - Disputed [4] | | |
| LIG Capital loan | $ 506,078 | $ 506,078 |
| LOC-CF Holdings ($1M) | 1,054,242 | 1,054,242 |
| LOC-Counsel Fin II | 5,325,000 | 5,325,000 |
| Secured Debt - Disputed [4] | 6,885,319 | 6,885,319 |
| | | |
| Other Secured Debt | 664,954 | 664,954 |
| Accounts Payable (Pre-petition) | 538,474 | 538,474 |
| Other Current Liabilities [5] | 50,706 | 50,706 |
| Total Liabilities Subject to Compromise | $ 8,139,453 | $ 8,139,453 |
| | | |
| **Partner's Capital** | $ (6,289,671) | $ (8,026,121) |
| | | |
| **Total Liabilities and Partner's Capital** | $ 2,517,878 | $ 113,332 |

**Notes:** *"Insider" is defined in 11 U.S.C. Section 101(31).

[1] See Explanation Regarding Accounts Receivable on page 2.

[2] Post-petition amounts are paid current.

[3] Wages are paid current.

[4] Amounts are disputed and may differ materially from the book balance.

[5] Includes pre-petition taxes payable and other fringe benefits withheld.

| In re | **Liddle & Robinson LLP** | Case No. | **19-12346** |
|---|---|---|---|
| | Debtor | Reporting Period: | **December 1, 2019 - December 31, 2019** |

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | $ - | $ 2,837 | $ 2,837 | Various | EFT | $ - |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
| Total Federal Taxes | $ - | $ 2,837 | $ 2,837 | | | $ - |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
| Total State and Local | | | | | | |
| | | | | | | |
| **Total Taxes** | $ - | $ 2,837 | $ 2,837 | | | $ - |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | $ 668,096 | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

_____
_____
_____

In re **Liddle & Robinson LLP**
　　　Debtor

Case No. **19-12346**
Reporting Period: **December 1, 2019 - December 31, 2019**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| Plus: Amounts billed during the period | |
| Less: Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| Less: Bad Debts (Amount considered uncollectible) | |
| Net Accounts Receivable | |

**Note:** Accounts Receivable amounts excluded from financials pending reconciliation of pre-petition balances.

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | 44,909 | 44,909 |
| Total Taxes Payable | | | | $ 44,909 | $ 44,909 |
| Total Accounts Payable | | | | $ 538,474 | $ 538,474 |

FORM MOR-5
2/2008
PAGE 11 OF 13

In re Liddle & Robinson LLP
Debtor

Case No. 19-12346
Reporting Period: December 1, 2019 - December 31, 2019

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| Jeffrey Lew Liddle | Payroll Reimbursement [1] | $          39,920 | $          79,840 |
| Jeffrey Lew Liddle | Reimbursement for firm travel | 113 | 113 |
| Jeffrey Lew Liddle | Draw [2] | 30,000 | 105,000 |
| Jeffrey Lew Liddle | Petty Cash Reimbursement [3] | - | 1,500 |
| Jeffrey Lew Liddle | Reimbursement to JLL DIP account [4] | - | 305,781 |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS TO INSIDERS | $          70,033 | $          492,235 |

**Notes:**

[1] Pending the activation of the law firm's DIP account online banking option, payroll wires are being processed through the JLL DIP account with funds being reimbursed from the L&R DIP account via check.

[2] November and December 2019 monthly draws approved under the Budget.

[3] Paid on November 27, 2019 and represents reimbursement for petty cash expenses from the petition date through October 15, 2019.

[4] Paid on November 4, 2019. Please refer to the November 2019 monthly operating report for additional details on the cash reconciliation summary (Attachment I).

| PROFESSIONALS | | | | |
|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Foley Hoag | 19-Dec-19 | $          437,852 | $          261,233 | $          261,233 | $          861,433 |
| EisnerAmper | 19-Dec-19 | $27,986 | 7,309 | 7,309 | 75,204 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | TOTAL PAYMENTS TO PROFESSIONALS | | | | $          936,637 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED  MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

In re  Liddle & Robinson LLP                                              Case No. 19-12346
      Debtor                                            Reporting Period:  December 1, 2019 - December 31, 2019

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? (1) | X | |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 Are any post petition payroll taxes past due? | | X |
| 9 Are any post petition State or Federal income taxes past due? | | X |
| 10 Are any post petition real estate taxes past due? | | X |
| 11 Are any other post petition taxes past due? | | X |
| 12 Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 Are any amounts owed to post petition creditors delinquent? | | X |
| 14 Are any wage payments past due? | | X |
| 15 Have any post petition loans been  received by the Debtor from any party? | | X |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Notes:**

(1) Prior to the opening of the Liddle & Robinson Debtor-in-Possession account at M&T Bank on October 11, 2019, certain bank transactions were part of the Jeffrey Lew Liddle Debtor-in-Possession account ("JLL DIP") at Wells Fargo. This included client fee payments and firm expenses. A reconciliation of income and expenses related to Liddle and Robinson included in the JLL DIP account was completed on October 22, 2019. Please refer to Attachment I - Cash Reconciliation Summary at the end of the November 2019 monthly operating report for details.