Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Counsel Financial II LLC, LIG Capital LLC, and Counsel Financial Holdings LLC.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ❏ Plaintiff
   ❏ Defendant
   ❏ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ❏ Debtor
   ☑ Creditor
   ❏ Trustee
   ❏ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Interim Fee Order

2. State the date on which the judgment, order, or decree was entered: January 15, 2020

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Liddle & Robinson, LLP    Attorney: Michael Weinstein, Esq.
   Golenbock, Eiseman, Assor, Bell & Peskoe, LLP
   711 Third Avenue, 17th Floor
   New York, NY 10017

2. Party: Foley Hoag LLP    Attorney: Foley Hoag LLP
   1301 Avenue of the Americas, 25th Floor
   New York, NY 10019

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 3: Identify the other parties to the appeal**

3.  EisnerAmper LLP        Attorney:    Foley Hoag LLP
                                        1301 Avenue of the Americas, 25th Floor
                                        New York, NY 10019

4.  The Benefits Practice  Attorney:    Foley Hoag
                                        1301 Avenue of the Americas, 25th Floor
                                        New York, NY 10019

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_____  Date: January 29, 2020
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):
David H. Wander, Esq.
Davidoff, Hutcher, and Citron, LLP

605 3rd Ave
New York, NY 10158

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                             :
In re                                         : Chapter 11
                                                             :
LIDDLE & ROBINSON, L.L.P.,[1]       : Case No.  19-12346 (SHL)
                                                             :
                Debtor.                 : (Jointly Administered with Case No. 19-
---------------------------------------------------------- x   10747)

## ORDER AUTHORIZING CERTAIN PAYMENTS PURSUANT TO MONTHLY FEE STATEMENTS

Upon consideration of the monthly fee statements for July, August, September, October, and November (collectively, the "Monthly Statements") [Docket Nos. 85, 107, 118, 119, 131, 134, 135, and 140] of Foley Hoag LLP ("Foley Hoag"), EisnerAmper LLP ("EisnerAmper"), and the Benefit Practice ("TBP") (collectively, the "Professionals") seeking compensation for services rendered and reimbursement of expenses in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated September 4, 2019 [Docket No. 48]; and Counsel Financial II LLC, LIG Capital LLC and Counsel Financial Holdings LLC having filed a series of objections to the Monthly Statements [Docket Nos. 95, 128, 150, and 151] (collectively, the "Objections"); and the Court having held a hearing (the "Hearing") on December 19, 2019, to consider the Monthly Statements and the Objections; and the Court having heard arguments of counsel at the Hearing; and the Court having overruled the Objections and authorized certain payments of fees and reimbursements of expenses pursuant to the Monthly Statements; and the Court also having directed the appointment of a Chapter 11 trustee in the Liddle & Robinson, L.L.P. case (the "Corporate Case") at the Hearing; and the United States

---

[1] The last four digits of Liddle & Robinson, L.L.P.'s taxpayer identification number are 6440.

B5081434.3

Trustee having appointed Jonathan L. Flaxer, as trustee (the "Trustee"); and the Court having approved the Trustee's appointment; and the Trustee having authorized Jeffrey Liddle, principal of Liddle & Robinson, L.L.P., to make certain payments to the Professionals pursuant to the Monthly Statements in accordance with the Court's ruling at the Hearing by check or wire on December 30, 2019, subject to entry of a court order authorizing the payments within ten (10) days therefrom; it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. Mr. Liddle's payment of 60% of the fees and 100% of the expenses to Foley Hoag and EisnerAmper in the amounts of $261,232.76 and $12,376.86, respectively, is approved.

2. The Benefit Practice's application of $7,512.50 of the retainer it previously received in the amount of $7,308.60, against the fees and expenses incurred in its Monthly Statements is approved.

3. The Trustee's consent and authority granted to Mr. Liddle to make any payments from the Debtor's bank account is hereby terminated.

4. The Court's authorization of certain fees and expenses under this Order is without prejudice to the Professionals' rights to seek approval of the fees and expenses held back and not approved in the Monthly Statements on proper notice at a subsequent time.

Dated: January 15, 2020  
       New York, New York

*/s/ Sean H. Lane*  
HONORABLE SEAN H. LANE  
UNITED STATES BANKRUPTCY JUDGE

B5081434.3