Michael S. Weinstein, Esq.
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
711 Third Avenue
New York, New York 10017
Telephone: (212) 907-7300
Facsimile: (212) 754-0330

*Proposed Counsel for Jonathan L. Flaxer, Chapter 11 Trustee for Liddle & Robinson, L.L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LIDDLE & ROBINSON, L.L.P., | : | Case No. 19-12346 (SHL) |
| | : | |
| Debtor. | : | Jointly Administered with 19-10747 (SHL) |
| | : | |

------------------------------------------------------------------X

## NOTICE OF PRESENTMENT OF APPLICATION FOR ENTRY OF AN ORDER PURSUANT TO 11 U.S.C. § 327(A) OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 2014(A) AND 2016 AUTHORIZING AND APPROVING THE RETENTION OF GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP AS COUNSEL FOR THE CHAPTER 11 TRUSTEE NUNC PRO TUNC TO DECEMBER 23, 2019

**PLEASE TAKE NOTICE** that, the Jonathan L. Flaxer (the "**Trustee**"), as chapter 11 trustee for the estate of the above-captioned debtor (the "**Debtor**"), will present a proposed order approving the Application for Entry of an Order Pursuant to 11 U.S.C. §327(A) of the Bankruptcy Code and Fed. R. Bankr. P. 2014(A) and 2016 Authorizing and Approving the Retention of Golenbock Eiseman Assor Bell & Peskoe LLP as Counsel for the Chapter 11 Trustee *Nunc Pro Tunc* to December 23, 2019 (the "**Motion**"), which is annexed to the Motion as **Exhibit B** (the "**Order**"), for signature to the Honorable Sean H. Lane, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **February 18, 2020 at 12:00 noon (prevailing Eastern Time)** in

accordance with Local Bankruptcy Rule 9074-1(b)(1)(J) and the Court's hearing in the case of the Debtor on February 5, 2020.

**PLEASE TAKE FURTHER NOTICE** that, prior to filing this Notice of Presentment, the Committee sought comment and approval of the Motion and the Order from the Office of the United States Trustee, as well as to submit this Motion on shortened notice.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion and Order must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set forth the name of the objecting party, the basis for the objection and the specific grounds therefor, and must be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (General Order M-399 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers of the Honorable Sean H. Lane), and any objection must further be served upon: (i) Golenbock Eiseman Assor Bell & Peskoe LLP, proposed counsel to the Committee, 711 Third Avenue, New York, New York 10017 (Attn: Michael S. Weinstein, Esq.); (ii) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Andrea Schwartz, Esq..); and (iii) all other parties entitled to service in this chapter 11 case, so as to be received no later than **February 18, 2020 at 11:30 a.m. (prevailing Eastern Time). Unless objections are received by that time, there will not be a hearing, and the proposed order may be signed.**

Dated: New York, New York
February 7, 2020

>Respectfully submitted,
>GOLENBOCK EISEMAN ASSOR BELL
>& PESKOE LLP
>
>By:   /s/ Michael S. Weinstein
>         Michael S. Weinstein
>         711 Third Avenue
>         New York, New York 10017
>         (212) 907-7300
>
>*Proposed Counsel for Jonathan L. Flaxer, Chapter 11 Trustee for Liddle & Robinson, L.L.P.*

- 3 -

3423712.1