# EXHIBIT 1

ADP, LLC
AFCO
Alex Rissmiller
American College of Trial Lawyers
American Express Corp. Cards
Andrea M. Paparella
Appealtech, LLC
Arantxa King
Archer Consultants, Inc.
Avant Business Services
BIA Account Administration
BIA (Formerly US Legal Support)
Blaine H. Bortnick
Blank Rome LLP
Bloomberg BNA
Braff, Harris Sukoneck & Maloof
Caine & Weiner
Canon Financial Services, Inc.
Christine A. Palmiere
Christine Palmieri
Client Security Fund Conn.
Coffee Distributing Corp.
Commentator, Inc.
Cornell Club—New York
Counsel Financial Holdings, LLC
Counsel Financial II, LLC
Counsel Press
Court Reporting Service, Inc.
Craig Tarasoff
D'Amico Certified Shorthand
David I. Greenberger Bailey Duquette P.C.
David M. Marek
Deitz Nationwide Court Reporting
Delage Landen Financial Services
Duane Morris LLP
Effat S. Emamian
Eisner, P.C.
Ellen Grauer Court Reporting
Ephron—Mandel & Howard LLP
Epiq Court Reporting
Equitrac
Ethan A. Brecher
Federal Bar Council
Global Capacity
Globe Storage & Moving Co.
Hartford
International Inc.
Iron Mountain Records Management
ITC Communications
James A. Batson
James R. Hubbard

James Ryan Hubbard
James W. Halter
Jeffrey Lew Liddle
Jeffrey Liddle
Joseph Ortiz
Joseph P. Day Realty
Kasowitz Benson Torres LLP
Keating & Walker
Lawpress Corporation
LDI Color Toolbox
Legal Support — TX
Lexis Nexis Concordance
LIG Capital, LLC
Locke Lord, LLP
Magna Legal Services LLC
Marc A. Susswein
Marcos Nadal
Mary T. Barbiarz
Matthew Bender & Co Inc.
Matthew McCann
McManimon, Scotland & Baumann
Michael Barr
Michael E. Grenert
Montgomery McCracken Walker & Rhoads LLP
New York City Bar
New York State Insurance Fund
NJ Lawyers' Fund
Nuance Document Imaging
NYS Workers' Compensation Board
NYSIF Worker's Compensation
Pitney Bowes
Planet Depos, LLC
Practising Law Institute
Printinghouse Press
Read McCaffrey
Reliable Philadelphia
Robert Adler
Rose M. Reverendo
Shelterpoint (Formerly First Rehab)
Sherry Shore
Smithsonian
Software Technology
Solarus Technologies
Southern District Reporters
Spectrum (Time Warner)
Staples Business Advantage
Third Avenue Associates
Thomson Reuters - West
Time Warner Cable
Transperfect Translations
Trenk DiPasquale

TSG Reporting, Inc.
Uninsured Employers Fund
United Lawyers Service
Veritext New York Reporting Co
Verizon
Verizon Conferencing
West Group
Westlaw
Wilson Elser Moskowitz Edelman & Dicker LLP
Windham Professionals
Wolters Kluwer
Workers Comp Board/Finance Office
Yieldstreet Inc.
Z J LLC DBA Appealtech
Marylou Martin
Janease Clarke
Leiden Czarniecki
Reema Lateef
Nazar Khodorovsky
Lynda A. Rettagliata
Rachel Wolf
Donovan Slack
Christine H. Black
Linda Kmiotek
Joann Lomangino
Robert Stavis
Stan Yang
Lisa M. Penpraze
Janine L. Aschauer
Karen DiPofi
Amy Ginsberg
Andrea Kazyaka-Rowe
Amy E. Hutzel
Alicia M. Leonhard
Diana M. Nuss
Rhonda J. Zdanowicz
Joseph W. Allen
Erin Champion
John F. Devlin
Sherry Doran
Denise C. Scime
Bonnie O'Malley
Jill M. Zubler
Kathleen Dunivin Schmitt
Stephanie Becker
Jill Schwartz
Kim L. McCabe
Kim L. Brownell
Holley Claiborn
Joseph H. Flamini
Erin Hogan

Steven Mackey
Frank Marino
Kari Mitchell
Jennifer J. Morey
Nicole Neely
Sharon Warner
William K. Harrington
Carol A. Porter
Jennifer L. Weston
Linda A. Riffkin
Victor Abriano
Susan Arbeit
Maria Catapano
Danny A. Choy
Benjamin J. Higgins
Joseph Nadkarni
Brian S. Masumoto
Ercilia A. Mendoza
Mary V. Moroney
Richard C. Morrissey
Serene Nakano
Cheuk M. Ng
Alaba Ogunleye
Ilusion Rodriguez
Andrea B. Schwartz
Paul K. Schwartzberg
Shannon Scott
Sylvester Sharp
Andy Velez-Rivera
Madeleine Vescovacci
Greg M. Zipes
Sean H. Lane