Richard J. Lynne
2 Westchester Park Drive – Suite 106
White Plains, NY 10604
Tel: (914) 831-1800
Fax: (914) 946-8445

*Accountants for Liddle & Robinson
Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              : Chapter 11
In re                                                         x
                                                              Case No. 19-12346 (SHL)
LIDDLE & ROBINSON, L.L.P.
                                                              (Jointly Administered with Case No. 19-
               Debtor                                         10747)
------------------------------------------------------------- 

## NOTICE OF STATEMENT OF
## RICHARD J. LYNNE, CPA, P.C. FOR COMPENSATION FOR
## SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
## AS ACCOUNTANTS TO THE DEBTOR AND DEBTOR IN POSSESSION
## FOR THE PERIOD FROM JANUARY 01, 2020 THROUGH JANUARY 31, 2020

| | |
|---|---|
| Name of Applicant: | Richard J. Lynne, CPA, P.C. |
| Authorized to Provide Services to: | Debtor and Debtor in Possession |
| Date of Retention: | October 30, 2019, *nunc pro tunc* to July 22, 2019 [Docket No. 111] |
| Period for Which Compensation and Expense Reimbursement is Sought: | January 01, 2020 through January 31, 2020 |
| Amount of Compensation Requested: | $12,202.50 |
| Less 20% Holdback: | ($2,440.50) |
| Net of Holdback: | $9,762.00 |
| Amount of Expense Reimbursement Requested: | $37.93 |
| Total Compensation (Net of Holdback) and Expense Reimbursement Requested: | $9,799.93 |

In accordance with the *Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated October 30, 2019 (the "Order Authorizing The Employment and Retention of Richard Lynne As Tax Accountant"), Richard J. Lynne, CPA, P.C. ("Lynne Firm") hereby submits this statement for the period January 1, 2020 through January 31, 2020, seeking compensation for services rendered and reimbursement of expenses incurred as accountants to the Debtor, for the period from January 01, 2020 through January 31, 2020. By this Statement, Lynne Firm seeks payment in the amount of $9,799.93 which reflects (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the January 2020 monthly Period and (ii) $37.93 in reimbursement of expenses incurred during the January 2020 monthly period.

**SERVICES RENDERED AND EXPENSES INCURRED**

1. Attached hereto as **Exhibit A** is a summary of Lynne Firm professionals by individual, setting forth the (a) name and title of each individual who provided services during the Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Lynne Firm's current billing rates and (d) amount of fees earned by each professional. The blended hourly billing rate of Lynne Firm timekeepers during the monthly period is approximately $353.70.

2. Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Period January 01, 2020 through January 31, 2020.

3. Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the period from January 01, 2020 through January 31, 2020

4. Attached hereto as **Exhibit D** are itemized time records of Lynne Firm professionals for the period from January 01, 2020 through January 31, 2020 and summary materials related thereto.

5. Attached hereto as **Exhibit D** is an itemized record of all expenses for the period from January 01, 2020 through January 31, 2020

### 6. NOTICE AND OBJECTION PROCEDURES

7. Notice of this Initial Statement shall be given by hand or overnight delivery upon (a) the Debtor, Liddle & Robinson, L.L.P. 1177 Avenue of the Americas, 5th Floor, New York, New York 10036, and (b) William K. Harrington, United States Trustee for Region 2, United States Department of Justice, Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, Attn.: Andrea B. Schwartz, Esq. (andrea.b.schwartz@usdoj.gov) and parties who have filed a notice of appearance (collectively, the (c) "Notice Parties").

8. Objections to this Initial Statement, if any, must be served upon the Notice Parties, and by email, hand, or overnight delivery upon counsel to the Debtor and Debtor in Possession, Foley Hoag, LLP, 1301 Avenue of the Americas, 25th Floor, New York, New York 10019, Attn.: William F. Gray, Jr. (wgray@foleyhoag.com) and Alison Bauer (abauer@foleyhoag.com) no later than March 2, 2020 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

9. If no objections to this Monthly Statement are received by the Objection Deadline, the Debtor shall promptly pay, 80% of the fees and 100% of the expenses identified in this Monthly Statement.

10. To the extent that an objection to this Statement is received on or before the Objection Deadline, the Debtor shall withhold payment of that portion of this Initial Statement to which the objection is directed and promptly pay the remainder of the fees and expenses in the percentages set forth above. To the extent such an objection is not resolved, it shall be preserved and scheduled for consideration at the next interim fee application hearing.

Dated: New York, New York
February 20, 2020

RICHARD J. LYNNE, CPA, P.C.

By: */s/ Richard J. Lynne*
Richard J. Lynne
2 Westchester Park Drive – Suite 106
White Plains, NY 10604
Tel: (914) 831-1800
Fax: (914) 946-8445

*Accountants for Liddle & Robinson
Debtor and Debtor in Possession*

Exhibit A

RICHARD J. LYNNE, CPA, P.C.
Fee Summary for the Period
January 1, 2020 through January 31, 2020

By Timekeeper

| Name of Professional | Title | Hours | Rate | Fee |
|---|---|---|---|---|
| Richard J. Lynne, CPA/PFS, CFP | Certified Public Accountant | 26.50 | $ 385.00 | $ 10,202.50 |
| Lorraine Carrozza | Senior Accounting Manager | 8.00 | $ 250.00 | $ 2,000.00 |
| Katherine Gelfman | Staff Accountant / Bookkeeper | 0.00 | $ 200.00 | $    -    |
|  |  |  |  |  |
|  | Grand Total | 34.50 | $ 353.70 | $ 12,202.50 |

| | | | |
|---|---|---|---|
| Fee Totals | | | $ 12,202.50 |
| Less 20% Holdback | | (d) | $ (2,440.50) |
| Sub-total | | | $ 9,762.00 |
| Disbursement Totals | | | 37.93 |
| Net Fees and Expenses Requested | | (a) | $ 9,799.93 |
| | | | |
| Prior Balance Due - Through November 30, 2019 | | (b) | $ 2,427.99 |
| Prior Balance Due - Through December 31, 2019 | | (b) | $ 15,265.09 |
| Previous Holdback Through November 30, 2019 | | (c) | $ 5,569.00 |
| Previous Holdback Through December 31, 2019 | | (c) | $ 3,802.75 |
| | | | |
| Balance Due From Prior Statements | | | $ 27,064.83 |
| | | | |
| **Total Due Now** | | (a + b) | $ 27,493.01 |
| Total Holdbacks | | (c +d) | $ 11,812.25 |
| Balance Due | | | $ 39,305.26 |

**Exhibit B**

**RICHARD J. LYNNE, CPA, P.C.**

**Fee Summary for the Period
January 1, 2020 through January 31, 2020
By Project Category**

| Services Rendered | Hours | Fee |
|---|---|---|
| Accounting - General | 5.00 | $ 1,925.00 |
| Financial Statements | | |
| Pension Matters | 2.00 | $ 567.50 |
| Operating Reports | | |
| Reconstuction Accounting | 5.00 | $ 1,857.50 |
| Fee /Employment /Application | | |
| Tax Compliance &  Returns | 22.50 | $ 7,852.50 |
| | | |
| Total Hours and Fees | 34.50 | $ 12,202.50 |

**Exhibit C**

**RICHARD J. LYNNE, CPA, P.C.**

**Expense Summary for the Period**
**January 1, 2020 through January 31, 2020**

| Description | Amount |
|---|---:|
| Federal Express - Delivery | |
| QuickBooks Online Subsciption | 37.93 |
| | |
| **Total Disbursements** | 37.93 |

| | | | |
|---|---|---|---|
| 2/3/2020 | Richard J. Lynne, CPA, P | | Richard J. Lynne, CPA, P.C. |
| 2:55 PM | Pre-Bill Worksheet - | | Exhibit D |
| | | | Detailed Time Records |

### Selection Criteria

| Clie.Selection | Include: Liddle & Robinson - Bankruptcy |
|---|---|

| | |
|---|---|
| Nickname | Liddle & Robinson - Bankruptcy \| 758 |
| Full Name | Liddle & Robinson, LLP |
| Address | 1177 Avenue of the Americas |
| | Fifth Floor |
| | New York, NY 10036 |
| Phone | Fax |
| Home | Other |
| In Ref To | |
| Fees Arrg. | By billing value on each slip |
| Expense Arrg. | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | 1/2/2020 |
| Last charge | 1/31/2020 |
| Last payment | 8/27/2019     Amount     $20,000.00 |

| Date | Professional | Rate | Hours | Amount | Total |
|---|---|---|---|---|---|
| ID | Task | Markup % | DNB Time | DNB Amt | |
| 1/7/2020 | Lorraine D. Carrozza | | 250.00 | 4.00 | 1,000.00 |
| 48758 | General Accounting | | | | |
| | December, 2019 - 1099's | | | | |
| 1/8/2020 | Lorraine D. Carrozza | | 250.00 | 1.00 | 250.00 |
| 48763 | OtherTax Return | | | | |
| | Preparation of Other Tax Returns - 1099's | | | | |
| 1/9/2020 | Lorraine D. Carrozza | | 250.00 | 1.00 | 250.00 |
| 48773 | OtherTax Return | | | | |
| | Preparation of Other Tax Returns - 1099's | | | | |
| 1/13/2020 | Richard J. Lynne | | 385.00 | 4.50 | 1,732.50 |
| 49043 | Tax Return Preparation | | | | |
| | Preparation of Income Tax Returns   - 2016 + 2017 | | | | |
| 1/14/2020 | Richard J. Lynne | | 385.00 | 3.75 | 1,443.75 |
| 49044 | Tax Return Preparation | | | | |
| | Preparation of Income Tax Returns | | | | |
| 1/15/2020 | Richard J. Lynne | | 385.00 | 2.00 | 770.00 |
| 49045 | General Accounting | | | | |
| | Meeting with Trustee & CBIZ | | | | |
| 1/16/2020 | Richard J. Lynne | | 385.00 | 3.00 | 1,155.00 |
| 49047 | Tax Return Preparation | | | | |
| | Preparation of Income Tax Returns | | | | |
| 1/18/2020 | Richard J. Lynne | | 385.00 | 4.00 | 1,540.00 |
| 49050 | General Accounting | | | | |
| | Preparation of Income Tax Returns   - Interest & Loans | | | | |

| 2/3/2020 | Richard J. Lynne, CPA, P.C. | | | |
|---|---|---|---|---|
| 2:55 PM | Pre-Bill Worksheet - | | | Page    2 |

Liddle & Robinson - Bankruptcy:Liddle & Robinson, LLP (continued)

| Date<br>ID | Professional<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 1/18/2020<br>49051 | Richard J. Lynne<br>Tax Return Preparation<br>Preparation of Income Tax Returns    - 2017 return | | | 385.00 | 3.00 | 1,155.00 |
| 1/18/2020<br>49052 | Richard J. Lynne<br>Tax Return Preparation<br>Preparation of Income Tax Returns    2018 | | | 385.00 | 1.00 | 385.00 |
| 1/21/2020<br>49056 | Richard J. Lynne<br>General Accounting<br>Telephone call Trustee CBIZ Payroll issues | | | 385.00 | 0.50 | 192.50 |
| 1/21/2020<br>49057 | Richard J. Lynne<br>General Accounting<br>Daniel Crevani Call - re pension and payroll | | | 385.00 | 0.50 | 192.50 |
| 1/22/2020<br>48946 | Lorraine D. Carrozza<br>General Accounting<br>payroll recs | | | 250.00 | 0.50 | 125.00 |
| 1/27/2020<br>48956 | Lorraine D. Carrozza<br>General Accounting<br>2018 & 2019 census | | | 250.00 | 1.50 | 375.00 |
| 1/29/2020<br>49067 | Richard J. Lynne<br>General Accounting<br>Discussions regarding 2019 income - | | | 385.00 | 1.25 | 481.25 |
| 1/31/2020<br>49073 | Richard J. Lynne<br>General Accounting<br>Conference Call - Bankruptcy Gray | | | 385.00 | 3.00 | 1,155.00 |
| TOTAL | Billable Fees | | 34.50 | | $12,202.50 |

| Date<br>ID | Professional<br>Expense | Price<br>Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 1/19/2020<br>48832 | Quickbooks Online<br>Computer | | | 37.93 | 1.000 | 37.93 |
| TOTAL | Billable Costs | | | | $37.93 |

Richard J. Lynne, CPA, P.C.
Exhibit D
Detailed Time Records



**Richard J. Lynne** CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP
1177 Avenue of the Americas
Fifth Floor
New York, NY 10036

February 3, 2020

PROFESSIONAL SERVICES RENDERED

Invoice#: 31760

|          |     |                                                                                       | Hours | Amount   |
|----------|-----|---------------------------------------------------------------------------------------|-------|----------|
| 1/7/2020 | LDC | General Accounting<br>December, 2019 - 1099's                                         | 4.00  | 1,000.00 |
| 1/8/2020 | LDC | Preparation of Other Tax Returns<br>Preparation of Other Tax Returns - 1099's         | 1.00  | 250.00   |
| 1/9/2020 | LDC | Preparation of Other Tax Returns<br>Preparation of Other Tax Returns - 1099's         | 1.00  | 250.00   |
| 1/13/2020| RJL | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns   - 2016 + 2017| 4.50  | 1,732.50 |
| 1/14/2020| RJL | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns                | 3.75  | 1,443.75 |
| 1/15/2020| RJL | General Accounting<br>Meeting with Trustee & CBIZ                                     | 2.00  | 770.00   |
| 1/16/2020| RJL | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns                | 3.00  | 1,155.00 |
| 1/18/2020| RJL | General Accounting<br>Preparation of Income Tax Returns   - Interest &<br>Loans       | 4.00  | 1,540.00 |
|          | RJL | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns   - 2017 return| 3.00  | 1,155.00 |
|          | RJL | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns     2018       | 1.00  | 385.00   |



**Richard J. Lynne** CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP                                                                                                Page    2
PROFESSIONAL SERVICES RENDERED

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 1/21/2020 | RJL | General Accounting<br>Telephone call Trustee CBIZ Payroll issues | | 0.50 | 192.50 |
|  | RJL | General Accounting<br>Daniel Crevani Call - re pension and payroll | | 0.50 | 192.50 |
| 1/22/2020 | LDC | General Accounting<br>payroll recs | | 0.50 | 125.00 |
| 1/27/2020 | LDC | General Accounting<br>2018 & 2019 census | | 1.50 | 375.00 |
| 1/29/2020 | RJL | General Accounting<br>Discussions regarding 2019 income - | | 1.25 | 481.25 |
| 1/31/2020 | RJL | General Accounting<br>Conference Call - Bankruptcy Gray | | 3.00 | 1,155.00 |
|  |  | For professional services rendered | | 34.50 | $12,202.50 |

Additional Charges :

| 1/19/2020 | Computer | 37.93 |
|---|---|---|
|  | Total additional charges | $37.93 |

Total amount of this bill                                                                                              $12,240.43

Previous balance                                                                                                       $27,064.83



2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP                                                                                              Page    3
PROFESSIONAL SERVICES RENDERED

                                                                                                                    Amount

        Balance due                                                                                             $39,305.26