UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re **Liddle & Robinson LLP**                                      Case No. **19-12346**

**Debtor**                                      Reporting Period: **January 1, 2020 - January 31, 2020**

Federal Tax I.D. # **6440 (last four digits)**

### CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | N/A | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | X |
| Balance Sheet | MOR-3 | X | X |
| Status of Post-petition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | N/A | |
|    Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
|    Listing of Aged Accounts Payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | X |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____                Date _____

Signature of Authorized Individual* _____                Date 2/27/20

Printed Name of Authorized Individual: Jonathan L. Flaxer, Trustee                Date 2/27/20

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

| In re: Liddle & Robinson LLP | Case No. 19-12346 |
|---|---|
| Debtor | Reporting Period: January 1, 2020 - January 31, 2020 |

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | | Cumulative Filing to Date |
|---|---|---|---|
| Cash - Beginning of Month [(1)] | $2,800,128 | $ | 215,222 |
| | | | |
| **Cash Receipts** | | | |
| L&R Income | $        163,276 | $ | 3,745,941 |
| Other | 898 | | 4,124 |
| Transfer | 2,500,000 | | 2,500,000 |
| **Total Cash Receipts** | $        2,664,175 | $ | 6,250,065 |
| | | | |
| **Cash Disbursements** | | | |
| Rent | $              - | $ | (82,053) |
| Attorney Payroll | (1,249) | | (131,620) |
| Headhunter | - | | (32,500) |
| JLL Draw | - | | (105,000) |
| Staff Payroll | - | | (69,352) |
| New Hire (Paralegal/Assistant) | - | | - |
| Insurance (Health / Life / Other) | (91) | | (59,809) |
| Malpractice Insurance | - | | (34,574) |
| Utilities | - | | - |
| Office Services (Solarus technologies) | - | | (12,000) |
| Repairs/Maintenance | - | | - |
| Other Operating Expenses | (41,966) | | (418,745) [(2)] |
| Accounting Services | - | | (20,000) |
| Transfer | (2,500,000) | | (2,500,000) |
| **Total Ordinary Disbursements** | $        (2,543,306) | $ | (3,465,653) |
| Reorganization Items | | | |
| UST Fees | $              - | $ | (325) |
| Bankruptcy Counsel | (261,233) | | (261,233) |
| Accountants | - | | (7,309) |
| Unsecured Creditors Professionals | - | | - |
| Total Reorganization Items | $        (261,233) | $ | (268,866) |
| | | | |
| **Total Disbursements (Ordinary + Reorg)** | $        (2,804,539) | $ | (3,734,520) |
| | | | |
| **Net Cash Flow  (Total Receipts - Total Disbursements)** | $        (140,364) | $ | 2,515,545 |
| | | | |
| **Beginning Bank Cash** | $        2,800,128 | $ | 215,222 |
| Net Cash Flow | (140,364) | | 2,515,545 |
| **Ending Cash Balance** | $        2,659,763 | $ | 2,730,766 |

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN)

| | Current Month Actual | | Cumulative Filing to Date Actual |
|---|---|---|---|
| **Total Disbursements** | $        2,804,539 | $ | 3,734,520 |
| Less: Transfers to Other Debtor In Possession Accounts | (2,500,000) | | (305,781) |
| Plus: Estate Disbursements made by outside sources (i.e. from escrow accounts) | - | | - |
| **Total Disbursements for Calculating U.S. Trustee Quarterly Fees** | $        304,539 | $ | 3,428,739 |

### Notes:
[(1)] The initial cash balance recorded in the Liddle & Robinson ("L&R") monthly operating report ("MOR") for July, 2019 was overstated in error. The overstatement is due to the inclusion of cash receipts that were in Jeffrey Lew Liddle's ("JLL") Wells Fargo DIP account which he collected on behalf of L&R. These cash receipts were included in the July 2019 MOR cash balance but they should have been offset against expenses JLL paid on behalf of the L&R estate. This was a clerical accounting error.

In November of 2019, a reconciliation was performed to determine the amounts due to or from JLL for payments he received and made on behalf of the L&R estate. This reconciliation resulted in a net settlement to the JLL estate of $305,781 and was reflected in the November 2019 L&R MOR. However, this reconciliation and settlement did not correct the clerical accounting error related to the balance sheet cash.

In January of 2020 the mistakes made in the prior preparation of the L&R MOR's were discovered and beginning cash in the January MOR has been corrected so that cash now reconciles to the bank statements.

[(2)] Cumulative column includes reimbursements to the JLL DIP account. Please refer to the November 2019 monthly operating report for additional details (Attachment I).

| In re  Liddle & Robinson LLP | Case No. **19-12346** |
|---|---|
| Debtor | Reporting Period:  **January 1, 2020 - January 31, 2020** |

### BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | IDB #7401 | M&T #9024 | IOLA #2441 | IOLA #1618 | TOTAL |
|---|---|---|---|---|---|
| **BALANCE PER BOOKS** [1] | $       2,458,044 | $       63,517 | $       91,124 | $       200 | $       2,612,885 |
| **BANK BALANCE** | $       2,504,863 | $       63,577 | $       91,124 | $       200 | $       2,659,763 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | | | |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | $       (46,819) | $       (60) | $       - | $       - | $       (46,879) |
| OTHER  *(ATTACH EXPLANATION)* | | | | | |
| **ADJUSTED BANK BALANCE** * | $       2,458,044 | $       63,517 | $       91,124 | $       200 | $       2,612,885 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | | Amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| **CHECKS OUTSTANDING** | | | | | |
|---|---|---|---|---|---|
| Ck. # | Amount | | Ck. # | Amount | |
| 1002 | $       15,000 | | 1032 | 60 | |
| 1003 | 5,569 | | | | |
| 1004 | 267 | | | | |
| 1005 | 3,589 | | | | |
| 1006 | 2,239 | | | | |
| 1007 | 7,903 | | | | |
| 1008 | 12,253 | | | | |
| **TOTAL** | $       46,819 | | $       60 | | |

**OTHER**

**Notes:**

| In re: Liddle & Robinson LLP | | Case No. 19-12346 |
| --- | --- | --- |
| Debtor | | Reporting Period: January 1, 2020 - January 31, 2020 |

## CASH RECEIPTS

| Description | Account | Date | Amount | Category |
| --- | --- | --- | --- | --- |
| Client Fee Payment | M&T | 1/2/2020 | $ 2,500 | Cash collections - Client Fee Payment |
| Client Fee Payment | M&T | 1/3/2020 | 50,000 | Cash collections - Client Fee Payment |
| Client Fee Payment | M&T | 1/3/2020 | 7,038 | Cash collections - Client Fee Payment |
| Client Fee Payment | M&T | 1/7/2020 | 50,000 | Cash collections - Client Fee Payment |
| Transfer from M&T DIP | IDB | 1/22/2020 | 2,500,000 | Transfer from M&T DIP account |
| Client Fee Payment | IDB | 1/24/2020 | 4,000 | Cash collections - Client Fee Payment |
| Other | IDB | 1/31/2020 | 898 | Bank Interest Credit |
| Client Fee Payment | IOLA | 1/27/2020 | 49,739 | Cash collections - Client Fee Payment |
| **Total Cash Receipts** | | | **$ 2,664,175** | |

**In re: Liddle & Robinson LLP**
Debtor

Case No. 19-12346
Reporting Period: January 1, 2020 - January 31, 2020

## DISBURSEMENTS

| Payee | Account | Date | Amount | Purpose |
|---|---|---|---|---|
| Foley Hoag LLP | M&T | 1/2/2020 $ | 261,233 | Bankruptcy Counsel |
| PayChex | M&T | 1/3/2020 | 45 | Insurance (Health / Life / Other) - WC |
| AT&T | M&T | 1/3/2020 | 274 | Other Operating Expenses - JLL cell |
| PayChex | M&T | 1/6/2020 | 1,249 | Attorney Payroll - EIB |
| Globe Storage | M&T | 1/6/2020 | 7,903 | Other Operating Expenses Storage |
| PayChex | M&T | 1/17/2020 | 45 | Insurance (Health / Life / Other) - WC |
| Timothy Baer | IOLA | 1/21/2020 | 1,438 | Other Operating Expenses - Client Refund |
| Deluxe Business System Products | M&T | 1/22/2020 | 139 | Other Operating Expenses - Checks |
| Jonathan Flaxer, Trustee | M&T | 1/23/2020 | 2,500,000 | Transfer to IDB DIP account |
| Deluxe Business System Products | IDB | 1/23/2020 | 36 | Other Operating Expenses - Checks |
| CBUSOL | IOLA | 1/28/2020 | 32,178 | Other Operating Expenses - Client Payment |
| **Total Disbursements for the Month** | | | **$   2,804,539** | |

In re: **Liddle & Robinson LLP**
Debtor

Case No. **19-12346**
**Reporting Period: January 1, 2020 - January 31, 2020**

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue
when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | Current Month | | Cumulative Filing to Date | |
|---|---|---|---|---|
| **Revenue** | | | | |
| Fee Income [1] | $ | 131,099 | $ | 3,708,666 |
| Less: Client Refunds | | (1,438) | | (3,938) |
| **Total Revenue** | **$** | **129,661** | **$** | **3,704,729** |
| | | | | |
| **Operating Expenses** | | | | |
| Rent | $ | (12,253) | $ | (94,306) |
| Total Payroll | | - | | (199,723) |
| Health Insurance | | (5,918) | | (32,675) |
| Life Insurance | | - | | (32,799) |
| Malpractice Insurance | | (5,569) | | (40,143) |
| Client Charges | | - | | (11,970) |
| Office Charges | | - | | (20,623) |
| Accounting Services (Tax / Benefit / Other) | | - | | (20,000) |
| Recruiter Fees | | - | | (32,500) |
| Other Operating Expenses | | (8,695) | | (53,805) |
| **Total Operating Expenses** | **$** | **(32,435)** | **$** | **(538,545)** |
| | | | | |
| **Net Operating Income** | **$** | **97,226** | **$** | **3,166,184** |
| | | | | |
| **Reorg Items** | | | | |
| UST Fees | | - | | (325) |
| Professional Fees | | - | | (943,237) |
| **Total Reorg Items** | **$** | **-** | **$** | **(943,562)** |
| | | | | |
| **Net Income (Loss)** | **$** | **97,226** | **$** | **2,222,622** |

Note:

[1] Pending the reconciliation of the pre-petition Accounts Receivable balance, Fee Income is reported on a cash basis.

| | |
|---|---|
| **In re: Liddle & Robinson** | **Case No. 19-12346** |
| Debtor | **Reporting Period: January 1, 2020 - January 31, 2020** |

**Explanation Regarding Accounts Receivable**

The Debtor recently filed amended and restated monthly operating reports for the previously filed July - October 2019 monthly operating reports pending the reconciliation of the pre-petition Accounts Receivable balance.  As part of the accounting review process for 2018/2019, it was discovered that the pre-petition Accounts Receivable balance was not properly reconciled. The Debtor's Accounts Receivable consist primarily of client fee payments related to judgments and settlements of cases. The Income Statement reflects the Fee Income from clients on a cash basis versus an accrual basis. The Debtor has removed all references to Accounts Receivable from the monthly operating report until the amounts have been corrected, and the trustee is considering whether performing a full reconciliation is either necessary or advisable.

BY:

/s/ Jeffrey L. Liddle
**Liddle & Robinson**

In re: Liddle & Robinson LLP
          Debtor

Case No. 19-12346
Reporting Period: January 1, 2020 - January 31, 2020

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| | Book Value End of Current Month | | Book Value on Petition Date | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Cash | $ | 2,612,885 | $ | 95,207 |
| Accounts Receivable, net [1] | | pending | | pending |
| Total Current Assets | $ | 2,612,885 | $ | 95,207 |
| | | | | |
| Fixed Assets | | 525 | | 525 |
| Prepaid expenses (Security Deposit) | | 17,600 | | 17,600 |
| Other Assets | | - | | |
| **Total Assets** | $ | **2,631,009** | $ | **113,332** |
| | | | | |
| **LIABILITIES AND PARTNER'S CAPITAL** | | | | |
| **Liabilities Not Subject to Compromise** | | | | |
| Accounts Payable [2] | $ | - | $ | - |
| Taxes Payable (refer to FORM MOR-4) | | - | | - |
| Wages Payable [3] | | - | | - |
| Notes Payable | | - | | - |
| Rent / Leases - Building/Equipment | | - | | - |
| Secured Debt / Adequate Protection Payments | | - | | - |
| Professional Fees | | 668,096 | | - |
| Amounts Due to Insiders* | | - | | - |
| Other Post-petition Liabilities (attach schedule) | | - | | - |
| Total Liabilities Not Subject to Compromise | $ | 668,096 | $ | - |
| | | | | |
| **Liabilities Subject to Compromise** | | | | |
| Secured Debt - Disputed [4] | | | | |
| LIG Capital loan | $ | 506,078 | $ | 506,078 |
| LOC-CF Holdings ($1M) | | 1,054,242 | | 1,054,242 |
| LOC-Counsel Fin II | | 5,325,000 | | 5,325,000 |
| Secured Debt - Disputed [4] | | 6,885,319 | | 6,885,319 |
| | | | | |
| Other Secured Debt | | 664,954 | | 664,954 |
| Accounts Payable (Pre-petition) | | 538,474 | | 538,474 |
| Other Current Liabilities [5] | | 81,411 | | 50,706 |
| Total Liabilities Subject to Compromise | $ | 8,170,158 | $ | 8,139,453 |
| | | | | |
| **Partner's Capital** | $ | (6,207,245) | $ | (8,026,121) |
| | | | | |
| **Total Liabilities and Partner's Capital** | $ | **2,631,009** | $ | **113,332** |

**Notes:** *"Insider" is defined in 11 U.S.C. Section 101(31).

[1] See Explanation Regarding Accounts Receivable on page 8.

[2] Post-petition amounts are paid current.

[3] Wages are paid current.

[4] Amounts are disputed and may differ materially from the book balance.

[5] Includes pre-petition taxes payable and other fringe benefits withheld.

In re **Liddle & Robinson LLP**  
      **Debtor**

Case No. **19-12346**  
Reporting Period: **January 1, 2020 - January 31, 2020**

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the
amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.

Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | $ - | $ 2,837 | $ 2,837 | Various | EFT | $ - |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | $ - | $ 2,837 | $ 2,837 | | | $ - |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | | | | | | |
| **Total Taxes** | $ - | $ 2,837 | $ 2,837 | | | $ - |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

**Number of Days Past Due**

| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | $ 668,096 | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other: | | | | | | |
| Other: | | | | | | |
| **Total Post-petition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

FORM MOR-4  
2/2008  
PAGE 1 OF 1

In re **Liddle & Robinson LLP**
　　　Debtor

Case No. **19-12346**
Reporting Period: **January 1, 2020 - January 31, 2020**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| Plus: Amounts billed during the period | |
| Less: Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| | |
| Less: Bad Debts (Amount considered uncollectible) | |
| | |
| Net Accounts Receivable | |

**Note:** Accounts Receivable amounts excluded from financials pending reconciliation of pre-petition balances.

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | $ 44,909 | |
| Total Taxes Payable | | | | $ 44,909 | $ 44,909 |
| Total Accounts Payable | | | | $ 538,474 | $ 538,474 |

In re  Liddle & Robinson LLP
Debtor

Case No. **19-12346**
Reporting Period: **January 1, 2020 - January 31, 2020**

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in
Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals.  For payments to insiders, identify the type of compensation paid
(e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.).  Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | $            - | $            - |

**Notes:**

(1) Pending the activation of the law firm's DIP account online banking option, payroll wires are being processed through the JLL DIP account with funds being
reimbursed from the L&R DIP account via check.

(2) November and December 2019 monthly draws approved under the Budget.

(3) Paid on November 27, 2019 and represents reimbursement for petty cash expenses from the petition date through October 15, 2019.

(4) Paid on November 4, 2019. Please refer to the November 2019 monthly operating report for additional details on the cash reconciliation summary (Attachment I).

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Foley Hoag | 19-Dec-19 | $     437,852 | $     261,233 | $     261,233 | $     861,433 |
| EisnerAmper | 19-Dec-19 | $27,986 | 7,309 | 7,309 | 75,204 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | $     936,637 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED  MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

In re  Liddle & Robinson LLP          Case No. **19-12346**
    Debtor          Reporting Period:  **January 1, 2020 - January 31, 2020**

## DEBTOR QUESTIONNAIRE

| Must be completed each month.  If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| 1 Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 Have any funds been disbursed from any account other than a debtor in possession account this reporting period? [(1)] | | X |
| 3 Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 Are any post petition payroll taxes past due? | | X |
| 9 Are any post petition State or Federal income taxes past due? | | X |
| 10 Are any post petition real estate taxes past due? | | X |
| 11 Are any other post petition taxes past due? | | X |
| 12 Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 Are any amounts owed to post petition creditors delinquent? | | X |
| 14 Are any wage payments past due? | | X |
| 15 Have any post petition loans been  received by the Debtor from any party? | | X |
| 16 Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Notes:**

[(1)]  Prior to the opening of the Liddle & Robinson Debtor-in-Possession account at M&T Bank on October 11, 2019, certain bank transactions were
     part of the Jeffrey Lew Liddle Debtor-in-Possession account ("JLL DIP") at Wells Fargo. This included client fee payments and firm expenses.
     A reconciliation of income and expenses related to Liddle and Robinson included in the JLL DIP account was completed on October 22, 2019.
     Please refer to Attachment I - Cash Reconciliation Summary at the end of the November 2019 monthly operating report for details.

# IDB Bank DDA Statement

January 1, 2020 - January 31, 2020 ■ Page 1 of 4 ■ Group Account Number: 564970



**IDB BANK**

It's personal

0009090        SP        9067        -C09-P00000-I

LIDDLE & ROBINSON LLP
JONATHAN L FLAXER AS TRUSTEE
C/O GEAB&P LLP
711 3RD AVE
NEW YORK, NY  10017

### Customer Service

 Main Office
511 Fifth Avenue
New York, NY 10017

 Telephone
(212) 551-8500        Officer Code: 956

 Hours of Operation
Monday – Friday 9:00 AM – 4:30 PM

 Mobile
Download
IDB Mobile App
(Coming Soon)         Online
www.idbny.com

### You and IDB Bank

Thank you for being a loyal client of IDB Bank. We value your business and your trust in our organization and will continue to provide you with the unparalleled personal service you have come to expect from IDB Bank.

## US PVT Banking MM BUS                        Member FDIC

Account Title: **LIDDLE & ROBINSON LLP**
Account Number: xxxxxx7401

### Activity Summary

| | Count | |
|---|---|---|
| Beginning balance on 01/21 | | $0.00 |
| Deposits/Credits | 2 | $2,504,000.00 |
| Interest Earned | | $898.07 |
| Checks/Debits | 1 | $35.55 |
| Service Charges | | — |
| ATM Withdrawals | 0 | — |
| POS Withdrawals | 0 | — |
| Interest Withheld | | — |
| Overdraft Interest Charges | | — |
| Ending balance on 01/31 | | $2,504,862.52 |

### Interest Summary

| | |
|---|---|
| Annual percentage yield earned | 1.65% |
| Interest paid this period | $898.07 |
| Interest paid year-to-date | $898.07 |
| Days in statement period | 10 |

| | Total for this period | Total Year-to-Date |
|---|---|---|
| Total overdraft fees | $0.00 | $0.00 |
| Total returned item fees | $0.00 | $0.00 |

### Transaction History

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | Beginning balance on 01/21 | | | $0.00 |
| 01/22 | CHECK DEPOSIT | | $2,500,000.00 | $2,500,000.00 |
| 01/23 | DELUXE BUS SYS. BUS PRODS JONATHAN FLAXER | $35.55 | | $2,499,964.45 |
| 01/24 | CHECK DEPOSIT | | $4,000.00 | $2,503,964.45 |
| 01/31 | INTEREST CREDIT | | $898.07 | $2,504,862.52 |
| | Ending balance on 01/31 | | | $2,504,862.52 |

January 1, 2020 – January 31, 2020 ■ Page 2 of 4 ■ Group Account Number: 564970



🖥 **Things to Remember:**
To help you BALANCE YOUR CHECKING ACCOUNT, visit (https://www.idbny.com/pdfs/statementbalance.pdf) to view or download a printable version of the How to Balance Your Account Worksheet.



January 1, 2020 - January 31, 2020 ■ Page 3 of 4 ■ Group Account Number: 564970



**IDB BANK**

It's personal

## For Consumer Accounts Only (An Account Established Primarily For Personal, Family Or Household Purposes):

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Electronic transfers (called transfers below) mean (a) deposits, withdrawals, or payments made at an ATM or store terminal, (b) bill payer transfers, (c) all other electronic transfers (e.g. payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE US AS SOON AS YOU CAN – USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.

2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## For Domestic Commercial/Business Accounts and International Customers Only:

### HOW WE CALCULATE FINANCE CHARGES RESULTING FROM DISCRETIONARY PAYMENT OF OVERDRAFTS

If any overdrafts are incurred in your account during a statement period that are approved for payment at our sole discretion, that overdraft amount will be subject to a Finance Charge based on the Annual Percentage Rate, which is disclosed on the Commercial/Business Accounts and International Customers Schedule of Fees. The Finance Charge shown on the front of your statement is computed as follows:

1) The overdraft portion of your balance, which includes previous finance charges, is added on each day of the statement cycle, after all payments, advances and any cash adjustments have been posted.

2) This total is then divided by the number of days in the statement cycle to arrive at the average daily balance.

3) The average daily balance is then multiplied by the daily periodic rate (1/365th of the Annual Percentage Rate, except for business accounts, which is based on 1/360th.)

4) This amount is then multiplied by the number of days in the statement cycle to arrive at the FINANCE CHARGE.

## For Customers with Basic Banking Accounts Only:

You are allowed a maximum of eight (8) withdrawals during each statement cycle (approximately a 30 day period) without the imposition of an Excessive Withdrawal Service Fee. An Excessive Withdrawal Service Fee will be imposed if you make more than eight (8) withdrawals during any periodic statement cycle. For more information on Excessive Withdrawals Service Fee, please refer to the "Basic Banking Account - Basic Terms and Conditions" disclosure provided to you at account opening or speak with your Account Officer.

We will not charge you for any withdrawal you make using IDB Bank ATMs. Other fees might be charged at non-propriety ATMs by the providing bank in the amount posted at the respective ATM. If your linked account does not have sufficient funds to cover your withdrawal transaction, the transaction will not be authorized.

A withdrawal will be deemed to be made when recorded on the books of IDB Bank, which is not necessarily the date that you initiated the transaction.

## For Customers with Global Wealth Management Accounts Only:

### INVESTMENT PROCESS

The asset allocation process develops both long-term (strategic) and shorter-term (tactical) recommendations. The strategic returns are developed using five-year risk, return and correlation projections to generate the highest expected return for a given level of risk. The objective of the tactical recommendations is to highlight investment opportunities during the next 12 months where the Investment Policy Committee sees either increased opportunity or risk.

The asset allocation recommendations are developed through the Tactical Asset Allocation, Capital Markets Assumptions and Investment Policy.

*Important Information:* There are risks involved in investing including possible loss of principal. There is no guarantee that the investment objectives of any fund or strategy will be met. Risk controls and models do not promise any level of performance or guarantee against loss of principal.

*Past performance is no guarantee of future results. Index performance returns do not reflect any management fees, transaction costs or expenses. It is not possible to invest directly in any index. Returns of the indexes do not typically reflect the deduction of investment management fees, trading costs or other expenses. Indexes are the property of their respective owners, all rights reserved.*

*Investment involves risks. International investing involves additional risks, including risks related to foreign currency, limited liquidity, less government regulation and the possibility of substantial volatility due to adverse political, economic or other developments.*

For the hearing impaired only, use the Bank's Telecommunications Device for the Deaf at:

- (212) 551-8540 (for New York area customers);

- (310) 276-8437 (for California area customers); or

- (305) 682-3792 (for Florida area customers).

Form IDB 2002 (Rev. 03/12)

# M&T Bank

FOR INQUIRIES CALL:    **BRYANT PARK OFFICE**
**(212) 921-5606**

00    0 00539M M2 077

000000                                      P

**LIDDLE & ROBINSON LLP**
**DEBTOR IN POSSESSION**
**CASE # 19-12346**
**JONATHAN FLAXER, TRUSTEE**
**711 THIRD AVE**
**17TH FL**
**GOLENBOCK EISEMAN ASSOR BELL & PESKOE**
**NEW YORK NY 10017**

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▮▮▮9024 | 01/01/20 - 01/31/20 |

| | |
|---|---|
| BEGINNING BALANCE | $2,724,927.67 |
| DEPOSITS & CREDITS | 109,537.50 |
| LESS CHECKS & DEBITS | 2,770,887.94 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $63,577.23 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2020 | BEGINNING BALANCE | | | $2,724,927.67 |
| 01/02/2020 | INCOMING FEDWIRE FUNDS TRANSFER | $2,500.00 | | |
| 01/02/2020 | CHECK NUMBER    1064 | | $261,232.76 | 2,466,194.91 |
| 01/03/2020 | INCOMING CHIPS FUNDS TRANSFER | 50,000.00 | | |
| 01/03/2020 | DEPOSIT | 7,037.50 | | |
| 01/03/2020 | PAYX-PIA-WC WC-PREMIUM    0000034753443 | | 45.38 | |
| 01/03/2020 | CHECK NUMBER    1058 | | 274.05 | 2,522,912.98 |
| 01/06/2020 | PAYCHEX EIB INVOICE    X85268500000361 | | 1,249.03 | |
| 01/06/2020 | CHECK NUMBER    1059 | | 7,902.53 | 2,513,761.42 |
| 01/07/2020 | E STIEGLITZ SENDER    449665826 | 50,000.00 | | 2,563,761.42 |
| 01/17/2020 | PAYX-PIA-WC WC-PREMIUM    0000034833866 | | 45.38 | 2,563,716.04 |
| 01/22/2020 | DELUXE BUS SYS. BUS PRODS  86958005 | | 138.81 | 2,563,577.23 |
| 01/23/2020 | CHECK NUMBER    1151 | | 2,500,000.00 | 63,577.23 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 4 | 4 | |

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1,2, & 3.

**STEP 1** **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$

**STEP 6** **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$

**STEP 7** **Enter the total of STEPS 5 & 6.**

$

**STEP 8** **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4).**

$

**STEP 9** **Subtract STEP 8 from STEP 7** and enter the difference here.

$
This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services,
please contact your M&T Relationship Manager or the Commercial Service Team
at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

# M&T Bank

L018 (11/16)                                                                                            ©2016 M&T Bank, Member FDIC.

# citibank®

**CitiBusiness®**

Citibank CBO Services    787
P.O. Box 6201
Sioux Falls, SD 57117-6201

00005273 BB CCC 016 JSW0#5NC AM1   GRC 0

001/R11B4F000

000
CITIBANK, N. A.

00004623
K301

LIDDLE & ROBINSON LLP
Attorney Trust
1177 AVE OF THE AMERICAS  Floor 7
NEW YORK              NY 10036

**Control Account:**
2441
**Statement Period**
Dec 17 - Jan 16, 2020

Page 1 of 3

## CitiEscrow CONTROL ACCOUNT DETAIL FROM DEC 17, 2019 THRU JAN 16, 2020

### CitiEscrow Control Checking

2441

| | | **Beginning Balance:** | | $75,000.00 |
| | | **Ending Balance:** | | $75,000.00 |

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 01/16 | INTEREST EARNED | | 66.82 | 75,066.82 |
| 01/16 | INTEREST DEBIT | 66.82 | | 75,000.00 |
| | **Total Debits/Credits** | **66.82** | **66.82** | |

| Your CitiEscrow Control Checking Account Rates | | |
|---|---|---|
| For Balances of: | $0 to $99,999 | $100,000 and over |
| 12/17 - 1/16 | 1.050% | 1.050% |

### Average Balance Information

| | |
|---|---|
| Average Ledger Balance this Statement Period | 75,000.00 |
| Average Collected Balance this Statement Period | 75,000.00 |
| Total Interest Earned Since Jan 1 | 66.82 |

63

Citibank CBO Services    787
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/20F000

003
CITIBANK, N. A.

**Control Account:**
2441
**Statement Period**
Jan 17 - Feb 18, 2020

LIDDLE & ROBINSON LLP
Attorney Trust
1177 AVE.OF THE AMERICAS  Floor 5TH
NEW YORK            NY 10036

Page 1  of  3

## CitiEscrow CONTROL ACCOUNT DETAIL FROM JAN 17, 2020 THRU FEB 18, 2020

### CitiEscrow Control Checking

| 2441 | | | | |
|---|---|---|---|---|
| | | **Beginning Balance:** | | $75,000.00 |
| | | **Ending Balance:** | | $100.00 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 01/21 | CHECK NO:      1465 | 1,437.50 | | 73,562.50 |
| 01/27 | FUNDS TRANSFER | | 49,738.94 | 123,301.44 |
| | WIRE FROM OTR GL OBAL LLC          Jan 27 | | | |
| 01/28 | CBUSOL TRANSFER DEBIT | 32,177.88 | | 91,123.56 |
| | McKenna-Award payment | | | |
| 02/06 | CHECK NO:      1466 | 17,561.06 | | 73,562.50 |
| 02/14 | CHECK NO:      1467 | 73,462.50 | | 100.00 |
| 02/18 | INTEREST EARNED | | 65.27 | 165.27 |
| 02/18 | INTEREST DEBIT | 65.27 | | 100.00 |
| | **Total Debits/Credits** | **124,704.21** | **49,804.21** | |

| Your CitiEscrow Control Checking Account Rates | | |
|---|---|---|
| For Balances of: | $0 to $99,999 | $100,000 and over |
| 1/17 - 2/18 | 1.050% | 1.050% |

### Average Balance Information

| | |
|---|---|
| Average Ledger Balance this Statement Period | 68,902.68 |
| Average Collected Balance this Statement Period | 68,902.68 |
| Total Interest Earned Since Jan 1 | 132.09 |

LIDDLE & ROBINSON LLP
Attorney Trust

Account   4978162441

Page 3 of 3

001/R1/20F000

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:

Escrow Deposit Account

YOU CAN CALL:

877-528-0990
(For Speech and Hearing
Impaired Customers Only
TDD: 800-788-0002)

YOU CAN WRITE:

CitiBusiness
100 Citibank Drive
San Antonio, TX 78245-9966

For change in address, call your account officer or visit your branch.

© 2020 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

# citibank®

**CitiBusiness®**

Citibank CBO Services    806
P.O. Box 6201
Sioux Falls, SD 57117-6201

00044544 BB CCC 304 JSW1#5NC AM1  03X 0

001/R1/04F030

000
CITIBANK, N. A.

**Control Account:**
███████1618
**Statement Period**
Oct 1 - Oct 31, 2019

00017692
K210

LIDDLE & ROBINSON LLP
Attorney Trust
800 THIRD AVENUE Floor 9
NEW YORK            NY 10022

Page 1 of 3

---

## CitiEscrow CONTROL ACCOUNT DETAIL FROM OCT 1, 2019 THRU OCT 31, 2019

### CitiEscrow Control Checking

████1618

| | | Beginning Balance: | $200.00 |
| | | Ending Balance: | $200.00 |

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 10/31 | INTEREST EARNED | | 0.03 | 200.03 |
| 10/31 | INTEREST DEBIT | 0.03 | | 200.00 |
| | Total Debits/Credits | 0.03 | 0.03 | |

| Your CitiEscrow Control Checking Account Rates | | | |
|---|---|---|---|
| For Balances of: | $0 to $24,999 | $25,000 to $99,999 | $100,000 and over |
| 10/01 - 10/31 | 0.200% | 0.200% | 1.200% |

### Average Balance Information

| | |
|---|---|
| Average Ledger Balance this Statement Period | 200.00 |
| Average Collected Balance this Statement Period | 200.00 |
| Total Interest Earned Since Jan 1 | 0.30 |

LIDDLE & ROBINSON LLP
Attorney Trust

Account ██████ 1618          Page 2 of 3          001/R1/04F030

( Purposely left blank )

**citibank**®

**CitiBusiness**®

LIDDLE & ROBINSON LLP
Attorney Trust

Account ███████1618    Page 3 of 3

001/R1/04F030
R

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:

Escrow Deposit Account

YOU CAN CALL:

877-528-0990
(For Speech and Hearing
Impaired Customers Only
TDD: 800-788-0002)

YOU CAN WRITE:

CitiBusiness
100 Citibank Drive
San Antonio, TX 78245-9966

For change in address, call your account officer or visit your branch.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.