| | |
|---|---|
| Michael S. Weinstein, Esq.<br>GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>711 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 907-7300<br>Facsimile: (212) 754-0330 | **Hearing Date:**<br>**March 18, 2020 at 2:00 p.m. (ET)**<br><br>**Last Date to Object:**<br>**March 11, 2020 at 5:00 p.m. (ET)** |

*Counsel for Jonathan L. Flaxer, Chapter 11 Trustee for Liddle & Robinson, L.L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
In re                                                        :    Chapter 11
                                                             :
LIDDLE & ROBINSON, L.L.P.,                                   :    Case No. 19-12346 (SHL)
                                                             :
                        Debtor.                              :    Jointly Administered with 19-10747 (SHL)
-------------------------------------------------------------------X

# NOTICE OF MOTION OF JONATHAN L. FLAXER, CHAPTER 11 TRUSTEE, PURSUANT TO SECTIONS 105(a), 363(b) AND 541 OF THE BANKRUPTCY CODE (I) AUTHORIZING PAYMENT OF CERTAIN PREPETITION TAXES AND (II) AUTHORIZING PAYMENT OF CERTAIN PREPETITION WAGES, COMPENSATION AND EMPLOYEE BENEFITS

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") shall be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **March 18, 2020 at 2:00 p.m. (Eastern Time)** or as soon thereafter as counsel may be heard, to consider the motion (the "**Motion**") of Jonathan L. Flaxer, solely in his capacity as the Chapter 11 Trustee (the "**Trustee**") for the estate (the "**Estate**") of Liddle & Robinson, L.L.P. (the "**Debtor**"), and by and through his undersigned counsel, Golenbock Eiseman Assor Bell & Peskoe LLP, for entry of an order (i) authorizing payment of certain prepetition taxes, and (ii) authorizing payment of certain prepetition wages, compensation, and employee benefits, pursuant to sections 105(a),

3440374.1

363, and 541 of chapter 11 of title 11 of the United States Code (as amended, the "**Bankruptcy Code**").

**PLEASE TAKE FURTHER NOTICE** that, objections to the relief requested in the Motion, if any, must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set forth the name of the objecting party, the basis for the objection and the specific grounds therefor, and must be filed with the Bankruptcy Court electronically on or before **5:00 p.m. (Eastern Time) on March 11, 2020** in accordance with General Order M-399 (General Order M-399 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers of the Honorable Sean H. Lane), and any objection must further be served so as to be received on or before **5:00 p.m. (Eastern Time) on March 11, 2020** by: (i) Golenbock Eiseman Assor Bell & Peskoe LLP, counsel to the Trustee, 711 Third Avenue, New York, New York 10017 (Attn: Michael S. Weinstein, Esq.); (ii) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Andrea Schwartz, Esq.); and (iii) all other parties entitled to service in this chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that, the Hearing may be adjourned from time to time without further notice to any creditor or other party in interest other than the announcement of the adjourned date(s) in open court on the date of the Hearing or at any adjourned date thereof.

Dated: New York, New York
        February 28, 2020

3440374.1

**GOLENBOCK EISEMAN ASSOR BELL
 & PESKOE LLP**
711 Third Avenue
New York, NY 10017
(212) 907-7300

By:    /s/ Michael S. Weinstein
          Michael S. Weinstein

*Counsel for Jonathan L. Flaxer, Chapter
11 Trustee for Liddle & Robinson, L.L.P.*

3440374.1