UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re                                    : Chapter 11
                                         :
LIDDLE & ROBINSON, L.L.P.,               : Case No. 19-12346 (SHL)
                                         :
                    Debtor.              : Jointly Administered with 19-10747 (SHL)
                                         :
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

**ROBERT ROSENGARTEN**, being duly sworn, deposes and says:

1. I am over the age of 18 years, and am not a party to this proceeding. I reside in Union County New Jersey.

2. On March 17, 2020, I caused to be served (i) via CM/ECF upon all parties receiving electronic notice, (ii) via email on all parties on Exhibit 1, (iii) via Federal Express upon all parties on Exhibit 2 and (iv) via First Class Mail on all parties on Exhibit 3 the following documents: **(A) Trustee's Notice of Filing Revised Proposed Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof (B) Notice of Agenda for Matters Scheduled for Hearing on Wednesday March, 18, 2020**

_____
Robert Rosengartgen

Sworn to before me on this
19th day of March, 2020

_____
Notary Public

BEVERLY S. OPPENHEIM-PATTERSON
Notary Public, State of New York
No. 01OP4956882
Qualified in Queens County
Certificate Filed in New York County
Commission Expires October 2, 2021

**EXHIBIT 1**

Jeffrey Lew Liddle
420 East 54th Street
Apt. 713
New York, NY 10022
jliddle@liddlerobinson.com

Alison D. Bauer
William F. Gray, Jr.
FOLEY HOAG LLP
1301 Avenue of the Americas
25th Floor
New York, NY 10019
abauer@foleyhoag.com
wgray@foleyhoag.com

Andrea B. Schwartz
Office of the United States Trustee (Region 2)
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
andrea.b.schwartz@usdoj.gov
USTPRegion02.NYECF@usdoj.gov

Andrea M. Paparella
150 West 28th Street, Ste. 1603
New York, NY 10001
ap@andreapaparella.com

Effat S. Emamian
c/o Andrew Lavoott Bluestone
233 Broadway, Ste. 2702
New York, NY 10279
effatemamian@luxsci.net

Michael Barr
c/o Alan Heller
Garvey Schubert Barer, PC
100 Wall Street, 20th Fl.
New York, NY 10005
aheller@gsblaw.com

M&T Bank
Legal Document Processing
626 Commerce Drive
Amherst, NY 14228
jdubuc@schillerknapp.com

Counsel Financial Holdings LLC
6400 Main Street, Ste. 120
Williamsville, NY 14221
dhw@dhclegal.com

Joseph P. Day Realty
9 East 40th Street, 8th Floor
New York, NY 10016
nick8003rd@aol.com

LIG Capital
6400 Main Street, Ste. 120
Williamsville, NY 14221
dhw@dhclegal.com

800 Third Avenue Associates LLC
c/o Jeffrey Klarsfeld, Esq.
10 East 40th Street
46th Floor
New York, NY 10016
jklarsfeld@plattelaw.com

DeLage Landen Fin'l Services, Inc. c/o Bryan E. Wolkind, Esq.
Foster & Wolkind, P.C. 80 Fifth Avenue, Suite 1401 New York, NY 10011-8002
bwolkind@foster-wolkind.com

Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
rshank@kasowitz.com

Veritext New York Reporting Co
PO Box 71303
Chicago, IL 60694-1303
dneiderfer@veritext.com

Dr. Areta Podhorodecki
44 St. Marks Place
New York, NY 10003
areta.daria@gmail.com

Eisner, LLP
152 West 57th Street
48th Floor
New York, NY 10019-3310
lcorwin@eisnerlaw.com
rfoley@eisnerlaw.com

Bret Losquadro
South Shore Auto Works
19 The Green
Shirley, NY 11967
southshoreautoworks@live.com

Anthony Losquadro
4986 SouthEast Inkwood Way
Hobe Sound, FL 33455
tonmar52@aol.com

Quintus von Bonin
11 Foster Lane
Westhampton Beach, NY 11978
sqvb@vonbonin.com

Receiver of Taxes
Town of Southampton
116 Hampton Road
Southampton, NY 11968
cwatts@southamptontownny.gov

Blank Rome LLP
Attn. Finance Dept.
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-2757
dmbrown@blankrome.com

CitiCard Mastercard
PO Box 9001037
Louisville, KY 40290-1037
citicards@info.citibank.com

Globe Storage & Moving Co.
c/o Law Firm of Elias Schwartz
343 Great Neck Road
Great Neck, NY 11021
afleisher@globemoving.com

Solarus Technologies 14
Penn Plaza, Suite 1402
New York, NY 10122
matthew@solarustech.com

Hon. Melvin L. Schweitzer
1050 Park Avenue, Apt 13A
New York, NY 10028
mschweit715@gmail.com

Canon Financial Services, Inc.
c/o Platzer, Swergold, Levine, Goldberg,
Katz & Jaslow, LLP
475 Park Ave South
New York, NY 10016
stephanielevine@platzerlaw.com

Iron Mountain Records Mgmt
PO Box 27128
New York, NY 10087-7128
curtis.winters@iqor.com

Bloomberg BNA
PO Box 17009
Baltimore, MD 21297-1009
dbrooks@bna.com

Rose Reverendo
811 Floral Avenue
Elizabeth, NJ 07208
rreverendo@liddlerobinson.com

Wilson Elser Moscowitz Edelman
& Dicker LLP
1133 Westchester Avenue
White Plains, NY 10604
nyasha.goodyear@wilsonelser.com

US Legal Support – TX
PO Box 4772-99
Houston, TX 77210-4772
jklok@biaprotect.com

West Group
Thomson Reuters – West
PO Box 6292
Carol Stream IL 60197-6292
jodi.newsom@lawmoss.com

Diane Nardone, Esq.
Escrow Agent
11 Fifth Avenue
New York, NY 10003
dcnardone@gmail.com

Arnold E. Reiter, Esq.
Attorney for Tara J. Liddle
Reiter Law Firm
75 Montebello Road
Suffern, NY 10901
areiter@reiterlawfirm.com

Jeffrey K. Cymbler
NYS Department of Taxation & Finance
15 MetroTech Center
Brooklyn, NY 11201
Jeffrey.Cymbler@tax.ny.gov

Wesley T. Kozeny, Esq.
Kozeny & McCubbin, LC
12400 Olive Blvd. Ste. 555
St. Louis, MO 63141
nybk@km-law.com

James Halter, Esq.
Rasco Klock Perez & Nieto, LLC
555 Fifth Avenue, 17th Fl.
New York, NY 10017
jhalter@rascoklock.com

John M. Dubuc, Esq.
Schiller, Knapp, Lefkowitz & Hertzel,
LLP 950 New Loudon Road, Suite 109
Latham, NY 12110
jdubuc@schillerknapp.com

Peter B. Foster
80 Fifth Avenue
Suite 1203
New York, NY 10011-8002
pfoster@foster-wolkind.com

David Koch
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
dkoch@kasowitz.com

Joshua Siegel
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
jsiegel@kasowitz.com

Evan J. Zucker
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
ezucker@blankrome.com

Michael Wexelbaum
Davidoff Hutcher & Citron LLP
605 Third Avenue
New York, NY 10158
mw@dhclegal.com

Blaine Bortnick
Rasco Klock Perez & Nieto LLC
555 Fifth Avenue, 17th Floor
New York, NY 10017
bbortnick@rascoklock.com

Michael David Katz
Davidoff Hutcher & Citron LLP
605 Third Avenue, 34th Floor
New York, NY 10158
mdk@dhclegal.com

Kara Marie Steger
Foster Garvey P.C.
100 Wall Street, 20th Floor
New York, NY 10005
kara.steger@foster.com

Nolan Mahoney
Franzino & Scher LLC
120 West 45th Street, Suite 2801
New York, New York 10036
nmahoney@franzscherlaw.com
ffranzino@franzscherlaw.com

Steven M. Warshawsky 350
Fifth Avenue, 59th Floor New
York, NY 10118
smw@warshawskylawfirm.com

NYS DEPT. OF LABOR
STATE OFFICE CAMPUS
BLDG #12, RM #256
ALBANY, NY 12240
nysdol@labor.state.ny.us

Counsel Financial II, LLC c/o
David H. Wander, Esq.
Davidoff Hutcher & Citron
LLP 605 Third Avenue
New York, NY 10158
dhw@dhclegal.com

Randolph E. White
White & Wolnerman, PLLC
950 Third Avenue, 11th Floor
New York, NY 10022
rwhite@wwlawgroup.com

Christopher M. Caparelli
Torys LLP
1114 Avenue of the Americas, 23rd Floor
New York, New York 10036
ccaparelli@torys.com

# EXHIBIT 2
# FEDEX SERVICE LIST

Honorable Sean Lane
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York New York 10004-1408

Andrea B. Schwartz
United States Trustee (Region 2)
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

**EXHIBIT 3**
**FIRST CLASS MAIL SERVICE LIST**

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Arantxa King
2335 First Avenue, Apt. 2D
New York, NY 10035

Alex M. Rissmiller
254 West 71st Street, Apt. 3A
New York, NY 10023

Craig S. Tarasoff
245 E. 63rd Street, #1409
New York, NY 10065

Rose Reverendo
811 Floral Avenue
Elizabeth, NJ 07208

Sherry M. Shore
200 E. 23rd Street, #3J
New York, NY 10016

Joseph Ortiz
555 Kapock Street, Apt. 7S
Bronx, NY 10463

Marcos Nadal
35 Davenport Avenue, #1J
New Rochelle, NY 10805

3444055.1