Alison D. Bauer
William F. Gray, Jr.
Jiun-Wen Bob Teoh
FOLEY HOAG LLP
1301 Avenue of the Americas, 25th Floor
New York, New York 10019
Tel: (646) 927-5500
Fax: (646) 927-5599
*Attorneys for Jeffrey Lew Liddle*

Michael J. Licker
Meredith S. Parkinson
James Fullmer
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel: (617) 832-1000
Fax: (617) 832-7000

Michael S. Weinstein
GOLENBOCK EISEMAN ASSOR BELL &
PESKOE
711 Third Avenue
New York, New York 10019
Tel: (212) 907-7300
Fax: (212) 754-0330
*Attorneys for Chapter 11 Trustee to Liddle & Robinson, L.L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| JEFFREY LEW LIDDLE, | Case No. 19-10747 (SHL) |
| Debtor | Jointly Administered with 19-12346 (SHL) |
| In re | Chapter 11 |
| LIDDLE & ROBINSON, L.L.P., | Case No. 19-12346 (SHL) |
| Debtor | Jointly Administered with 19-10747 (SHL) |

## NOTICE OF SCHEDULING OMNIBUS HEARING DATES

**PLEASE TAKE NOTICE** that, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following omnibus hearing date (the "Omnibus Hearing") in the above-captioned matters:

B5113561.1

## APRIL 30, 2020 AT 10:00 A.M. (EASTERN TIME)

**PLEASE TAKE FURTHER NOTICE** that all Omnibus Hearings will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in Room 701 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Dated: March 23, 2020
      New York, New York

Respectfully submitted,

*/s/ Alison D. Bauer*
FOLEY HOAG LLP
Alison D. Bauer
William F. Gray
Jiun-Wen Bob Teoh
1301 Avenue of the Americas, 25th Floor
New York, New York 10019
Tel:   646.927.5500
Fax:  646.927.5599
abauer@foleyhoag.com
wgray@foleyhoag.com
jteoh@foleyhoag.com

Michael J. Licker
Meredith S. Parkinson
James Fullmer
155 Seaport Boulevard
Boston, Massachusetts 02210
Tel: (617) 832-1000
Fax: (617) 832-7000
mlicker@foleyhoag.com
mparkinson@foleyhoag.com
jfullmer@foleyhoag.com

*Attorneys for Jeffrey Lew Liddle Debtor
and Debtor-in-Possession*

B5113561.1

/s/ Michael S. Weinstein
Michael S. Weinstein
GOLENBOCK EISEMAN ASSOR BELL
& PESKOE
711 Third Avenue
New York, New York 10019
Tel: (212) 907-7300
Fax: (212) 754-0330

*Attorneys for Chapter 11 Trustee to Liddle & Robinson, L.L.P.*

B5113561.1