UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| JEFFREY LEW LIDDLE, | Case No. 19-10747 (SHL) (Jointly Administered) |
| Debtor. | |
| In re | Chapter 11 |
| LIDDLE & ROBINSON, L.L.P.,[1] | Case No. 19-12346 (SHL) (Jointly Administered) |
| Debtor. | |

**ORDER APPROVING AGREEMENT WITH**
**MICHAEL BARR PURSUANT TO SECTION 9019 OF THE BANKRUPTCY RULES**

Upon the Amended Motion (the "Amended Motion") of Jeffrey Lew Liddle, and Liddle & Robinson, L.L.P. ("Liddle & Robinson" or the "Firm"), as debtors and debtors-in-possession (the "Debtors") [Case No. 19-10747, Docket No. 338; Case No. 19-12346, Docket No. 249], for entry of an order pursuant to section 105(a) and 363 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for approval of the settlement agreement (the "Settlement Agreement"), by and among Michael Barr ("Barr") and the Debtors, and it appearing that the Settlement Agreement accomplishes a sound business purpose, is fair and equitable and is in the best interests of creditors and the bankruptcy estates, and after due deliberation and good and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Amended Motion is granted; and it is further

---

[1] The last four digits of Liddle & Robinson, L.L.P.'s taxpayer identification number are 6440.

B5097730.1

**ORDERED** that the Settlement Agreement is approved in all respects and the parties thereto are bound by the terms thereof pursuant to sections 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019.

Dated: April 2, 2020  
       New York, New York

*/s/ Sean H. Lane*

HONORABLE SEAN H. LANE  
UNITED STATES BANKRUPTCY JUDGE

B5097730.1