UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Liddle & Robinson LLP
Debtor

Case No. 19-12346
Reporting Period: March 1, 2020 - March 31, 2020

Federal Tax I.D. # 6440 (last four digits)

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | N/A | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | X |
| Balance Sheet | MOR-3 | X | X |
| Status of Post-petition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | N/A | |
| Copies of tax returns filed during reporting period | | N/A | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
| Listing of Aged Accounts Payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | X |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor — Date 4/20/20

Signature of Authorized Individual* Jonathan L Flaxer, as Trustee — Date 4/20/20

Printed Name of Authorized Individual: Jonathan L. Flaxer, Trustee — Date 4/20/20

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re: Liddle & Robinson LLP**
Debtor

**Case No. 19-12346**
**Reporting Period: March 1, 2020 - March 31, 2020**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** [1] | $2,507,472 | $144,218 |
| **Cash Receipts** | | |
| L&R Income | $ 64,966 | $ 3,853,233 |
| Other | 2,874 | 10,351 |
| Transfer | 2,200,000 | 4,854,518 |
| **Total Cash Receipts** | **$ 2,267,840** | **$ 8,718,103** |
| **Cash Disbursements** | | |
| Rent | $ - | $ (108,121) |
| Attorney Payroll | (27,026) | (240,473) |
| Headhunter | - | (32,500) |
| JLL Draw | - | (150,000) |
| Staff Payroll | (14,445) | (83,797) |
| New Hire (Paralegal/Assistant) | - | - |
| Insurance (Health / Life / Other) | (22,317) | (92,044) |
| Malpractice Insurance | (5,568) | (51,279) |
| Utilities | - | - |
| Office Services (Solarus Technologies) | (2,000) | (16,000) |
| Repairs/Maintenance | - | - |
| Other Operating Expenses | (9,115) | (440,679) [2] |
| Accounting Services | - | (20,000) |
| Taxes | (11,500) | (11,500) |
| Bank Fees | (10) | (282) |
| Transfer | (2,200,000) | (4,854,518) |
| **Total Ordinary Disbursements** | **$ (2,291,981)** | **$ (6,101,195)** |
| Reorganization Items | | |
| UST Fees | $ - | $ (6,826) |
| Bankruptcy Counsel | - | (261,233) |
| Accountants | - | (9,737) |
| Unsecured Creditors Professionals | - | - |
| Total Reorganization Items | $ - | $ (277,796) |
| **Total Disbursements (Ordinary + Reorg)** | **$ (2,291,981)** | **$ (6,378,990)** |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | **$ (24,141)** | **$ 2,339,112** |
| **Beginning Bank Cash** | $2,507,472 | $ 144,218 |
| Net Cash Flow | (24,141) | 2,339,112 |
| **Ending Cash Balance** | **$ 2,483,331** | **$ 2,483,331** |

## THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Total Disbursements** | $ 2,291,981 | $ 6,378,990 |
| Less: Transfers to Other Debtor In Possession Accounts | (2,200,000) | (305,781) |
| Plus: Estate Disbursements made by outside sources (i.e. from escrow accounts) | - | - |
| **Total Disbursements for Calculating U.S. Trustee Quarterly Fees** | **$ 91,981** | **$ 6,073,209** |

**Notes:**

[1] The initial cash balance recorded in the Liddle & Robinson ("L&R") monthly operating report ("MOR") for July, 2019 was overstated in error. The overstatement is due to the inclusion of cash receipts that were in Jeffrey Lew Liddle's ("JLL") Wells Fargo DIP account which he collected on behalf of L&R. These cash receipts were included in the July 2019 MOR cash balance but they should have been offset against expenses JLL paid on behalf of the L&R estate. This was a clerical accounting error.

In November of 2019, a reconciliation was performed to determine the amounts due to or from JLL for payments he received and made on behalf of the L&R estate. This reconciliation resulted in a net settlement to the JLL estate of $305,781 and was reflected in the November 2019 L&R MOR. However, this reconciliation and settlement did not correct the clerical accounting error related to the balance sheet cash.

In January of 2020 the mistakes made in the prior preparation of the L&R MOR's were discovered and beginning cash in the January MOR has been corrected so that cash now reconciles to the bank statements.

[2] Cumulative column includes reimbursements to the JLL DIP account. Please refer to the November 2019 monthly operating report for additional details (Attachment I).

In re **Liddle & Robinson LLP**                                   **19-12346**
  Debtor                                                          **March 1, 2020 - March 31, 2020**

# BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | IDB #7401 | IDB #0399 | IOLA #2441 | IOLA #1618 | TOTAL |
|---|---|---|---|---|---|
| **BALANCE PER BOOKS** | $ 281,565 | $ 2,201,465 | $ 100 | $ 200 | $ 2,483,331 |
| **BANK BALANCE** | $ 281,565 | $ 2,201,465 | $ 100 | $ 200 | $ 2,483,331 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | $ - | $ - | $ - | $ - | $ - |
| (-)  OUTSTANDING CHECKS *(ATTACH LIST)* : | $ - | $ - | $ - | $ - | $ - |
| OTHER  *(ATTACH EXPLANATION)* | $ - | $ - | $ - | $ - | $ - |
| **ADJUSTED BANK BALANCE \*** | $ 281,565 | $ 2,201,465 | $ 100 | $ 200 | $ 2,483,331 |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ck. # | Amount |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL** | $ - | | $ - | |

**OTHER**

_____

_____

_____

**In re: Liddle & Robinson LLP**
Debtor

**Case No. 19-12346**
**Reporting Period: March 1, 2020 - March 31, 2020**

## CASH RECEIPTS

| Description | Account | Date | Amount | Category |
|---|---|---|---|---|
| Transfer | IDB #0399 | 3/10/2020 | $ 2,200,000 | Transfer to IDB #0399 |
| Deposit | IDB #7401 | 3/16/2020 | 24,990 | Cash collections - Client Fee Payment |
| Other | IDB #7401 | 3/23/2020 | 100 | Bank Fee Reversal |
| Deposit | IDB #7401 | 3/24/2020 | 39,976 | Cash collections - Client Fee Payment |
| Other | IDB #7401 | 3/31/2020 | 1,308 | Bank Interest Credit |
| Other | IDB #0399 | 3/31/2020 | 1,465 | Bank Interest Credit |
| **Total Cash Receipts** | | | **$ 2,267,840** | |

**In re: Liddle & Robinson LLP**
Debtor

**Case No. 19-12346**
**Reporting Period: March 1, 2020 - March 31, 2020**

**DISBURSEMENTS**

| Payee | Account | Date | Amount | Purpose |
|---|---|---|---|---|
| Solarus Technologies | IDB #7401 | 3/3/2020 | $ 2,000 | Office Services (Solarus Technologies) |
| AFCO | IDB #7401 | 3/3/2020 | 5,568 | Malpractice Insurance |
| Oxford Health Insurance | IDB #7401 | 3/3/2020 | 5,918 | Insurance (Health / Life / Other) |
| Globe Storage & Moving | IDB #7401 | 3/3/2020 | 7,903 | Other Operating Expenses |
| Principal Life Insurance | IDB #7401 | 3/3/2020 | 16,400 | Insurance (Health / Life / Other) |
| PACER | IDB #7401 | 3/4/2020 | 18 | Other Operating Expenses |
| Dep Rtn Close Acct #1012 | IDB #7401 | 3/4/2020 | 713 | Other Operating Expenses - Client Refund |
| S/C Dep Rtn | IDB #7401 | 3/4/2020 | 10 | Other Operating Expenses - Client Refund |
| PayChex, Inc. | IDB #7401 | 3/4/2020 | 20,055 | Attorney/Staff Payroll |
| AT&T | IDB #7401 | 3/5/2020 | 273 | Other Operating Expenses |
| Transfer | IDB #7401 | 3/10/2020 | 2,200,000 | Transfer to IDB #0399 |
| NYS Department of Taxation & Finance | IDB #7401 | 3/17/2020 | 1,500 | Taxes |
| MMS Fees Exc | IDB #7401 | 3/18/2020 | 10 | Bank Fees |
| NYC Department of Taxation & Finance | IDB #7401 | 3/18/2020 | 10,000 | Taxes |
| PayChex, Inc. | IDB #7401 | 3/20/2020 | 1,360 | Attorney/Staff Payroll |
| PayChex, Inc. | IDB #7401 | 3/20/2020 | 20,055 | Attorney/Staff Payroll |
| Tyler Morris | IDB #7401 | 3/31/2020 | 199 | Other Operating Expenses - employee reimbursement |
| **Total Disbursements for the Month** | | | **$ 2,291,981** | |

**In re: Liddle & Robinson LLP**
Debtor

**Case No. 19-12346**
**Reporting Period: March 1, 2020 - March 31, 2020**

## STATEMENT OF OPERATIONS

(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| | | Current Month | | Cumulative Filing to Date |
|---|---|---|---|---|
| **Revenue** | | | | |
| Fee Income [1] | $ | 64,966 | $ | 3,815,958 |
| Less: Client Refunds | | (723) | | (4,660) |
| Other | | 2,874 | | 6,127 |
| **Total Revenue** | **$** | **67,117** | **$** | **3,817,426** |
| | | | | |
| **Operating Expenses** | | | | |
| Rent | $ | - | $ | (108,121) |
| Total Payroll | | (41,471) | | (368,021) |
| Health Insurance | | (5,918) | | (42,593) |
| Life Insurance | | (16,400) | | (49,199) |
| Malpractice Insurance | | (5,568) | | (51,279) |
| Client Charges | | - | | (14,999) |
| Office Charges | | - | | (20,623) |
| Accounting Services (Tax / Benefit / Other) | | - | | (22,428) |
| Recruiter Fees | | - | | (32,500) |
| Taxes | | (11,500) | | (11,500) |
| Other Operating Expenses | | (10,403) | | (67,941) |
| **Total Operating Expenses** | **$** | **(91,259)** | **$** | **(789,205)** |
| | | | | |
| **Net Operating Income** | **$** | **(24,141)** | **$** | **3,028,221** |
| | | | | |
| **Reorg Items** | | | | |
| UST Fees | | - | | (6,826) |
| Professional Fees | | - | | (990,096) [2] |
| **Total Reorg Items** | **$** | **-** | **$** | **(996,922)** |
| | | | | |
| **Net Income (Loss)** | **$** | **(24,141)** | **$** | **2,031,299** |

**Note**:

1) Pending the reconciliation of the pre-petition Accounts Receivable balance, Fee Income is reported on a cash basis.

2) Amount is accrued professional fees through 12/31/2019 and have not included any incremental professional fees since as this is prepared on a cash-basis.

**In re: Liddle & Robinson LLP**
Debtor

**Case No. 19-12346**
**Reporting Period: March 1, 2020 - March 31, 2020**

**BALANCE SHEET**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| | Book Value End of Current Month | | Book Value on Petition Date | |
|---|---|---|---|---|
| **ASSETS** | | | | |
| **Current Assets** | | | | |
| Cash | $ | 2,483,331 | $ | 95,207 |
| Accounts Receivable, net [1] | | pending | | pending |
| Total Current Assets | $ | 2,483,331 | $ | 95,207 |
| | | | | |
| Fixed Assets | | 315 | | 525 |
| Prepaid expenses (Security Deposit) | | 17,600 | | 17,600 |
| Other Assets | | - | | - |
| **Total Assets** | **$** | **2,501,245** | **$** | **113,332** |
| | | | | |
| **LIABILITIES AND PARTNER'S CAPITAL** | | | | |
| **Liabilities Not Subject to Compromise** | | | | |
| Accounts Payable [2] | $ | - | $ | - |
| Taxes Payable (refer to FORM MOR-4) | | - | | - |
| Wages Payable [3] | | - | | - |
| Notes Payable | | - | | - |
| Rent / Leases - Building/Equipment | | - | | - |
| Secured Debt / Adequate Protection Payments | | - | | - |
| Professional Fees | | 719,127 | | - |
| Amounts Due to Insiders* | | - | | - |
| Other Post-petition Liabilities (attach schedule) | | - | | - |
| Total Liabilities Not Subject to Compromise | $ | 719,127 | $ | - |
| | | | | |
| **Liabilities Subject to Compromise** | | | | |
| Secured Debt - Disputed in Part | | | | |
| LIG Capital loan | $ | 506,078 | $ | 506,078 |
| LOC-CF Holdings ($1M) | | 1,054,242 | | 1,054,242 |
| LOC-Counsel Fin II | | 5,325,000 | | 5,325,000 |
| Secured Debt - Disputed in Part | | 6,885,319 | | 6,885,319 |
| | | | | |
| Other Secured Debt | $ | 664,954 | | 664,954 |
| Accounts Payable (Pre-petition) | | 538,474 | | 538,474 |
| Other Current Liabilities [4] | | 81,311 | | 50,706 |
| Total Liabilities Subject to Compromise | $ | 8,170,058 | $ | 8,139,453 |
| | | | | |
| **Partner's Capital** | $ | (6,387,939) | $ | (8,026,121) |
| | | | | |
| **Total Liabilities and Partner's Capital** | **$** | **2,501,245** | **$** | **113,332** |

**Notes:** *"Insider" is defined in 11 U.S.C. Section 101(31).
1) See Explanation Regarding Accounts Receivable on page 8.
2) Post-petition amounts are paid current.
3) Wages are paid current.
4) Includes pre-petition taxes payable and other fringe benefits withheld.

**In re: Liddle & Robinson**
Debtor

**Case No. 19-12346**
**Reporting Period: March 1, 2020 - March 31, 2020**

## Explanation Regarding Accounts Receivable

The Debtor recently filed amended and restated monthly operating reports for the previously filed July - October 2019 monthly operating reports pending the reconciliation of the pre-petition Accounts Receivable balance. As part of the accounting review process for 2018/2019, it was discovered that the pre-petition Accounts Receivable balance was not properly reconciled. The Debtor's Accounts Receivable consist primarily of client fee payments related to judgments and settlements of cases. The Income Statement reflects the Fee Income from clients on a cash basis versus an accrual basis. The Debtor has removed all references to Accounts Receivable from the monthly operating report until the amounts have been corrected, and the Trustee is considering whether performing a full reconciliation is either necessary or advisable.

In re **Liddle & Robinson LLP**
Debtor

Case No. **19-12346**
Reporting Period: **March 1, 2020 - March 31, 2020**

## STATUS OF POST-PETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| Federal | Beginning Tax | Amount Withheld and/or Accrued | Amount Paid | Date Paid | Check # or EFT | Ending Tax |
|---|---|---|---|---|---|---|
| Withholding | $ - | $ 2,837 | $ 2,837 | Various | EFT | $ - |
| FICA-Employee | | | | | | |
| FICA-Employer | | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:__________ | | | | | | |
| Total Federal Taxes | $ - | $ 2,837 | $ 2,837 | | | $ - |
| **State and Local** | | | | | | |
| Withholding | | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: NYC Income Tax | $ - | | $ 10,000 | 3/18/2020 | EFT | $ - |
| Other: NYS Filing Fee | $ - | | $ 1,500 | 3/17/2020 | EFT | $ - |
| Total State and Local | $ - | $ - | $ 11,500 | | | $ - |
| | | | | | | |
| **Total Taxes** | $ - | $ 2,837 | $ 14,337 | | | $ - |

## SUMMARY OF UNPAID POST-PETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Accounts Payable | | | | | | |
| Wages Payable | | | | | | |
| Taxes Payable | | | | | | |
| Rent/Leases-Building | | | | | | |
| Rent/Leases-Equipment | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | $ 719,127 | | | | | |
| Amounts Due to Insiders | | | | | | |
| Other:__________ | | | | | | |
| Other:__________ | | | | | | |
| **Total Post-petition Debts** | | | | | | |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

In re **Liddle & Robinson LLP**
Debtor

Case No. **19-12346**
Reporting Period: **March 1, 2020 - March 31, 2020**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | |
| Plus: Amounts billed during the period | |
| Less: Amounts collected during the period | |
| Total Accounts Receivable at the end of the reporting period | |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | |
| 31 - 60 days old | |
| 61 - 90 days old | |
| 91+ days old | |
| Total Accounts Receivable | |
| | |
| Less: Bad Debts (Amount considered uncollectible) | |
| | |
| Net Accounts Receivable | |

**Note:** **Accounts Receivable amounts excluded from financials pending reconciliation of pre-petition balances.**

## TAXES RECONCILIATION AND AGING

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| 0 - 30 days old | | | | | |
| 31 - 60 days old | | | | | |
| 61 - 90 days old | | | | | |
| 91+ days old | | | | $ 44,909 | |
| Total Taxes Payable | | | | $ 44,909 | $ 44,909 |
| Total Accounts Payable | | | | $ 538,474 | $ 538,474 |

In re Liddle & Robinson LLP
Debtor

Case No. 19-12346
Reporting Period: March 1, 2020 - March 31, 2020

## PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS TO INSIDERS | $ - | $ - |

**Notes:**

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| Foley Hoag | 19-Dec-19 | $ 437,852 | $ 261,233 | $ 261,233 | $ 606,800 |
| EisnerAmper | 19-Dec-19 | $27,986 | 7,309 | 7,309 | 67,896 |
| Richard J. Lynne, CPA | | | 2,428 | 2,428 | 44,431 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | TOTAL PAYMENTS TO PROFESSIONALS | | | $ 270,969 | $ 719,127 |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL PAYMENTS | | |

**In re Liddle & Robinson LLP**
**Debtor**

**Case No. 19-12346**
**Reporting Period: March 1, 2020 - March 31, 2020**

## DEBTOR QUESTIONNAIRE

| | **Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary.** | **Yes** | **No** |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition payroll taxes past due? | | X |
| 9 | Are any post petition State or Federal income taxes past due? | | X |
| 10 | Are any post petition real estate taxes past due? | | X |
| 11 | Are any other post petition taxes past due? | | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X |
| 14 | Are any wage payments past due? | | X |
| 15 | Have any post petition loans been received by the Debtor from any party? | | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

**Notes:**

# IDB Bank DDA Statement

March 1, 2020 - March 31, 2020 ■ Page 1 of 8 ■ Group Account Number: 564970

0008813 SP 9004 -C09-P00000-I
LIDDLE & ROBINSON LLP
JONATHAN L FLAXER AS TRUSTEE
C/O GEAB&P LLP
711 3RD AVE
NEW YORK, NY 10017

## Customer Service

Main Office
511 Fifth Avenue
New York, NY 10017

Telephone
(212) 551-8500

Officer Code: 956

Hours of Operation
Monday – Friday 9:00 AM – 4:30 PM

Mobile
Download
IDB Mobile App
(Coming Soon)

Online
www.idbny.com

9004-09-00-0008813-0001-0016125

## You and IDB Bank

Thank you for being a loyal client of IDB Bank. We value your business and your trust in our organization and will continue to provide you with the unparalleled personal service you have come to expect from IDB Bank.

## US PVT Banking MM BUS

Member FDIC

Account Title: LIDDLE & ROBINSON LLP
Account Number: xxxxxx7401

### Activity Summary

| | Count | |
|---|---|---|
| Beginning balance on 03/01 | | $2,507,171.83 |
| Deposits/Credits | 11 | $65,209.33 |
| Interest Earned | | $1,308.44 |
| Checks/Debits | 23 | $2,292,124.19 |
| Service Charges | | ____ |
| ATM Withdrawals | 0 | ____ |
| POS Withdrawals | 0 | ____ |
| Interest Withheld | | ____ |
| Overdraft Interest Charges | | ____ |
| Ending balance on 03/31 | | $281,565.41 |

### Interest Summary

| | |
|---|---|
| Annual percentage yield earned | 1.60% |
| Interest paid this period | $1,308.44 |
| Interest paid year-to-date | $5,460.05 |
| Days in statement period | 31 |

| | Total for this period | Total Year-to-Date |
|---|---|---|
| Total overdraft fees | $0.00 | $0.00 |
| Total returned item fees | $0.00 | $0.00 |

### Transaction History

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | Beginning balance on 03/01 | | | $2,507,171.83 |
| 03/02 | MMS FEES EXC (7) | $70.00 | | $2,507,101.83 |
| 03/03 | CHECK 1033 | $2,000.00 | | $2,505,101.83 |
| 03/03 | CHECK 1027 | $5,568.00 | | $2,499,533.83 |
| 03/03 | CHECK 1030 | $5,917.66 | | $2,493,616.17 |
| 03/03 | CHECK 1029 | $7,902.53 | | $2,485,713.64 |
| 03/03 | CHECK 1039 | $16,399.69 | | $2,469,313.95 |
| 03/04 | CHECK 1031 | $18.20 | | $2,469,295.75 |
| 03/04 | DEP RTN CLOSE ACCT #1012 | $712.50 | | $2,468,583.25 |
| 03/04 | S/C DEP RTN | $10.00 | | $2,468,573.25 |

*Transaction History ( Continued*

Member FDIC

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/04 | PBD3040<br>F0304B1Q8451C000278 NTRF<br>PAYCHEX, INC NEW YORK, NY | $20,055.49 | | $2,448,517.76 |
| 03/05 | CHECK 1028 | $272.96 | | $2,448,244.80 |
| 03/05 | MMS FEES EXC (2) | $20.00 | | $2,448,224.80 |
| 03/06 | MMS FEES EXC | $10.00 | | $2,448,214.80 |
| 03/10 | ICS TRANSFER<br>INTERNAL TRFICD NEW ACCT TNTRF<br>BNY AS CUSTODIAN 511 5TH AVE | $2,200,003.00 | | $248,211.80 |
| 03/11 | REV.MMS FEE 03/11/20 | | $10.00 | $248,221.80 |
| 03/11 | REV.MMS FEE 03/06/20 | | $10.00 | $248,231.80 |
| 03/11 | REV.MMS FEE 03/05/20 | | $20.00 | $248,251.80 |
| 03/11 | REV.MMS FEE 03/02/20 | | $70.00 | $248,321.80 |
| 03/11 | MMS FEES EXC | $10.00 | | $248,311.80 |
| 03/12 | FEE REVERSAL<br>REVERSAL OF FEE DTD 3/10 NTRF<br>FEES CORP LENDING NEW YORK NY | | $3.00 | $248,314.80 |
| 03/16 | NONREF<br>[redacted] NTRF<br>[redacted] NEW YORK | | $24,990.00 | $273,304.80 |
| 03/17 | FEE REVERSAL<br>REVERSAL OF FEE DTD 3/19 NTRF<br>FEES CORP LENDING NEW YORK NY | | $10.00 | $273,314.80 |
| 03/17 | NYS DTF PIT Tax Paymnt<br>PL2095506809 | $1,500.00 | | $271,814.80 |
| 03/18 | MMS FEES EXC | $10.00 | | $271,804.80 |
| 03/18 | NYC DEPT OF FINA TAXPAYMENT<br>LIDDLE & ROBINSON LLP | $10,000.00 | | $261,804.80 |
| 03/19 | MMS FEES EXC | $10.00 | | $261,794.80 |
| 03/20 | PBD3040<br>F0320B1Q8451C000287 NTRF<br>PAYCHEX, INC NEW YORK, NY | $1,359.67 | | $260,435.13 |
| 03/20 | PBD3040<br>F0320B1Q8451C000288 NTRF<br>PAYCHEX, INC NEW YORK, NY | $20,055.49 | | $240,379.64 |
| 03/23 | NONREF<br>TWO FEE REVERSLAS FOR 3/20NTRF<br>FEES CORP LENDING NEW YORK NY | | $100.00 | $240,479.64 |
| 03/23 | MMS FEES EXC (2) | $20.00 | | $240,459.64 |
| 03/24 | BOH OF 20/03/24<br>RKPN RE [redacted] NTRF<br>RASCO KLOCK PEREZ NEW YORK NY | | $39,976.33 | $280,435.97 |
| 03/26 | FEE REVERSAL<br>REVERSAL OF FEE DTD 3/24 NTRF<br>FEES CORP LENDING NEW YORK NY | | $10.00 | $280,445.97 |
| 03/26 | NONREF<br>FEE REVERSAL DTD 03/24 NTRF<br>FEES CORP LENDING NEW YORK NY | | $10.00 | $280,455.97 |
| 03/31 | INTEREST CREDIT | | $1,308.44 | $281,764.41 |
| 03/31 | CHECK 1049 | $199.00 | | $281,565.41 |

**Ending balance on 03/31** **$281, 565.41**

9004-09-00-0008813-0002-0016126

## Summary of Checks Written and Images *(Checks listed are also displayed in the preceding Transaction History)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1027 | 03/03 | 5,568.00 | 1028 | 03/05 | 272.96 | 1029 | 03/03 | 7,902.53 |
| 1030 | 03/03 | 5,917.66 | 1031 | 03/04 | 18.20 | 1033* | 03/03 | 2,000.00 |
| 1039* | 03/03 | 16,399.69 | 1049* | 03/31 | 199.00 | | | |

* Indicates check out of sequence

### Things to Remember:

To help you BALANCE YOUR CHECKING ACCOUNT, visit (https://www.idbny.com/pdfs/statementbalance.pdf) to view or download a printable version of the How to Balance Your Account Worksheet.

This page intentionally left blank.





9004-09-00-0008813-0003-0016127

## *Summary of Checks Written and Images (Continued)*

Check #1027 03-03-2020 $5,568.00

Check #1028 03-05-2020 $272.96

Check #1029 03-03-2020 $7,902.53

Check #1030 03-03-2020 $5,917.66

Check #1031 03-04-2020 $18.20

Check #1033 03-03-2020 $2,000.00

Check #1039 03-03-2020 $16,399.69

Check #1049 03-31-2020 $199.00

This page intentionally left blank.

IDB BANK It's personal

9004-09-00-0008813-0004-0016128

## For Consumer Accounts Only (An Account Established Primarily For Personal, Family Or Household Purposes):

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Electronic transfers (called transfers below) mean (a) deposits, withdrawals, or payments made at an ATM or store terminal, (b) bill payer transfers, (c) all other electronic transfers (e.g. payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE US AS SOON AS YOU CAN – USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## For Domestic Commercial/Business Accounts and International Customers Only:

HOW WE CALCULATE FINANCE CHARGES RESULTING FROM DISCRETIONARY PAYMENT OF OVERDRAFTS

If any overdrafts are incurred in your account during a statement period that are approved for payment at our sole discretion, that overdraft amount will be subject to a Finance Charge based on the Annual Percentage Rate, which is disclosed on the Commercial/Business Accounts and International Customers Schedule of Fees. The Finance Charge shown on the front of your statement is computed as follows:

1) The overdraft portion of your balance, which includes previous finance charges, is added on each day of the statement cycle, after all payments, advances and any cash adjustments have been posted.
2) This total is then divided by the number of days in the statement cycle to arrive at the average daily balance.
3) The average daily balance is then multiplied by the daily periodic rate (1/365th of the Annual Percentage Rate, except for business accounts, which is based on 1/360th.)
4) This amount is then multiplied by the number of days in the statement cycle to arrive at the FINANCE CHARGE.

## For Customers with Basic Banking Accounts Only:

You are allowed a maximum of eight (8) withdrawals during each statement cycle (approximately a 30 day period) without the imposition of an Excessive Withdrawal Service Fee. An Excessive Withdrawal Service Fee will be imposed if you make more than eight (8) withdrawals during any periodic statement cycle. For more information on Excessive Withdrawals Service Fee, please refer to the "Basic Banking Account - Basic Terms and Conditions" disclosure provided to you at account opening or speak with your Account Officer.

We will not charge you for any withdrawal you make using IDB Bank ATMs. Other fees might be charged at non-propriety ATMs by the providing bank in the amount posted at the respective ATM. If your linked account does not have sufficient funds to cover your withdrawal transaction, the transaction will not be authorized.

A withdrawal will be deemed to be made when recorded on the books of IDB Bank, which is not necessarily the date that you initiated the transaction.

## For Customers with Global Wealth Management Accounts Only:

INVESTMENT PROCESS

The asset allocation process develops both long-term (strategic) and shorter-term (tactical) recommendations. The strategic returns are developed using five-year risk, return and correlation projections to generate the highest expected return for a given level of risk. The objective of the tactical recommendations is to highlight investment opportunities during the next 12 months where the Investment Policy Committee sees either increased opportunity or risk.

The asset allocation recommendations are developed through the Tactical Asset Allocation, Capital Markets Assumptions and Investment Policy.

*Important Information: There are risks involved in investing including possible loss of principal. There is no guarantee that the investment objectives of any fund or strategy will be met. Risk controls and models do not promise any level of performance or guarantee against loss of principal.*

*Past performance is no guarantee of future results. Index performance returns do not reflect any management fees, transaction costs or expenses. It is not possible to invest directly in any index. Returns of the indexes do not typically reflect the deduction of investment management fees, trading costs or other expenses. Indexes are the property of their respective owners, all rights reserved.*

*Investment involves risks. International investing involves additional risks, including risks related to foreign currency, limited liquidity, less government regulation and the possibility of substantial volatility due to adverse political, economic or other developments.*

For the hearing impaired only, use the Bank's Telecommunications Device for the Deaf at:

- (212) 551-8540 (for New York area customers);
- (310) 276-8437 (for California area customers); or
- (305) 682-3792 (for Florida area customers).

This page intentionally left blank.

# IDB Bank DDA Statement

March 1, 2020 - March 31, 2020 ■ Page 1 of 2 ■ Group Account Number: 565125

0008939 SP 9004 -C09-P00000-I
BNY AS CUSTODIAN FOR VARIOUS ICS
CUSTOMERS LIDDLE
DO NOT MAIL-ATTN VALERIE LEE
511 5TH AVE 12TH FL
NEW YORK, NY 10017

## Customer Service

Main Office
511 Fifth Avenue
New York, NY 10017

Telephone
(212) 551-8500

Officer Code: 956

Hours of Operation
Monday – Friday 9:00 AM – 4:30 PM

Mobile
Download
IDB Mobile App
(Coming Soon)

Online
www.idbny.com

9004-09-00-0008939-0001-0016315

## You and IDB Bank

Thank you for being a loyal client of IDB Bank. We value your business and your trust in our organization and will continue to provide you with the unparalleled personal service you have come to expect from IDB Bank.

## ICS MMDA DBUS #2

Member FDIC

Account Title: BNY AS CUSTODIAN FOR VARIOUS ICS LIDDLE & ROBINSON LL
Account Number: xxxxxx0399

### Activity Summary

| | Count | |
|---|---|---|
| Beginning balance on 03/09 | | $0.00 |
| Deposits/Credits | 1 | $2,200,000.00 |
| Interest Earned | | $1,465.19 |
| Checks/Debits | 0 | ___ |
| Service Charges | | ___ |
| ATM Withdrawals | 0 | ___ |
| POS Withdrawals | 0 | ___ |
| Interest Withheld | | ___ |
| Overdraft Interest Charges | | ___ |
| Ending balance on 03/31 | | $2,201,465.19 |

### Interest Summary

| | |
|---|---|
| Annual percentage yield earned | 1.16% |
| Interest paid this period | $1,465.19 |
| Interest paid year-to-date | $1,465.19 |
| Days in statement period | 22 |

| | Total for this period | Total Year-to-Date |
|---|---|---|
| Total overdraft fees | $0.00 | $0.00 |
| Total returned item fees | $0.00 | $0.00 |

### Transaction History

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| | Beginning balance on 03/09 | | | $0.00 |
| 03/10 | NONREF<br>ICD NEW ACCT TRANSFER NTRF<br>LIDDLE & ROBINSON 711 3RD AVE | | $2,200,000.00 | $2,200,000.00 |
| 03/31 | INTEREST CREDIT | | $1,465.19 | $2,201,465.19 |
| | Ending balance on 03/31 | | | $2,201,465.19 |

**Things to Remember:**

To help you BALANCE YOUR CHECKING ACCOUNT, visit (https://www.idbny.com/pdfs/statementbalance.pdf) to view or download a printable version of the How to Balance Your Account Worksheet.

## For Consumer Accounts Only (An Account Established Primarily For Personal, Family Or Household Purposes):

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Electronic transfers (called transfers below) mean (a) deposits, withdrawals, or payments made at an ATM or store terminal, (b) bill payer transfers, (c) all other electronic transfers (e.g. payroll deposits, Social Security deposits, insurance payments, etc.).

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, TELEPHONE US OR WRITE US AS SOON AS YOU CAN – USE THE TELEPHONE NUMBER OR ADDRESS ON THE FRONT OF THIS STATEMENT.

We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

## For Domestic Commercial/Business Accounts and International Customers Only:

HOW WE CALCULATE FINANCE CHARGES RESULTING FROM DISCRETIONARY PAYMENT OF OVERDRAFTS

If any overdrafts are incurred in your account during a statement period that are approved for payment at our sole discretion, that overdraft amount will be subject to a Finance Charge based on the Annual Percentage Rate, which is disclosed on the Commercial/Business Accounts and International Customers Schedule of Fees. The Finance Charge shown on the front of your statement is computed as follows:

1) The overdraft portion of your balance, which includes previous finance charges, is added on each day of the statement cycle, after all payments, advances and any cash adjustments have been posted.
2) This total is then divided by the number of days in the statement cycle to arrive at the average daily balance.
3) The average daily balance is then multiplied by the daily periodic rate (1/365th of the Annual Percentage Rate, except for business accounts, which is based on 1/360th.)
4) This amount is then multiplied by the number of days in the statement cycle to arrive at the FINANCE CHARGE.

## For Customers with Basic Banking Accounts Only:

You are allowed a maximum of eight (8) withdrawals during each statement cycle (approximately a 30 day period) without the imposition of an Excessive Withdrawal Service Fee. An Excessive Withdrawal Service Fee will be imposed if you make more than eight (8) withdrawals during any periodic statement cycle. For more information on Excessive Withdrawals Service Fee, please refer to the "Basic Banking Account - Basic Terms and Conditions" disclosure provided to you at account opening or speak with your Account Officer.

We will not charge you for any withdrawal you make using IDB Bank ATMs. Other fees might be charged at non-propriety ATMs by the providing bank in the amount posted at the respective ATM. If your linked account does not have sufficient funds to cover your withdrawal transaction, the transaction will not be authorized.

A withdrawal will be deemed to be made when recorded on the books of IDB Bank, which is not necessarily the date that you initiated the transaction.

## For Customers with Global Wealth Management Accounts Only:

INVESTMENT PROCESS

The asset allocation process develops both long-term (strategic) and shorter-term (tactical) recommendations. The strategic returns are developed using five-year risk, return and correlation projections to generate the highest expected return for a given level of risk. The objective of the tactical recommendations is to highlight investment opportunities during the next 12 months where the Investment Policy Committee sees either increased opportunity or risk.

The asset allocation recommendations are developed through the Tactical Asset Allocation, Capital Markets Assumptions and Investment Policy.

*Important Information: There are risks involved in investing including possible loss of principal. There is no guarantee that the investment objectives of any fund or strategy will be met. Risk controls and models do not promise any level of performance or guarantee against loss of principal.*

*Past performance is no guarantee of future results. Index performance returns do not reflect any management fees, transaction costs or expenses. It is not possible to invest directly in any index. Returns of the indexes do not typically reflect the deduction of investment management fees, trading costs or other expenses. Indexes are the property of their respective owners, all rights reserved.*

*Investment involves risks. International investing involves additional risks, including risks related to foreign currency, limited liquidity, less government regulation and the possibility of substantial volatility due to adverse political, economic or other developments.*

For the hearing impaired only, use the Bank's Telecommunications Device for the Deaf at:

- (212) 551-8540 (for New York area customers);
- (310) 276-8437 (for California area customers); or
- (305) 682-3792 (for Florida area customers).

 

Welcome Rosita Sanchez at Israel Discount Bank of New York (48858)

# ICS Transaction Summary

**Institution Transaction Account No.**
█0399

**ICS Account ID**
2001056495

**ICS Transaction ID**
3072808605

## Account Summary Information

**Account Owners**
Liddle & Robinson LLP

**Account Title**
Liddle & Robinson LLP
Jonathan L Flaxer as Chapter 11
Trustee

**Account Type**
Reciprocal

**Deposit Option**
Savings

**Interest Rate**
Custom Rate: 1.4405%

**Program Withdrawal Count as of 3/10/2020**
0 of 6

## Transaction Details

**Type**
Deposit

**Transaction Amount**
$2,200,000.00

**Reference Number**
Opening Deposits fr ****401

**Effective Date**
3/10/2020

**Submission Date**
3/9/2020 4:09:18 PM

**Transaction Status**
Accepted for Allocation

Citibank CBO Services 787
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F000

000
CITIBANK, N. A.

LIDDLE & ROBINSON LLP
JONATHAN L FLAXER AS TRUSTEE
Attorney Trust
C/O GOLENBOCK EISEMAN
711 THIRD AVENUE FLR 17TH
NEW YORK NY 10017

**Control Account:**
**[redacted]2441**
**Statement Period**
**Feb 19 - Mar 16, 2020**

## CitiEscrow CONTROL ACCOUNT DETAIL FROM FEB 19, 2020 THRU MAR 16, 2020

### CitiEscrow Control Checking

**[redacted]2441**

**Beginning Balance:** $100.00
**Ending Balance:** $100.00

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/16 | INTEREST EARNED | | 0.08 | 100.08 |
| 03/16 | INTEREST DEBIT | 0.08 | | 100.00 |
| | **Total Debits/Credits** | **0.08** | **0.08** | |

| Your CitiEscrow Control Checking Account Rates | | |
|---|---|---|
| For Balances of: | $0 to $99,999 | $100,000 and over |
| 2/19 - 3/16 | 1.050% | 1.050% |

### Average Balance Information

| | |
|---|---|
| Average Ledger Balance this Statement Period | 100.00 |
| Average Collected Balance this Statement Period | 100.00 |
| Total Interest Earned Since Jan 1 | 132.17 |

Pg 25 of 29

LIDDLE & ROBINSON LLP
JONATHAN L FLAXER AS TRUSTEE
Account [redacted]2441
Page 2 of 3
001/R1/04F000

**( Purposely left blank )**

Pg 26 of 29

LIDDLE & ROBINSON LLP
JONATHAN L FLAXER AS TRUSTEE
Account [REDACTED]2441 Page 3 of 3
001/R1/04F000

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Escrow Deposit Account | 877-528-0990<br>(For Speech and Hearing Impaired Customers Only TDD: 800-788-0002) | CitiBusiness<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

© 2020 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

Citibank CBO Services 787
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F000

000
CITIBANK, N. A.

LIDDLE & ROBINSON LLP
JONATHAN L FLAXER AS TRUSTEE
Attorney Trust
C/O GOLENBOCK EISEMAN
711 THIRD AVENUE FLR 17TH
NEW YORK NY 10017

**Control Account:**
**[redacted]2441**
**Statement Period**
**Mar 17 - Apr 15, 2020**

## CitiEscrow CONTROL ACCOUNT DETAIL FROM MAR 17, 2020 THRU APR 15, 2020

### CitiEscrow Control Checking

**[redacted]2441**

**Beginning Balance:** $100.00
**Ending Balance:** $100.00

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/15 | INTEREST EARNED | | 0.08 | 100.08 |
| 04/15 | INTEREST DEBIT | 0.08 | | 100.00 |
| | **Total Debits/Credits** | **0.08** | **0.08** | |

| Your CitiEscrow Control Checking Account Rates | | |
|---|---|---|
| For Balances of: | $0 to $99,999 | $100,000 and over |
| 3/17 - 3/31 | 1.050% | 1.050% |
| 4/01 - 4/15 | 1.000% | 1.000% |

### Average Balance Information

| | |
|---|---|
| Average Ledger Balance this Statement Period | 100.00 |
| Average Collected Balance this Statement Period | 100.00 |
| Total Interest Earned Since Jan 1 | 132.25 |

Pg 28 of 29

LIDDLE & ROBINSON LLP
JONATHAN L FLAXER AS TRUSTEE
Account [redacted]2441
Page 2 of 3
001/R1/04F000

**( Purposely left blank )**

LIDDLE & ROBINSON LLP
JONATHAN L FLAXER AS TRUSTEE

Account ███2441          Page 3 of 3          001/R1/04F000

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:          YOU CAN WRITE:

Escrow Deposit Account          877-528-0990          CitiBusiness
                                (For Speech and Hearing          100 Citibank Drive
                                Impaired Customers Only          San Antonio, TX 78245-9966
                                TDD: 800-788-0002)

For change in address, call your account officer or visit your branch.

© 2020 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.