Michael S. Weinstein
GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP
711 Third Avenue
New York, New York 10017
(212) 907-7300

*Counsel for Jonathan L. Flaxer, Chapter 11 Trustee for Liddle & Robinson, L.L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :   Chapter 11
                                                             :
                                                             :   Case No. 19-12346 (SHL)
LIDDLE & ROBINSON, L.L.P.,[1]                                :
                                                             :   Jointly Administered with 19-10747 (SHL)
                    Debtor                                   :
------------------------------------------------------------ x

# NOTICE OF AGENDA FOR MATTERS SCHEDULED
# FOR HEARING ON THURSDAY, APRIL 30, 2020

Time and Date of Hearing:   **April 30, 2020** at **10:00 a.m.** (Prevailing Eastern Time) (the "Hearing")

Location of Hearing:   Judge Sean H. Lane's Courtroom, **Room 701**, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004

**NOTE: Such Hearing shall be held telephonically via Court Solutions, and thus parties should sign up or register at www.court-solutions.com to participate in the Hearing**

Copies of Pleadings:   A copy of each of the pleadings may be viewed on the Court's website at https://ecf.nysb.uscourts.gov or be obtained by contacting the Office of the Clerk of Court at One Bowling Green, New York, New York 10004. Note that a PACER password is required to access documents on the Court's website

---

[1] The last four digits of Liddle & Robinson, L.L.P.'s taxpayer identification number are 6440.

3479301.2

# AGENDA

**I.    CASE STATUS UPDATE**

**II.   CONTESTED MATTERS**

    A.    Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 507, Rules 2002, 4001 and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Use of Cash Collateral, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 5]**

        1.    **Related Documents**:

            (i)    Debtor's Notice of Revised Budget for use of cash collateral with respect to Debtor's Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 And 507, Rules 2002, 4001, and 9014 of the Federal Rules of Bankruptcy Procedure (1) Authorizing Use of Cash Collateral, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 23]**

            (ii)    Objection to Motion by Debtor to (i) Extend Deadline to File Schedules, (ii) Use Cash Collateral, (iii) Retain Professionals, and (iv) Implement Procedures for Interim Compensation (related document(s) 3, 4, 5, 6, 7, 8, 9, 10) **[19-12346 ECF No. 25]**

            (iii)    Interim Order (1) Authorizing Use of Cash Collateral, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 30]**

            (iv)    Second Interim Order (1) Authorizing Use of Cash Collateral by Liddle & Robinson, LLP, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 46]**

            (v)    Third Interim Order (1) Authorizing Use of Cash Collateral by Liddle & Robinson, LLP, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 81]**

            (vi)    Fourth Interim Order (1) Authorizing Use of Cash Collateral by Liddle & Robinson, LLP, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 108]**

            (vii)    Fifth Interim Order (1) Authorizing Use of Cash Collateral by Liddle & Robinson, LLP, (2) Granting Adequate Protection, (3)

       Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 157]**

    (viii) Sixth Interim Order (1) Authorizing Use of Cash Collateral by Liddle & Robinson, LLP, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 198]**

    (ix) Seventh Interim Order (1) Authorizing Use of Cash Collateral by Liddle & Robinson, LLP, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 227]**

    (x) Eighth Interim Order (1) Authorizing Use of Cash Collateral by Liddle & Robinson, LLP, (2) Granting Adequate Protection, (3) Modifying the Automatic Stay, and (4) Scheduling a Final Hearing **[19-12346 ECF No. 251]**

  2. **Status**: The hearing on this matter is going forward on an interim basis. The parties continue to attempt to resolve this matter prior to the Hearing, however, no resolution has been reached as of the filing of this agenda.

 B. Motion By Jeffrey L. Liddle and Liddle & Robinson L.L.P. Pursuant to Rule 2004 and Section 105(a) of the Bankruptcy Code, for an Order Directing James W. Halter to Produce Documents and for Related Relief **[19-12346 ECF No. 183]**

  1. **Related Documents**:

    (i) Objection by James W. Halter to Motion By Debtors Pursuant to Rule 2004 and Section 105(a) of the Bankruptcy Code, for an Order Directing James W. Halter to Produce Documents and for Related Relief [**19-12346 ECF No. 206**]

  2. **Status**: The motion is going forward, although the parties are continuing to discuss a resolution of the motion in advance of the Hearing.

### III. ADJOURNED MATTERS

 A. Trustee's Motion Pursuant to Sections 105(a), 363(b), and 541 of the Bankruptcy Code (I) Authorizing Payment of Certain Prepayment Taxes and (II) Authorizing Payment of Certain Prepetition Wages, Compensation and Employee Benefits **[ECF 19-12346 ECF No. 239]**

  1. **Related Documents**: None

  2. **Status**: The hearing on this matter is adjourned to the next omnibus hearing date, yet to be determined.

B.  First Application of The Benefit Practice for Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Benefits Consultant to the Debtor and Debtor-in-Possession for the Period from May 9, 2019 through November 21, 2019 **[19-12346 ECF No. 153]**

   1. **Related Documents**:

      (i)   Notice of Monthly Statement of The Benefit Practice for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Benefits Consultant to the Debtor and Debtor-in-Possession for the Period from May 9, 2019 through November 21, 2019 **[19-12346 ECF No. 140]**

      (ii)  Objection by Counsel Financial Holdings, LLC, Counsel Financial II, LLC, and LIG Capital, LLC to Notice of Monthly Statement of The Benefit Practice for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Benefits Consultant to the Debtor and Debtor-in-Possession for the Period from May 9, 2019 through November 21, 2019 **[19-12346 ECF No. 150]**

      (iii) Objection by Counsel Financial Holdings, LLC, Counsel Financial II, LLC, and LIG Capital, LLC to First Application of The Benefit Practice for Interim Allowance of Compensation as Benefits Consultant to the Debtor **[19-12346 ECF No. 160]**

   2. **Status**: The application is adjourned to the next omnibus hearing date, yet to be determined.

C.  First Application of EisnerAmper LLP for Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Accountants to the Debtor and Debtor-in-Possession for the Period from July 22, 2019 through October 31, 2019 **[19-12346 ECF No. 154]**

   1. **Related Documents**:

      (i)   Notice of Monthly Statement of EisnerAmper LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Accountants to the Debtor and Debtor-in-Possession for the Period from July 22, 2019 through August 31, 2019 **[19-12346 ECF No. 85]**

      (ii)  Notice of Monthly Statement of EisnerAmper LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Accountants to the Debtor and Debtor-in-Possession for the Period from September 1, 2019 through September 30, 2019 **[19-12346 ECF No. 107]**

        (iii)    Notice of Monthly Statement of EisnerAmper LLP for Compensation for services rendered and reimbursement of expenses incurred as accountants to the Debtor and Debtor in Possession for the period from October 1, 2019 through October 31, 2019 **[19-12346 ECF No. 131]**

        (iv)    Objection by Counsel Financial Holdings, LLC, Counsel Financial II, LLC, and LIG Capital, LLC to Notice of Monthly Statement of EisnerAmper LLP for Compensation for services rendered and reimbursement of expenses incurred as accountants to the Debtor and Debtor in Possession for the Period from July 22, 2019 through August 31, 2019 **[19-12346 ECF No. 95]**

        (v)    Objection by Counsel Financial Holdings, LLC, Counsel Financial II, LLC, and LIG Capital, LLC to Notice of Monthly Statement of EisnerAmper LLP for Compensation for services rendered and reimbursement of expenses incurred as accountants to the Debtor and Debtor in Possession for the period from October 1, 2019 through October 31, 2019 **[19-12346 ECF No. 151]**

        (vi)    Objection by Counsel Financial Holdings, LLC, Counsel Financial II, LLC, and LIG Capital, LLC to First Application of EisnerAmper LLP **[19-12346 ECF No. 160]**

2. **Status**: The motion is adjourned to the next omnibus hearing date, yet to be determined.

D. First Application of Foley Hoag LLP for Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtor and Debtor-in-Possession for the Period from July 22, 2019 through October 31, 2019 **[19-12346 ECF No. 152]**

1. **Related Documents**:

        (i)    Notice of Monthly Statement of Foley Hoag LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtor and Debtor in Possession for the Period from July 22, 2019 Through July 31, 2019 **[19-12346 ECF No. 118]**

        (ii)    Notice of Monthly Statement of Foley Hoag LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtor and Debtor in Possession for the Period from August 1, 2019 Through August 31, 2019 **[19-12346 ECF No. 119]**

        (iii)    Notice of Monthly Statement of Foley Hoag LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtor and Debtor-in-Possession for the Period

          September 1, 2019 through September 30, 2019 **[19-12346 ECF No. 134]**

    (iv)    Notice of Monthly Statement of Foley Hoag LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Debtor and Debtor-in-Possession for the Period October 1, 2019 through October 31, 2019 **[19-12346 ECF No. 135]**

    (v)    Objection by Counsel Financial Holdings, LLC, Counsel Financial II, LLC, and LIG Capital, LLC to Notices of Monthly Statements **[19-12346 ECF No. 128]**

    (vi)    Objection by Counsel Financial Holdings, LLC, Counsel Financial II, LLC, and LIG Capital, LLC to First Application of Foley Hoag LLP for Interim Allowance of Compensation as Counsel to the Debtor **[19-12346 ECF No. 160]**

  2.  **Status**: The motion is adjourned on the consent of the parties to the next omnibus hearing date, yet to be determined.

E.  Motion By Jeffrey L. Liddle and Liddle & Robinson L.L.P. Pursuant to Rule 2004 and Section 105(a) of the Bankruptcy Code, for an Order Directing Counsel Financial II LLC to Produce Documents and for Related Relief **[19-12346 ECF No. 181]**

  1.  **Status**: The motion is adjourned on the consent of the parties to the next omnibus hearing date, yet to be determined.

F.  Motion By Jeffrey L. Liddle and Liddle & Robinson L.L.P. Pursuant to Rule 2004 and Section 105(a) of the Bankruptcy Code, for an Order Directing Bank of America, N.A. to Produce Documents and for Related Relief **[19-12346 ECF No. 182]**

  1.  **Related Documents**:

    (i)    Objection by Counsel Financial II LLC to Motion By Debtors Pursuant to Rule 2004 and Section 105(a) of the Bankruptcy Code, for an Order Directing Bank of America, N.A. to Produce Documents and for Related Relief [**19-12346 ECF No. 212**]

    (ii)    Joinder by Bank of America, N.A., to Objection by Counsel Financial II LLC to Motion By Debtors Pursuant to Rule 2004 and Section 105(a) of the Bankruptcy Code, for an Order Directing Bank of America, N.A. to Produce Documents and for Related Relief [**19-12346 ECF No. 213**]

  2.  **Status**: The motion is adjourned on the consent of the parties to the next omnibus hearing date, yet to be determined.

Dated: New York, New York  
      April 28, 2020

Respectfully Submitted,

GOLENBOCK EISEMAN ASSOR  
 BELL & PESKOE LLP  
711 Third Avenue  
New York, New York 10017  
Telephone:  (212) 907-7300  
Facsimile:  (212) 754-0330

By:   /s/ Michael S. Weinstein  
      Michael S. Weinstein

*Counsel for Jonathan L. Flaxer,*  
*Chapter 11 Trustee for Liddle & Robinson, L.L.P.*

3479301.2