| | |
|---|---|
| Alison D. Bauer | Michael J. Licker |
| William F. Gray, Jr. | Meredith S. Parkinson |
| Jiun-Wen Bob Teoh | James Fullmer |
| FOLEY HOAG LLP | FOLEY HOAG LLP |
| 1301 Avenue of the Americas, 25th Floor | 155 Seaport Boulevard |
| New York, New York 10019 | Boston, Massachusetts 02210 |
| Tel: (646) 927-5500 | Tel: (617) 832-1000 |
| Fax: (646) 927-5599 | Fax: (617) 832-7000 |

*Attorneys for Jeffrey Lew Liddle*

Michael S. Weinstein
GOLENBOCK EISEMAN ASSOR BELL & PESKOE
711 Third Avenue
New York, New York 10019
Tel: (212) 907-7300
Fax: (212) 754-0330
*Attorneys for Chapter 11 Trustee to Liddle & Robinson, L.L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
                                                           :  Chapter 11
In re                                                      :
                                                           :  Case No.  19-10747 (SHL)
JEFFREY LEW LIDDLE,                                        :
                                                           :  Jointly Administered with 19-12346 (SHL)
        Debtor                                             :
---------------------------------------------------------- x
---------------------------------------------------------- x
                                                           :  Chapter 11
In re                                                      :
                                                           :  Case No.  19-12346 (SHL)
LIDDLE & ROBINSON, L.L.P.,                                 :
                                                           :  Jointly Administered with 19-10747 (SHL)
        Debtor                                             :
---------------------------------------------------------- x

## NOTICE OF SCHEDULING OMNIBUS HEARING DATES

**PLEASE TAKE NOTICE** that, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following omnibus hearing date (the "Omnibus Hearing") in the above-captioned matters:

B5131969.1

**JUNE 18, 2020 AT 10:00 A.M. (EASTERN TIME)**

**PLEASE TAKE FURTHER NOTICE** that all Omnibus Hearings will be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, in Room 701 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Court's General Order M-543, dated March 20, 2020 ("General Order M-543"), **the Hearing will be conducted telephonically.** Parties wishing to participate in the Hearing should reference General Order M-543 for further instructions on how to make a telephonic appearance.

Dated: May 5, 2020
New York, New York

Respectfully submitted,

/s/ Alison D. Bauer
FOLEY HOAG LLP
Alison D. Bauer
William F. Gray, Jr.
Jiun-Wen Bob Teoh
1301 Avenue of the Americas, 25th Floor
New York, New York 10019
abauer@foleyhoag.com
wgray@foleyhoag.com
jteoh@foleyhoag.com
Tel:  646.927.5500
Fax: 646.927.5599

Michael J. Licker
Meredith S. Parkinson
James Fullmer
155 Seaport Boulevard
Boston, Massachusetts 02210
mlicker@foleyhoag.com
mparkinson@foleyhoag.com
jfullmer@foleyhoag.com
Tel: (617) 832-1000
Fax: (617) 832-7000

*Attorneys for Jeffrey Lew Liddle*
*Debtor and Debtor-in-Possession*

B5131969.1

/s/ Michael S. Weinstein
Michael S. Weinstein
GOLENBOCK EISEMAN ASSOR BELL
& PESKOE
711 Third Avenue
New York, New York 10019
Tel: (212) 907-7300
Fax: (212) 754-0330

*Attorneys for Chapter 11 Trustee to
Liddle & Robinson, L.L.P.*

B5131969.1