**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ---------------------------------------------------------- x | |
| | : Chapter 11 |
| In re | : |
| | : Case No. 19-12346 (SHL) |
| LIDDLE & ROBINSON, L.L.P., | : |
| | : Jointly Administered with 19-10747 (SHL) |
| Debtor | : |
| ---------------------------------------------------------- x | |

## ORDER GRANTING APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Application by Foley Hoag, LLP ("Foley Hoag") for Allowance of Interim Compensation and Reimbursement of Expenses (the "Application") for professional services rendered and expenses incurred during the period commencing November 1, 2019 through April 30, 2020; and a hearing having been held before this court to consider the Application on June 18, 2020; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Application is granted to the extent set forth in the attached Schedules.

Dated: June ____, 2020
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE
Southern District of New York

SCHEDULE A

**SECOND INTERIM FEE PERIOD**
**November 1, 2019 – April 30, 2020**

Case No. 19-12346
In re Liddle & Robinson, L.L.P.

| (1) Applicant | (2) Date/ Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Foley Hoag | 11/1/2019 – 11/30/2019 Document No. 278 | $168,250.50 | | $168,250.50 | | $168,250.50 | $1,415.46 | $1,415.46 |
| Foley Hoag | 12/1/2019 – 12/31/2019 Document No. 279 | $173,762.64 | | $173,762.64 | | $173,762.64 | $439.80 | $439.80 |
| Foley Hoag | 1/1//2020 – 1/31/2020 Document No. 280 | $13,815.00 | | $13,815.00 | | $13,815.00 | $223.30 | $223.30 |
| Foley Hoag | 2/1/2020 – 2/29/2020 Document No. 281 | $2,210.40 | | $2,210.40 | | $2,210.40 | $0.00 | $0.00 |
| Foley Hoag | 3/1/2020 – 3/31/2020 Document No. 282 | $8,406.00 | | $8,406.00 | | $8,406.00 | $568.40 | $568.40 |
| Foley Hoag | 4/1/2020 - 4/30/2020 Document No. 286 | $3,727.44 | | $3,727.44 | | $3,727.44 | $1,975.10 | $1,975.10 |
| | | **$370,171.98** | | **$370,171.98** | | **$370,171.98** | **$4,622.06** | **$4,622.06** |

DATE ON WHICH ORDER WAS SIGNED: _____          INITIALS: _____USBJ