|  |  |
|---|---|
| Michael S. Weinstein, Esq.<br>GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP<br>711 Third Avenue<br>New York, New York 10017<br>Telephone: (212) 907-7300<br>Facsimile: (212) 754-0330 | **Hearing Date:**<br>**March 23, 2021 at 10:00 a.m. (ET)**<br><br>**Last Date to Object:**<br>**March 16, 2021 at 5:00 p.m. (ET)** |

*Counsel for Jonathan L. Flaxer, Chapter 11 Trustee for Liddle & Robinson, L.L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| In re | : | Chapter 11 |
|---|---|---|
|  | : |  |
| LIDDLE & ROBINSON, L.L.P., | : | Case No. 19-12346 (SHL) |
|  | : |  |
| Debtor. | : | Jointly Administered with 19-10747 (SHL) |

-----------------------------------------------------------------X

### NOTICE OF HEARING ON TRUSTEE'S (1) MOTION TO AMEND THE RETENTION OF BLOOMINGDALES ROAD JUDGMENT RECOVERY AND (2) MOTION TO APPROVE A SETTLEMENT WITH SOLARGENIX ENERGY, LLC

**PLEASE TAKE NOTICE** that a hearing (the "**Hearing**") shall be held before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on **March 23, 2021 at 10:00 a.m. (Eastern Time)** or as soon thereafter as counsel may be heard, to consider the following (collectively, the "**Motions**"):

(1) Trustee's Motion for Entry of an Order Amending the Retention of Bloomingdale Road Judgment Recovery as Collection Agent for the Trustee, and

(2) Trustee's Motion for Entry of an Order Approving the Settlement Between the Chapter 11 Trustee and Solargenix Energy, LLC.

3694472.1

**Please take note that, at this time, such Hearing is expected to be held telephonically via Court Solutions, and thus parties should sign up or register at www.court-solutions.com to participate in the Hearing.**

**PLEASE TAKE FURTHER NOTICE** that, objections to the relief requested in either of the Motions, if any, must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, must set forth the name of the objecting party, the basis for the objection and the specific grounds therefor, and must be filed with the Bankruptcy Court electronically on or before **5:00 p.m. (Eastern Time) on March 16, 2021** in accordance with General Order M-399 (General Order M-399 and the User's Manual for the Electronic Case Filing System may be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the Bankruptcy Court's case filing system, and by all other parties in interest on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers of the Honorable Sean H. Lane), and any objection must further be served so as to be received on or before **5:00 p.m. (Eastern Time) on March 16, 2021** by: (i) Golenbock Eiseman Assor Bell & Peskoe LLP, counsel to the Trustee, 711 Third Avenue, New York, New York 10017 (Attn: Michael S. Weinstein, Esq.); (ii) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014 (Attn: Andrea B. Schwartz, Esq.); and (iii) all other parties entitled to service in this chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that, the Hearing may be adjourned from time to time without further notice to any creditor or other party in interest other than the announcement of the adjourned date(s) in open court on the date of the Hearing or at any adjourned date thereof.

3694472.1

Dated: New York, New York
      February 25, 2021

**GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP**
711 Third Avenue
New York, NY 10017
(212) 907-7300

By:   /s/ Michael S. Weinstein
      Michael S. Weinstein

*Counsel for Jonathan L. Flaxer, Chapter 11 Trustee for Liddle & Robinson, L.L.P.*

3694472.1