UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

In re                                                    :            Chapter 11
                                                         :
                                                         :            Case No.  19-12346 (SHL)
LIDDLE & ROBINSON, L.L.P.                                :
                                                         :
                                                         :
                Debtor.                                  :
------------------------------------------------------------------x

## **SUMMARY SHEET**

NAME OF APPLICANT: **Richard J. Lynne, CPA, P.C.**

ROLE IN THE CASE:
**Accountants to Jonathan L. Flaxer, Trustee**

CURRENT APPLICATION

Fee Period: September 9, 2019
         through August 13, 2021

| | |
|---|---|
| Fees Incurred | $77,217.50 |
| Fees Requested | $77,217.50 |
| Fees Previously Awarded but | |
| Held back | $0.00 |
| Expenses Incurred | $1,104.13 |
| Expenses Requested | $1,104.13 |
| Retainers paid and | |
| Amounts paid on account | -61,546.47 |
| Total requested | $16,775.16 |

**RICHARD J. LYNNE, CPA, P.C.**
RICHARD J. LYNNE
2 Westchester Park Drive – Suite 106
White Plains, NY 10604
Telephone Number: (914) 831-1800

Accountants to Chapter 11 Trustee

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No.　Case No. 19-12346 (SHL) |
| | ) | |
| **LIDDLE & ROBINSON, L.L.P.** | ) | Chapter 11 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | APPLICATION OF RICHARD J. LYNNE, CPA, P.C. |
| | ) | FOR |
| | ) | APPROVAL OF FIRST INTERIM AND FINAL |
| | ) | ALLOWANCE OF COMPENSATION |
| | ) | AND REIMBURSEMENT FOR |
| | ) | EXPENSES AS ACCOUNTANTS TO |
| | ) | THE CHAPTER 11 TRUSTEE |
| | ) | FOR THE PERIOD SEPTEMBER 9, 2019 |
| | ) | THROUGH AUGUST 13, 2021. |
| | ) | |

STATE OF NEW YORK　　　}
　　　　　　　　　　　　　}SS:
COUNTY OF NEW YORK　}

TO THE HONORABLE SEAN H. LANE, UNITED STATES BANKRUPTCY JUDGE, THE CHAPTER 11 TRUSTEE, THE DEBTOR AND COUNSEL OF RECORD, THE OFFICE OF THE UNITED STATES TRUSTEE AND OTHER PARTIES IN INTEREST:

The independent public accounting firm of Richard J. Lynne, CPA, P.C. ("Lynne Firm") hereby submits its First Interim and Final Application for Approval of Compensation and Reimbursement of Expenses as Accountants to the Chapter 11 Trustee for the period September 9, 2019 through August 13, 2021 ("Application for Compensation"). Lynne Firm respectfully represents:

## I.

## INTRODUCTORY STATEMENT

Lynne Firm is a tax and accounting firm who was engaged as the tax and accounting of professional of the Debtor, and subsequently by the Trustee, Jonathan Flaxer.

In accordance with the *Order Under Bankruptcy Code Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated October 30, 2019 (the "Order Authorizing The Employment and Retention of Richard Lynne As Tax Accountant"), Richard J. Lynne, CPA, P.C. ("Lynne Firm") hereby submits this statement for the ninth and final period September 9, 2019 through August 13, 2021, seeking compensation for services rendered and reimbursement of expenses incurred as accountants to the Debtor, for the period from September 9, 2019 through August 31, 2021. By this Statement, Lynne Firm seeks payment in the amount of $77,217.50 which reflects (i) 100% of the total amount of compensation sought for actual and necessary services rendered during the September 9, 2019 through August13, 2021 period, and (ii) $1,104.13 in reimbursement of expenses incurred during the September 9, 2019 through August 13, 2021 period.

## SERVICES RENDERED AND EXPENSES INCURRED

1.      Attached hereto as **Exhibit A** is a summary of Lynne Firm professionals by individual, setting forth the (a) name and title of each individual who provided services during the Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at Lynne Firm's current billing rates and (d) amount of fees earned by each professional. The blended hourly billing rate of Lynne Firm timekeepers during the period is approximately $328.59.

2.      Attached hereto as **Exhibit B** is a summary of the services rendered and compensation sought, by project category, for the Period September 9, 2019 through August 13, 2021.

3.      Attached hereto as **Exhibit C** is a summary of expenses incurred and reimbursement sought, by expense type, for the period from September 9, 2019 through August 13, 2021.

4.      Attached hereto as **Exhibit D** are itemized time records of Lynne Firm professionals for the period from September 9, 2019 through August 13, 2021 and summary materials related thereto.

5.      Attached hereto as **Exhibit D** is an itemized record of all expenses for the period from September 9, 2019 through August 13, 2021.

6.      For all of the reasons set forth in this application, Lynne Firm respectfully submits that the services it has rendered on behalf of the Trustee during this case have been reasonably expended in order to adequately represent and protect the interests of the Trustee in this case. Lynne Firm submits further that it has provided such services in an economical and efficient manner. Accordingly, Lynne Firm requests that the relief requested in this Application be granted in all respects.

7.      WHEREFORE, <u>Lynne Firm</u> PRAYS that this Court enters its order allowing <u>Lynne Firm</u> fees in the total amount of $77,217.50 and expenses of $1,104.13, for a grand total of all services and disbursements totaling $78,321.63 of which there remains a balance of $16,775.16 outstanding as of this date.

DATED in New York, New York on this 10th day of September 2021.


**RICHARD J. LYNNE, CPA, P.C.**
RICHARD J. LYNNE
2 Westchester Park Drive – Suite 106
White Plains, NY  10604
Telephone Number: (914) 831-1800
Facsimile Number:   (914) 946-8445


Accountants to the Chapter 11 Trustee

/s/ RICHARD J. LYNNE

RICHARD J. LYNNE

**RICHARD J. LYNNE, CPA, P.C.**
**Fee Summary for the Period**
**September 9, 2019 through August 13, 2021**

**By Timekeeper**

| Name of Professional | Title | Hours | Rate | Fee |
|---|---|---|---|---|
| Richard J. Lynne, CPA/PFS, CFP | Certified Public Accountant | 143.00 | $ 385.00 | $ 55,055.00 |
| Lorraine Carrozza | Senior Accounting Manager | 75.25 | $ 250.00 | $ 18,812.50 |
| Kay Gelfman | Accountant / Bookkeeper | 16.75 | $ 200.00 | $ 3,350.00 |
| | | | | |
| | Grand Total | 235.00 | $ 328.59 | $ 77,217.50 |

| | | | |
|---|---|---|---|
| Fee Totals | | $ | 77,217.50 $ - |
| Disbursement Totals | | $ | 1,104.13 |
| Net Fees and Expenses Requested | | $ | 78,321.63 |

| | Date Paid | | |
|---|---|---|---|
| Retainer | 8/27/2019 | $ | (20,000.00) |
| Payment | 2/26/2020 | $ | (2,427.99) |
| Payment | 4/3/2020 | $ | (25,065.02) |
| Payment | 6/8/2020 | $ | (8,098.88) |
| Payment | 9/17/2020 | $ | (2,596.79) |
| Payment | 10/7/2020 | $ | (2,231.93) |
| Payment | 12/10/2020 | $ | (1,125.86) |

| | | |
|---|---|---|
| **Balance Due** | $ | **16,775.16** |

**Exhibit B**

**RICHARD J. LYNNE, CPA, P.C.**

**Fee Summary for the Period**
**September 9, 2019 through August 13, 2021**
**By Project Category**

| Services Rendered | | Hours | | Fee | |
|---|---|---|---|---|---|
| Accounting - General | | 8.50 | | $ | 3,205.00 |
| Financial Statements | | | | | |
| Pension Matters | | 8.25 | | $ | 2,973.75 |
| Operating Reports | | 40.75 | | $ | 14,878.75 |
| Reconstuction Accounting | | 74.50 | | $ | 20,876.25 |
| Fee /Employment /Application | | 0.25 | | $ | 96.25 |
| Tax Compliance & Returns | | 102.75 | | $ | 35,187.50 |
| | | | | | |
| Total Hours and Fees | | 235.00 | | $ | 77,217.50 |

**Exhibit C**

**RICHARD J. LYNNE, CPA, P.C.**

**Expense Summary for the Period**
**September 9, 2019 through August 13, 2021 020 through May 28, 2021**

| Description | Amount |
|---|---|
| QuickBooks Online Subsciption | 911.4 |
| Federal Express | 192.73 |
| **Total Disbursements** | 1104.13 |

| Exhibit D |
|---|

**RICHARD J. LYNNE, CPA, P.C.**
**Fee Summary for the Period**
**September 9, 2019 through August 13, 2021**

| Transaction Date | Hours | Disbursements | Professional | Description |
|---|---|---|---|---|
| 8/19/2019 | | $38.02 | Expenses | Quickbooks Online |
| 9/9/2019 | $385.00 | | Richie | General Accounting |
| 9/10/2019 | $962.50 | $0.00 | Richie | General Accounting |
| 9/16/2019 | $385.00 | $0.00 | Richie | General Accounting |
| 9/19/2019 | | $38.02 | Expenses | Quickbooks Online |
| 10/19/2019 | | $38.02 | Expenses | Quickbooks Online |
| 11/5/2019 | $96.25 | $0.00 | Richie | General Accounting |
| 11/6/2019 | $192.50 | $0.00 | Richie | General Accounting |
| 11/11/2019 | $1,540.00 | $0.00 | Richie | General Accounting |
| 11/12/2019 | $100.00 | $0.00 | Kay | Bookkeeping |
| 11/13/2019 | $750.00 | $0.00 | Lorraine | General Accounting |
| 11/13/2019 | $750.00 | $0.00 | Kay | Tax Return Preparati |
| 11/13/2019 | $1,155.00 | $0.00 | Richie | General Accounting |
| 11/14/2019 | $1,250.00 | $0.00 | Lorraine | General Accounting |
| 11/14/2019 | $96.25 | $0.00 | Richie | General Accounting |
| 11/18/2019 | $1,250.00 | $0.00 | Lorraine | General Accounting |
| 11/18/2019 | $200.00 | $0.00 | Kay | Bookkeeping |
| 11/19/2019 | | $37.93 | Expenses | Quickbooks Online |
| 11/19/2019 | $1,875.00 | $0.00 | Lorraine | General Accounting |
| 11/19/2019 | $200.00 | | Kay | Bookkeeping |
| 11/19/2019 | $850.00 | | Kay | OtherTax Return |
| 11/20/2019 | $1,250.00 | | Lorraine | General Accounting |
| 11/21/2019 | $1,500.00 | | Lorraine | General Accounting |
| 11/25/2019 | $2,000.00 | | Lorraine | General Accounting |
| 11/25/2019 | $4,812.50 | | Richie | General Accounting |
| 11/26/2019 | $1,625.00 | | Lorraine | General Accounting |
| 11/26/2019 | $1,925.00 | | Richie | General Accounting |
| 11/27/2019 | $770.00 | | Richie | Financial Statement |
| 11/29/2019 | $962.50 | | Richie | General Accounting |
| 11/29/2019 | $962.50 | | Richie | General Accounting |
| 11/26/2019 | | $16.16 | Expenses | Federal Express |
| 12/5/2019 | $481.25 | | Richie | General Accounting |
| 12/6/2019 | $250.00 | | Lorraine | General Accounting |
| 12/9/2019 | $1,500.00 | | Lorraine | General Accounting |
| 12/9/2019 | $350.00 | | Kay | Bookkeeping |
| 12/9/2019 | $1,732.50 | | Richie | General Accounting |
| 12/10/2019 | $1,155.00 | | Richie | General Accounting |
| 12/11/2019 | $875.00 | | Lorraine | General Accounting |

**RICHARD J. LYNNE, CPA, P.C.**
**Fee Summary for the Period**
**September 9, 2019 through August 13, 2021**

| Transaction Date | Hours | Disbursements | Professional | Description |
|---|---|---|---|---|
| 12/11/2019 | $1,925.00 | | Richie | General Accounting |
| 12/12/2019 | $1,000.00 | | Lorraine | General Accounting |
| 12/12/2019 | $1,155.00 | | Richie | General Accounting |
| 12/13/2019 | $125.00 | | Lorraine | General Accounting |
| 12/16/2019 | $250.00 | | Lorraine | General Accounting |
| 12/16/2019 | $900.00 | | Kay | Bookkeeping |
| 12/19/2019 | | $37.93 | Expenses | Quickbooks Online |
| 12/23/2019 | $2,310.00 | | Richie | Tax Return Preparati |
| 12/24/2019 | $1,925.00 | | Richie | Tax Return Preparati |
| 12/26/2019 | $1,155.00 | | Richie | Tax Return Preparati |
| 12/26/2019 | $1,540.00 | | Richie | Tax Return Preparati |
| 12/27/2019 | $385.00 | | Richie | PayrollTax Prep |
| 1/7/2020 | $1,000.00 | | Lorraine | General Accounting |
| 1/8/2020 | $250.00 | | Lorraine | OtherTax Return |
| 1/9/2020 | $250.00 | | Lorraine | OtherTax Return |
| 1/13/2020 | $1,732.50 | | Richie | Tax Return Preparati |
| 1/14/2020 | $1,443.75 | | Richie | Tax Return Preparati |
| 1/15/2020 | $770.00 | | Richie | General Accounting |
| 1/16/2020 | $1,155.00 | | Richie | Tax Return Preparati |
| 1/18/2020 | $1,540.00 | | Richie | General Accounting |
| 1/18/2020 | $1,155.00 | | Richie | Tax Return Preparati |
| 1/18/2020 | $385.00 | | Richie | Tax Return Preparati |
| 1/19/2020 | | $37.93 | Expenses | Quickbooks Online |
| 1/21/2020 | $192.50 | | Richie | General Accounting |
| 1/21/2020 | $192.50 | | Richie | General Accounting |
| 1/22/2020 | $125.00 | | Lorraine | General Accounting |
| 1/27/2020 | $375.00 | | Lorraine | General Accounting |
| 1/29/2020 | $481.25 | | Richie | General Accounting |
| 1/31/2020 | $1,155.00 | | Richie | General Accounting |
| 12/17/2019 | | 15.95 | Expenses | Federal Express |
| 12/26/2019 | | 17.95 | Expenses | Federal Express |
| 1/14/2020 | | 15.95 | Expenses | Federal Express |
| 2/5/2020 | 770.00 | | Richie | Tax Return Preparati |
| 2/6/2020 | | 19.17 | Expenses | Federal Express |
| 2/6/2020 | 770.00 | | Richie | Tax Return Preparati |
| 2/11/2020 | 385.00 | | Richie | Tax Return Preparati |
| 2/13/2020 | 192.50 | | Richie | General Accounting |
| 2/14/2020 | 192.50 | | Richie | General Accounting |

| Exhibit D | | | | |
|---|---|---|---|---|
| | RICHARD J. LYNNE, CPA, P.C. | | | |
| | Fee Summary for the Period | | | |
| | September 9, 2019 through August 13, 2021 | | | |
| | | | | |
| Transaction Date | Hours | Disbursements | Professional | Description |
| 2/19/2020 | | 37.93 | Expenses | Quickbooks Online |
| 2/19/2020 | 385.00 | | Richie | General Accounting |
| 3/6/2020 | 385.00 | | Richie | Tax Return Preparati |
| 3/12/2020 | 1925.00 | | Richie | Tax Return Preparati |
| 3/13/2020 | 2695.00 | | Richie | Tax Return Preparati |
| 3/19/2020 | | 37.93 | Expenses | Quickbooks Online |
| 3/27/2020 | 125.00 | | Lorraine | General Accounting |
| 3/27/2020 | 385.00 | | Richie | General Accounting |
| 3/31/2020 | 1732.50 | | Richie | General Accounting |
| 4/11/2020 | | 21.80 | Expenses | Federal Express |
| 4/13/2020 | | 19.52 | Expenses | Federal Express |
| 4/19/2020 | | 37.93 | Expenses | Quickbooks Online |
| 4/29/2020 | 192.50 | | Richie | General Accounting |
| 4/30/2020 | 770.00 | | Richie | General Accounting |
| 5/6/2020 | 192.50 | | Richie | General Accounting |
| 5/12/2020 | | 16.75 | Expenses | Federal Express |
| 5/16/2020 | 288.75 | | Richie | General Accounting |
| 5/19/2020 | | 37.93 | Expenses | Quickbooks Online |
| 5/20/2020 | 1155.00 | | Richie | Tax Return Preparati |
| 6/16/2020 | 385.00 | | Richie | General Accounting |
| 6/19/2020 | | 37.93 | Expenses | Quickbooks Online |
| 7/19/2020 | | 37.93 | Expenses | Quickbooks Online |
| 8/14/2020 | 385.00 | | Richie | Research |
| 8/18/2020 | 385.00 | | Richie | Research |
| 8/19/2020 | | 37.93 | Expenses | Quickbooks Online |
| 9/2/2020 | 962.50 | | Richie | Tax Return Preparati |
| 9/3/2020 | 250.00 | | Lorraine | General Accounting |
| 9/14/2020 | 125.00 | | Lorraine | Tax Corresp |
| 9/14/2020 | 385.00 | | Richie | Tax Return Preparati |
| 9/15/2020 | 250.00 | | Lorraine | Tax Corresp |
| 9/17/2020 | 187.50 | | Lorraine | Tax Corresp |
| 9/19/2020 | | 37.93 | Expenses | Quickbooks Online |
| 10/14/2020 | 250.00 | | Lorraine | Tax Corresp |
| 10/15/2020 | 192.50 | | Richie | General Accounting |
| 10/19/2020 | | 37.93 | Expenses | Quickbooks Online |
| 10/26/2020 | 770.00 | | Richie | General Accounting |
| 10/29/2020 | | 15.95 | Expenses | Federal Express |
| 11/19/2020 | | 38.02 | Expenses | Quickbooks Online |

| | | | | |
|---|---|---|---|---|
| **Exhibit D** | | | | |
| | | | | |
| | **RICHARD J. LYNNE, CPA, P.C.** | | | |
| | **Fee Summary for the Period** | | | |
| | **September 9, 2019 through August 13, 2021** | | | |
| | | | | |
| Transaction Date | Hours | Disbursements | Professional | Description |
| 12/19/2020 | | 38.02 | Expenses | Quickbooks Online |
| 1/19/2021 | | 38.02 | Expenses | Quickbooks Online |
| 1/20/2021 | 96.25 | | Richie | General Accounting |
| 1/21/2021 | 385.00 | | Richie | OtherTax Return |
| 1/23/2021 | 96.25 | | Richie | OtherTax Return |
| 1/25/2021 | 125.00 | | Lorraine | OtherTax Return |
| 1/26/2021 | | 16.75 | Expenses | Federal Express |
| 2/19/2021 | | 38.02 | Expenses | Quickbooks Online |
| 3/10/2021 | 385.00 | | Richie | OtherTax Return |
| 3/11/2021 | | 16.78 | Expenses | Federal Express |
| 3/19/2021 | | 38.02 | Expenses | Quickbooks Online |
| 4/19/2021 | | 38.02 | Expenses | Quickbooks Online |
| 5/19/2021 | | 38.02 | Expenses | Quickbooks Online |
| 6/19/2021 | | 38.02 | Expenses | Quickbooks Online |
| 7/19/2021 | | 38.02 | Expenses | Quickbooks Online |
| | 77217.50 | 1104.13 | | |



**Richard J. Lynne** CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP
Golenbock Eiseman Assor Bell & Peskoe, LLP
711 Third Avenue
Attn; Jonathan Flaxer
New York, NY 10017

August 30, 2021

PROFESSIONAL SERVICES RENDERED

Invoice#: 33099

Additional Charges :

|  |  | Amount |
|---|---|---|
| 6/19/2021 | Computer | 38.02 |
| 7/19/2021 | Computer | 38.02 |
| | Total additional charges | $76.04 |
| | Previous balance | $16,699.12 |
| | Balance due | $16,775.16 |



# Richard J. Lynne CPA, P.C.
### CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP
Golenbock Eiseman Assor Bell & Peskoe, LLP
711 Third Avenue
Attn; Jonathan Flaxer
New York, NY 10017

May 28, 2021

---

PROFESSIONAL SERVICES RENDERED

Invoice#: 32927

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/20/2021 | RJL | General Accounting | 0.25 | 96.25 |
| 1/21/2021 | RJL | Preparation of Other Tax Returns<br>Preparation of Other Tax Returns | 1.00 | 385.00 |
| 1/23/2021 | RJL | Preparation of Other Tax Returns<br>Preparation of Other Tax Returns | 0.25 | 96.25 |
| 1/25/2021 | LDC | Preparation of Other Tax Returns<br>Preparation of Other Tax Returns - 1099's | 0.50 | 125.00 |
| 3/10/2021 | RJL | Preparation of Other Tax Returns<br>Preparation of Other Tax Returns - Extensions | 1.00 | 385.00 |
| | | For professional services rendered | 3.00 | $1,087.50 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 10/29/2020 | Federal Express | 15.95 |
| 11/19/2020 | Computer | 38.02 |
| 12/19/2020 | Computer | 38.02 |
| 1/19/2021 | Computer | 38.02 |
| 1/26/2021 | Federal Express | 16.75 |
| 2/19/2021 | Computer | 38.02 |



**Richard J. Lynne** CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP
PROFESSIONAL SERVICES RENDERED

| | | Amount |
|---|---|---|
| 3/11/2021 | Federal Express | 16.78 |
| 3/19/2021 | Computer | 38.02 |
| 4/19/2021 | Computer | 38.02 |
| 5/19/2021 | Computer | 38.02 |
| | Total additional charges | $315.62 |
| | Total amount of this bill | $1,403.12 |
| | Previous balance | $16,421.86 |
| 12/10/2020 | Payment - Thank YouNo. 1110 | ($1,125.86) |
| | Total payments | ($1,125.86) |
| | Balance due | $16,699.12 |



**Richard J. Lynne** CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP
Golenbock Eiseman Assor Bell & Peskoe, LLP
711 Third Avenue
Attn; Jonathan Flaxer
New York, NY 10017

November 2, 2020

PROFESSIONAL SERVICES RENDERED

Invoice#: 32498

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/17/2020 | LDC | Tax Correspondence<br>Tax Correspondence | 0.75 | 187.50 |
| 10/14/2020 | LDC | Tax Correspondence<br>IRS 2017 & 2018 | 1.00 | 250.00 |
| 10/15/2020 | RJL | General Accounting<br>Commerical Rent tax and UBT Claims | 0.50 | 192.50 |
| 10/26/2020 | RJL | General Accounting<br>Commercial Rent Tax | 2.00 | 770.00 |
| | | For professional services rendered | 4.25 | $1,400.00 |
| | | Additional Charges : | | |
| 9/19/2020 | | Computer | | 37.93 |
| 10/19/2020 | | Computer | | 37.93 |
| | | Total additional charges | | $75.86 |
| | | Total amount of this bill | | $1,475.86 |
| | | Previous balance | | $17,177.93 |



2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP                                                    Page    2
PROFESSIONAL SERVICES RENDERED

|  | Amount |
|---|---|
| 10/7/2020 Payment - Thank You No. 1101 | ($2,231.93) |
| Total payments | ($2,231.93) |
| Balance due | $16,421.86 |



**Richard J. Lynne** CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP
Golenbock Eiseman Assor Bell & Peskoe, LLP
711 Third Avenue
Attn; Jonathan Flaxer
New York, NY 10017

September 17, 2020

PROFESSIONAL SERVICES RENDERED

Invoice#: 32410

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/14/2020 | RJL | Research<br>Research | 1.00 | 385.00 |
| 8/18/2020 | RJL | Research<br>Research | 1.00 | 385.00 |
| 9/2/2020 | RJL | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns | 2.50 | 962.50 |
| 9/3/2020 | LDC | General Accounting<br>2019 & files | 1.00 | 250.00 |
| 9/14/2020 | LDC | Tax Correspondence<br>IRS - notice 2018 | 0.50 | 125.00 |
| | RJL | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns | 1.00 | 385.00 |
| 9/15/2020 | LDC | Tax Correspondence<br>Tax Correspondence - 2018 IRS | 1.00 | 250.00 |
| | | For professional services rendered | 8.00 | $2,742.50 |

Additional Charges :

| 8/19/2020 | Computer | 37.93 |
|---|---|---|
| | Total additional charges | $37.93 |



**Richard J. Lynne** CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP
PROFESSIONAL SERVICES RENDERED

|  | Amount |
|---|---|
| Total amount of this bill | $2,780.43 |
| Previous balance | $16,994.29 |
| 9/17/2020  Payment - Thank You No. 1095 | ($2,596.79) |
| Total payments | ($2,596.79) |
| Balance due | $17,177.93 |



**Richard J. Lynne** CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP
1177 Avenue of the Americas
Fifth Floor
New York, NY 10036

July 23, 2020

PROFESSIONAL SERVICES RENDERED

Invoice#: 32335

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 4/29/2020 | RJL | | General Accounting<br>Capital Accounts | 0.50 | 192.50 |
| 4/30/2020 | RJL | | General Accounting<br>2019 Allocation - conversation Sordillo, Flaxer | 2.00 | 770.00 |
| 5/6/2020 | RJL | | General Accounting<br>Capital Accounts | 0.50 | 192.50 |
| 5/16/2020 | RJL | | General Accounting<br>Pension Plan Termination | 0.75 | 288.75 |
| 5/20/2020 | RJL | | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns | 3.00 | 1,155.00 |
| 6/16/2020 | RJL | | General Accounting<br>Zoom deposition with Wander | 1.00 | 385.00 |
| | | | For professional services rendered | 7.75 | $2,983.75 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 4/11/2020 | Federal Express | 21.80 |
| 4/13/2020 | Federal Express | 19.52 |
| 4/19/2020 | Computer | 37.93 |
| 5/12/2020 | Federal Express | 16.75 |



**Richard J. Lynne** CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

PROFESSIONAL SERVICES RENDERED

|            |                             | Amount       |
|------------|-----------------------------|-------------:|
| 5/19/2020  | Computer                    | 37.93        |
| 6/19/2020  | Computer                    | 37.93        |
| 7/19/2020  | Computer                    | 37.93        |
|            | Total additional charges    | $209.79      |
|            | Total amount of this bill   | $3,193.54    |
|            | Previous balance            | $21,899.63   |
| 6/8/2020   | Payment - Thank YouNo. 1080 | ($8,098.88)  |
|            | Total payments              | ($8,098.88)  |
|            | Balance due                 | $16,994.29   |



# Richard J. Lynne CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP
1177 Avenue of the Americas
Fifth Floor
New York, NY 10036

April 6, 2020

PROFESSIONAL SERVICES RENDERED

Invoice#: 31914

| Date | | Description | | Hours | Amount |
|---|---|---|---|---|---|
| 3/6/2020 | RJL | Preparation of Income Tax Returns Preparation of Income Tax Returns 2019 | - Extensions | 1.00 | 385.00 |
| 3/12/2020 | RJL | Preparation of Income Tax Returns Preparation of Income Tax Returns returns | - 2018 tax | 5.00 | 1,925.00 |
| 3/13/2020 | RJL | Preparation of Income Tax Returns Preparation of Income Tax Returns | 2018 tax returns | 7.00 | 2,695.00 |
| 3/27/2020 | LDC | General Accounting re payroll | | 0.50 | 125.00 |
| | RJL | General Accounting CBIZ - Payroll Issues | | 1.00 | 385.00 |
| 3/31/2020 | RJL | General Accounting Profit Sharing Allocations | | 4.50 | 1,732.50 |
| | | For professional services rendered | | 19.00 | $7,247.50 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 3/19/2020 | Computer | 37.93 |
| | Total additional charges | $37.93 |

| | Amount |
|---|---|
| Total amount of this bill | $7,285.43 |



**Richard J. Lynne** CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP

PROFESSIONAL SERVICES RENDERED

|  | Amount |
|---|---|
| Previous balance | $39,679.22 |
| 4/3/2020  Payment - Thank You | ($25,065.02) |
| Total payments | ($25,065.02) |
| Balance due | $21,899.63 |



**Richard J. Lynne** CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP
1177 Avenue of the Americas
Fifth Floor
New York, NY 10036

March 6, 2020

PROFESSIONAL SERVICES RENDERED

Invoice#: 31891

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/5/2020 | RJL | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns    16 - 17 | 2.00 | 770.00 |
| 2/6/2020 | RJL | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns    16 - 17 | 2.00 | 770.00 |
| 2/11/2020 | RJL | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns - 16-17 | 1.00 | 385.00 |
| 2/13/2020 | RJL | General Accounting<br>CBIZ Accounting  questions | 0.50 | 192.50 |
| 2/14/2020 | RJL | General Accounting<br>Payroll issues | 0.50 | 192.50 |
| 2/19/2020 | RJL | General Accounting<br>Payroll Census for Actuary - Form 5500 and Participant<br>Statements | 1.00 | 385.00 |
| | For professional services rendered | | 7.00 | $2,695.00 |

Additional Charges :

| 12/17/2019 | Federal Express | 15.95 |
|---|---|---|
| 12/26/2019 | Federal Express | 17.95 |
| 1/14/2020 | Federal Express | 15.95 |
| 2/6/2020 | Federal Express | 19.17 |



**Richard J. Lynne** CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

PROFESSIONAL SERVICES RENDERED

| | | Amount |
|---|---|---|
| 2/19/2020 | Computer | 37.93 |
| | Total additional charges | $106.95 |
| | Total amount of this bill | $2,801.95 |
| | Previous balance | $39,305.26 |
| 2/26/2020 | Payment - Thank You No. 1025 | ($2,427.99) |
| | Total payments | ($2,427.99) |
| | Balance due | $39,679.22 |



# Richard J. Lynne CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP
1177 Avenue of the Americas
Fifth Floor
New York, NY 10036

February 3, 2020

PROFESSIONAL SERVICES RENDERED

Invoice#: 31760

| Date | | Description | | Hours | Amount |
|------|------|-------------|------|------:|------:|
| 1/7/2020 | LDC | General Accounting<br>December, 2019 - 1099's | | 4.00 | 1,000.00 |
| 1/8/2020 | LDC | Preparation of Other Tax Returns<br>Preparation of Other Tax Returns - 1099's | | 1.00 | 250.00 |
| 1/9/2020 | LDC | Preparation of Other Tax Returns<br>Preparation of Other Tax Returns - 1099's | | 1.00 | 250.00 |
| 1/13/2020 | RJL | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns | - 2016 + 2017 | 4.50 | 1,732.50 |
| 1/14/2020 | RJL | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns | | 3.75 | 1,443.75 |
| 1/15/2020 | RJL | General Accounting<br>Meeting with Trustee & CBIZ | | 2.00 | 770.00 |
| 1/16/2020 | RJL | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns | | 3.00 | 1,155.00 |
| 1/18/2020 | RJL | General Accounting<br>Preparation of Income Tax Returns<br>Loans | - Interest & | 4.00 | 1,540.00 |
| | RJL | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns | - 2017 return | 3.00 | 1,155.00 |
| | RJL | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns | 2018 | 1.00 | 385.00 |



2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP

PROFESSIONAL SERVICES RENDERED

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/21/2020 | RJL | General Accounting<br>Telephone call Trustee CBIZ Payroll issues | 0.50 | 192.50 |
| | RJL | General Accounting<br>Daniel Crevani Call - re pension and payroll | 0.50 | 192.50 |
| 1/22/2020 | LDC | General Accounting<br>payroll recs | 0.50 | 125.00 |
| 1/27/2020 | LDC | General Accounting<br>2018 & 2019 census | 1.50 | 375.00 |
| 1/29/2020 | RJL | General Accounting<br>Discussions regarding 2019 income - | 1.25 | 481.25 |
| 1/31/2020 | RJL | General Accounting<br>Conference Call - Bankruptcy Gray | 3.00 | 1,155.00 |
| | | For professional services rendered | 34.50 | $12,202.50 |
| | | Additional Charges : | | |
| 1/19/2020 | | Computer | | 37.93 |
| | | Total additional charges | | $37.93 |
| | | Total amount of this bill | | $12,240.43 |
| | | Previous balance | | $27,064.83 |



**Richard J. Lynne** CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP

PROFESSIONAL SERVICES RENDERED

| | Amount |
|---|---|
| Balance due | $39,305.26 |



**Richard J. Lynne** CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP
1177 Avenue of the Americas
Fifth Floor
New York, NY 10036

01/02/2020

PROFESSIONAL SERVICES RENDERED

Invoice#: 31696

| Date | | | | Hours | Amount |
|---|---|---|---|---|---|
| 12/05/19 | RJL | General Accounting | Iola Cash | 1.25 | 481.25 |
| 12/06/19 | LDC | General Accounting | Health Insurance  Invoices | 1.00 | 250.00 |
| 12/09/19 | LDC | General Accounting | 2017 - 2019 | 6.00 | 1,500.00 |
| | KG | Bookkeeping | Bookkeeping | 1.75 | 350.00 |
| | RJL | General Accounting | MOR Reports with Eisner | 4.50 | 1,732.50 |
| 12/10/19 | RJL | General Accounting | MOR Report Financials | 3.00 | 1,155.00 |
| 12/11/19 | LDC | General Accounting | 2017 - 2019 & AR | 3.50 | 875.00 |
| | RJL | General Accounting | Accounts Receivable | 5.00 | 1,925.00 |
| 12/12/19 | LDC | General Accounting | 2017 - 2019 | 4.00 | 1,000.00 |
| | RJL | General Accounting | Accounts Receivable | 3.00 | 1,155.00 |
| 12/13/19 | LDC | General Accounting | 2017 & 2018 1099's | 0.50 | 125.00 |



2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP

PROFESSIONAL SERVICES RENDERED

|  |  |  |  | Hours | Amount |
|---|---|---|---|---|---|
| 12/16/19 | LDC | General Accounting 2017 & 2018 1099's | | 1.00 | 250.00 |
|  | KG | Bookkeeping Bookkeeping | | 4.50 | 900.00 |
| 12/23/19 | RJL | Preparation of Income Tax Returns Preparation of Income Tax Returns | -2017 | 6.00 | 2,310.00 |
| 12/24/19 | RJL | Preparation of Income Tax Returns Preparation of Income Tax Returns | - 2017 | 5.00 | 1,925.00 |
| 12/26/19 | RJL | Preparation of Income Tax Returns Preparation of Income Tax Returns | | 3.00 | 1,155.00 |
|  | RJL | Preparation of Income Tax Returns Preparation of Income Tax Returns | - 2018 | 4.00 | 1,540.00 |
| 12/27/19 | RJL | Payroll Tax Returns Payroll Tax Returns | | 1.00 | 385.00 |
|  |  | For professional services rendered | | 58.00 | $19,013.75 |

Additional Charges :

| 11/26/19 | Federal Express | 16.16 |
|---|---|---|
| 12/19/19 | Computer | 37.93 |
|  | Total additional charges | $54.09 |

|  |  |  |
|---|---|---|
|  | Total amount of this bill | $19,067.84 |



2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP                                                          Page    3
PROFESSIONAL SERVICES RENDERED

|  | Amount |
|---|---|
| Previous balance | $7,996.99 |
| Balance due | $27,064.83 |



# Richard J. Lynne CPA, P.C.
### CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP
1177 Avenue of the Americas
Fifth Floor
New York, NY 10036

12/30/2019

PROFESSIONAL SERVICES RENDERED

Invoice#: 31555

| Date | Initials | Service | Hours | Amount |
|---|---|---|---|---|
| 09/09/19 | RJL | General Accounting<br>Iola Reconcilaiton | 1.00 | 385.00 |
| 09/10/19 | RJL | General Accounting<br>Accounts Receivable for Eisner Amper | 2.50 | 962.50 |
| 09/16/19 | RJL | General Accounting<br>Accounts Receivable - Bankruptcy | 1.00 | 385.00 |
| 11/05/19 | RJL | General Accounting<br>Cash Collateral application | 0.25 | 96.25 |
| 11/06/19 | RJL | General Accounting<br>Eisner monthly reports | 0.50 | 192.50 |
| 11/11/19 | RJL | General Accounting<br>Monthly Operating Statements | 4.00 | 1,540.00 |
| 11/12/19 | KG | Bookkeeping<br>Bookkeeping | 0.50 | 100.00 |
| 11/13/19 | LDC | General Accounting<br>quickbooks, profit-sharing | 3.00 | 750.00 |
|  | KG | Preparation of Income Tax Returns<br>Preparation of Income Tax Returns | 3.75 | 750.00 |
|  | RJL | General Accounting<br>Monthly Operating Statements | 3.00 | 1,155.00 |
| 11/14/19 | LDC | General Accounting<br>quickbooks, payroll, 2017 - 2019 | 5.00 | 1,250.00 |



2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/14/19 | RJL | General Accounting<br>Operating Statements | 0.25 | 96.25 |
| 11/18/19 | LDC | General Accounting<br>quickbooks, payroll, 2017 - 2019 | 5.00 | 1,250.00 |
| | KG | Bookkeeping<br>Bookkeeping | 1.00 | 200.00 |
| 11/19/19 | LDC | General Accounting<br>quickbooks, payroll, 2017 - 2019 | 7.50 | 1,875.00 |
| | KG | Bookkeeping<br>Bookkeeping | 1.00 | 200.00 |
| | KG | Preparation of Other Tax Returns<br>1099s 2017 & 2018 | 4.25 | 850.00 |
| 11/20/19 | LDC | General Accounting<br>quickbooks, payroll, 2017 - 2019 | 5.00 | 1,250.00 |
| 11/21/19 | LDC | General Accounting<br>quickbooks, payroll, 2017 - 2019 | 6.00 | 1,500.00 |
| 11/25/19 | LDC | General Accounting<br>quickbooks, payroll, 2017 - 2019 | 8.00 | 2,000.00 |
| | RJL | General Accounting<br>Monthly Operating Reports - Payroll Reconcilations<br>2017 + 2018 +2019 - General ledger 17,18,19 | 12.50 | 4,812.50 |
| 11/26/19 | LDC | General Accounting<br>quickbooks, payroll, 2017 - 2019 | 6.50 | 1,625.00 |
| | RJL | General Accounting<br>Monthly Operating Reports - Payroll Reconcilations<br>2017 + 2018 +2019 - General ledger 17,18,19 | 5.00 | 1,925.00 |



**Richard J. Lynne** CPA, P.C.
CERTIFIED PUBLIC ACCOUNTANTS

2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

PROFESSIONAL SERVICES RENDERED

|          |     |                                                              | Hours | Amount |
|----------|-----|--------------------------------------------------------------|-------|--------|
| 11/27/19 | RJL | Financial Statements<br>Preparation of Financial Statements - Eisner Revision | 2.00  | 770.00 |
| 11/29/19 | RJL | General Accounting<br>Pension Census - Payroll               | 2.50  | 962.50 |
|          | RJL | General Accounting<br>1099's Profit Sharing Plan             | 2.50  | 962.50 |
|          |     | For professional services rendered                           | 93.50 | $27,845.00 |

Additional Charges :

| 08/19/19 | Computer | 38.02 |
|----------|----------|-------|
| 09/19/19 | Computer | 38.02 |
| 10/19/19 | Computer | 38.02 |
| 11/19/19 | Computer | 37.93 |
|          | Total additional charges | $151.99 |

|  | Total amount of this bill | $27,996.99 |
|--|---------------------------|------------|

| 08/27/19 | Payment - Thank You | ($20,000.00) |
|----------|---------------------|--------------|
|          | Total payments      | ($20,000.00) |



2 Westchester Park Drive
White Plains, NY 10604
t. 914.831.1800
f. 914.946.8445
e. info@rlynnecpa.com
www.rlynnecpa.com

Liddle & Robinson, LLP                                              Page     4
PROFESSIONAL SERVICES RENDERED

|                | Amount |
| -------------- | ------ |
| Balance due    | $7,996.99 |