UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  Liddle &  Robinson, L.L.P.<br><br>Social Security/Taxpayer ID/Employer ID/Other Nos.<br>13-3226440 | ) CASE NO.: 19-12346-pb<br>)<br>) CHAPTER 11<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Creditor Blaine H. Bortnick of Rasco Klock Perez & Nieto, LLC, has a new address effective April 25, 2022:

260 Madison Avenue
16th Floor
New York, NY  10016

All other contact information remains unchanged.  Please update your records accordingly and serve all future pleadings, notices, and other papers upon the undersigned at the new address.

Dated:  New York, NY
        January 3, 2023

RASCO KLOCK PEREZ & NIETO, LLC


By:  */s/ Blaine Bortnick*
      Blaine Bortnick
260 Madison Avenue
16th Floor
New York, NY  10016
Tel:  (646) 970-4770